IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE DEVELOPMENT INC., <br> SHIRE PHARMACEUTICAL <br> DEVELOPMENT INC., <br> COSMO TECHNOLOGIES LIMITED, and <br> GIULIANI INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CADILA HEALTHCARE LIMITED (d/b/a <br> ZYDUS CADILA) and ZYDUS <br> PHARMACEUTICALS (USA) INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 10-581-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on February 3, 2012, copies of the (1) Expert Report of Dr. Umesh V. Banakar on Noninfringement of U.S. Patent No. 6,773,720; and (2) Rebuttal Expert Report of Dr. Raj Suryanarayanan were served upon the following counsel in the manner indicated:

VIA E-MAIL
Frederick L. Cottrell, III
Jason J. Rawnsley
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Cottrell@rlf.com
rawnsley@rlf.com

VIA E-MAIL
Edgar H. Haug
Sandra Kuzmich, Ph.D.
Andrew Wasson
Frommer Lawrence & Haug LLP
745 Fifth Avenue

New York, NY 10151
ehaug@flhlaw.com
skuzmich@flhlaw.com
awasson@flhlaw.com

Date: February 6, 2012	PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr., Esquire (#110)
Megan C. Haney, Esquire (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
Attorneys for Defendants