# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE DEVELOPMENT INC., <br> SHIRE PHARMACEUTICAL <br> DEVELOPMENT INC., <br> COSMO TECHNOLOGIES LIMITED, and <br> GIULIANI INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CADILA HEALTHCARE LIMITED (d/b/a <br> ZYDUS CADILA) and ZYDUS <br> PHARMACEUTICALS (USA) INC., <br><br> Defendants. | C.A. No. 10-581-KAJ |

## **PLAINTIFFS' NOTICE OF DEPOSITION OF DR. RAJ SURYANARAYANAN**

PLEASE TAKE NOTICE that Plaintiffs Shire Development Inc., Shire Pharmaceutical Development Inc., Cosmo Technologies Limited, and Giuliani International Limited will take the deposition, on oral examination, of Dr. Raj Suryanarayanan. The deposition will commence at 9:00 a.m. on February 28, 2012, and will be taken at the offices of Locke Lord LLP, 111 South Wacker Drive, Chicago, IL 60606, or at such other time or location as is mutually agreeable.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized by law to administer oaths and will continue from day to day until completed. The testimony will be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine.

RLF1 5826047v. 1

*OF COUNSEL*:

Edgar H. Haug
Sandra Kuzmich, Ph.D.
Mark Walters
Andrew Wasson
Elizabeth Weiskopf
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
EHaug@flhlaw.com
SKuzmich@flhlaw.com
MWalters@flhlaw.com
AWasson@flhlaw.com
EWeiskopf@flhlaw.com

Dated: February 13, 2012

/s/ *Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jason J. Rawnsley (#5379)
Rawnsley@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiffs*
*Shire Development Inc.,*
*Shire Pharmaceutical Development Inc.,*
*Cosmo Technologies Limited, and*
*Giuliani International Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to counsel of record, and have caused to be served a true and correct copy upon the following counsel at the addresses listed below in the manner indicated:

### BY HAND DELIVERY AND ELECTRONIC MAIL

John C. Phillips, Jr.
Megan C. Haney
**Phillips Goldman & Spence, P.A.**
1200 North Broom Street
Wilmington, DE 19806

### BY ELECTRONIC MAIL

Michael J. Gaertner
Keith D. Parr
James T. Peterka
**Locke Lord LLP**
111 South Wacker Drive
Chicago, IL 60606

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)