# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN*††**
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
STEPHEN A. SPENCE

ALSO MEMBER OF
 *PENNSYLVANIA BAR
 **NEW JERSEY BAR
 †MARYLAND BAR
 ††FLORIDA BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

February 21, 2012

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

   Re: *Shire Development Inc., et al. v. Cadila Healthcare Ltd. et al.*, C.A. No. 10-581-KAJ

Dear Judge Jordan,

  On February 9, 2012, Defendants advised the Court that Defendants elected to purse their claim of attorney-client privilege to the documents reflected in the privilege log entries challenged by Plaintiffs in their February 3, 2102 letter to the Court and advised that Defendants will bear the expense of a special master appointed by the Court. (D.I. 145) Defendants further advised that Defendants would propose a special master to Plaintiffs and report back to the Court.

  On February 10, 2012, Defendants wrote to Plaintiffs proposing as special master Joseph J. Farnan, Jr., former Chief Judge of the United States District Court for the District of Delaware. After not hearing from Plaintiffs' counsel, on February 17, 2012, Defendants advised Plaintiffs that Defendants would write the Court requesting the appointment of Judge Farnan as the special master absent any objection from Plaintiffs. Defendants have received no response from Plaintiffs.

  Defendants request that the Court appoint Judge Farnan as special master for this issue.

          Respectfully submitted,

          /s/John C. Phillips, Jr.

          John C. Phillips, Jr. (No. 110)

Cc: All Counsel of Record (via CM/ECF and email)