RICHARDS
LAYTON &
FINGER

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

February 22, 2012

**VIA CM/ECF & HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801-3570

      Re:    **Shire Development Inc. v. Cadila Healthcare Limited, C.A. No. 10-581-KAJ**

Dear Judge Jordan:

      In response to Defendants' letter to the Court of February 21, 2012, Plaintiffs do not object to the appointment of former Judge Joseph J. Farnan, Jr. as special master, but would like to add in the interest of full disclosure that his daughter is a Director at Richards, Layton & Finger. She does not work with Plaintiffs on this matter.

      Respectfully,

      */s/ Frederick L. Cottrell, III*

      Frederick L. Cottrell, III (#2555)

FLC,III/jjr

cc:    Counsel of Record (via electronic delivery and electronic mail)