```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                 IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -
      SHIRE DEVELOPMENT INC., SHIRE         :     CIVIL ACTION
 4    PHARMACEUTICAL DEVELOPMENT, INC.,      :
      COSMO TECHNOLOGIES LIMITED, and        :
 5    GIULIANI INTERNATIONAL LIMITED,        :
                                             :
 6             Plaintiffs,                   :
      v                                      :
 7                                           :
      CADILA HEALTHCARE LIMITED (d/b/a       :
 8    ZYDUS CADIL) and ZYDUS                 :
      PHARMACEUTICALS (USA) INC.,            :
 9                                           :     NO. 10-581-KAJ
               Defendants.        - - -
10
                              Wilmington, Delaware
11                            Tuesday, March 29, 2016
                              Bench Trial - Volume B
12
                                 - - -
13
      BEFORE:       HONORABLE KENT A. JORDAN, U.S.C.C.J.
14
        APPEARANCES:              - - -
15
                    RICHARDS, LAYTON & FINGER, P.A.
16                  BY:  FREDERICK L. COTTRELL, III, ESQ.,
                         KELLY E. FARNAN, ESQ., and
17                       JASON J. RAWNSLEY, ESQ.

18                     -and-

19                  FROMMER LAWRENCE & HAUG, LLP
                    BY:  EDGAR H. HAUG, ESQ.,
20                       ANGUS CHEN, ESQ.,
                         JASON A. LIEF, ESQ.,
21                       DAVID A. ZWALLY, ESQ.
                         ANDREW WASSON, and
22                       ELIZABETH MURPHY, ESQ.
                         (New York, New York)
23
                              Counsel on behalf of Plaintiffs
24

25    Valerie Gunning               Brian P. Gaffigan
      Official Court Reporter       Official Court Reporter
```

```
1    APPEARANCES:  (Continued)

2
                 PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.
3                BY:  JOHN C. PHILLIPS, JR., ESQ., and
                      DAVID A. BILSON, ESQ.
4
                      -and-
5
                 LOCKE LORD, LLP
6                BY:  MICHAEL J. GAERTNER, ESQ.,
                      KEITH D. PARR, P.C.,
7                     JAMES T. PETERKA, ESQ.,
                      DAVID B. ABRAMOWITZ, ESQ.,
8                     ANDY J. MILLER, ESQ.,
                      WASIM K. BLEIBEL, ESQ., and
9                     TIMOTHY F. PETERSON, ESQ.
                      (Chicago, Illinois)
10
                      -and-
11
                 LOCKE LORD, LLP
12               BY:  ANDREA L. WAYDA, ESQ.
                      (New York, New York)
13
                           Counsel on behalf of Defendants
14

15

16

17

18

19

20

21

22                         - oOo -

23                   P R O C E E D I N G S

24               (REPORTER'S NOTE:  The following bench trial was

25   held in open court, beginning at 9:02 a.m.)
```

1          THE COURT:  Good morning.  Please be seated.

2          (The attorneys respond, "Good morning, Your

3    Honor.")

4          THE COURT:  Okay.  A couple of logistic things

5    real quick.  I hope people will not mind indulging me this

6    afternoon.  I need to be off the bench by 12:15 and take a

7    little bit longer for lunch than I ordinarily would, so

8    perhaps I ought to take care of some other responsibilities.

9    So if we can take off at 12:15, I think we'll be back on by,

10   I plan for us to be back on by 1:45.  All right?

11          And if you are okay with that, I hope you

12   will also be okay with running the trial until 5:00 this

13   afternoon.  It may be that you have witness issues, and I

14   understand that isn't going to work because we said we were

15   going to run until 4:30, but I hate to lose that half hour

16   time completely, and I'm prepared to be around until 5:00 if

17   you guys are, but we can talk about that after lunch.  But

18   we'll plan to run until 12:15 this afternoon and take our

19   lunch break then.

20          Okay.  You folks have anything for me before we

21   start right into witnesses?

22          MR. HAUG:  No, Your Honor.

23          THE COURT:  No.

24          MR. HAUG:  Other than I'm going to start with

25   some exhibit issues.

1          THE COURT:  Let's take care of that then.

2          MR. GAERTNER:  I just have one issue, Judge, and

3     that is our demonstratives for the next day are due at 6:00

4     o'clock.  And if we run from 4:30 to 5:00, could we have a

5     half hour extension of that so we can get back to the hotel?

6          THE COURT:  I'm sure Mr. Haug will be fine with

7     that.  So will I.

8          MR. GAERTNER:  Thanks.

9          THE COURT:  Thank for clarifying that.  That's a

10    help, Mr. Gaertner.

11         MR. HAUG:  Good morning, Your Honor.  A few

12    things.  We have to agreement on a number of exhibits that

13    would be coming in through two depositions that we would

14    otherwise have to play, so because we have agreement, we

15    won't play the depositions.  And I'm just going to move

16    those exhibits in, if I may.

17         THE COURT:  You bet.

18         MR. HAUG:  The first is from a deposition of

19    Mr. Roy, and I'll just give the PTX numbers.  It's PTX-130,

20    PTX-131, PTX-208, and PTX-235.  We offer those four.

21         THE COURT:  Without objection?

22         MR. GAERTNER:  No objection, Your Honor.

23         THE COURT:  Fine.  Then admitted without objection.

24         (Above-referenced exhibits are admitted into

25    evidence.)

1              MR. HAUG:  Thank you, Your Honor.  We have a

2    number of exhibits that would be coming through the

3    deposition of Mr. Hothur.  H-o-t-h-u-r.  Those are PTX-130,

4    PTX-131, PTX-180, PTX-188, PTX-199, and PTX-221.

5              MR. GAERTNER:  I have no objection, Your Honor.

6              THE COURT: All right.  Fine.  Thanks.  Admitted

7    without objection.

8              (Above referenced exhibits admitted into evidence.)

9              MR. HAUG:  Thank you.  Yesterday, we also

10   reached agreement with respect to admissibility of the ANDA

11   and the NDA to the extent they want to rely on anything in

12   the NDA.  And so I would offer now PTX numbers as exhibits

13   from the -- this is all from the ANDA without objection, I

14   believe.  And, unfortunately, it is quite a long list.

15   Because the ANDA is not identified as one single exhibit,

16   it's a lot of pieces over the course of time.

17              THE COURT:  All right.

18              MR. HAUG:  So PTX-56 through PTX-92, PTX-93

19   through PTX-111, PTX-142 to PTX-146, PTX-148, PTX-149

20   through 151, PTX-153, PTX-155, PTX-156, PTX-158 to PTX-164,

21   PTX-166 to PTX-173, PTX-208 to PTX-212, PTX-217, PTX-282,

22   PTX-287.

23              THE COURT:  Excuse me.  Was that 282?

24              MR. HAUG:  282.  Sorry.

25              THE COURT:  Okay.

 1                   MR. HAUG:  I'm sorry if I'm going too fast.

 2                   THE COURT:  Okay.

 3                   MR. HAUG:  PTX-287, PTX-293, PTX-295, PTX-303,

 4      PTX-625, PTX-626, PTX-635, PTX-636, PTX-641, PTX-644,

 5      PTX-807, PTX-808, PTX-841, PTX-842, and PTX-844.  And I'll

 6      provide a copy to the Court so that we can double check

 7      that.

 8                   And the last thing I have, Your Honor, well, I

 9      offer all those exhibits.

10                   MR. GAERTNER:  No objection, Your Honor.

11                   THE COURT:  Thank you.  They are admitted.

12                   (Above referenced exhibits admitted into

13      evidence.)

14                   MR. HAUG:  Thank you.  Last thing, Your Honor,

15      being very mindful of our time constraints for this trial,

16      plaintiffs have decided not to assert any of the secondary

17      factors in this case in anticipation of an obviousness

18      defense here.  And so, therefore -- and we have I think

19      reached agreement with defendants on this.  There will be

20      no evidence introduced, either fact testimony or expert

21      testimony, with respect to secondary factors, meaning things

22      like commercial success or long-felt need.  And so we won't

23      introduce that evidence, and I think the defendants will not

24      need to introduce anything on those issues either.

25                   Is that right?

1          THE COURT:  Well, let me say something on the

2     record here, too.

3          I think we put the timing of this in

4     consultation with counsel, at least I tried to do that.  So

5     I wouldn't want anybody under the impression that you

6     weren't able to put on the case you think you needed to put

7     only, right?  So don't -- yeah.  For strategic reasons,

8     whatever reasons you have, for choosing to put on or not put

9     on certain evidence, that is up to you.  I'm not getting

10    into all of that, but I don't want the timing constraints to

11    become an issue in that regard.  Let me just put it that

12    way, right?

13         MR. HAUG:  Thank you, Your Honor.  For Shire, no

14    problem.  We understand that.

15         THE COURT:  All right.  Fine.  Thanks.

16         Mr. Gaertner.

17         MR. GAERTNER:  Oh, understood, Your Honor.

18    Thank you.

19         Then we will release our experts on commercial

20    success, I take it, Mr. Haug?

21         MR. HAUG:  Yes.

22         MR. GAERTNER:  Thank you, Your Honor.

23         THE COURT:  All right.  Good enough.

24         I think we're ready for witnesses, right?

25         MR. HAUG:  Yes, Your Honor.

1              THE COURT:  Okay.  Mr. Lief.

2              MR. LIEF:  We would call our next witness,

3    Dr. Rodolfo Pinal who opines on issues of --

4              THE COURT:  Okay.

5              MR. ABRAMOWITZ:  Your Honor, David Abramowitz.

6              Before Dr. Pinal gets on the stand, we would

7    like to raise an objection to the demonstratives.

8              THE COURT:  All right.  Then, Doctor, why don't

9    you go ahead and have a seat and let me work this out with

10   them.

11             What did you say your name was again?

12             MR. ABRAMOWITZ:  David Abramowitz for Zydus.

13             Plaintiffs have proffered Demonstratives 7.7 --

14             (Court reporter asks counsel to repeat.)

15             THE COURT:  Tell you what.  If you are going to

16   make an objection, why don't you come to the lectern.  Mr.

17   Lief will cede it to you.

18             And give me just a moment, Mr. Abramowitz, to

19   get in front of me what it is are objecting to.  Okay?

20             All right.  Let's take it from the top.

21             MR. ABRAMOWITZ:  Two nights ago, plaintiffs

22   proposed a series of demonstratives labeled 7.7 to 7.10.

23   They're a series of images that build on each other.

24             THE COURT:  Okay.  7.7?

25             MR. ABRAMOWITZ:  PDX-7.7 to 7.10.

1                    THE COURT:  All right.  Thank you.

2                    MR. ABRAMOWITZ:  And as you'll see, Your Honor,

3     there are images of, it's a DSC tree like the one you saw

4     from Dr. Hanton yesterday that build on each other with a

5     series of color coatings and graphics and dashes and arrows

6     associated with temperatures and different facts.

7                    Do you see that?  7.7 through 7.10.  They build

8     on each other.

9                    THE COURT:  All right.

10                    MR. ABRAMOWITZ:  Sort of like an animation.

11                    THE COURT:  So these are the ones that you are

12     talking about?

13                    MR. ABRAMOWITZ:  Yes.

14                    THE COURT:  Okay.

15                    MR. ABRAMOWITZ:  Those are exactly the ones.

16                    This color coding and these dashes and arrows

17     appear to present -- first of all, these graphics and

18     drawings were never presented in Dr. Pinal's expert report

19     and don't appear to be derived from any of the references

20     that he relied on in providing opinions.  Instead --

21                    THE COURT:  Well, I'm not surprised that the

22     graphics aren't in the expert report.  Indeed, I wouldn't

23     have expected that.  Demonstratives are not generally in the

24     expert report.  They're developed later.  But the second

25     point, that's the thing I take it you're really concerned

1   with.

2              MR. ABRAMOWITZ:  I'm really concerned about the

3   second thing.

4              THE COURT:  Okay.  Let's talk about that.

5              MR. ABRAMOWITZ:  And I'm concerned about that

6   because the series of demonstratives appear to be providing

7   a whole new opinion on how to interpret Dr. Henton's DSC

8   that we saw yesterday that is neither in Dr. Pinal's report

9   nor was provided at deposition testimony.  Instead, it's

10  sort of a novel interpretation of his DSC.  And we're really

11  especially troubled that we were not provided the

12  opportunity in discovery to vet this theory because it

13  provides a level of specificity and detail to his

14  interpretation of Dr. Henton's testing about these are in

15  the report, and not -- as a matter of fact, we specifically

16  examined him, asking for this level of detail and he refused

17  to provide it, and affirmatively testified he could not

18  provide that asserted level of detail.

19             THE COURT:  Well, then what I've really got is

20  the problem with his testimony.  I mean, the demonstratives

21  are, I guess, the hook for you to raise that, but your

22  concern is that he shouldn't be able to testify at all about

23  these things.  Is that right?

24             MR. ABRAMOWITZ:  Our concern is that these

25  demonstratives lead to that testimony.  Last night we

1     proposed some alterations to the demonstratives that I think

2     would have brought it more in line with the report and the

3     testimony that he offered.

4               THE COURT:  All right.

5               MR. ABRAMOWITZ:  Plaintiffs rejected that and

6     refused to provide any alternatives that would bring it

7     closer to what it is that he has testified about before.

8     So, yes.  Our issue is precluding him from offering a

9     brand-new opinion all of a sudden today on interpretation of

10    that DSC.

11              THE COURT:  Right.  That's the real issue.  You

12    think there's a new opinion in here?  Okay.  I got you.

13              Let me hear from Mr. Lief leave in response.

14              MR. LIEF:  Well, certainly, I don't think

15    there's any new opinion in here.  Dr. Pinal's opinion, which

16    has been expressed in his report, in his deposition and

17    actually in prior testimony, public testimony in another

18    case, is that there is a dehydration that leads to a melt

19    that leads to a re-crystallization that leads to a further,

20    a further melt.

21              That opinion, which was a four or five-step

22    opinion, as I understand it --

23              THE COURT:  Well, did he lay those steps out in

24    his report?

25              MR. LIEF:  I think absolutely so.  And he talks

 1    about physical rearrangements.  He talks about

 2    re-crystallizations repeatedly.  For instance, in paragraph

 3    39 --

 4         THE COURT:  Well, you don't have to start giving

 5    me for instances, because I will be hearing from him.

 6         MR. LIEF:  All right.

 7         THE COURT:  What I expect will happen now is,

 8    you know, I'm going to overrule the objection without

 9    prejudice.  You know, he'll be on the stand.  I expect that

10    when you think he's at the point where he's offering

11    testimony that is outside his expert report, Mr. Abramowitz,

12    you'll be on your feet.  You can talk to me then.

13         Mr. Lief, you'd better be ready to show me where

14    it is in the report because if it's not in the report, it's

15    not coming in the record.  That's the way it works.

16    Everybody knows it.

17         MR. LIEF:  All right.

18         THE COURT:  Now, that's within the bounds of

19    reason, or I'm not going to say it's not in hoc verba in the

20    report, it's not in here.  That isn't the point either.  If

21    it's fairly within the ambit of the report, it can come in.

22    If it's not fairly within the ambit of the report, it can't.

23    I expect both sides to be playing by those rules.

24         Mr. Lief, don't put on something that isn't

25    fairly within the ambit of the report.  Mr. Abramowitz,

Pinal - direct

1    don't bother objecting if it is fairly within the ambit of

2    the report.  Then this will move pretty smoothly.

3                 MR. LIEF:  Now --

4                 THE COURT:  All right.  So -- yes?

5                 MR. LIEF:  Thank you.

6                 One specific thing that I think they've objected

7    to in the 7.9 that I think is probably based on their

8    misunderstanding of how we're going to use it, and I can

9    talk to you about that now or we could just go forward.

10                THE COURT:  Let's just get him on the stand.

11   Instead of talking about what he's going to say, let's hear

12   what he says.

13                MR. LIEF:  All right.

14                THE COURT:  This is the advantage of this being

15   a bench trial.  In the end, I'm the one that has to make the

16   decision anyway, so we might as well just get it on and talk

17   about it and then argue about what is and isn't fairly in

18   the record.  All right.

19                Let's go ahead and have Dr. Pinal come forward.

20                ... RODOLFO PINAL, having been duly sworn as a

21   witness, was examined and testified as follows ...

22                THE COURT:  Please be seated, Doctor.

23                THE WITNESS:  Thank you, Your Honor.

24                THE COURT:  They have some documents to present

25   to you.

Pinal - direct

```
 1                    MR. LIEF:  If we could approach?

 2                    (A binder was handed to the witness.)

 3                    THE COURT:  I have a copy.

 4                    MR. LIEF:  Okay.

 5                              DIRECT EXAMINATION

 6     BY MR. LIEF:

 7     Q.      Good morning, Dr. Pinal.

 8     A.      Good morning.

 9     Q.      Can we begin?  Can you tell us, what is your

10     profession?

11     A.      I am a pharmaceutical scientist and a university

12     professor.

13     Q.      And if we could take a look at PTX-637.  Do you

14     recognize this document?

15     A.      Yes.  This is my C.V.

16     Q.      All right.  And is the information reported in your

17     C.V. accurate and up to date?

18     A.      Yes.  As of March 2016, there are some minor updates.

19                    MR. LIEF:  We would move PTX-637 into evidence.

20                    MR. ABRAMOWITZ:  No objection.

21                    THE COURT:  It is admitted without objection.

22     (PTX-637 was admitted into evidence.)

23     BY MR. LIEF:

24     Q.      Now, Dr. Pinal, are you currently employed?

25     A.      Yes.
```

Pinal - direct

1    Q.      And where are you employed?

2    A.      I am Associate Professor in the Department of

3    Industrial and Physical Pharmacy at Purdue University.

4    Q.      And what do you do in your role as a professor?

5    A.      I conduct research on the physical and chemical

6    characterization of drug products and pharmaceutical

7    materials with a heavy emphasis on physical transformation,

8    such as melting.

9            I also have taught courses on dosage forms,

10   on solids, pharmaceutical solids and applied thermodynamics.

11           In addition, I write papers relating to my

12   research on the peer-reviewed literature with a substantial

13   content on phase transformations, such as melting points and

14   associated parameters.  And I also serve as reviewer for

15   scientific journals that publish articles in that area of

16   expertise.

17   Q.      And can you briefly describe for us your educational

18   background?

19   A.      Yes.  I hold a Bachelor's of Science degree in

20   pharmaceutical chemistry from the National University of

21   Mexico.  After that, I obtained a Ph.D. in pharmaceutical

22   sciences with a minor in physical chemistry from the

23   University of Arizona.

24           Subsequently, I conducted two years of

25   post-doctoral research at the University of Florida.

Pinal - direct

1   Q.     Beyond the academic world, have you worked in private

2   industry?

3   A.     Yes.  I worked for a pharmaceutical company,

4   Hoffman-La Roche, between 1990 and 2003.

5   Q.     And what were your responsibilities at Hoffman-La

6   Roche?

7   A.     I had three jobs while working at the company.  The

8   first job was on preformulation, where my responsibilities

9   included the 50 chemical characterizations of new

10   chemical entities.  These were newly synthesized compounds

11   that were being evaluated as potential actives for new

12   products.

13        My second job was in the, in formulation, as a

14   formulation scientist, where my responsibility was in the

15   research and development of dosage forms as well as

16   manufacturing.

17        My third and most recent job at the company was

18   to -- am I getting some feedback here?  Thank you, Your

19   Honor.

20        My most recent job at the company was a clinical

21   scientist and research leader of the solid state

22   pharmaceutical group.  On that responsibility, I had, I had

23   the task of conducting all physical testing and physical

24   characterizations for all active excipients, intermediate

25   blends, and those products, dosage forms that were in the

Pinal - direct

1   pre-market, pre-market phase.

2            As part of the responsibility, I had to

3   determine the melting point of every lot of every active

4   that was either produced or used at the New Jersey facility.

5            In addition to that, I was responsible for

6   writing the technical content regarding physical

7   characterization and phase transformations that were

8   submitted to the FDA in IND and NDA filings.

9            And also when the FDA had questions to physical

10  transformations such as melting point, I was responsible for

11  drafting --

12           THE COURT:  Let me interrupt you.

13           THE WITNESS:  Yes, Your Honor?

14           THE COURT:  You said for NDA filings and some

15  other kind of filing.

16           THE WITNESS:  Oh, I'm sorry, Your Honor.  Yes.

17  Investigational new drug.

18           THE COURT:  IND.

19           THE WITNESS:  So when the drug is first going to

20  be tested in humans, the submission is an IND.

21           THE COURT:  Okay.

22           THE WITNESS:  And it includes basically the

23  elements of NDA, but in a much smaller scale.  And one of

24  the components, the CMC, which is chemistry, manufacturing

25  and control.

Pinal - direct

1      THE COURT:  All right.

2      THE WITNESS:  Which is the technical part.

3      THE COURT:  Thank you very much.

4      THE WITNESS:  Thank you, Your Honor.

5    BY MR. LIEF:

6    Q.    All right.  And I think you were concluding on what

7    you've done at Hoffman-La Roche.

8    A.    Yes.  As I mentioned, when we had questions from the

9    FDA regarding phase transformations, I was responsible for

10   drafting the response.

11   Q.    All right.  Have you been accepted as an expert

12   by other federal courts in pharmaceutical science and

13   melting?

14   A.    Yes.  In 2013, in the Southern District of Florida, I

15   testified in the case of Shire versus Watson involving the

16   same '720 patent, and as I understand it, the Court accepted

17   my opinion that the magnesium stearate used in Watson's

18   products melted below 90 degrees Centigrade.

19   Q.    All right.

20         MR. LIEF:  We would offer Dr. Pinal as an expert

21   witness in the fields of pharmaceutical science and melting

22   point analysis.

23         MR. ABRAMOWITZ:  No objection, Your Honor.

24         THE COURT:  All right.  He's admitted as an

25   expert.

Pinal - direct

1    BY MR. LIEF:

2    Q.    Dr. Pinal, what were you asked to do in this case?

3    A.    I was asked to determine whether the melting point

4    of the magnesium stearate and magnesium palmitate in the

5    Zydus ANDA product are lower than 90 degrees Centigrade.

6    Q.    And what have you concluded with respect to those

7    questions?

8    A.    I have concluded that the melting points of both the

9    magnesium stearate and magnesium palmitate of the Zydus ANDA

10   product are lower than 90 degrees Centigrade.

11   Q.    If we could turn to Plaintiffs' Demonstrative

12   Exhibit 7.1, can you tell me what is shown here?

13   A.    This is the Court's claim construction for melting

14   points, and it is -- counsel has advised me that the Court

15   has construed melting points to mean the temperature at

16   which solid and liquid phases of a compound are at

17   equilibrium.

18   Q.    All right.  And have you applied this claim

19   construction in coming to your opinions?

20   A.    Yes, I have.

21   Q.    Now, does the Court's claim construction use the

22   exact same words that you had initially proposed for the

23   phrase melting points?

24   A.    No.  I had originally proposed the range of

25   temperatures at which a solid begins to liquefy or solid

Pinal - direct

1    turns into a liquid.  However, the equilibrium temperature

2    is precisely the temperature at which melting can begin to

3    take place.  So the two claim constructions are consistent

4    with each other.

5              The concept of equilibrium gives us the

6    theoretical understanding of what is happening during

7    melting.  The claim construction that I proposed was based

8    on the same understanding, but from the point of view of the

9    practical measurement of that temperature.

10   Q.    All right.  If you could briefly explain for us the

11   concept of melting.

12   A.    Yes.  And I have prepared a demonstrative for that.

13   Q.    And if we could look at PDX-7.2.  And can you tell us

14   what this shows?

15   A.    Yes.  In this demonstrative on the left-hand side,

16   we have a depiction of a thermometer to indicate the

17   temperature scale, and it has a horizontal bar to mark

18   the temperature where the solid and liquid phases are at

19   equilibrium, to be at a melting temperature.  And on the

20   right-hand side we have a representation of crystalline

21   solid material, where the blocks represent organic molecules.

22   A crystal here has two features.  One of them is that the

23   molecules are in an orderly arrangement, and, second, that

24   the molecules are locked in position with respect to each

25   other.  In other words, they are not free to move due to the

Pinal - direct

1    constraints imposed by the molecules surrounding them.

2                    As we increase the temperature, next slide,

3    please, for as long as we are just below the equilibrium

4    temperature, all the molecules would be in the solid phase.

5                    If we further increase the temperature until we

6    obtain precisely that equilibrium temperature, then the

7    thermal energy on the molecules is sufficient, sufficient to

8    allow the molecules to leave the crystal, the crystal phase

9    and go into the liquid, but one special characteristic of

10   the equilibrium condition is that the energy balance is

11   just perfect.  In other words, there is no driving force

12   pushing any molecule to stay in one phase or go to the

13   other.

14                   So the molecules are free to choose, so to

15   speak, to be either in the crystal or in the liquid without

16   paying any price, any energy cost.  As soon as the

17   temperature surpasses the equilibrium melting temperature,

18   then all the molecules will be in the liquid form.

19                   So if we look at the horizontal bar, whenever

20   the temperature is just below that equilibrium temperature,

21   the sample would be a solid, and if it is just above, it

22   will be a liquid.

23                   So that the melting of crystals can be at higher

24   temperature, but the instant the melting takes place is when

25   we achieve equilibrium.  So if we observe melting at a

Pinal - direct

1    higher temperature, that is an indication that we have

2    already obtained equilibrium and surpassed it in terms of

3    temperature.

4    Q.    How is melting point determined?

5    A.    In the pharmaceutical field, the most common way

6    for measuring melting point is DSC, differential scanning

7    calorimetry.  And what scientists used is, as I mentioned,

8    the equilibrium temperature, the precise temperature at

9    which melting can begin to take place.  Scientists use the

10   onset of the melting event of the DSC as a measure, as a

11   measurement of the melting point.

12   Q.    Can a substance have multiple melting points?

13   A.    In general, each solid substance has its own

14   characteristic melting point.  However, one common

15   occurrence in pharmaceutical science is that we can take

16   the same sample and subject it to a heating process and

17   observe multiple melting events.

18           The reason for that is that the same organic

19   molecules can arrange themselves into different solid

20   substances, and each solid substance would have its own

21   characteristic melting point.

22           So among the different types of solid substances

23   that can be created with organic molecules includes some in

24   which it's not only the organic molecule, but also water

25   molecules are part of the integral structure of the crystal,

Pinal - direct

1    and these are called hydrates.

2    Q.    All right.  To change to that topic a little bit, can

3    you explain somewhat further what a hydrate is?

4    A.    Yes.  And I have prepared a demonstrative to

5    illustrate that point.

6    Q.    If we could look at PDX-7.3.  And can you tell us

7    what this shows?

8    A.    Well, here we are using the same representation for

9    the organic molecule, and the circles represent water

10   molecules.

11           So one important consideration here is that the

12   water present in this solid substance is not water that is

13   simply wetting the crystals, but as we can see, the water

14   molecules are an integral part of the orderly structure.

15           So what we can see in this case is that both the

16   organic molecules and the water, and the water molecules

17   share the two attributes of the solid crystals.  One, that

18   they have an orderly arrangement.  And, second, that they

19   are locked in position.  So they are immobile with respect

20   to the surrounding molecules.

21   Q.    Can a hydrate crystal, can a hydrate melt?

22   A.    Yes.  By heating a crystal, a certain crystal,

23   certain hydrate crystals will melt.

24   Q.    And if we could look at PDX-7.4, is this a

25   demonstrative you prepared?

Pinal - direct

1     A.     Yes.  This would illustrate how a hydrate can melt.

2     Q.     What does it show?

3     A.     Here we have on the left and right-hand sides the

4     same representations as we used in the previous

5     demonstratives.

6            So as we increase the testimony -- next slide,

7     please -- and for as long as we're again below the

8     equilibrium temperature, the thermal energy is going to

9     bring just vibration into the molecules.  That's the way the

10    crystals, they absorb the thermal energy.  However, since we

11    are below the equilibrium temperature, the two attributes

12    of the solid crystal remain, and one of them is, again, the

13    molecules' ability to retain their orderly arrangement, and

14    also are immobile in terms of being able to displace

15    themselves with respect to each other.

16           So, again, if we continue increasing the

17    temperature and we cross the equilibrium temperature, then

18    at that point it forces the thermal energy sufficient to

19    overcome the forces holding the molecule in place and then

20    water can leave, and it breaks the crystalline orderly

21    structure of the organic molecule, giving place to a liquid.

22           The liquid has two attributes which are in

23    contrast to the solid.  One of them is that the molecules

24    are randomly distributed, and the other one is that the

25    molecules have free mobility.  They're able to move around

Pinal - direct

1   each other, past each other.  In other words, they are able

2   to flow.

3   Q.     All right.  Now, you mentioned crystals.  Can you

4   tell us generally, how are crystals formed?

5   A.     Crystals are formed when randomly, random molecules

6   are able to align themselves with respect to each other to

7   produce an orderly arrangement of the solid crystal.  And I

8   have prepared a demonstrative to illustrate that point.

9   Q.     All right.  If we could look at PDX-7.5, and can you

10  tell us what this shows?

11  A.     Yes.  Here we have on the top and bottom part, we

12  have on the left-hand side the starting crystalline

13  material, and on the right-hand side of both we have the

14  final product after the re-crystallization.

15          What we have in the middle is up on the top

16  panel, we have the representation of the molecules being in

17  the liquid state, but the liquid is a molten, the molten

18  product is from the crystal on the left.

19          At the bottom panel in the center we have also

20  the molecules in solution, but the difference, sorry, in

21  liquid state, but the difference in this case is that they

22  are in solution.  So the circles in the, in the center

23  pattern at the bottom represent solid molecules which could

24  be water or another solvent.

25          The similarity between the two panels in the

Pinal - direct

1    middle is that the molecules are randomly distributed and,

2    very importantly, they are free to move around each other,

3    so that this allows them to align themselves into an orderly

4    arrangement, giving place to the, to the product, which is

5    the crystal, the crystal on the right-hand side in both

6    cases.

7              For the bottom example, which is crystallization

8    from solution, we can think of something like honey.  You

9    would take a container with honey and leave it on the table

10   for a number of weeks.  Eventually, we will see the

11   appearance of sugar crystals.  That will be crystallization

12   of sugar from solution.

13   Q.    All right.  Again, to change topics a little bit, I

14   would like to discuss magnesium stearate.

15             If we could turn to PTX-490 as a first --

16             THE COURT:  First a question from me: What is

17   the term "pure crystal" meant to denote?

18             THE WITNESS:  Pure crystal refers in two ways.

19   One of them could be many types of the purity chemically

20   speaking, for example, a high quality crystal, meaning

21   one with no defects.  If we have a crystal that is almost

22   perfect, and if I can throw an analogy, it's like we compare

23   a cheap diamond versus an expensive diamond.  The difference

24   is that the expensive diamond has fewer imperfections.

25             So a pure crystal is one that has very few

Pinal - direct

1    imperfections, or basically is almost perfect.  And for --

2    by virtue of being almost perfect, what it does is, it

3    squeezes out possible impurities, and it will also result in

4    chemical purity.  That is why chemists use crystallization

5    as a means of purification.  And what they are trying to

6    achieve is the highest quality, physical quality of the

7    crystal, because the highest physical quality of the crystal

8    will come along with purity.

9            So, in essence, what chemists do is use

10   crystallization as a purification process, because the

11   molecules, as they arrange themselves, the more perfectly

12   that they can arrange themselves, they are able to squeeze

13   out any molecules which are not like them.

14           So they go --

15           THE COURT:  The hydrate?

16           THE WITNESS:  The hydrate is part of the

17   structure, so that particular configuration is something

18   that can exist in a pure form, so the organic molecules

19   and water molecules can work in unison, so to speak, to

20   squeeze impurities out.  But the highest the physical purity

21   of the chemical crystal would come with the higher chemical

22   purity.

23           THE COURT:  So on the demonstrative where it

24   shows crystal on the left with hydrates included, and

25   crystals on the right called pure crystal and no hydrate,

Pinal - direct

 1    the difference isn't necessarily that there are no hydrates.

 2    It's just a better or purer crystal.  Is that what you are

 3    saying?

 4                 THE WITNESS:  Yes.  In this context, we talk

 5    about pure crystal, we're talking more about the physical

 6    quality, the physical perfection of the quality.

 7                 THE COURT:  All right.  Thank you.

 8                 THE WITNESS:  Thank you, Your Honor.

 9    BY MR. LIEF:

10    Q.    All right.  Changing topics a little bit to magnesium

11    stearate in particular, I'd like to turn to PTX-490.

12                 The first question:  Can you identify this?

13    A.    Yes.  This is the "Handbook of Pharmaceutical

14    Excipients," Second Edition.

15    Q.    All right.  And is the "Handbook of Pharmaceutical

16    Excipients" an authoritative reference relied upon by

17    scientists in this field?

18    A.    Yes.  It is very widely relied upon by pharmaceutical

19    scientists, including myself.

20    Q.    And if we could take a look at, and turn to page 280,

21    which is also page 490.3.  There is Section 4 there.

22                 And can you tell us what it states about

23    magnesium stearate?

24    A.    Well, it says that magnesium stearate consists

25    chiefly of variable proportions of magnesium stearate and

Pinal - direct

1    magnesium palmitate.

2    Q.    And if we could turn specifically to the magnesium

3    stearate in Zydus' product.  If we could look at PTX-287.

4    And the first question:  What is this document?

5    A.    This is the batch manufacturing record for Zydus

6    product, lot EMM196.

7    Q.    All right.  And if we could look at page 287.4, what

8    information did you derive from this part of the batch

9    manufacturing record?

10   A.    Well, it identifies magnesium stearate as one of the

11   materials used in this product.  It also indicates,

12   identifies Dr. Paul Lohmann as the source of that magnesium

13   stearate, and it also specifies that this material meets

14   the NF, that is national formulary specification, among

15   others.

16   Q.    All right.  With that in mind, if we could turn to

17   PTX-644.  And do you recognize this document?

18   A.    Yes.  This is the certificate of analysis of

19   magnesium stearate supplied by Dr. Paul Lohmann.

20   Q.    Right.  And what information do you obtain from this

21   certificate of analysis?

22   A.    Well, if we look at the sixth and seventh lines on

23   the table, it gives the content for stearic acid, and then

24   on the seventh line, stearic and palmitic acid.  These are

25   proxies for the content of -- stearic acid is a proxy for

Pinal - direct

1    magnesium stearate and palmitic acid is a proxy for

2    magnesium palmitate.

3                So it indicates that this lost contains

4    65.5 percent of magnesium stearate and the balance to

5    98.9 percent, which would be 33.4 percent is magnesium

6    palmitate.

7                MR. LIEF:  All right.  To the extent it's not in

8    evidence, we would move PTX-644 into evidence.

9                MR. ABRAMOWITZ:  No objection.

10               THE COURT:  All right.  It's admitted.

11   (PXT-644 Exhibit was admitted into evidence.)

12   BY MR. LIEF:

13   Q.    Is there any other evidence that shows that the Zydus

14   ANDA product contains both magnesium stearate and magnesium

15   palmitate?

16   A.    Yes.  Dr. Hanton testified yesterday.  He conducted

17   DCS studies, gas chromatography, mass spectrometry analysis,

18   and this is an analytical technique that separates the

19   chemical and a sample by gas chromatography and identifies

20   them by their specific mass.  And the results from Dr.

21   Hanton's analysis are consistent with the results presented

22   here in the certificate of analysis from Dr. Paul Lohmann.

23   Q.    All right.  Now, are the magnesium stearate and

24   magnesium palmitate in Zydus's ANDA product in a hydrated

25   form?

Pinal - direct

1    A.      Yes, they are.

2    Q.      And what do you base that conclusion on?

3    A.      It's based on the results from Dr. Hanton's TGA, that

4    is, thermogravimetric analysis, as well as Zydus's

5    documentation and the literature.

6    Q.      All right.  If we could turn to PTX-644 at page .1?

7            Again, this is a certificate of analysis.

8            What information does this supply with respect

9    to loss on drying?

10   A.      It gives a value for loss on drying of 3.7 percent.

11   This means that if we were to dry out all the water present

12   in this sample, there will be a reduction in weight of

13   3.7 percent.

14           And this result is very consistent with a TGA

15   analysis conducted by Dr. Hanton on this material.

16   Q.      If we could turn back to PTX-490, which is again the

17   Second Edition of the Handbook of Pharmaceutical Excipients.

18   I'd like to look at page 490.4.

19           And in the left-hand column there under Typical

20   Properties, can you read into the record what is says in the

21   section polymorphism?

22   A.      It indicates that the forms exist as trihydrate and

23   dihydrate, so saying that this magnesium stearate exists in

24   hydrated forms.

25   Q.      Okay.  And I would also like to turn you to PTX-497.

Pinal - direct

1    And I will ask you as a first matter, do you recognize this

2    document?

3    A.    Yes.  This is an article published by Sharpe and

4    other authors titled physical Characterization of the

5    Polymorphic Variations of Magnesium Stearate and Magnesium

6    Palmitate Hydrate Species.

7              So from the title alone, we can tell both

8    magnesium stearate and magnesium palmitate are known to

9    exist as hydrates.

10   Q.    Is this article from an authoritative journal?

11   A.    Yes, it was published in the journal Structural

12   Chemistry.

13   Q.    Now, Dr. Pinal, was an experiment done to measure the

14   melting point of Zydus's magnesium stearate?

15   A.    Yes.

16   Q.    And what experiment are you referring to?

17   A.    Dr. Hanton, as he testified yesterday, he conducted

18   DSC, differential scanning calorimetry, on the magnesium

19   stearate sample.

20   Q.    And is differential scanning calorimetry a standard

21   they did for determining the melting point of the substance?

22   A.    Yes.  As I mentioned earlier, in the pharmaceutical

23   field, DSC is the standard method for determining the

24   melting point of substances.

25   Q.    I'd like to turn you to Plaintiff's Trial

1    Exhibit 647.  As a first question, I'd like to ask you, what

2    is that?

3    A.     This is an excerpt from the USP, United States

4    Pharmacopeia, No. 23, from 1995.

5    Q.     Is USP considered an authoritative reference by

6    people of skill in this area?

7    A.     Yes, it is very widely relied upon source by

8    pharmaceutical scientists.

9    Q.     I'd like you to turn to page 647.5.

10           We have a section there, (891) thermal analysis.

11   And I'd like to focus you on the left-hand column, second

12   full paragraph, about three lines down, starting with the

13   words "instrumental methods."

14           Could you read that into the record?

15   A.     Yes.  It reads:  Instrumental methods have largely

16   supplanted older methods dependent on visual inspection and

17   on measurements under fixed or arbitrary conditions because

18   they are objective, they provide more information, they

19   afford permanent records, and they are generally more

20   sensitive, more precise, and more accurate.

21           So this supports my previous answer that

22   instrumental methods are the most relied upon ways for

23   determining melting points in the pharmaceutical field.

24   Q.     Just to be clear, is differential scanning

25   calorimetry an instrumental method?

Pinal - direct

1    A.       Yes, and I did say that for melting point in the

2    pharmaceutical field, it is the premier instrumental method

3    for determining melting points.

4    Q.       Dr. Pinal, have you prepared a demonstrative to help

5    explain Dr. Hanton's DSC results?

6    A.       Yes, I have.

7    Q.       If we could look at PDX-7.6.

8             What is this?

9    A.       Here, what we see are an exact trace of Dr. Hanton's

10   DSC analysis results.  And what we can see, there is two

11   peaks:  one starting at about 80 degrees and another one

12   starting at about 125 degrees.

13            Now, each one of these peaks represents a

14   thermal physical transformation.  And the fact that both of

15   the peaks are pointing downward means that they are both in

16   endothermic events, meaning that there was a net gain of

17   energy by the sample on each one of those transformations.

18            So as we go, looking just from left to right,

19   the beginning, before, we have the starting material which

20   is the Zydus hydrated form of magnesium stearate.

21            So as it goes through the first transformation,

22   we, and we are located in the middle, so between the two

23   peaks.  Once the first transformation is finished, then we

24   have the final product from that transformation which is a

25   different solid substance, made from the same organic

Pinal - direct

1    molecules but it is a different solid substance.

2                So the new solid substance.  And as we

3    continue to increase the temperature, it will undergo a

4    transformation of its own.

5                One of the things to also look in here is that

6    we can see that the first transformation is broad and the

7    second transformation is very sharp and narrow.

8                Since these are the same molecules present, the

9    analysis of the DSC can tell us what the shape of the second

10   peak tells us what happen.  The second sharp peak tells us

11   what happen on the first broad peak.

12   Q.    All right.  Just so we understand, the curve that is

13   shown here, where does this come from?

14   A.    This is an exact trace from Dr. Hanton's DSC results

15   and it is indicated on the lower right-hand corner which is

16   PTX-553.

17   Q.    Okay.  And can you take us through the various

18   sections of this DSC curve in some greater detail and

19   explain to us what is going on?

20   A.    Yes.  So next slide, please.

21               So what we have at the beginning is the hydrated

22   form of magnesium stearate represented in the bottom using

23   the same representation as in the demonstratives.  And

24   before anything happens, all we are doing is just increasing

25   the temperature of that sample.

Pinal - direct

1          Then as we approach the transition event -- next

2     slide, please -- we're actually approaching the equilibrium

3     temperature, but the molecules are still locked in position

4     and they are in arrangement.  They are vibrating because of

5     the proximity of the equilibrium temperature, but as long

6     as we remain below temperature, the original crystal will

7     remain.

8          If we further increase the temperature -- next

9     slide -- such that we surpass the equilibrium temperature,

10    and as Dr. Hanton indicated yesterday, he indicated how

11    it is determined from the level of the peak by the DSC

12    instrument, then the water, the water leaves and the

13    dehydration results in the disruption of the orderly

14    structure of the crystal.

15         So what we have now is that the same organic

16    molecules now are in random, randomly distributed, and also

17    they have free mobility.  They are able to move around each

18    other, past each other, and so on.  In other words, what we

19    have here is the presence of the magnesium stearate in

20    liquid form.

21         Now, since the molecules have the ability to

22    move around past each other, they are able to align

23    themselves with each other.  And as we continue through the

24    process -- next slide -- they can then align themselves into

25    the new solid substance which is the final product from the

Pinal - direct

1    first transformation.

2                    THE COURT:  Hold on.

3                    MR. ABRAMOWITZ:  I'm going to object at this

4    point, Your Honor.  Dr. Pinal has no opinion either in his

5    report and refused to provide an opinion at his deposition

6    that the dehydration, melt, and recrystallization can be

7    separated under the temperature.

8                    MR. LIEF:  Just -- and I think this is the point

9    I was going to try to clarify before we began.  It is a

10   demonstrative, obviously.  There wasn't enough space to the

11   left to put the recrystallization in, too.  We are not

12   intending to represent that this recrystallization is

13   occurring at those specific temperatures, so it should not

14   be read that way.

15                   THE COURT:  Does that satisfy your concern?

16                   MR. ABRAMOWITZ:  If it is on the record, that

17   satisfies my concern.

18                   THE COURT:  All right.  Fine.  Thank you.

19                   You may proceed.

20   BY MR. LIEF:

21   Q.    Dr. Pinal, if you could continue in your description.

22   A.    Then, when we are in between, on the baseline right

23   in between the two transformations, what we have is the

24   solid form of the final product from the first transformation.

25   And, once again, what we're doing here is increasing its

Pinal - direct

1    temperature.

2              But as we continue to increase the

3    temperature -- next slide, please -- we will obtain the

4    equilibrium melting temperature for the new, for the new

5    product.

6              The difference that we have between the two

7    solids is that the starting material is the hydrated form,

8    is the form, the hydrated form of magnesium stearate.  And

9    the product after the recrystallization is the anhydrous

10   form of magnesium stearate.

11   Q.    Now, Dr. Pinal, why do you conclude that there is a

12   recrystallization occurring?

13   A.    Because the shape of the second peak, this is a very

14   sharp and narrow peak, and that is a characteristic of the

15   melt of a crystal of very high quality, and very pure

16   crystal in the physical sense, in the sense that the

17   molecules are very neatly arranged.  And that is the type

18   of crystal that can only be produced when the molecules are

19   freely mobile.  They are able to align themselves.  It is

20   like making the crystal into one piece as opposed to

21   patching it from different pieces.

22              So what we can see is a big contrast here is

23   that the second peak is very sharp and narrow, indicating

24   whatever product here was a very high quality crystal and

25   the first peak is actually quite broad.

                         Pinal - direct

1    Q.      Now, Dr. Pinal, looking at this, with respect to the

2    first peak, it seems that you are opining that there are

3    several events occurring:  dehydration, the melt, and the

4    subsequent recrystallization.  Why is there only one peak

5    there?

6    A.      Because what DSC provides is a net balance.  And as

7    Dr. Hanton mentioned this yesterday in his testimony, it

8    provides a net balance of energy.  And it is a very frequent

9    situation in pharmaceutical systems to have several process

10   taking place very near each other or even overlapping

11   partially or completely.

12             In these particular case, we have the peak

13   which represents a thermal envelope of the whole transition,

14   so it envelopes all the processes taking place under that

15   envelope.

16             And in this broad peak, what we have is three

17   processes:

18             One of them is the dehydration which is

19   endothermic.

20             Another one is the disruption of the crystalline

21   structure which is basically separating the organic

22   molecules which is also endothermic.  And,

23             We have the crystallization of the anhydrous

24   form which is exothermic.

25             So we have two contributions that are positive

Pinal - direct

1    because they are endothermic and one contribution that is

2    negative because it is exothermic.  But the crystallization

3    part is buried under the envelope of the wide first peak.

4    Q.    All right.  Is the substance that is melting --

5              THE COURT:  Let me interrupt for a second, Mr.

6    Lief.

7              MR. LIEF:  Yes.

8              THE COURT:  Remind me the technical definition

9    of "endothermic" and "exothermic."

10             THE WITNESS:  Yes, Your Honor.  "Endothermic"

11   there, that is one in which from before to after the

12   transition, the sample gained energy.

13             An "exothermic" event is one in which from

14   before to after the transition, the sample gave up energy.

15             THE COURT:  And the gaining of energy is

16   represented how with respect to temperature?

17             THE WITNESS:  Is by the area of the peak in the

18   direction.  So, for example, if we look here at the, on the

19   left-hand side on the baseline where there is the flat

20   baseline, if we had, for this particular type of instrument,

21   an endothermic event in which the sample gains energy, we

22   will see a peak that points downward.

23             And if we have an exothermic event, we will have

24   a peak that points upward.

25             So if we have three processes taken together,

Pinal - direct

1     what we get here is the algebraic sum of the three peaks.

2     So the three peaks have not resolved.

3                 So we have two negative peaks under this broad

4     peak and one positive peak, but the area of the positive

5     peak is small enough to be basically buried under the larger

6     contributions of the two negative peaks.

7                 THE COURT:  All right.  Thank you, Dr. Pinal.

8                 THE WITNESS:  Thank you, Your Honor.

9     BY MR. LIEF:

10    Q.    To again focus on the material, the substance that is

11    meting up at 120 or 125 or so, is that the same substance as

12    the magnesium stearate that is in the Zydus product?

13    A.    No.  Once we are -- once the first transformation has

14    finished and we are in the baseline between the two peaks,

15    the original substance no longer exists.  We have the final

16    product of the first transformation which is a, is the

17    anhydrous form of magnesium stearate, but it is a different

18    substance, a different solid substance, and that is what we

19    see on the melting of the second peak.

20    Q.    All right.  Now, beyond the evidence from the DSC,

21    the differential scanning calorimetry, is there any other

22    evidence that supports your opinion that a melt is occurring

23    below 90 degrees C?

24    A.    Yes.  The literature of magnesium stearate supports

25    my opinion that there is liquid being formed under the

Pinal - direct

1    first, under the first peak.  In particular, the fact that

2    dehydration produces the disruption of the three-dimensional

3    crystal structure.

4              The technical term for this is called the loss

5    of anisotropy.

6    Q.    Just so we have this term, what is anisotropy?

7    A.    Anisotropy is the property of crystals but is not a

8    property of liquids and in the pharmaceutical field is used

9    to determine if a sample is crystalline or not.  And I have

10   prepared a demonstrative to help illustrate that point.

11   Q.    Can we take a look at PDX-7.11.

12             Can you tell us what this shows?

13   A.    This is a depiction how the property of anisotropy is

14   used in the pharmaceutical field to determine if a substance

15   is crystalline or not.

16             And what we have on the left-hand side, we have

17   the representation of a crystal.

18             And in the center, in the center panel, we

19   have the representation of a liquid in which we have the

20   molecules in random arrangement.

21             And on the right-hand side, we have a

22   representation of an amorphous solid in which the molecules

23   are all in a random arrangement.

24             So the sample is subjected to a filter, which

25   is polarized light.  And if the structure of that sample

                          Pinal - direct

1    is orderly, so there is an orderly arrangement of the

2    molecules, the sample will look dark under many angles but

3    at some particular angle, the sample would shine with light,

4    and that is directly the result of the fact that the

5    molecules are in an orderly arrangement.

6              Conversely, if the molecules are randomly

7    oriented, the samples will appear dark under any angle at

8    which we applied that filtered light, which is polarized

9    light.

10   Q.    And if we could look at PTX-499.

11             THE COURT:  I'm sorry to keep interrupting.

12             MR. LIEF:  That's fine.

13             THE COURT:  If I want to understand this, I have

14   to ask questions.

15             MR. LIEF:  That's fine.

16             THE COURT:  So anisotropy, is that the name that

17   is given to the ordered state or is anisotropy the name

18   given to the testing for it?  What does the word itself

19   mean?

20             THE WITNESS:  Your Honor, anisotropy means in

21   a solid material, the properties are not the same in the

22   vertical direction or horizontal direction or back and forth

23   direction.  So it doesn't have the same properties.  So, for

24   example, it may be easier to compress in one direction than

25   another, or the light would go faster in one direction than

Pinal - direct

1    the other.

2                So that is what anisotropy means.  That on a

3    solid material, the properties are not -- if you measure a

4    property, such as speed of sound, speed of light, mechanical

5    resistance -- it will not be the same if you do it either

6    horizontally or vertically.

7                If the molecules are randomly distributed like

8    in a liquid, the properties will be the same regardless of

9    which angle you are testing them.

10               THE COURT:  So if you say, oh, this thing is

11   anisotropic --

12               THE WITNESS:  Anisotropic, correct, Your Honor.

13               THE COURT:  -- that would mean there's some

14   orderly arrangement to it?

15               THE WITNESS:  Exactly.

16               THE COURT:  It's a way to determine if something

17   is a crystal?

18               THE WITNESS:  Exactly.  It is used very

19   frequently to do that.  If a material exhibits anisotropy,

20   it is the result of molecules having an orderly arrangement.

21               THE COURT:  All right.  Thank you.  I appreciate

22   that.

23               THE WITNESS:  Thank you, Your Honor.

24   BY MR. LIEF:

25   Q.    If we could turn to PTX-499.

Pinal - direct

1            And as a first matter, I'll ask you what is this

2    article?

3    A.     This is an article published by Ertel and Carstensen,

4    entitled An Examination of the Physical Properties of Pure

5    Magnesium Stearate.

6    Q.     And in what journal is this published?

7    A.     In the International Journal of Pharmaceutics.

8    Q.     Is that an authoritative journal people of skill in

9    this area turn to?

10   A.     Yes, it is one of the most highly reputable journals

11   in the pharmaceutical field.

12   Q.     If we could turn to internal page 171, which I think

13   we have, otherwise numbered as 499.2.

14            In the summary of the article, what is stated

15   about four lines down?

16   A.     It indicates that the loss of water hydration

17   resulted in the disruption of the crystal 3-dimensional

18   lattice structure.

19            And this is an important statement on two

20   accounts.  One of them was that it made it to the summary

21   section or abstract, as we call it in the U.S., because as

22   we can see, this is a very short paragraph where the authors

23   capture what they consider to be their most significant

24   findings or observations from their study.

25            Second, it provides substantive evidence that

Pinal - direct

1    the dehydration of magnesium stearate is a violent event

2    that disrupts the crystal structure of magnesium stearate.

3    Q.    All right.  And if we could turn to page 499.5 in

4    the Ertel and Carstensen article, which is internal page 174.

5              And, again, look at the left-hand column.  I

6    think it is about eight lines down.

7              Can you tell us what it says there?

8    A.    It says that the loss of moisture was accompanied by

9    a darkening of the crystals' appearance when viewed under

10   cross-polars, indicating a loss of their anisotropic

11   property, which had also been reported by Miller, among

12   other authors.

13   Q.    Again, what is the significance of loss of anisotropy

14   during the dehydration process?

15   A.    It signifies the formation of the liquid.  Because

16   crystals have anisotropy, liquids do not.

17   Q.    Just as a check on that, in your demonstrative on

18   anisotropy, on the right-hand side, there was an example of

19   a solid, an amorphous solid that also didn't have

20   anisotropy.  Why would you conclude it is a liquid and not a

21   crystal?

22   A.    That is true.  But the difference between amorphous

23   solids and liquids is that in amorphous solids, the

24   molecules are locked in place so they share the inability,

25   the inability to move each other and align themselves with

Pinal - direct

1    a crystal.  So it is, the liquid is where the mobility

2    exists.

3    Q.    Now, we look at Ertel and Carstensen and we looked at

4    the Sharpe paper briefly.  Did those papers conclude that

5    the first peak represents a melt?

6    A.    No, they limit their discussion to the dehydration

7    process taking place, which indeed is taking place.

8    Q.    So do you disagree with those papers?

9    A.    No, I agree as far as they go.  In fact, their

10   analysis is part of my opinion, but it is only part of my

11   opinion because it is not it a complete analysis.  They

12   didn't explore, for example, what is the relationship

13   between the first and second endotherms, which are basically

14   the same sample and the same molecules.

15   Q.    Is the melting point of pure magnesium stearate below

16   90 degrees C?

17   A.    Yes, it is.

18   Q.    I'd like to turn back to Sharpe, which is PTX-497.

19   And if we could look at page 76, which is also 497.4.

20          There is a Figure 2 there.  And can you tell us

21   what this shows?

22          THE COURT:  I'm sorry to interrupt but the use

23   of the word "pure" there has got me thrown a little bit.

24          When you say the pure magnesium stearate melting

25   point is below 90, are you referring to what on the

Pinal - direct

1    demonstrative was labeled as the hydrated or Zydus product

2    magnesium stearate or what are you referring to?

3                    THE WITNESS:  Your Honor, the Zydus magnesium

4    stearate is a mixture of different chemicals.  The main

5    components, one of them is magnesium stearate.  The other

6    one is magnesium palmitate.  So they both exist in the

7    Zydus, on the Zydus product.

8                    Now, when we talk about pure magnesium stearate

9    in this, in this question, it refers to the magnesium

10   stearate that is free from magnesium palmitate.

11                   THE COURT:  All right.  And so my question is --

12   I ask a lot of questions.  I'm taking your time on your

13   clock.  Sorry about that.  You showed a demonstrative in

14   which you showed an arrangement of blocks to represent the

15   molecule, and you said, and you called it, in a certain

16   frame anyway, you called it a pure crystal.  That is also

17   represented on the demonstratives as the form, representing

18   the form of the magnesium stearate after it passes the first

19   peak.  Right?

20                   THE WITNESS:  (Nodding yes.)

21                   THE COURT:  Okay.  So when you say the pure

22   magnesium stearate, you are not -- are you trying to say

23   the magnesium stearate after it goes through the first

24   transition or do you mean the magnesium stearate before?

25                   THE WITNESS:  Your Honor, thank you.  And I

Pinal - direct

1   apologize for the lack of clarity, but hopefully I will be

2   able to clarify it now.

3              What happened is that the label of the material

4   that Zydus uses is magnesium stearate, which is in fact a

5   mixture of chiefly two substances.  So in the demonstrative,

6   when I referred to the pure crystal, maybe in the context is

7   more like a more perfect crystal.

8              THE COURT:  Right.

9              THE WITNESS:  A physically pure, physically

10  perfect crystal.

11             THE COURT:  Sure.  So I'm just clarifying.  Your

12  use of the word "pure" is equivocal here.  In one instance,

13  you are talking about a pure crystal, in the other you are

14  talking about magnesium stearate without magnesium

15  palmitate.  Have I got you right?

16             THE WITNESS:  Yes, Your Honor.

17             THE COURT:  Okay.  Fine.  Thanks.  Go ahead.

18  BY MR. LIEF:

19  Q.    And again, in Sharpe, we're looking at Figure 2.  I

20  guess in light of those questions, as a first question, are

21  the DSC and TGA traces here of a sample that is magnesium

22  stearate alone?

23  A.    Yes.  This is magnesium stearate alone, free from any

24  magnesium palmitate.

25  Q.    All right.

Pinal - direct

1    A.    And what we see is the overlay of the TGA on top and

2    DSC traces on the bottom.  And one of the things that --

3    and this is for the hydrated form of magnesium stearate,

4    hydrated form alone.  And what we can notice is two things:

5         One of them is that these results are both TGA

6    and DSC analysis are very similar to the results obtained by

7    Dr. Hanton in his analysis.

8         And, in addition, if we look on the bottom

9    trace, at the onset of the first peak, we can see that the

10   onset of that first peak is below 90 degrees centigrade, and

11   this is for magnesium stearate alone.

12   Q.    All right.  Now, the same question with respect to

13   magnesium palmitate alone.  Does it melt below 90 degrees C?

14   A.    Yes, it does.

15   Q.    If we could turn in the Sharpe paper to internal page

16   78, which is 497.6.

17        And if we could look at Figure 5.

18        Can you tell us, first, are the traces that are

19   in Figure 5 here for magnesium palmitate alone or something

20   else?

21   A.    No, these are traces similar to the previous example

22   of the TGA and DSC for magnesium palmitate alone, meaning

23   free from any magnesium stearate.  And,

24        Once again, what we can see from this sample is

25   that the TGA results are very similar to those obtained by

Pinal - direct

1    Dr. Hanton in his analysis.

2            In addition, we can also see that the onset of

3    the first peak on the DSC, which is on the bottom trace, is

4    lower than 90 degrees centigrade.

5            So from these two figures, we can see that

6    the melting point of magnesium stearate alone is below

7    90 degrees centigrade and the melting point of magnesium

8    palmitate alone is below 90 degrees centigrade.

9    Q.    What about the sample with the mixture from Zydus?

10   A.    From the DSC from Dr. Hanton's analysis, we can see

11   when they are combined, the peak also has a melting point

12   below 90 degrees, which was about 82 degrees, the onset

13   temperature.

14   Q.    Is there any other evidence that supports your

15   opinion that magnesium stearate melts below 90 degrees?

16   A.    Yes, there are numerous sources in the literature

17   that indicate that the melting point of magnesium stearate

18   is lower than 90 degrees centigrade.

19   Q.    All right.  If we look at PTX-491, the first

20   question.  What is this?

21   A.    This is the Handbook of Pharmaceutical Excipients.

22   This is the -- let me see -- the first edition.

23   Q.    All right.  And if we look at PTX-491.4, I'd like you

24   to look at the left-hand column under typical properties.

25            What does it report for the melting point of

Pinal - direct

1   magnesium stearate?

2   A.      88.5 degrees centigrade.

3   Q.      And what year was this published?

4   A.      1986.

5   Q.      I'd now like to go to the book we already looked at,

6   the second edition of the handbook, PTX-490, and focus you

7   on page 490.4.

8           Again, left-hand column, typical properties.

9   What is the melting point reported?

10  A.      88.5 degrees centigrade.

11  Q.      And what year was that published?

12  A.      In 1994.

13  Q.      All right.  Now, did the subsequent editions of the

14  Handbook of Pharmaceutical Excipients report that same

15  melting point for magnesium stearate?

16  A.      No, they report higher temperatures, about

17  120 degrees or higher.

18  Q.      And what do you believe they're reporting there?

19  A.      Well, as we can see from the Dr. Hanton's results,

20  that higher melting temperature corresponds to the anhydrous

21  form of magnesium stearate.

22  Q.      All right.  If we could look at PTX-506.

23          Can you tell me what this document is?

24  A.      This is the McGraw-Hill Dictionary of Scientific and

25  Technical Terms, the Fifth Edition.

Pinal - direct

1   Q.     Now, is that an authoritative text that is looked to

2   by people of ordinary skill in this art?

3   A.     Yes, it is.  And I have used it in the past.

4   Q.     Now, if we turn to page 506.3.  And I would direct

5   you to the right-hand column, there is an entry for

6   magnesium stearate.

7             And what does it report for the melting point of

8   magnesium stearate?

9   A.     89 degrees centigrade.

10  Q.     All right.  And what year was this published?

11  A.     Bear with me.

12             1994.

13  Q.     Again, looking at PTX-657, can you tell us what this

14  is?

15  A.     This is Hawley's Condensed Chemical Dictionary, 13th

16  Edition.

17  Q.     Is that an authoritative text that is looked to by

18  people of skill in the art?

19  A.     Yes, it is.

20  Q.     If you look at page 657.4, this is, in the left-hand

21  column, it is the bottom entry on the bottom line.  What

22  melting point is reported for magnesium stearate there?

23  A.     88.5 degrees centigrade.

24  Q.     And what year was this published?

25  A.     1997.

Pinal - direct

1    Q.      And I'd now like to look at PTX-656.

2            What is this book?

3    A.      This is Ash's Handbook of Pharmaceutical Additives,

4    Second Edition.

5    Q.      And is this an authoritative textbook looked to by

6    ordinary people of skill in the art?

7    A.      Yes, it is.

8    Q.      If we turn to PTX-656.3.  Left-hand column is an

9    entry is a magnesium stearate.

10           In the section for properties, what is reported

11   for the melting point?

12   A.      88.5 degrees centigrade.

13   Q.      What year was this published?

14   A.      2002.

15   Q.      I'd like to turn you to PTX-507.

16           What is this?

17   A.      This is the McGraw-Hill Dictionary of Scientific and

18   Technical Terms, Sixth Edition.

19   Q.      And if we look at page 507.3.  In the left-hand

20   column, the entry for magnesium stearate, what is reported

21   as the melting point?

22   A.      89 degrees centigrade.

23   Q.      And what year was this published?

24   A.      2003.

25           MR. LIEF:  Thank you.  No further questions.

1              THE COURT:  Mr. Abramowitz, your

2     cross-examination, please.

3              MR. ABRAMOWITZ:  Your Honor, may I approach?

4              THE COURT:  You may.  Actually, give me just a

5     just a moment.

6              The Court Reporter:  I'm fine.  Thank you.

7              THE COURT:  Please.

8              (Binders passed forward.)

9              MR. LIEF:  Your Honor, a housekeeping matter.  I

10    apologize.  In PTX-497, we referred to Figure 2 and Figure

11    5, and we had an agreement with the other side that under

12    Rule 803, I think it is .18, that we will agree that figures

13    from learned treatises and learned articles can be admitted

14    themselves.  So we would move that PTX-497, Figure 2 and

15    Figure 5 will be admitted.

16             MR. ABRAMOWITZ:  No objection to the figures.

17             THE COURT:  All right.  They're admitted without

18    objection.

19             (PTX-497, Figures 2 and Figure 5 are admitted

20    into evidence.)

21                      CROSS-EXAMINATION

22    BY MR. ABRAMOWITZ:

23    Q.    Now, Dr. Pinal, earlier you testified that your

24    construction of the term "melting point," which is the

25    beginning of when a solid turns into a liquid is consistent

Pinal - cross

1    with the equilibrium of a temperature of a solid to a

2    liquid; is that correct?

3    A.      That's correct.

4    Q.      Now, am I correct that melting is a phenomenon at

5    least at the point where the free energy of the particles in

6    the liquid state, so the energy of the particles of the

7    liquid state is equivalent to the particles in the solid

8    state?

9    A.      Could you -- you used the term "particles."  Can you

10   clarify?

11   Q.      In the equilibrium state, melting point state, the

12   free energy of the liquid molecules is equivalent to the

13   free energy of the solid molecules; is that correct?

14   A.      Yes.

15   Q.      And am I correct that at the beginning of when a

16   substance begins to liquify, there is not an equivalent

17   number of liquid and solid molecules present?

18   A.      When the equilibrium temperature is obtained, the

19   molecules have the same, the solid or liquid molecules

20   have the same free energy.  Means that they have no driving

21   force to go in either direction.  So there would be no

22   energy cost on doing that.  So they would be free to go

23   and, at that point, both phases, solid and liquid coexist,

24   and  they coexist in equilibrium, so you would have them

25   both.

Pinal - cross

1           So the first appearance of the liquid is

2  precisely when the equilibrium temperature is obtained, not

3  before.

4  Q.    So the first appearance for the liquid, when there is

5  a small amount of liquid, is when the free energy between

6  the solid and liquid is equal in your opinion; is that

7  correct?

8  A.    That is when it first appears.  And since the

9  molecules are free to choose, it can be a small amount,

10 it can be a large amount.  There is no determining the

11 proportion because there is no tax, energy, so to speak,

12 when they do that.  So there is no constraint to whether

13 there is many or few.

14          Once they are in equilibrium, the molecules are

15 blind, so to speak, to whether they're in the solid or

16 they're in the liquid.

17 Q.    Now, you are relying on the DSC Dr. Hanton performed;

18 is that correct?

19 A.    That is correct.

20 Q.    Am I correct DSC is not a visual test?

21 A.    No, it is not a visual test.  It is an instrumental

22 test.  And as we saw from the USP, they are preferred over

23 visual tests.

24 Q.    Why don't we turn to the USP exhibit that you rely

25 on, PTX-647.

Pinal - cross

1    A.      Oh.  Mine?

2    Q.      In your opening binder.

3    A.      (Witness complies.)

4    Q.      And am I correct that on page PTX-647.3, internal

5    page 1805 of the USP, it specifies a test for melting range

6    or temperature?

7    A.      Correct.

8    Q.      And am I correct that this test is a visual test, a

9    capillary melting point test; is that correct?

10   A.      It is a visual test, yes.

11   Q.      So regardless of the fact that the instrumental

12   method section you talked about earlier in your testimony

13   exists in the USP, the official USP official test for range

14   of temperature remains a capillary visual test; is that

15   correct?

16   A.      In the USP, yes.  However, when we talk about a

17   melting range, we are talking about a multiplicity of

18   temperatures, aside from the claim construction for melting

19   point is a specific temperature.

20           So if we start talking about ranges of

21   temperatures, it could be an infinite number of different

22   temperatures in a range, the question is how can we

23   basically apply the claim construction of this case when we

24   talk about one temperature.

25           So the way I see it, when we talk about ranges

1    of temperatures, in a way that contravenes the claim

2    construction.

3    Q.    Now, in coming to your opinions regarding

4    Dr. Hanton's test, you are relying solely on the DSC; is

5    that correct?

6    A.    Yes.  As I stated before, DSC is the most widely used

7    method in the pharmaceutical field.  And as per the USP,

8    it's an instrumental method that the USP indicates that

9    instrumental methods have supplanted visual methods

10   precisely because of the subjectivity of the visual methods.

11   Q.    And am I correct that the endotherms that display

12   on Dr. Hanton's DSC are -- well, strike that.

13         Why don't we start with, are endothermic

14   processes in a DSC, are there ones other than melting?

15   A.    Yes.  Actually, as we mentioned in Dr. Hanton's, the

16   demonstratives from Dr. Hanton's results, there, we have

17   two.  One of them is dehydration, which is endothermic.

18   The other one is melting, which is also endothermic.

19   Q.    So am I correct that dehydration without melting is

20   also endothermic?

21   A.    Dehydration without melting is also endothermic.

22   Q.    Am I correct what we call solid transitions,

23   transition from one solid state to another solid state, are

24   endothermic?

25   A.    It depends which one is the stable form.  When you

Pinal - cross

1    have solid-solid transitions, there are -- and I don't want

2    to get too technical, but depending if it is happening, you

3    have a method.  The method stable phase is the stable one

4    if you are over or below a transition temperature.  And we

5    are getting a little bit sort of out there.  There is no

6    problem.  I can continue.

7              So the solid-solid transitions can be either

8    endothermic or exothermic, depending on the type of system

9    you have.

10   Q.    And am I correct that the simple presence of a DSC on

11   a endotherm doesn't mean a melting curve?

12   A.    Say that again.

13   Q.    Am I correct the simple presence of a DSC on an

14   endotherm on the trace does not mean a melting curve?

15   A.    No, an endotherm means a net gain of energy by the

16   sample, and all melts would have that.

17   Q.    So you have to interpret the DSC to determine if

18   there is a melt; is that correct?

19   A.    That is correct.

20   Q.    And that interpretation often requires the use of

21   other methods such as TGA and hot stage microscopy; am I

22   correct?

23   A.    The TGA is used to follow the evolution of volatile

24   materials such as water when they are hydrated.  And the hot

25   stage microscopy is a visual method, you know, sometimes is

Pinal - cross

1   used to look at the sample how it melts.  But in terms of

2   the sensitivity, there is no comparison in between any

3   visual method and an instrumental method.

4   Q.      Dr. Pinal, can I take you to DTX-2005 in your binder?

5   A.      (Witness complies.)

6   Q.      DTX-2005 is the Handbook of Pharmaceutical Analysis.

7   Do you see that?

8   A.      Yes, I do.

9   Q.      Is that an authoritative text in the industry?

10  A.      Yes.

11  Q.      And if we turn to the first page on the interior of

12  the Handbook of Pharmaceutical Analysis, you will see this

13  version was published in 2002.  Is that correct?

14  A.      Yes.  I see it.

15  Q.      And so this version was published after the USP that

16  you talked about; is that correct?

17  A.      Correct.

18  Q.      Turning to article 1, you will see an article on the

19  next page entitled Form Selection of a Pharmaceutical

20  Compound, by two authors, Ann Newman and G Stahly.  Do you

21  see that?

22  A.      I see that.

23  Q.      Are you familiar with Dr. Newman?

24  A.      I know the book.

25  Q.      And Dr. Newman is one of the authors of the Sharpe

Pinal - cross

1    papers you talked about earlier; is that correct?

2    A.    Yes.

3    Q.    And Dr. Stahly is a well known expert in the field of

4    solid state chemistry; is that correct?

5    A.    Yes.

6    Q.    If we turn to the fifth page in section B on Thermal

7    Methods.

8    A.    Sorry.  Section B?

9    Q.    Section B.

10   A.    Oh, yes.

11   Q.    Do you see where Drs. Newman and Stahly stated the

12   thermal method of analysis discussed in this section are

13   differential scanning calorimetry (DSC), thermogravimetric

14   analysis (TG), and hot stage microscopy.  All three methods

15   provide information upon heating the sample.  Heating can be

16   static or dynamic in nature, depending on the information

17   required.

18              Did I read that correctly?

19   A.    Yes.

20   Q.    If you go three more paragraphs down, do you see

21   where Dr. Stahly and Dr. Newman state:  The observance of

22   thermal transitions by DSC is insufficient to fully

23   characterize the behavior of a substance on heating.  It is

24   not known if an endothermic transition observed in the

25   DSC is a volatilization or a melt without corroborating

1  information, such as TG or HSM data.  It is important to

2  understand the origin of the DSC transitions to fully

3  characterize the system and understand the relationship

4  between various solid forms.

5       Did I read that correctly?

6  A.    Yes.  And let me tell you a little bit about the

7  context of this.

8            This is, in the pharmaceutical industry, there

9  is thousands of compounds that are newly generated every

10  year and they have to be subjected to thermal analysis

11  when they have never been seen by any laboratory.  So this

12  statement is general for how it is done in the pharmaceutical

13  industry.  And when you have a material that you have never

14  seen, you cannot go and assert that just because you see an

15  endotherm you have a melt.

16            Actually, people who are not experienced made

17  that mistake quite often.

18            So this statement is right on the money in the

19  sense that when you have no prior information about the

20  compound, you cannot assign endotherm or exotherms just

21  arbitrarily.

22            In the case of magnesium stearate, we have

23  decades of literature.  We have analysis and published

24  information that tells us what is happening.  And one of

25  the points that there is no disagreement in this case

1    between both sides is that once we are at 125 point, there

2    is a melt.  So in that sense we have an agreement.

3                And the reason for that is that there is already

4    information in the literature, and information collected in

5    the laboratories tells us that.

6                So what we can tell in this sample, that that

7    second endotherm is a melting.  So now the first endotherm

8    is in dispute, but we agreed on the second one.

9    Q.    Why don't we turn to PTX-499, the Ertel and

10   Carstensen article you relied on.  It's in your cross binder

11   as well.  It's in both.

12   A.    Oh.  So what number would it be?

13   Q.    PTX-499.

14   A.    Okay.

15   Q.    If we go to internal page PTX-499.3, which is

16   reference page 172, in the bottom right-hand corner, do you

17   see the reference to thermal properties?

18   A.    Yes, I see that.

19   Q.    And below thermal properties, it stretches on to the

20   next page, 1723, 499.4.

21   A.    Okay.

22   Q.    Am I correct that Ertel and Carstensen sets forth the

23   thermal test that they use on the magnesium stearate and

24   magnesium palmitate samples?

25   A.    Could you repeat your question, please?

Pinal - cross

1   Q.      Am I correct here in the thermal properties section,

2   Ertel and Carstensen set forth the thermal test they used on

3   magnesium stearate?

4   A.      Yes.

5   Q.      And am I correct that they ran not only a DSC but

6   also a TGA and a hot stage microscopy experiment on their

7   sample of magnesium stearate?

8   A.      Correct.

9   Q.      Now, earlier, if we look at page 174 of that article,

10  you testified concerning the loss of anisotropy.  Am I

11  correct?

12  A.      Correct.

13  Q.      And in that section on page 174, in the first

14  paragraph on the left, the sentence referenced by you in

15  your opening testimony references an article by Miller from

16  1985.  Is that correct?

17  A.      Correct.

18  Q.      And am I correct that you relied on this Miller

19  article also known as Miller and York in forming your

20  opinion?

21  A.      Yes, I did.

22  Q.      But you didn't present that article in your opening

23  testimony, is that correct?

24  A.      No.

25  Q.      If we go to PTX-504.

Pinal - cross

1              Do you see the Miller and York article?

2    A.     Yes.

3    Q.     And this is from the International Journal of

4    Pharmaceutics.  Is that an authoritative journal in the

5    industry?

6    A.     Yes, as I stated earlier today.

7    Q.     And if we go to page 58, PTX-504.4, there is a

8    section on thermal analysis; correct?

9    A.     Correct.

10   Q.     And in this thermal analysis section, Miller and York

11   represent that they conducted both DSC and TGA; is that

12   correct?

13   A.     Correct.

14   Q.     And then there is a section below the thermal

15   analysis section called thermal microscopy.  Do you see

16   that?

17   A.     Yes, I see it.

18   Q.     Am I correct that in this thermal microscopy section,

19   Miller/York report that they also conducted a hot stage

20   experiment?  Is that correct?

21   A.     Correct.  And if we look at this paper, also the

22   previous one by Ertel and Carstensen, we see a common theme

23   in the use of hot stage microscopy.

24              Both of them use hot stage microscopy to assess

25   the initial anisotropic properties of the material because

Pinal - cross

1   that provides information of what is happening at the

2   molecular level and they use DSC as the instrumental method

3   for determining temperatures.

4   Q.     First I want to point you to Figure 2 of Miller and

5   York on page 61.  Am I correct that Figure 2 presents DSC or

6   differential scanning calorimetry for magnesium stearate and

7   magnesium palmitate samples?

8   A.     Yes.

9   Q.     And powders A and B are the magnesium stearate; am I

10  correct?

11  A.     Correct.

12  Q.     And powders C and D are the magnesium palmitate; am I

13  correct?

14  A.     Correct.

15  Q.     Am I correct that Miller and York assigned in the top

16  left, powder A thermogram, the first two endotherms only to

17  dehydration?

18  A.     Yes, and the same as Ertel and Carstensen.  As I

19  mentioned, they limited this code of this discussion to the

20  dehydration taking place under that endotherm which indeed

21  is taking place.

22  Q.     And like you did, they assigned the final endotherm

23  to the melting of the anhydrous form; am I correct?

24  A.     Correct.

25  Q.     If we look at Figure 3, this presents differential

Pinal - cross

1   thermograms of magnesium stearate and magnesium palmitate

2   that were dried at 90 degrees C; am I correct?

3   A.     Yes.

4   Q.     And Miller and York assigned these endotherms to

5   melting events; is that correct?

6   A.     Correct.

7   Q.     However, the dried magnesium stearate do not show any

8   endotherms below 90 degrees C; is that correct?

9   A.     We need to clarify this because otherwise we're going

10  to rely on something that is wrong.

11          These samples, they were dried at 90 degrees.

12  That means they were placed in an oven, in a heating place

13  to heat it which is above the melting temperature of the

14  hydrated form of magnesium stearate.

15          So what happen is that the same process, as we

16  saw from Dr. Hanton, DSC took place without any instrument

17  monitoring the evolution of heat.

18          So if you looked over some period of time, what

19  these represent is if we go back to the demonstrative or the

20  data from Dr. Hanton, we're right in the middle in between

21  the two endotherms.

22          When we have the final product of dehydration

23  which took place by the melting of magnesium stearate, the

24  disruption of the crystalline structure, and the

25  recrystallization, then once that sample is taken out of

Pinal - cross

1    the oven at 90 degrees and it is placed under DSC, of

2    course, it has to show a melting point of 120 degrees or

3    so.  Because it is the anhydrous form, which is exactly

4    what we have seen from Dr. Hanton's analysis and other

5    literature.

6              So it doesn't show it below that is because it

7    was exposed at 90 degrees in a chamber.  That is how it is

8    done.

9    Q.    Dr. Pinal, am I correct that Miller and York do not

10   report seeing melting during the process of drying the

11   magnesium stearate samples?

12   A.    During the?

13   Q.    Process of drying of magnesium stearate at 90

14   degrees C?

15   A.    The process of drying is not for determining a

16   melting point, is not even a visual method for melting

17   point.  You take a tray of material and put it in an oven

18   and close the door.  It is not designed for that.  So they

19   could not possibly claim that they saw it.  They didn't

20   see a melting because it was -- you know, that's how the

21   instrument look.  Is not designed for that.

22   Q.    Well, am I correct that the Miller and York did

23   produce one experiment that looked at the crystals during

24   the thermal transitions?

25   A.    Yes, they did.

Pinal - cross

1   Q.      Okay.  And can we look at Figure 5, which is the

2   thermal microscopy experiments in Miller and York?

3   A.      Um-hmm.

4   Q.      And am I correct that the crystal Miller and York are

5   looking at is what we call rhombohedral plate?

6   A.      Correct.

7   Q.      And am I correct that through a temperature of

8   approximately 121 degrees C, that rhombohedral plate

9   maintains its shape?

10  A.      Yes.  That part of the sample remains, maintains its

11  shape.

12  Q.      And am I correct that Miller and York do not

13  report visually seeing any liquid between 88 degrees and

14  121 degrees C?

15  A.      No, but they provide information that indicates that

16  there was a liquid form.  They do report the loss of

17  anisotropy under those conditions.  That actually is more

18  telling than looking at by eye.

19              But even then, for example, if you look at

20  this -- and this is one that shows why visual methods are so

21  subjective.

22              If we look on the panel at 88 degrees, you know,

23  we look at this, this is like a little cross, like a diamond

24  with a cross.

25              Once we go to 96, they are fused.

Pinal - cross

```
 1              So that means there were changes.  But this is
 2    where it is so small scale where there was liquid, there was
 3    fusion between the two.  This is what we can tell.  This is
 4    what by looking eyes, by eye indicate.  Right?
 5              And, of course, it doesn't change the test
 6    because the liquid is viscous enough.  And we can program
 7    because we need to go to very high temperature in order to
 8    make it a running liquid.  A liquid, not every liquid is a
 9    very running liquid like alcohol, for example.  There are
10    some very thick liquids and organic melts are good example
11    of highly viscous liquids.
12    Q.    Can we turn to Page 64.
13    A.    Sorry.  Which?
14    Q.    Page 64, 504.10.
15    A.    Okay.
16    Q.    In the first full sentence, am I correct that Miller
17    and York refer to Figure 5 and state the loss of moisture in
18    these cases was accompanied by the appearance of diagonal
19    striations on the particles, shown occurring for magnesium
20    stearate B at 96 degrees C?
21    A.    Yes, and that is where they actually took that
22    picture.  And that is again when you have differential
23    scanning calorimetry, which is an instrumental method, you
24    are scanning the temperature.
25              So these, they didn't know in advance what they
```

Pinal - cross

1  were going to obtain, so they decided to take a picture of

2  96 degrees.  So the fact that they took the picture of

3  96 degrees.  It doesn't mean it didn't happen until 96.

4  They capture how it was at that temperature, but it doesn't

5  mean that that is when it began or that nothing happened

6  before that.

7            And, once again, this, you know, visual methods

8  are helpful, but they're only helpful, and that is why they

9  have been supplanted by instrumental methods.

10            What we want to see is what happened at 96, 94,

11  93.  We need an instrumental method like DSC because that

12  provides that type of information.

13  Q.    But am I correct Miller and York had the benefit of

14  this hot stage microscopy showing loss of anisotropy and

15  still do not report the first endotherm in their DSC as a

16  melt?

17  A.    No.  And as I said before, authors like Miller and

18  York as well as Ertel and Carstensen, they limited the scope

19  of the discussion to the dehydration component of that first

20  endotherm.  And that is a part of my opinion.

21            MR. ABRAMOWITZ:  Your Honor, at this time we'd

22  like to move in Figures 2, 3, and 5 of PTX-504.

23            MR. LIEF:  No objection to that.

24            THE COURT:  All right.  They are admitted

25  without objection.

Pinal - cross

1          (Figures 2, 3, and 5 of PTX-504 are admitted

2     into evidence.)

3          THE COURT:  I'm going to ask counsel, since,

4     well, you will help us keep track.  You have marked the

5     entire document with an exhibit number, and you are actually

6     admitting only a part of the document.

7          So you will probably make the record a little

8     bit clearer somehow if you excerpt what is actually in the

9     record.  Are you getting at what I'm getting at?

10          MR. ABRAMOWITZ:  I think I understand, yes.

11          THE COURT:  Give it its own number.  I'm taking

12     it that this PTX-504 is not going in in its entirety.  You

13     are using that as a mark for identification, but you have

14     got now excerpted certain figures that you want in, so I'm

15     just asking the parties to help keep the record clean by

16     creating the exhibits which are the ones to be admitted in

17     their entirety.

18          MR. ABRAMOWITZ:  I think we can provide

19     sub-numbers associated with that that we can do.

20          THE COURT:  Whatever you want to do, just so our

21     record is clean.

22          MR. LIEF:  That's fine.

23          THE COURT:  Thanks.

24     BY MR. ABRAMOWITZ:

25     Q.    Now changing direction a little bit.  Earlier today,

1    you described the phenomenon that happens under the first

2    endotherm in Dr. Hanton's test as first a dehydration and

3    then a melt; is that correct?

4    A.    Yes.  The dehydration occurs and then we have the

5    crystalline structure which is the melt, yes.

6    Q.    Am I correct, it is your opinion that after the melt

7    occurs, there is magnesium stearate present in a liquid

8    state?

9    A.    Correct.

10   Q.    And that magnesium stearate present in the liquid

11   state only has magnesium stearate.  The water has left the

12   system; is that correct?

13   A.    Yes, the water has left the system.  It has the

14   ability to.  It is a volatile material, yes.

15   Q.    So the melt itself is not a hydrate, it's just the

16   molecule magnesium stearate in another form; correct?

17   A.    After at a higher temperature, because, remember,

18   the equilibrium temperature is when the molecules have no

19   driving force to stay in one phase or go to the other,

20   either way.

21        So when the molecules are precise equilibrium

22   temperature, all the molecules are present.  The instant

23   that we exceed that equilibrium temperature, then we are

24   already surpassing the equilibrium value, and then the

25   molecules would be as a melt.  So the melt, when it first

1    appears in equilibrium is the melt of the hydrate.  And

2    then when water leaves, it's the melt of the magnesium

3    stearate.

4    Q.    Now, I want to make sure I got this straight because

5    you referred to the melt and the liquid.  Am I correct that

6    your opinion is that during the first endotherm in Dr.

7    Hanton's DSC, Zydus's magnesium stearate forms a mesophase

8    or liquid crystal at temperatures below 90 degrees C?

9    A.    Can you repeat the question, please?

10   Q.    Am I correct that it is your opinion that during the

11   first endotherm in Dr. Hanton's DSC, Zydus's magnesium

12   stearate forms what is called a mesophase or a liquid

13   crystal below 90 degrees C?

14   A.    No, and let me tell you why.  Mesophases are liquid

15   crystals, have order.  The molecules are orderly arranged.

16   And if they, if it was a mesophase or a liquid crystal, with

17   the sample would exhibit anisotropy.  Anisotropy is an

18   indication of whether or not those molecules have some order

19   or not.  And the reports indicate that they do not.

20         So it is not a mesophase or a liquid crystal, it

21   is a liquid.  Because liquids do not have anisotropy,

22   crystals have anisotropy.  Liquid crystals have anisotropy.

23   Mesophases have anisotropy.

24         The only phase that does not exhibit anisotropy

25   is the liquid when they are truly randomly arranged.

1    Q.      Dr. Pinal, do you recall being deposed in this case?

2    A.      Yes.

3    Q.      And were you under oath at that deposition?

4    A.      Yes, I was.

5    Q.      Was I present at the deposition?

6    A.      Yes, you were.

7    Q.      Could you turn in your binder to page 104 of your

8    deposition.

9    A.      Um-hmm.  Was what number is it?

10   Q.      It is in your binder.  The deposition is referred to

11   as 8.1.

12   A.      Okay.

13   Q.      Looking -- tell me, are you at 104?

14   A.      I'm here.  Yes.

15   Q.      Looking at your testimony from lines 10 to 17, it

16   states:

17                   "Question:

18   A.      And which page?

19   Q.      Page 104.

20   A.      Okay.

21   Q.              "Question:  Is it not your opinion that at

22   temperature below 90 degrees C, Zydus's magnesium stearate

23   forms a mesophase; correct?

24                   "Answer:  The liquid produced upon melting below

25   90 degrees could be referred to by some people as a liquid

Pinal - cross

1   crystal or sometimes called also mesophase."

2          Did I read that correctly?

3   A.     Yes, because in the literature they do that quite

4   often.  If you go to the literature, many people call that a

5   mesophase, so people do refer to that as a mesophase.

6          That doesn't mean it is my opinion that it is a

7   mesophase, but if you will find it.  You will find people

8   claiming that it is a mesophase.

9   Q.     Am I correct that a mesophase is a solid?

10  A.     A mesophase is, well, some people consider a

11  mesophase a solid and some people call it liquid crystals,

12  so it depends on that.

13         The common thing that they have is that they

14  have orderly structure.  They have order in the molecules.

15         And going back to your question, yes, some

16  people, you go through it, you will find people who call,

17  basically claim that there is a mesophase in there, but

18  mesophases will exhibit anisotropy.

19  Q.     Does a mesophase only exhibit anisotropy in one or

20  two directions as opposed to three?

21  A.     Anisotropy is not like that.  Anisotropy is not in

22  different directions.  The properties are different in

23  different directions, but the anisotropy is only one

24  secondary, one extra I beam.

25         And I'm getting a little bit technical here, but

Pinal - cross

1     it is not that you get one for every direction.  When you

2     have properties that are different in every direction and

3     you apply the filter light, the polarized light, if the

4     system is isotropic, the light just go straight and nothing

5     will happen.  It will only be slowed down by the sound.

6            If the molecules have any order in them, you

7     would get a second that would be twisted, it will be sort of

8     like rotated, and that is why it would show on the cross

9     curve polars.  So it is not the anisotropy you would get one

10    for every.  So you get a primary, you get what they call the

11    ordinary rate and the extraordinary rate, but that is a

12    result of order, it is not of the directions.

13    Q.    Am I correct there are crystals known as uniaxial

14    crystals which under cross polars do not show -- which show

15    anisotropy in one direction?

16    A.    Yes, but that would be a single crystal.  And we have

17    to differentiate between the single crystal and a single

18    particle because the difference is very, very big.  A single

19    crystal is one single particle in which all the molecules

20    are part of the same grain.  Basically, every single

21    molecule.  If you have a crystal like that and you happen to

22    align it, you know, to the light, you could see that.

23           But the crystals would grow in nature and even

24    other forms, they don't grow like that.  They are

25    polycrystalline.  They are multiple crystals that collide

1   with each other in every single direction.

2           So in order for the alignment that the

3   instrument could take place with mesophase, which is a

4   natural product, would be the vegetable or the plant was

5   able to produce like every single molecule in the same

6   direction so that all the crystals happen to be of the same

7   grain.  And that is just impossible.  That doesn't happen

8   in nature because it is extremely difficult to do in the

9   laboratory.

10          As a matter of fact, right, it is well known

11  that nobody so far has been able to produce a single crystal

12  magnesium stearate.  A single crystal is a requirement for

13  determining basically without any doubt what is the crystal-

14  line structure; and the reason there is so much question

15  about it, nobody has been able to produce precisely what you

16  indicate that could happen.

17  Q.     Can you turn in your binder to PTX-498, the Rajala

18  and Laine article?

19  A.     (Witness complies.)

20  Q.     Dr. Pinal, this article appears in Thermochimica

21  Acta.  Is that a well known and respected journal in your

22  field?

23  A.     Yes, it is.

24  Q.     And it is an authoritative journal on physics; is

25  that correct?

Pinal - cross

1   A.      On basically thermal analysis more than physics.

2   Q.      And am I correct you relied on the Rajala and Laine

3   article in forming your opinion?

4   A.      Correct.

5   Q.      Am I correct that Rajala and Laine studied two

6   commercial batches of the magnesium stearate where the

7   magnesium stearate and magnesium palmitate were mixed?

8   A.      Correct.

9   Q.      And those are batches A and B; is that correct?

10  A.      Correct.

11  Q.      Now, am I correct that Rajala and Laine conducted hot

12  stage microscopy?

13  A.      Yes.  And by the way, they also report the loss of

14  anisotropy.

15  Q.      I'm getting right to that.  Can we turn to PTX-498.7,

16  which is internal page 183.

17          Looking at the sentence that starts at the

18  bottom of that page:  Do Rajala and Laine state the smaller

19  irregular particles of powders A and B did not show

20  anisotropic behavior.  -- carrying on to page 184 -- Only

21  slight particles changes were visible over the temperature

22  range where those powders lost moisture.

23          Did I read that correctly?

24  A.      Yes, you did.

25  Q.      And so these commercial samples of magnesium

Pinal - cross

1    stearate, even when put under cross polars never showed

2    anisotropy regardless of what time or temperature they were

3    held at; is that correct?

4    A.    Yes.  And if you recall, my demonstrative on

5    anisotropy on the right-hand side, we had also the

6    possibility of something that is not crystalline that

7    doesn't exhibit anisotropy.

8              So these are commercial products that come from

9    natural sources.  So the quality of the crystal depends on

10   who the supplier is.

11   Q.    Now, Zydus's magnesium stearate sample is a

12   commercial grade of magnesium stearate and magnesium

13   palmitate, too; correct?

14   A.    Correct.

15   Q.    And am I correct that you do not request any visual

16   method for thermal analysis to be conducted on that sample?

17   A.    I did not request any visual method.  I didn't

18   request DSC either.  I got information, and I was asked to

19   determine whether the melting point of magnesium stearate in

20   Zydus is below 90 degrees centigrade.

21   Q.    Could you have requested a hot stage microscopy

22   experiment be performed on Zydus's magnesium stearate sample?

23   A.    Not after reviewing the literature.  Because what I

24   see is reports from three different laboratories in three

25   different countries spanning over ten years, finding a

Pinal - cross

1   consistent property of the behavior of this material.

2             What I would -- if I request something would be

3   for testing this particular lot, and this particular lot, I

4   didn't request DSC because it came to me.  I would have

5   requested them immediately, but since the data was provided

6   to me, I didn't have to make that request.

7             The loss of anisotropy is something that has

8   been reported as I said in the different laboratories,

9   different countries.  So it is a property that reflects the

10  behavior of this material.  So I know, we know from that

11  point of view what properties this material has.

12  Q.    So am I correct, it is your opinion that DSC and TGA

13  should be repeated on a batch by batch basis but hot stage

14  microscopy does not need to be repeated on a batch by batch

15  basis?

16  A.    Well, actually, I was responsible for that when I was

17  working in industry.  And every batch, every single batch

18  you have to conduct DSC and TGA.

19            The hot stage microscopy, we would use it when

20  there were compounds that have never been seen.  And then

21  once the thermal behavior is understood, the hot stage

22  microscopy becomes sort of like unnecessary because the

23  differences can be pointed very precisely using instrumental

24  methods.

25  Q.    But when, for example, Miller and York and Rajala and

Pinal - cross

1    Laine studies magnesium stearate, that has been known for

2    almost 100 years, is that correct?

3    A.     Yes, and there were basically treating it as new

4    material because this is a research article.  This is

5    research articles on magnesium stearate.  So in that case,

6    yes, there are studies of the property.  And they actually,

7    all of them found that there is a loss of anisotropy, which

8    is a valuable contribution to the literature, because that

9    means that scientists working with magnesium stearate know

10   this fact.

11   Q.     And am I also correct you did not request any hot

12   stage microscopy to be performed on Zydus's magnesium

13   stearate under cross polars?

14   A.     I did not request hot stage of microscopy of any

15   kind, including cross polars.  We have information from the

16   published literature.  That is the objective and that is the

17   use of the scientific literature.

18   Q.     And am I correct that you have not seen a single

19   test that tests the magnesium stearate sample by hot stage

20   under cross polars?

21   A.     No, I have not.

22   Q.     So your opinion concerning anisotropy with respect to

23   Zydus's magnesium stearate sample is derived solely from the

24   literature; is that correct?

25   A.     It is on the known behavior of magnesium stearate

Pinal - cross

1  from different studies conducted over years.

2  Q.    You don't have any physical evidence on Zydus's

3  magnesium stearate sample concerning anisotropy; correct?

4  A.    No, I do not have on the Zydus material.

5  Q.    Can you turn in your binder to PTX-496?

6  A.    (Witness complies.)

7  Q.    And am I correct, Dr. Pinal, that PTX-496 is an

8  article called Thermal Analysis and Calorimetric Methods in

9  the Characterization of Polymorphs and Solvates by Dr. Giron?

10 A.    Correct.

11 Q.    And you relied on that article in forming your

12 opinions; is that correct?

13 A.    Yes, I did.

14 Q.    But you did not present this article during your

15 opening testimony; is that correct?

16 A.    No, I did not.

17 Q.    If you could turn to Figure 12 on page 23 of

18 Dr. Giron, also known at PTX-496.23.

19 A.    Sorry.  Which page?

20 Q.    496.23, or 23.

21 A.    23.  Um-hmm.

22 Q.    Am I correct that Dr. Giron here presents two

23 exemplary DSC traces concerning a dehydration and a melt?

24 A.    That is correct.

25 Q.    And the first endotherm on each of these traces is

Pinal - cross

1   assigned to a dehydration' is that correct?

2   A.      That is also correct.

3   Q.      And the second endotherm is assigned to a melting of

4   an anhydrous form; is that contract?

5   A.      That is correct.

6   Q.      And am I correct that Dr. Giron, on page 21, under

7   pseudopolymorphism, refers to dehydration and melting events

8   in a DSC such as this as type 1 desolvation or dehydration?

9   A.      Sorry?

10  Q.      Am I correct that Dr. Giron calls desolvation or

11  dehydration that follows Figure 12 type 1 dehydration or

12  desolvation?

13  A.      Correct.

14  Q.      Am I correct that Dr. Giron states that type 1

15  dehydration, desolvation occurs in the solid state?

16  A.      Yes.  And she also mentions, and I'm trying to look

17  at it here, that the melt, the melting can occur during the

18  dehydration and after dehydration.  If you give me some

19  time, we will find it because that is definitely stated in

20  this paper.

21  Q.      Why don't we look at these figures --

22              THE COURT:  Can I just interrupt for a minute,

23  please, Mr. Abramowitz?

24              MR. ABRAMOWITZ:  Sure.

25              THE COURT:  Out of curiosity, we have seen

Pinal - cross

1    discussion or graphs showing a dehydration or a melt

2    previously what you variously argue about being a dehydration

3    or a melt, and it shows the endotherm peak as a dip, not as

4    an actual peak.  Is there something about this scale why the

5    melts and the dehydration are shown as actual peaks and not

6    as an inverted peak?  If you understand what I'm asking,

7    Dr. Pinal.

8              THE WITNESS:  Your Honor, so you mean the

9    direction of the peak?

10             THE COURT:  That's it exactly.

11             THE WITNESS:  Yes, sorry.  This has to do with

12   the manufacturer of the instrument.  And for some reason,

13   you know, say, one brand will choose to show endotherms

14   pointing down and some other maker would choose endotherms

15   pointing up.  So in the literature -- well, it doesn't

16   indicate.  Oh, yes.  If we go up to Figure 10, for example,

17   of this, that will illustrate how this was reported.

18             THE COURT:  That's okay.

19             THE WITNESS:  What they do is when you see a DSC

20   plot, a good practice is not here on every, on every one,

21   but on some is, is to put an arrow pointing and say either

22   endo or exo, so the reader can tell what type of instrument

23   was used.

24             THE COURT:  Good enough.  Thanks.  Thanks.

25             Sorry.

Pinal - cross

```
 1            MR. ABRAMOWITZ:  Of course, Your Honor.  And

 2     that actually clears up a slide I'm about to use.  So that

 3     helps.

 4     BY MR. ABRAMOWITZ:

 5     Q.    Dr. Pinal, if you go to Figure 13 on page 24 of

 6     Giron.

 7            And am I correct here in Figure 13, Dr. Giron

 8     describes what is first a melt occurring with dehydration,

 9     and then a recrystallization to an anhydrous form, and then

10     the melting of the anhydrous form?

11     A.    That is correct.  And here, for example, we can see

12     because this figure has all the attributes of magnesium

13     stearate, but it shows it more clearly than on the wide

14     broad peak that we saw with Dr. Hanton's analysis.

15            Here, under the fusion, is another term for

16     melting.  Some people call it fusion, some people call

17     it melting and loss of water which is another word for

18     dehydration.

19            What we see here is dehydration and melting

20     taking place at the same time.

21            Now, this is the recrystallization, which is the

22     liquid going to the anhydrous form.  And from one of the

23     questions that I got from Mr. Lief, he asked me why is it

24     that we don't see that negative peak in there?  And that my

25     answer was that it was buried under this first peak.
```

Pinal - cross

1              So now, what we can see here is that these two

2     peaks are not really separated.  They overlap.  And any

3     analytical chemist would tell you this.  The only way you

4     can tell if two peaks are resolved is whether there is

5     baseline to baseline separation.  So the only way we could

6     say that these two peaks are not overlapping is if there was

7     one peak and then baseline and then the other peak.

8              In this particular case, we see a shoulder.  So

9     this indicates that the recrystallization overlaps with the

10    dehydration and melt, precisely the same thing.  If, for

11    some reason, these material happen to crystallize a little

12    bit faster, this peak would be shifted to the left, and it

13    will be buried under the first endotherm.  And the net

14    result is that these endotherms would look wider and a

15    little bit smaller in height.

16             So this is precisely the type of situation that

17    we have.  But in this illustrative case, is very good for

18    teaching purposes because it shows that it is just a partial

19    overlap.  It is not complete overlap.

20    Q.    Dr. Pinal, just to sum up.  Am I correct that

21    Dr. Hanton's DSC does not show an exotherm?

22    A.    Yes, you are correct.  The exotherm is buried under

23    the endotherm, and the result is a wide endotherm, net

24    endothermic peak.

25    Q.    And am I correct that Dr. Giron on page 21 refers

1   to this type of desolvation or dehydration as a type 2

2   desolvation and dehydration?

3   A.    Yes, and that is what I was looking for.  Because

4   in that one, she refers to that, she mentions the melting

5   can take place during the dehydration or after dehydration.

6   And in this particular case, we see that -- sorry -- the

7   recrystallization is happening.  Well, melt, you know --

8   let me take that back.

9         That melting can take place during dehydration

10  or after dehydration, and the recrystallization can take

11  place during the process or right after, as illustrated in

12  this case.

13        MR. ABRAMOWITZ:  Dylan, do you have the Giron

14  cross, please?

15  BY MR. ABRAMOWITZ:

16  Q.    Dr. Pinal, do you see I have taken Dr. Hanton's DSC

17  and made the endotherms go up on this slide?

18  A.    Correct.

19  Q.    Looking visually at these pictures, Dr. Pinal, can

20  we play a game they play on Sesame Street?  Which of these

21  figures does not look like the others?

22  A.    Well, that is where the interpretation of the DSC

23  comes into play, because one of the things to note here, as

24  I mentioned, this peak, the second, the second endotherm,

25  125 degrees for the Zydus magnesium stearate, is very sharp

Pinal - cross

1    and narrow, and the molecules, all the molecules on the

2    second peak are the same molecules as they were present

3    during the first transformation.

4            If you want to get a melting peak, these

5    beautiful.  What I mean to say, if you want to get a melting

6    peak that is this sharp and narrow, what you need to do is

7    to obtain the molecules in the liquid form because only

8    from the liquid form they can align themselves and to give

9    you these in this high of, this kind of high purity.

10           And, Your Honor, here, what I mean by purity is

11   physical purity, physical perfection of the crystal.  That

12   is what we see here.

13           So if we start looking at the shapes, there is

14   not necessarily what is the shape.  The part of the analysis

15   is to read what is the relationship between the different

16   transitions because in the end, the second endotherm which

17   we see on the Zydus product is that final product from the

18   first transformation.

19   Q.    And just one more question on Giron, Dr. Pinal.  Am I

20   correct that mesophases can provide sharp melting peaks?

21   A.    Mesophases can provide sharp melting peaks, but one

22   of the things to look at is what is the amount of energy

23   involved.

24           So the area under the peak is a measure of the

25   energy that took to break those, those interactions.

Pinal - cross

1            So this is, you know, the first one is about 100

2     joules per gram, the other is about 40 joules per gram.  So

3     the reason you would get very sharp peaks on the mesophase

4     melting is because interactions are weaker so it will be

5     very sharp because it will be, it would take less energy.

6            MR. ABRAMOWITZ:  Your Honor, we would like to

7     move in Figures 12 and 13 of PTX-496.

8            MR. LIEF:  No objection.

9            THE COURT:  They're admitted without objection

10    again.

11            (Figures 12 and 13 of PTX-496 are admitted into

12    evidence.)

13            THE COURT:  Just assume you all understand that

14    I expect to see that on a different exhibit.  Right?  And

15    when you do that, please, obviously include the source of it

16    so I know where it was.

17            MR. ABRAMOWITZ:  Understood, Your Honor.

18    BY MR. ABRAMOWITZ:

19    Q.    Dr. Pinal, can we turn back to PTX-499, the Ertel and

20    Carstensen article?

21    A.    Yes.

22    Q.    If we turn to page 176 which is PTX-499.7.

23    A.    Um-hmm.

24    Q.    Starting at the paragraph that starts the structural

25    differences.

1           Am I correct that Ertel and Carstensen report:

2    The structural differences between the 3 hydrates alluded

3    to earlier were confirmed by x-ray powder diffraction using

4    randomly oriented samples (Figure 10).  Of particular

5    interest is the region near 2 theta equals 21 degrees.  The

6    diffractogram of the dihydrate exhibited several distinct

7    peaks in this region, while in the case of the anhydrate,

8    these peaks were replaced by a single broad peak.  This type

9    of peak is known as a halo, and is indicative of a structure

10   that in which the magnesium atoms of magnesium stearate are

11   arranged in irregular spaced particle planes, i.e., the

12   three-dimensional crystal lattice has been disrupted (Vold,

13   1949).

14          Did I read that correctly?

15   A.     Correct.

16   Q.     And you testified earlier about the disruption of the

17   three-dimensional structure during the first endotherm; is

18   that correct?

19   A.     Correct.

20   Q.     Am I correct that you did not rely on Vold 1949 to

21   offer your opinions?

22   A.     No, I did not.

23   Q.     Can we turn to DTX-2009, Vold 1949.

24   A.     I'm sorry.  Which number is it?

25   Q.     DTX-2009.

1   A.      Oh, sorry.  Yes.  I know this by Hattiangdi.

2   Q.      Actually, I think the Hattiangdi is the next article

3   in this journal.

4   A.      Oh, yes.  Because this is one of the articles that I,

5   general articles I have consulted.

6   Q.      If you look at page 2320, I think that is the first

7   page of the article that you relied on, the Hattiangdi

8   article; is that correct?

9   A.      2320.  Okay.

10  Q.      And that's the Hattiangdi article:  Differential

11  Thermal Analysis of Metal Soaps; is that correct?

12  A.      That's correct.

13  Q.      So going back to the Vold article, if we could.

14  A.      I'm sorry.  Um-hmm.

15  Q.      If we could look on page 2318, in the right column,

16  in the paragraph starting "drying."

17  A.      Sorry.  In which paragraph?

18  Q.      Vold and Hattiangdi state, on page 2318 in the right

19  column:  "Drying" of magnesium palmitate and stearate at

20  90 degrees C results in a form in which the long spacing is

21  substantially decreased and the numerous short spacings

22  original present are replaced by a single intense peak at

23  4.18 degrees angstrom -- or 4.18 angstroms.  (Figure 2).

24  The originally crystalline soap has, therefore, been

25  converted into a liquid crystalline or mesomorphic form in

Pinal - cross

1    which the heads of the molecules are still in regular planes

2    (intense, sharp, long spacing) but the lateral arrangement

3    has been lost except for an average distance of separation

4    of planes corresponding to hexagonal close packing.  That

5    this change was not due to thermal transition was shown by

6    preparing another sample which was not heated to high

7    temperatures and was dried at room temperature under vacuum

8    at $P_2O_5$ but nevertheless gave the same direction pattern of

9    the sample dried at 90 degrees C.  The water loss from these

10   soaps was substantial.  So there is considerable likelihood

11   of the existence of a hydrate, although the present data are

12   insufficient to establish it.

13             Did I read that correctly?

14   A.    Yes, you did.

15   Q.    Am I correct here, Vold and Hattiangdi are discussing

16   the dehydration of magnesium stearate?

17   A.    Yes.

18   Q.    If we turn to Figure 2 on page 2317, do you see in

19   the lower box some x-ray powder diffraction analysis of

20   magnesium stearate and magnesium palmitate?

21   A.    Yes.

22   Q.    Okay.  And it looks at the magnesium stearate and

23   magnesium palmitate being air dried, dried at 90 degrees C,

24   or cooled slowly from 200 degrees C.  Do you see that?

25   A.    Yes.

Pinal - cross

1    Q.      Am I correct there are sharp peaks in the air dried

2    samples in Figure 12?

3    A.      Yes.

4    Q.      And am I correct that sharp peaks on an x-ray powder

5    diffractogram indicate a solid substance?

6    A.      Yes.  Because in order to even test the sample, you

7    have to wait until whatever changes are going to take place

8    finishes taking place, and then you take the solid and put

9    it in the instrument.

10   Q.      And am I correct that for the substance dried at

11   90 degrees C, there are sharp peaks on the x-ray powder

12   diffractogram?

13   A.      Yes.

14   Q.      And am I correct that these sharp peaks indicate that

15   the substance dried at 90 degrees C wasn't solid?

16   A.      Since the melting point of magnesium stearate,

17   magnesium palmitate is lower than 90 degrees C, is similar

18   to what we discuss regarding Miller and York.  They placed

19   the sample in a chamber of 90 degrees C, and then they let

20   it happen, whatever was going to happen, and after some

21   time, they pull it out.  So the transformation that took

22   place going to the liquid have already taken place by the

23   time we are looking at these data.

24          So what we are doing, what we are looking at

25   here is the x-ray diffraction of the crystalline substance

Pinal - cross

1    which is the final product from the transformation of the

2    hydrated form that was the original substance, similar to

3    what happens with the Zydus magnesium stearate.

4    Q.    Now, am I -- going back to page 2318.  Dr. Pinal, do

5    you understand what the anisotropy and isotropic of a

6    hexagonal phase of a molecule are?

7    A.    Well, if they are anisotropic, it means that they

8    have different, they have different directions -- different

9    properties in different directions.  And if they are

10   isotropic, that means that the properties are the same in

11   different direction.

12   Q.    What are the properties for hexagonal phase?

13   A.    That I couldn't tell you off the top of my head,

14   but one of the things that is common to all anisotropic

15   materials is that they will actually produce a secondary

16   rate that can be observed of the cross polars.  And as we

17   discussed earlier, the only way in which you could maybe not

18   see it is if you have every single molecule, part of the

19   same grain, which for magnesium stearate nobody has been

20   able to achieve.

21   Q.    And just, finally, so the record is clear, am I

22   correct that a solid can transform into a mesophase or a

23   liquid crystal without first going through an isotropic

24   liquid state?

25   A.    A solid can convert into a mesophase or a liquid

Pinal - cross

1    phase -- or, sorry, let me take that back.

2              A solid can convert into a mesophase or into a

3    liquid crystalline phase.  And on what the difference would

4    be between going to that change or going into a liquid is

5    that there would be anisotropy at all times.  Because you go

6    from one structure that is orderly to another one that is

7    orderly directly.  So you would need to have, you would need

8    to see anisotropy at all times.  Otherwise, if you lose

9    anisotropy, you went through a random distribution of the

10   molecules.  Again, that is the principle of a liquid.

11             So what you said, yes, it is possible, but the

12   condition that would actually show it would be to have

13   anisotropy at all times.

14   Q.    Now, am I correct that Ertel and Carstensen, Miller

15   and York, and Rajala and Laine all conducted hot stage

16   microscopy?

17   A.    Yes.

18   Q.    Am I correct that not a single one of them reported

19   that after the loss of anisotropy, anisotropy was regained

20   upon recrystallization?

21   A.    No.  But one of the things that they indicated, there

22   is a melting.  So as part of this scope of the discussion,

23   they actually attribute the second peak to a melting, which

24   indeed it is a melting but it is a melting of the anhydrous

25   form.

Pinal - cross

1          The fact that they recognize that as a crystal

2     form is, there is no need to indicate there is anisotropy.

3     Because if the crystal is melting, the crystal is anisotropic

4     so it will be redundant.

5          The surprising fact that they actually capture

6     in their summary was the fact that as they were hitting

7     through that dehydration, the anisotropy was lost and that

8     is why it was, it was, I can say it was surprising to them

9     because it is only five lines and they use only one line,

10    so 20 percent of the summary to indicate that point to the

11    literature.

12         So that was the point because if they show that

13    they increase salt before 125 degrees and they do the cross

14    polar, it would be redundant.  And likely, you know, bear

15    with me for one second because it is a good chance that even

16    the editor will ask them to remove it because what is the

17    point of showing the anisotropic property on the material

18    that is not to be a crystal because there is a subsequent

19    manner.

20    Q.    Doctor, you have no evidence that any reviewer asked

21    them to remove?

22    A.    You are right, and I apologize for that.  But the

23    point, there is a fact, is that the effect of the loss of

24    anisotropy is roughly 20 percent of their summary.  So more

25    people read a summary than read entire paper, and that is

1    the fact that is of greatest significance.

2              And what I can tell you as a scientist that

3    works in this area, that if you know you have a crystal,

4    there is no need to show that it is a crystal by showing

5    anisotropy.  That would be redundant.

6    Q.    And one final question, Dr. Pinal.  Am I correct you

7    do not request any XRPD studies be done of magnesium

8    stearate samples while it was heated?

9    A.    No, because XRPD is x-ray powder diffraction.  It is,

10   the purpose of that is to determine crystalline structure

11   for solids.  I was asked to determine whether the melting

12   point of magnesium stearate and the melting point of

13   magnesium palmitate in the Zydus product are lower than

14   90 degrees centigrade, and all the information that I have

15   reviewed support my conclusion that indeed the melting

16   points of both magnesium stearate and magnesium palmitate

17   present in the Zydus product are lower than 90 degrees

18   centigrade.

19   Q.    Am I correct you did not request a modulated DSC be

20   conducted on Zydus's magnesium stearate sample?

21   A.    I did not request a modulated DSC.

22   Q.    Am I correct that variable temperature XRPD and

23   modulated DSC are techniques that could have provided

24   information as to whether Zydus's sample reaches the liquid

25   state during the dehydration phase?

Pinal - cross

1    A.      Regardless the modulated DSC, modulated DSC is using

2    the same instrument of the DSC.  You use a heating ramp

3    going in a straight line.  It's going up and down.  It is

4    designed to separate overlapping events.  And in principle,

5    that is the type of instrument that would separate facilitating

6    overlapping events.  And if you go to the literature today,

7    you would find about 1,200 references on that subject.  But

8    one of the things that it has is it has some very particular

9    situations where it actually really works well.  So the fact

10   of, you need if you know what type of event you have because

11   then you can actually give you a better idea, but in some

12   occasions it doesn't work.

13            In this particular case, with a DSC, what we can

14   see is that we have a broad endothermic peak followed by a

15   sharp and narrow endothermic peak, involving the exact same

16   molecules.  And that relationship is missed many times,

17   people who don't work on a daily basis with DSC.

18            However, that is a very clear indication of

19   what is what happen, and that tells us that the type of

20   crystalline, the second transition, is of high physical

21   quality and the type of crystal that can only be produced

22   from a liquid, and the information from the literature

23   showing there is a loss of anisotropic property indicating

24   the presence of a liquid is coming together.

25            So is just taking all the parts, and all of them

Pinal - cross

1   is a coherent story of what is happening.

2   Q.     This is a yes-or-no question, Dr. Pinal.  You just

3   said modulated DSC can separate that out, but you did not

4   ask that to be required?

5   A.     I did not ask.  It was not necessary.

6                MR. ABRAMOWITZ:  No further questions.

7                THE COURT:  All right.  Thank you, Mr.

8   Abramowitz.

9                Any redirect?

10               MR. LIEF:  Nothing on redirect.

11               THE COURT:  All right.  Thank you, Doctor.  You

12  may step down.

13               THE WITNESS:  Thank you, Your Honor.

14               THE COURT:  Your next witness, Mr. Haug.

15               MR. LIEF:  Next, we will call Dr. Sinko who will

16  opine on infringement.

17               THE COURT:  All right.

18               MR. LIEF:  May I approach with the books?

19               THE COURT:  Why don't we take a short break; all

20  right?  We'll take ten minutes, ten to 12.  We'll be back at

21  20 to.  Okay?

22               (Brief recess taken.)

23               *     *     *

24               (Proceedings reconvened after recess.)

25               THE COURT:  Thank you.  Please be seated.

Sinko - direct

1        Mr. Lief, the next witness.

2        MR. LIEF:  The next witness will be Dr. Patrick

3   Sinko who will opine on infringement.

4        THE COURT:  All right.  Thank you.

5        ... PATRICK JOHN SINKO, having been first duly

6   sworn, was examined and testified as follows ...

7        THE COURT:  Thank you.  You may be seated.

8        MR. LIEF:  If we might approach the witness with

9   a binder.

10       THE COURT:  Yes, certainly.

11       (Binders passed forward.)

12       THE COURT:  And you may proceed, Mr. Lief.

13                  DIRECT EXAMINATION

14  BY MR. LIEF:

15  Q.    Good morning, Dr. Sinko.

16  A.    Good morning.

17  Q.    What is your profession?

18  A.    I'm a pharmacist and a pharmaceutical scientist.

19  Q.    All right.  And I'd like to take a look the PTX-840.

20  And can you tell me what this is?

21  A.    This is a copy of my CV.

22  Q.    And is the information reported in this CV accurate

23  and up-to-date?

24  A.    I think this version is as of June 2014, so there

25  have been some additions to publications and appointments

Sinko - direct

1    and grants and things like that, but it is mostly correct

2    and up-to-date.

3                 MR. LIEF:  All right.  We would move PTX-840

4    into evidence.

5                 MR. PETERKA:  No objection, Your Honor.

6                 THE COURT:  It is admitted without objection.

7                 (PTX-840 is admitted into evidence.)

8    BY MR. LIEF:

9    Q.    Can you briefly describe your educational background?

10   A.    Sure.  I'm a pharmacist having graduated in 1982 from

11   College of Pharmacy at Rutgers University.  And I also, I

12   received my Bachelor of Science Degree in Pharmacy.

13                 I received my Ph.D. in Pharmaceutics from the

14   University of Michigan - College of Pharmacy in 1988.

15   Q.    If we could take a look at Plaintiffs' Demonstrative

16   Exhibit 8.1.  Can you tell me what is shown here?

17   A.    This is a summary slide of just some highlights from

18   my CV.  And I just discussed my educational background in

19   the upper left.  And this is just a select listing of some

20   of the appointments and experience, awards and honors,

21   publications, and some of my duties as a peer reviewer and

22   as an editor.

23                 As you can see, in my appointments and

24   experience, I have been an editor and also been on the Board

25   of Scientific Advisors, Controlled Release Society, which is

Sinko - direct

1      a society focused on controlled release dosage forms.  That

2      was an elected position.

3              I have also received numerous awards in my

4      career, probably the most significant of which is the MERIT

5      Award from the National Institute of Health which is given

6      to less than one percent of the grantees for innovative

7      research.

8              I also have published extensively and been very

9      active in research, having about 450 publications in total,

10     with about 170 primary papers.

11             One thing about publishing and getting grants

12     the way we do is they always ask you to then peer review

13     grants and papers, so I have extensive experience as a

14     peer reviewer both for journals in our field, such as the

15     Journal of Controlled Release, about 50 journals in all over

16     my career.

17             And I have been extensively involved as a

18     grant reviewer for various international and national

19     organizations such as the National Institute of Health.

20     Q.     In terms of your work as a peer reviewer or a grant

21     reviewer, can you describe for us a little bit of what that

22     entails?

23     A.     Sure.  So as a reviewer in general, be it for a paper

24     or a grant, the person submitting the document will submit

25     an experimental design and a plan and methods how to control

Sinko - direct

1    for the study the data they generate, how they analyze and

2    how they interpret the data.  And I routinely am called upon

3    in a variety of modes, as you can see from that one bottom

4    right corner of the slide, to do this on a regular basis and

5    review others data and make sure that the interpretation is

6    scientifically sound.

7    Q.    All right.  I take it you are currently employed, Dr.

8    Sinko?

9    A.    Yes, I am.

10   Q.    And where are you currently employed?

11   A.    I am employed by Rutgers University where I am a

12   Distinguished Professor of Pharmaceutics and the Parke-Davis

13   Chair Professor in Pharmaceutics and Drug Delivery.

14         I also have appointments in the School of

15   Engineering, the Department of Biomedical Engineering, and

16   Chemical Biological Engineering, as well as Pharmacology and

17   Toxicology.

18   Q.    Can you describe for us a little what you do as a

19   Professor, as a Distinguished Professor at Rutgers?

20   A.    Well, as a Professor, I'm still expected to do the

21   three basic components, which are research, teaching, and

22   service.  I have a very active research lab and enter a

23   normal complement of graduate students and undergraduate

24   students in my research.

25         My teaching still occurs at the graduate level,

Sinko - direct

1    occasionally at the undergraduate level.  But because I'm

2    also an Associate Vice President in the Office of Research

3    and Economic Development, my teaching duties have been

4    scaled back.

5    Q.    What kind of courses do you teach and have you taught

6    in the past?

7    A.    Well, I have literally taught every single course in

8    the pharmaceutics sequence at the professional undergraduate

9    level, and I taught in many courses leading -- I'm still

10   leading advanced physical pharmacy and pharmaceutics courses

11   at the graduate level at this point in time.

12   Q.    Have you been accepted as an expert in pharmaceutical

13   science in Federal Court previously?

14   A.    Yes, I have.  I've been accepted as an expert in

15   pharmaceutical science and formulation three times in the

16   Southern District of Florida.  In fact, two times as it

17   relates to litigation to the '720 patent as well as one time

18   in the Eastern District of Texas.

19              MR. LIEF:  At this point, Shire would offer Dr.

20   Sinko as an expert witness in the field of pharmaceutical

21   science and formulation.

22              MR. PETERKA:  No objection.

23              THE COURT:  All right.  He is admitted as an

24   expert.  Thanks.

25   BY MR. LIEF:

Sinko - direct

1   Q.     Dr. Sinko, what have you been asked to do with

2   respect to this case?

3   A.     I've been asked to assess if Zydus's ANDA product

4   infringes on claims 1 and 3 of the '720 patent.

5   Q.     Have you formed an opinion with respect to those

6   questions?

7   A.     Yes, I have.  And it is my opinion that the Zydus

8   ANDA product does infringe claims 1 and 3.

9   Q.     If we could take a look at PDX, Plaintiffs'

10  Demonstrative Exhibit 8.2.  What is this?

11  A.     Well, this is a demonstrative I prepared to show

12  the basis for my opinion.  And as you can see, I relied

13  upon the '720 patent, the Court's claim construction as well

14  as Zydus's ANDA where they describe the formulation and the

15  manufacturing process, Zydus's formulation development

16  records for the different formulations, scientific

17  literature as well as the Zydus formulator testimony, as we

18  heard yesterday from Mr. Kulkarni, as well as testing and

19  opinions from Shire's experts that we have seen over the

20  past couple days.

21  Q.     All right.  I'd like to take a look at PDX-8.18.

22  And I'll ask you, have you compared the elements of these

23  claims, claim 1 and claim 3 with the accused product from

24  Zydus?

25  A.     Yes, I have.

Sinko - direct

1    Q.    Based upon the evidence that you have seen, does the

2    Zydus ANDA product contain 5-amino-salicylic acid?

3    A.    Yes, it does.

4    Q.    And is that also known as mesalamine?

5    A.    Yes, it is.

6    Q.    Is the mesalamine in the Zydus ANDA product present

7    in an amount from 80 to 95 percent of the total composition?

8    A.    Yes, it is.

9    Q.    And is the Zydus product an oral pharmaceutical

10   composition?

11   A.    Yes, it is.  It's a tablet.

12   Q.    If we could take a look at Plaintiffs' Trial

13   Exhibit 844.  I would begin by asking you what is this

14   document?

15   A.    So this is the complete response amendment for the

16   resubmission of Zydus's ANDA.

17   Q.    And if we could take a look at page 844.7.

18         Can you tell us what is shown here?

19   A.    So this is a table of the processes, summary of the

20   processes and ingredients and their amounts for the Zydus

21   exhibit batch EMM196.

22         MR. LIEF:  We would move PTX-844 into evidence.

23         MR. PETERKA:  No objection.

24         THE COURT:  Admitted without objection.

25         (PTX-844 is admitted into evidence.)

Sinko - direct

1    BY MR. LIEF:

2    Q.    Now, is the Zydus product a controlled release oral

3    pharmaceutical composition?

4    A.    Yes, it is.

5    Q.    And when we say "controlled release," what does that

6    mean?

7    A.    Well, I described "controlled release" the same way

8    that Dr. Little did yesterday.  It's not basically immediate

9    release.  It's where you can get 70 percent released in up

10   to 45 minutes.

11   Q.    If we could take a look at Plaintiffs' Trial

12   Exhibit 208, which I believe has already been admitted.

13          What is this document?

14   A.    This is part of the Zydus ANDA.  This is the quality

15   overall summary.

16   Q.    Now, this quality overall summary, does it apply to

17   the resubmitted batch EMM196?

18   A.    Yes, under that understanding, and we heard that

19   yesterday in Mr. Kulkarni's deposition played.

20   Q.    All right.  If we could turn to page 208.21.  It's

21   towards the bottom there.

22          What is stated there with respect to controlled

23   release?

24   A.    So this shows the motivation of Zydus.  If you

25   look at that second part, second line.  Their product was

Sinko - direct

1   designed to have a similar release profile through the

2   inclusion of both DR and ER components in each tablet.

3              And they defined DR and ER above, which are

4   delayed release and extended release.  And those two

5   components make up the controlled release.

6              MR. LIEF:  I think we have done it, but to the

7   extent we didn't, we would move PTX-208 into evidence.

8              MR. PETERKA:  No objection.

9              THE COURT:  It is admitted.

10             (PTX-208 is admitted into evidence.)

11  BY MR. LIEF:

12  Q.    I'd like to turn to PTX-626.

13             Do you recognize this document?

14  A.    Yes.  This is a letter from Zydus to the FDA on the

15  resubmission of their ANDA product.  It is the complete

16  response amendment.

17  Q.    And I'd like to turn to page 626.12, and in

18  particular focus on the left-hand side graph.

19             What does this graph show?

20  A.    This is a release profile of the batch EMM196,

21  although it is terrible copy.  And what it shows, if you

22  look at that one hour time point, and just a little bit

23  before that at 45 minutes, it only shows about 10 percent

24  released.  So this confirms that Zydus's product is a

25  controlled release product.

Sinko - direct

 1           MR. LIEF:  We would move Plaintiffs' Trial

 2  Exhibit 626 into evidence.

 3           MR. PETERKA:  No objection.

 4           THE COURT:  It is admitted without objection.

 5           (PTX-626 is admitted into evidence.)

 6  BY MR. LIEF:

 7  Q.    And, Dr. Sinko, were you present for Dr. Little's

 8  testimony?

 9  A.    Yes, I was.

10  Q.    Do you agree with his opinion that the Zydus product

11  has a controlled release profile?

12  A.    Yes, I do.  And I think you also saw from Ms.

13  Gray's testing, Dr. Little's report that they showed that

14  after the delayed release coating had come off the tablet

15  in about three hour time period, you saw the sustained or

16  extended release of mesalamine of a little bit over a four

17  hour period.  So that would be a controlled release product.

18  So I do agree.

19  Q.    What to you attribute the controlled release of

20  Zydus's product to?

21  A.    Well, I attribute the controlled release behavior

22  that is observed to the two matrices present in the product,

23  and I guess we'll be getting to that in a bit.

24  Q.    To change topics a little bit, I'd like to discuss

25  the Zydus manufacturing process.  Are you familiar with that?

Sinko - direct

1    A.      Yes, I am.  I reviewed the ANDA documents.

2    Q.      And what did you learn from your review of Zydus's

3    manufacturing processes?

4    A.      Well, my review of Zydus's documents related to the

5    process show the amount, I'm sorry, the excipients, the

6    active ingredient, all those ingredients, their amounts, the

7    processing steps, and basically what it shows is not only

8    what the ingredients are but where they end up in the final

9    Zydus ANDA product.

10   Q.      All right.  If we can again turn to 844.7.  DTX-844.

11           There is a heading there that says Compaction.

12   What is that related to?

13   A.      So, once again, this is for the exhibit batch EMM196.

14   And compaction occurs after they mix those three ingredients

15   -- mesalamine, colloidal silicon dioxide, and magnesium

16   stearate.  And compaction here is referring to the first

17   granulation step.  It's a dry granulation method that is

18   used at this step.

19   Q.      And what is produced as a result of that dry

20   granulation method?

21   A.      Well, what is produced in this step is, of course,

22   the granules and fines as well.

23   Q.      Okay.  What are fines?

24   A.      Fines are small particles of the ingredients such as

25   mesalamine.

Sinko - direct

1   Q.      In a general sense, before we get to the specific

2   second step that is labeled granulation, can you describe

3   for us what granulation is?

4   A.      Sure.  So granulation, typically you are dealing with

5   powders.  And to make them so they're more processable

6   during the manufacturing process, you bring these powders

7   together in a variety of ways, dry or wet granulation, to

8   make larger particles.  And we call them granules as well.

9   Q.      So then, below the compaction step, there is an

10  actual step that is entitled granulation.  Can you tell us

11  what is going on in that step?

12  A.      Sure.  At this step, this is actually the other type

13  of granulation.  So the first step was the dry granulation.

14  This is now a wet granulation.  And this is where you take

15  the particles and fines from the first step, you mix them

16  with the hydrophilic excipients, carboxymethylcellulose

17  sodium and sodium starch glycolate, and you then make a

18  light granulation using that carboxymethylcellulose and

19  sodium starch glycolate solution.

20  Q.      And after the two granulations are completed, what

21  happens next?

22  A.      Well, you take those materials.  As you can see,

23  there is a lubrication step where you take the materials

24  in the lubrication step and you mix them thoroughly.  You

25  compress them into tablets, and then you apply two coatings.

Sinko - direct

1    One is a delayed release coating and the second is the film

2    coating.

3    Q.    If we can turn back to PTX-208.  In this instance,

4    I'd like you to look at PTX-208.37.

5              Can you tell us what this is?

6    A.    So this is a more detailed description of the

7    process, and now it's giving you a more granular level using

8    a flowchart.  You can see down on the left once again the

9    same excipients as in the -- sorry -- same ingredients as in

10   the prior demonstrative slide.

11             And just so, for example, they take the

12   colloidal silicon dioxide and magnesium stearate.  And after

13   adding the mesalamine, they sift it.  They then blend it in

14   an egg shell blender, so this makes a homogeneous mixture.

15   It then goes into the first granulation step, the compaction

16   step that I just described.

17             Once those granules are made and sized, they

18   then are mixed with the hydrophilic excipients once again,

19   and after thorough mixing, they are now wet granulated, as I

20   described previously.  They are then dried and sized.

21             And I think it continues on the next.  Sorry.

22   Just go back up a little bit.

23             And then after it is dry and sized, they're

24   adding the lubrication ingredients and then compacted into

25   tablets after blending once again.

Sinko - direct

1              And then you go through the other coating steps.

2    Q.     If we could now turn to PTX-287.

3              In looking at this, what is this document?

4    A.     And so this is batch manufacturing record for EMM196,

5    as you can see up on the top there, for the mesalamine --

6    for the mesalamine tablets that Zydus makes.

7    Q.     What kind of information does the batch manufacturing

8    record supply?

9    A.     The batch manufacturing record supplies all of the

10   details from the amounts and processing time, how to run the

11   machines, a lot of the details that the flowchart and other

12   tables left out.  This is a very exacting standard operating

13   procedure type document.

14             MR. LIEF:  All right.  To the extent we don't

15   have it in evidence, we would move PTX-287 into evidence.

16             MR. PETERKA:  No objection, Your Honor.

17             THE COURT:  Admitted without objection.

18             (PTX-287 is admitted into evidence.)

19   BY MR. LIEF:

20   Q.     Dr. Sinko, have you prepared a summary of Zydus's

21   manufacturing processes?

22   A.     Yes, I have.

23   Q.     Take a look at PDX-8.3.

24             Can you describe what this is?

25   A.     Sure.  So I tried to prepare a demonstrative that

Sinko - direct

1    gave an overview of the variety of documents that we just

2    reviewed.  And as you can see here, in the first step, you

3    are taking the active ingredient, mesalamine, the colloidal

4    silicon dioxide, the magnesium stearate, and then using

5    that compaction dry granulation step, you make the first

6    granulation.  And this is where the magnesium stearate is

7    added to that inner granule and locked into place.

8             They are then sized, and as a result of that

9    sizing process, you do make those granules.  And because of

10   the nature of the sizing process, you also have these fine

11   particles.  These are mixed with the hydrophilic excipients,

12   CMC and SSG, wet granulated as I described prior to making

13   the larger granules or particles.  They are then sized once

14   again.

15            And what you can see in the far left is a

16   depiction of what these granules look like.  So you can see

17   there is the first granulation from that dry granulation

18   step, and in some cases you see the hydrophilic materials

19   surrounding a single particle.  You also see the hydrophilic

20   materials surrounding aggregates of particles.

21            This is exactly what granulation was supposed to

22   do is to bring particles together and, of course, the

23   ultimate size in the end depends on the sizing process.

24            THE COURT:  You say, you have used the word

25   "sizing" a couple of times, Dr. Sinko.  It does not appear

1   on your chart there, this demonstrative.  What does that

2   mean and what does it correspond to, if anything, on the

3   chart, on the demonstrative?

4            THE WITNESS:  Yes, absolutely.  The sizing and

5   milling are used synonymously.

6            THE COURT:  They're synonymous.

7            THE WITNESS:  Yes.  Sometimes they're referred

8   to as milling and sizing.  The milling would produce a size

9   particle, and then there is some sort of screen that would

10   then let those, the properly sized particles pass through.

11            THE COURT:  Okay.  Thank you.

12            THE WITNESS:  And then once you make the second

13   granulation, you would go to the blending and lubrication

14   steps, compress a tablet and then coat them.

15   BY MR. LIEF:

16   Q.    All right.  If we could turn to claim element 1(a).

17   I'd like to look at PDX-8.4 and ask you what is this?

18   A.    So this is my understanding of the construction of

19   several terms for claim 1(a).  The two terms that were

20   agreed upon were for "matrix," and "lipophilic."

21            "Matrix" being "a macroscopically homogeneous

22   structure in all its volume."

23            And "lipophilic," "poor affinity towards aqueous

24   fluids."

25            The Court then construed "inner lipophilic

Sinko - direct

1    matrix" as "a matrix that exhibits lipophilic properties and

2    is separate from the outer hydrophilic matrix."

3    Q.    Have you applied these claim constructions in forming

4    your opinion?

5    A.    Yes.

6    Q.    Have you formed an opinion as to whether Zydus's

7    product has an inner lipophilic matrix?

8    A.    Yes, it is my opinion that Zydus's product has an

9    inner lipophilic matrix.

10   Q.    Where is the inner lipophilic matrix in the Zydus

11   product located?

12   A.    It's inside the granules that are made in that first

13   compaction step.

14   Q.    All right.  Is magnesium stearate in those inner

15   granules?

16   A.    Yes, it is.  You saw from the manufacturing process,

17   it is directly put into the granules.

18   Q.    Is magnesium stearate a lipophilic substance?

19   A.    Yes, it is a potent lipophilic substance.

20   Q.    Is magnesium stearate the salt of a hydrogenated

21   fatty acid?

22   A.    Yes, it is.

23   Q.    Is magnesium palmitate in those inner granules?

24   A.    Yes, it is.  Actually, as we just saw from

25   Dr. Pinal's testimony, there is magnesium palmitate in

Sinko - direct

1    commercial grade magnesium stearate.

2    Q.     And is magnesium palmitate a lipophilic substance?

3    A.     Yes, it is.

4    Q.     Is magnesium palmitate the salt of a hydrogenated

5    fatty acid?

6    A.     Yes, it is.

7    Q.     Do the ingredients in that inner region of that

8    granule that result from roller compaction, do they form a

9    macroscopically homogeneous structure in all its volume?

10   A.     Yes, it does.

11   Q.     And does Zydus's magnesium stearate, in the inner

12   granule, form a macroscopically homogeneous structure in all

13   its volume?

14   A.     Yes, it does.

15   Q.     And what is your basis for those conclusions?

16   A.     Well, my basis for those conclusions is Zydus's

17   testing as well as their processing systems.

18   Q.     Right.  If we could take a look at PTX-287, the batch

19   manufacturing record again at page .39.  And I would focus

20   you in on steps 5.1.2 and 5.1.5.

21          Can you tell us how, if at all, this informs

22   your opinion?

23   A.     Yes.  So, once again, this is for the exhibit batch

24   EMM196.  And this is, if you look at 5.1, this is the

25   preparation of the premix.  And so this is where they add

Sinko - direct

1    the colloidal silicon dioxide, magnesium stearate.  Down at

2    5.1.5, you can see they add the mesalamine and they're

3    thoroughly mixed in an egg shell blender causing or

4    resulting in the homogeneous mixture of those ingredients.

5    Q.    All right.  If we can go forward to page 287.44.  And

6    I'd like to focus you in on steps 6.3.1, 6.3.4, and 6.3.5.

7          Can you tell us again what is happening here?

8    A.    So at this point, the blend of the three ingredients

9    has been performed.  And they're now taking that blend and

10   roller compacting to make the first granulation.

11         And so what you see in 6.3.1 is they take the

12   material from the prior step.  They're then going to put it

13   through the granulator and/or the compactor.

14         And as you can see in 6.3.4, they're then sized

15   after they're being made.  And this is what I was describing

16   before, it is that the .8 millimeter screen, so the granules

17   are the correct size and the fine particles would pass

18   through that.

19         And then in 6.3.5, you can see they collect the

20   granules for the next processing step.

21   Q.    We discussed this a little bit already, but how do

22   you know the granules are formed?

23   A.    Well, the roll compaction is an established method

24   for dry granulation.  But if you also look at it right

25   here in their own records, Zydus is stating that they're

Sinko - direct

1  collecting granules.

2          MR. LIEF:  Your Honor, we're about to start

3  something of a new subject matter.  I know, I think you said

4  12:15.

5          THE COURT:  That's true.  But you know what

6  let's go ahead and take our last five minutes.

7          MR. LIEF:  That's fine.

8  BY MR. LIEF:

9  Q.    All right.  I'd now like to turn to PDX-8.4.

10         Can you tell me what this is?

11  A.    So this is a demonstrative that I prepared to discuss

12  the "inner lipophilic matrix" terms, the two agreed upon

13  terms in this claim 1(a) element.  Once again, our "matrix"

14  in the lipophilic matrix being "macroscopically homogeneous

15  structure in all its volume" and "lipophilic" being "poor

16  affinity towards aqueous fluids.

17         The Court construed "inner lipophilic matrix"

18  to be "a matrix that exhibits lipophilic properties and is

19  separate from the outer hydrophilic matrix."

20  Q.    With regard to the construction regarding lipophilic

21  properties, have you formed an opinion as to whether Zydus's

22  inner lipophilic matrix -- let's just say Zydus's inner

23  matrix exhibits lipophilic properties?

24  A.    Yes, it's my opinion that Zydus's product forms an

25  inner matrix with lipophilic properties.

Sinko - direct

1    Q.    If we look at PDX-8.5.

2          Can you tell me what this is?

3    A.    Well, this is a summary of the basis for my opinion.

4    The literature has shown that magnesium stearate is a

5    known potent lipophilic substance, and that it can impart

6    lipophilic properties on blends.

7          I have also relied upon Zydus's formula

8    development documents as well as the testing that Dr. Hoag

9    described yesterday.

10   Q.    All right.  If we could turn to Plaintiffs'

11   Demonstrative Exhibit 8.6.

12         Can you tell us what this is?

13   A.    Sure.  This is a demonstrative I prepared to show

14   where in the '720 patent the lipophilic properties are

15   described.

16         And there are two passages up here that I

17   highlight.  One is from the background of the invention

18   where it states:  1.  The use of inert matrices, in which

19   the main component opposes some resistance to the

20   penetration of the solvent, due to the poor affinity towards

21   aqueous fluids; such property being known as lipophilia.

22         And this is from the '720 patent, column 1,

23   lines 17 through 20.  And this is basically where they

24   define the word "lipophilic."

25         And then in the detailed disclosure of the

390

Sinko - direct

1    invention, they state:  ... until the further penetration

2    of the water would cause the disintegration of the

3    hydrophilic layer and therefore the release of the content

4    which, consisting of lipophilic granules, however induces

5    the diffusional mechanism typical of these structures and

6    therefore further slows down the dissolution profile of the

7    active ingredient.

8              And this is once again from the '720 patent,

9    column 3, line 66 spanning to column 4, line 5.

10             And, once again, this describes the behavior of

11   lipophilic properties.

12   Q.    Turning to magnesium stearate.  I'd like to turn to

13   PTX-852.8.

14             Can you tell us what this is?

15   A.    Sure.  This is a copy -- I'm sorry -- this is an

16   entry from the Handbook of Pharmaceutical Excipients for

17   magnesium stearate.

18   Q.    And if we look at PTX-852, page .9 in section 19.

19             Can you read into the record the beginning of

20   that?

21   A.    Sure.  The first sentence of section 19 reads:

22   Magnesium stearate is hydrophobic and may retard the

23   dissolution of a drug from a solid dosage form.

24             THE COURT:  Okay.  I think we're ready.  We're

25   at the magic hour.

Sinko - direct

1          With that cliffhanger, we'll go ahead and take

2    our break.  I'll see you all back here at 1:45.  Okay?

3    Thanks very much.

4              (Brief recess taken.)

5              *      *      *

6              Afternoon Session, 1:45 p.m.

7              THE COURT:  Good afternoon.  Thank you.

8              Please take the stand, Dr. Sinko.  Of course,

9    you remain under oath.

10             Please proceed, Mr. Lief.

11             MR. LIEF:  All right.

12   BY MR. LIEF:

13   Q.    Good afternoon, Dr. Sinko.

14   A.    Good afternoon.

15   Q.    I'd like to turn to another exhibit, PTX-629.  And I

16   will ask you:  What is this?

17   A.    This is a paper published in the European Journal of

18   Pharmaceutics and biopharmaceutics by Uchimoto and

19   colleagues that examine the comparative study of glycerin

20   fatty ester and magnesium stearate on the dissolution of

21   acetaminophen tablets using the analysis of available

22   surface area.

23   Q.    All right.  And if we could turn to PTX-629.3.

24   There's a graph, Figure 1A there and a caption below it.

25   And can you explain what these results show?

Sinko - direct

1    A.      So in panel 1A, as you can see in the caption, this

2    is where they vary the amount of magnesium stearate, and

3    they varied it from 0.1 percent to concentrations of three

4    percent, and you can see where this is now a dissolution

5    plot.

6             First is time.  Then you can see that at color,

7    all colored lines are the concentrations below three percent

8    that significantly slow the dissolution of the drug whereas

9    the lowest .1 percent, it does not.  So this shows that

10   magnesium stearate at low concentrations can significantly

11   slow drug release.

12   Q.    Now, how does magnesium stearate slow drug release?

13   A.      Well, the only way that I know that magnesium

14   stearate can slow drug release is by imparting a lipophilic

15   character to the area where the drug is.  And that

16   lipophilic property or character is that it repels fluid.

17   So by controlling the penetration of fluid or water to

18   mesalamine, you control its dissolution, which means you

19   then control its release.

20   Q.    Does the magnesium stearate in the inner region of

21   the Zydus granules slow release of drug?

22   A.      Yes, it does.

23   Q.    And what do you base that conclusion on?

24   A.      Well, I've seen some Zydus test formulations and I

25   base my conclusion on those results.

Sinko - direct

1    Q.    All right.  If we could take a look at -- well,

2    before I do that, with respect to PTX-629, the Uchimoto

3    article, we would move Figure 1A and its caption be

4    admitted.

5              MR. PETERKA:  No objection.

6              THE COURT:  All right.  It's admitted without

7    objection.

8              (PTX-629 was admitted into evidence.)

9    BY MR. LIEF:

10   Q.    All right.  Now, if we could turn to PTX-288.  And

11   what is this?

12   A.    This is a laboratory notebook, a Zydus lab notebook.

13   As you can see on the top, it says LNB/MESDRY/203, and

14   this is from one of the test formulations that we'll be

15   describing.

16   Q.    All right.  And if we could turn to PTX-288.46.  Can

17   you tell me what is shown on this page?

18   A.    Sure.  So this is the, one of the pages in the

19   laboratory notebooks.  This test formulation was designated

20   F108.  And if you look at the objective, it's to make a

21   batch of mesalamine tablets using a wet granulation

22   technique.  And if you just focus on the table below, you'll

23   see that the technique here, the process was to make a

24   single granulation, and then add the magnesium stearate

25   after the granules are formed.  So this is a single

Sinko - direct

1   granulation technique.

2   Q.    All right.  If we could quickly go back to PTX-844.7.

3   And could you remind us again what this is?

4   A.    So we used this a couple times.  This is the

5   formulation for the exhibit batch, EMM196.  And as I've

6   described a few times, this employs a double granulation

7   technique, as you can see here, where magnesium stearate is

8   the added in the first granulation and in the final

9   lubrication step as well.

10            MR. LIEF:  Before I go on, I would like to

11   move the lab notebook we saw before this, PTX-288 into

12   evidence.

13            MR. PETERKA:  No objection.

14            THE COURT:  Admitted without objection.

15            (PTX-288 was admitted into evidence.)

16   BY MR. LIEF:

17   Q.    All right.  I would like to turn to Plaintiffs'

18   Demonstrative Exhibit 8.7.  And can you tell me what is

19   shown here?

20   A.    So this is a demonstrative that I prepared to show

21   the differences between the exhibit batch EMM196 and the

22   formulation test batch F108.  And what you see on the left

23   is for EMM196 in blue and on the right, for the F108 tablet

24   core formulations on the right column.

25            And what you basically see if you compare the

Sinko - direct

1    two tablets is that they have all the same ingredients in

2    the same amounts, but if you, you know, look closely, you'll

3    see, once again, that the EMM196 has a double granulation,

4    and F108 has a single granulation and in EMM196, magnesium

5    stearate is added twice, the first time in the inner or the

6    first granulation step.

7    Q.     Now, turning to the dissolution of these two, I would

8    like to look at PDX-8.8.  And can you describe what's shown

9    here?

10   A.     This is a demonstrative and a plot that I created to

11   show the mesalamine release rate versus time of these two

12   formulations.  And keeping the same color coding, the

13   squares and outlines in blue is the exhibit batch, and in

14   green is F108, the test formulation.

15          And what you can see from these dissolution

16   results is that F108 releases significantly faster, and

17   that EMM196, of course, really is slower, and even at six

18   hours, EMM196 is not releasing its complete payload of

19   mesalamine.

20   Q.     And what do you conclude from these results?

21   A.     Well, by looking at the process and understanding

22   that magnesium stearate is directly compacted into the inner

23   granules of EMM196, I would conclude that the magnesium

24   stearate in that inner volume is controlled at least

25   compared to when it only put at the last lubrication

Sinko - direct

1    step.

2    Q.    In terms of the source for this, I would like to look

3    at DTX-303.  And if we could look at DTX-303.7.  And can you

4    tell me what this is?

5    A.    So when I constructed the plot, I looked at the

6    original data, and this is the dissolution data for EMM196.

7    And you can see it's for six tablets, and the three time

8    points are in that left column.  And that was the raw data

9    that I used to prepare, part that I used to prepare the

10   plot.

11   Q.    All right.

12             MR. LIEF:  Would have would move PTX-303 into

13   evidence.

14             MR. PETERKA:  No objection, Your Honor.

15             THE COURT:  Admitted.

16   (PTX-303 Exhibit was admitted into evidence.)

17   BY MR. LIEF:

18   Q.    And then I'd also like to turn to PTX-866.  And I

19   would ask you what this is.

20   A.    So this is another Zydus laboratory notebook,

21   notebook 3904, and this has the dissolution data that I use

22   for the formulation and test batch F108.

23   Q.    If we could look at page 866.164, going towards the

24   bottom.  Can you tell me what this is?

25   A.    Yes.  And so as you can see, this is for F108,

Sinko - direct

1    formulation test batch.  Once again, for six tablets.  And

2    the six time points are in the left column, and this is the

3    dissolution data over that six-hour time course.

4                    MR. LIEF:  All right.  We would move PTX-866

5    into evidence.

6                    MR. PETERKA:  No objection, Your Honor.

7                    THE COURT:  It's admitted without objection.

8    (PTX-866 was admitted into evidence.)

9    BY MR. LIEF:

10   Q.    Is there any other data from Zydus' ANDA that also

11   supports your opinion that the magnesium stearate slows

12   release?

13   A.    Yes, there is.

14   Q.    All right.  If we could look at PTX-208, which was

15   already in evidence, at page .24.  What is shown here in

16   this table?

17   A.    So this is another test formulation, as you can see

18   in this table.  And I will just focus on the first two, the

19   F044 and the F048.

20                    And what you can see here is this is now

21   where they studied the effect of compacting the mesalamine,

22   which is that first row, with and without lubricants.  And

23   as you can see, there's an asterisk after the F048 lubricant

24   amount and it says, contains nine milligrams of lubricants,

25   and that's why it's 1209 milligrams instead of 1200.

Sinko - direct

1    Q.     And how do you know the extra nine milligrams of

2    lubricant is magnesium stearate?

3    A.     Well, two ways.  First, I looked at the ANDA, and

4    the only way that Zydus refers to lubricants is with respect

5    to magnesium stearate, but also I reviewed the laboratory

6    notebook.  That confirmed that as well.

7    Q.     All right.  If we could turn to the next page of

8    this, 208.25, what is shown in the data and the graph

9    there?

10   A.     So what is shown here now is a dissolution of those

11   four test batches, and it's going to require a little bit of

12   explaining, but I think it must have been done in color

13   originally, because you will see that there's two black

14   triangles and two black squares.

15              But if you look in conjunction with the

16   table above, you will see that the F044 has very fast

17   release, and that is the black square that is to the far

18   left, and that means -- that shows that the mesalamine was

19   released more quickly than the other grouping of formulation

20   that you see on the right.

21              And one of those, F048, and as you can see, F048

22   is a solid triangle down in the caption or legend, and you

23   can see that falls to the right, and therefore it's showing

24   slower dissolution of mesalamine.

25              And recalling that the magnesium stearate was

Sinko - direct

1   compacted into those granules, it's my opinion that this is

2   what causes the slow release of mesalamine.

3   Q.     All right.  Turning to Dr. Hoag's testing, can you

4   please explain for us what Dr. Hoag did?

5   A.     Well, Dr. Hoag did a version of, you know, a standard

6   fluid penetration or drop penetration test.  And he looked

7   at a simulated inner granule from that first compacted

8   step.

9                    He looked at, and I think we recall the

10  process that he did to make these compacts.  He took

11  mesalamine and magnesium stearate and compressed them into a

12  compact.  He then compared the fluid penetration to the

13  mesalamine compact by itself.

14  Q.     And what --

15  A.     Oh.

16  Q.     Go ahead.

17  A.     And what he observed was that the fluid up take into

18  the simulated inner granule compact was about two-and-a-half

19  times or so slower than mesalamine by itself.

20  Q.     All right.  And what conclusions do you draw from

21  those results?

22  A.     Well, once again, this is in support of magnesium

23  stearate in that simulated inner granule or in the inner

24  granule that Zydus would control the release of mesalamine

25  by imparting lipophilic property to that material.

Sinko - direct

1   Q.    Now, assuming that the distribution of magnesium

2   stearate itself in the inner volume of Zydus' granule is

3   deemed to be the matrix, does that distribution have

4   lipophilic properties in your view?

5   A.    Yes, it does.

6   Q.    And for this question, I want you to assume

7   differently.

8         Assuming that the inner matrix is deemed to be

9   the magnesium stearate in there plus the other internal

10  excipients, colloidal silicon dioxide, does that internal

11  matrix have lipophilic properties?

12  A.    Yes, it does.

13  Q.    And what accounts for the lipophilicity of either of

14  those regions in the Zydus granules?

15  A.    The magnesium stearate.

16  Q.    Okay.  And does the colloidal silicon dioxide stop

17  the inner matrix from having lipophilic properties?

18  A.    No, it does not.  The magnesium stearate is a

19  potent lipophile, and it would overpower any effect, any

20  of colloidal silicon dioxide, and therefore, in my opinion,

21  it would not affect the lipophilic character and it's

22  unrelated.

23  Q.    If we could look at the patent, PTX-1.  And I'd like

24  to direct you to column 1 in the patent, around lines 42 to

25  47.

Sinko - direct

1          And can you tell us what this says, if anything,

2     about silicon dioxide?

3     A.     Well, this is a passage from the '720 patent, where

4     they've already introduced the concept of the lipophilic

5     matrix, and they show a couple examples.  This is one of the

6     first, where an ingredient, in this case, colloidal silicon

7     dioxide, is used as a porization element, but they still

8     refer to this lipophile as a lipophilic matrix.

9               THE COURT:  Do you have an idea what a

10    porization element is?

11              THE WITNESS:  Sure.  Absolutely.

12              So in this case you would have this lipophilic

13    solid material, and the colloidal silicon dioxide would be

14    dispersed in it and it would dissolve.  And when it

15    dissolves, it leaves a pore or a channel.

16              THE COURT:  All right.  Thank you.

17              THE WITNESS:  You're welcome.

18    BY MR. LIEF:

19    Q.     And given that statement in the patent and your

20    view of the lipophilic properties of the inner region of

21    Zydus' granules, in your opinion, is the colloidal silicon

22    dioxide related or unrelated to the lipophilic property in

23    there?

24    A.     It's unrelated.

25    Q.     And, Dr. Sinko, to change topics, does the magnesium

Sinko - direct

1    stearate and magnesium palmitate in Zydus' product melt

2    below 90 degrees C in your opinion?

3    A.    Yes.  Based on what we just saw, the extensive

4    analysis by Dr. Pinal, it's my opinion that magnesium

5    stearate, magnesium palmitate, will melt below 90 degrees C.

6    Q.    Now, for this set of questions, I want you to assume

7    that the Court were to find that these substances don't

8    literally melt below 90 degrees C.

9          Do you have an opinion as to whether they would

10   be equivalent to a claim 1A substance that does melt below

11   90 degrees C?

12   A.    Yes.  It's my opinion that it would be equivalent, or

13   they would be equivalent.

14   Q.    What is your understanding of the doctrine of

15   equivalents?

16   A.    Well, counsel explained to me that this doctrine of

17   equivalents applies when the difference between the claims

18   and the infringing element are not substantial.

19   Q.    And have you heard of something called the function,

20   way, result test?

21   A.    Yes, I have, and that has also been explained to me

22   that an element would be considered an equivalent if it

23   performs substantially the same function in substantially

24   the same way to achieve substantially the same result.

25   Q.    All right.  I would like to look back at the patent

Sinko - direct

1    again, PTX-1, and I think the examples -- I think in column

2    4.

3                    Are there any substances in these examples that

4    are comparable to magnesium stearate or magnesium palmitate,

5    in your opinion?

6    A.    Yes.  If you look at Examples 2 and 3, you'll see

7    that there's stearic acid in Example 2, and palmitic acid in

8    Example 3.

9    Q.    Now, do those two substances melt below 90 degrees C?

10   A.    Yes, they do.

11   Q.    And are those substances -- well, let me do it in

12   pieces.

13                   Is stearic acid structurally similar to

14   magnesium stearate?

15   A.    Yes.  There's a structural similarity.

16   Q.    And is palmitic acid structurally similar to

17   magnesium palmitate?

18   A.    There's also structural similarity there, too.

19   Q.    Okay.  If we could look at PDX-8.9.  Can you tell me

20   what this demonstrative is?

21   A.    So this is another demonstrative that I prepared to

22   show the similarity between magnesium stearate and stearic

23   acid.  And what you can see is that stearic acid has an 18

24   carbon chain, and magnesium stearate would take two of those

25   stearate anions and make the magnesium salt.  And so they

Sinko - direct

1  are both lipophilic substances.

2  Q.    All right.  And if we could go to PDX-8.10.  What is

3  this?

4  A.    Well, this is basically the same analysis with

5  palmitic acid, a difference being palmitic acid has 16

6  carbons in that chain instead of 18.

7  Q.    And if we could look at PDX-8.11, can you tell me

8  what this demonstrative is?

9  A.    So this was my analysis of the function, way, result

10  for magnesium stearate, and it's my opinion that magnesium

11  stearate controls release as an inner lipophilic matrix, and

12  the way that it does this is by dispersion with mesalamine,

13  you know, to cause this water repelling or water retarding

14  effect, and it results in a controlled release profile, or

15  dissolution profile, as described in the '720 patent.

16  Q.    I would like to turn to the outer hydrophilic matrix.

17  If we could turn to PDX-8.13.

18          All right.  What is this?

19  A.    So this is a demonstrative showing the construction

20  of the claim 1B term, outer hydrophilic matrix.  Once again,

21  the agreed upon claim construction of matrix and

22  hydrophilic.

23          For matrix, it was a macroscopically

24  homogeneous structure in all its volume and hydrophilic has

25  an affinity for water.  And the Court has construed an outer

Sinko - direct

1    hydrophilic matrix to be a matrix that exhibits hydrophilic

2    properties and is separate from the inner lipophilic matrix.

3    Q.    And have you applied these constructions in forming

4    your analysis?

5    A.    Yes.

6    Q.    And have you formed an opinion as to whether Zydus'

7    product contains an outer hydrophilic matrix?

8    A.    Yes.  Zydus' product has an outer hydrophilic matrix.

9    Q.    What in your opinion forms the outer hydrophilic

10   matrix in the Zydus product?

11   A.    Well, it's the distribution of the sodium starch

12   glycolate and the carboxy methylcellulose sodium, these

13   hydrophilic excipients in the region outside the inner

14   granules.

15   Q.    All right.  If we could look at PDX-8.12.  Take that

16   out.  I am going to stick with 8.13.

17          In 1B, does sodium carboxymethylcellulose fall

18   into any of the categories of compounds listed in 1B?

19   A.    Yes.  It's a -- let me find it.  It's a hydroxyakyl

20   cellulose, carboxyalkylcellulose.  Sorry.

21   Q.    What about sodium starch glycolate?  Does it fall

22   within any of those categories?

23   A.    Yes.  It says starch.  It's a starch derivative.

24   Q.    All right.  There's another chemical that goes into

25   that.

Sinko - direct

1    A.      Yes.

2    Q.      Right.  It's called hypromellose.

3    A.      Yes.  Hypromellose is hydroxypropyl methylcellulose,

4    and that's used in the wet granulation, the binder used in

5    the wet granulation, and that's a hydroxyakyl cellulose and

6    could be considered a third hydrophilic ingredient in the

7    outer matrix.

8    Q.      All right.  Do the ingredients in that outer region

9    that result from the second granulation form a

10   macroscopically homogeneous structure in all its volume?

11   A.      Yes, they do.

12   Q.      And what is the basis for your opinion in that

13   regard?

14   A.      Well, there is the, the Zydus process for

15   manufacturing the product.

16   Q.      If we could take a look at PTX-287.60.  I believe

17   this is the batch manufacturing record.

18              (Pause.)

19              MR. LIEF:  287.60.

20   BY MR. LIEF:

21   Q.      And I would like to focus you in on the steps here

22   and how, if at all, does any of this inform your opinion?

23   A.      All right.  So what you see here is, once again, the

24   batch manufacturing record for the exhibit batch, EMM196.

25   And you can see here that the, the compacted mesalamine from

Sinko - direct

1  that first compaction step is mixed with the hydrophilic

2  excipients, carboxymethylcellulose sodium and sodium

3  starch glycolate in 10.1, where they are actually mixing

4  the ingredients together, which is dispersing that, those

5  mesalamine granules within those hydrophilic excipients.

6  Q.    All right.  Have you formed an opinion as to whether

7  Zydus' outer hydrophilic matrix -- once again, why don't I

8  just call it an outer matrix for the time being.  Have you

9  formed an opinion as to whether Zydus' outer matrix exhibits

10  hydrophilic properties?

11  A.    Yes, I have.

12  Q.    And what is that opinion?

13  A.    And that it does exhibit hydrophilic properties.

14  Q.    All right.  If we could turn to PDX-8.14.  What is

15  shown here?

16  A.    So in a similar way that I did for the definition of

17  lipophilic properties, this is a demonstrative that I

18  prepared that shows how the patent considers hydrophilic

19  properties, and these are two portions of the patent.

20                One comes from the background of the

21  invention, and the first passage states, the use of

22  hydrophilic matrices in which the main component of the

23  matrix structure opposes high resistance to the progress of

24  the solvent, in that the presence of strongly hydrophilic

25  groups in its chains, mainly branched, remarkably increases

Sinko - direct

1    viscosity inside the hydrated layer.  And this is from the

2    '720 patent, column 1, lines 21 to 26.

3                      And, you know, what this shows is the, the

4    -- in essence, the definition of hydrophilic in the patent.

5    And it describes the mechanism by which it does it, which is

6    the swelling.

7                      And in this other passage of the patent, the

8    detailed disclosure of the invention, it states, the

9    hydrophilic matrix consists of excipients known as

10   hydrogels, i.e., substances which pass from the dry state

11   to the hydrated one, understanding the so-called 'molecular

12   relaxation,' namely a remarkable increase in mass and weight

13   following the coordination of a large number of water

14   molecules by the polar groups present in the polymeric

15   chains of the excipients themselves.

16                     And this is the '720 patent, column 3, lines

17   18 to 24.  And, once again, this shows what is considered a

18   hydrophilic property, which is this, this swelling behavior.

19   Q.     And does Zydus' outer matrix exhibit the properties

20   described in these passages?

21   A.     Yes, it does.

22   Q.     All right.  And what is the basis for your opinion in

23   that regard?

24   A.     Well, the basis for my opinion is that these are

25   known hydrophilic substances that are -- they are known to

Sinko - direct

1    swell, and as, you know, Dr. Little had testified to, you

2    know, he observed, you know, swelling in the tablet as

3    well.

4    Q.    All right.  Have you formed an opinion as to whether

5    Zydus' outer hydrophilic matrix is separate from the inner

6    lipophilic matrix?

7    A.    It's separate.  Yes, I have, and it is separate.

8    Q.    And what is your basis for that conclusion?

9    A.    Well, I've looked through the manufacturing process

10   and Zydus uses a double granulation technique, and what

11   this shows is that, you know, two granulations, and so

12   therefore two different areas or volumes that are not just

13   compositionally separate, but spatially separate.

14   Q.    And I'd like to turn to another element.  If we could

15   look at PDX-8.15.

16            THE COURT:  I would just like to ask a question.

17            Would you repeat that, explain it?  What is it

18   about two granulation processes that, in your opinion, Dr.

19   Sinko, resulted result in spatially different matrices?

20            THE WITNESS:  Sure.  So I showed an overview of

21   the manufacturing process early on, and what you see in that

22   first step is the formation of these compact granules with

23   the mesalamine, colloidal silicon dioxide and magnesium

24   stearate.  The hydrophilic excipients are then added to

25   that, and then a second granulation is made.  And so you get

Sinko - direct

1    those inner granules are making new granules with the

2    hydrophilic excipients surrounding them and kind of gluing

3    them all in one place to make a larger particle.

4                 THE COURT:  All right.  Thank you.

5                 MR. LIEF:  If it would help, we could go back to

6    that demonstrative.

7                 THE COURT:  That's fine.  I remember the

8    demonstrative.

9                 MR. LIEF:  All right.

10   BY MR. LIEF:

11   Q.    And so turning to PDX-8.15, now going to a new issue,

12   what is this?

13   A.    So this is the construction of the claim term

14   dispersed as it's used in claim 1B of the '720 patent, and

15   the Court's construction of this says sufficiently mixed to

16   incorporate one substance into another.

17   Q.    And have you applied this construction in performing

18   your infringement analysis?

19   A.    Yes, I have.

20   Q.    And have you formed an opinion as to whether the

21   inner lipophilic matrix is dispersed within the outer

22   hydrophilic matrix of Zydus' product?

23   A.    Yes.  It's my opinion that the inner lipophilic

24   matrix is dispersed in the outer hydrophilic matrix in

25   Zydus' product.

Sinko - direct

1    Q.     If we could turn back to the batch manufacturing

2    record, 287.60, and focus in on Step 10.1.

3                 Does this tell you anything about the

4    relationship between the inner and the outer volume?

5    A.     Yes, it does.  This is one of the first steps where

6    again you take the compacted mesalamine, which are the

7    inner granules, and you're mixing them with the carboxy

8    methylcellulose sodium and sodium starch glycolate in

9    10.1.1, and you're dispersing the inner in those outer

10   hydrophilic excipients.

11   Q.     I would like to turn now to another version of

12   dispersed in the claim.  If we look at PDX-8.16, what is

13   shown here?

14   A.     So this is showing the construction of wherein the

15   active ingredient is dispersed both in the lipophilic matrix

16   and in the hydrophilic matrix.  And the Court construed

17   that to be, wherein mesalamine is sufficiently mixed to

18   incorporate it within the lipophilic matrix and the

19   hydrophilic matrix.

20   Q.     Have you applied this claim construction in your

21   analysis?

22   A.     Yes, I have.

23   Q.     And have you formed an opinion as to whether this

24   claim limitation is met by the Zydus product?

25   A.     It is my opinion that the claim limitation is met by

Sinko - direct

1    this product.

2    Q.    Again, going back to the batch manufacturing record,

3    if we could look at 287.44.

4              What information is provided here in step 6.3?

5              MR. PETERKA:  I'm going to object to this line

6    of questioning.  I think the satisfaction of the dispersed

7    within the inner matrix is beyond the scope of Dr. Sinko's

8    expert report.

9              THE COURT:  Mr. Lief?

10             MR. LIEF:  Give me a moment.  I will look at

11   his report.  I have a note in my script about 136 and 140

12   paragraphs.

13             THE COURT:  All right.

14             (Pause while counsel conferred.)

15   BY MR. LIEF:

16   Q.    I will read to you from paragraph 134 of this report,

17   which I think covers this, and I think this is -- I didn't

18   think this was controversial anyway.  But his report reads:

19   "In Zydus' manufacturing process, the dense granules of

20   blended mesalamine dash containing the magnesium stearate

21   matrix dash are dry mixed with the outer hydrophilic

22   matrix - the SSG and CMC- thereby dispersing the inner

23   lipophilic matrix within the outer hydrophilic matrix.

24             Again, at the beginning of that, he's discussing

25   the dense granules of blended mesalamine.  The concept of

Sinko - direct

1    mesalamine as on the inside is inherent in that language.

2              THE COURT:  All right.  Please identify yourself

3    for the record.

4              MR. PETERKA:  I'm sorry.  Do you want me to go

5    back there?

6              THE COURT:  That's fine.  Come right up to the

7    podium.

8              MR. PETERKA:  Jim Peterka for Zydus.

9              There's no point in Dr. Sinko's report where he

10   opines that the API is dispersed in the inner lipophilic

11   matrix.  And what he just read to you does not describe API

12   dispersed in the lipophilic matrix.

13             THE COURT:  API?

14             MR. PETERKA:  I'm sorry.  The mesalamine, Your

15   Honor.

16             THE COURT:  All right.  Does it say mesalamine

17   is dispersed?  Why don't you give me the page number again.

18   Do I have the report?

19             MR. LIEF:  Do you have a copy of that?

20             (Pause.)

21             THE COURT:  If I understood correctly, and while

22   we're looking for that, he says -- why don't you give me

23   that paragraph again, Mr. Lief.

24             MR. LIEF:  The paragraph I read you was 134, and

25   it reads, in Zydus' manufacturing process, the dense

Sinko - direct

1    granules of blended mesalamine.  And certainly, blended here

2    in our view and dispersed are --

3                  THE COURT:  Yes.  So it says the dense granules

4    of blended mesalamine are dispersed.  And that is not

5    sufficient to cover this testimony because of what, Mr.

6    Peterka?

7                  MR. PETERKA:  The claim element is API,

8    mesalamine is dispersed in both an inner lipophilic matrix

9    and an outer hydrophilic matrix.  The paragraph he is

10   talking about here, he's talking what he's claiming is the

11   inner lipophilic matrix.

12                 THE COURT:  Right.

13                 MR. PETERKA:  It's hard to tell what he's

14   saying, but those are being dispersed within the outer

15   hydrophilic matrix.  All right?  So that's talking about the

16   claim term we looked at earlier, where it says, the inner

17   lipophilic matrix is dispersed in the outer hydrophilic

18   matrix.  That paragraph does not go to whether mesalamine is

19   actually dispersed in an inner lipophilic matrix.

20                 MR. LIEF:  Well --

21                 THE COURT:  This is actually dispersed with an

22   outer hydrophilic matrix.  Is that what you are saying?

23                 MR. PETERKA:  No.  The paragraph 134 that Mr. Lief

24   is just referring to, saying that -- I'm sorry, the dense

25   granules are dry mixed with the outer hydrophilic matrix,

1   thereby dispersing the inner lipophilic matrix within the

2   outer hydrophilic -- actually, I mean, I can show you this on

3   Dr. Sinko's cross.  If I can show you the claim term I'm

4   talking about?

5           THE COURT:  Yes.

6           MR. PETERKA:  Can I see your demonstratives,

7   please?

8           MR. LIEF:  Your Honor, perhaps I can clarify

9   some more.

10          MR. PETERKA:  Well, can I just finish my

11   explanation?

12          THE COURT:  Yes.  I'm going to let Mr. Peterka

13   finish with his objection and I'm going to let you

14   finish working out where it is in the report.  All right,

15   Mr. Lief?

16          MR. LIEF:  Thank you.

17          MR. PETERKA:  Could I have, I think it's

18   PDX-8.15.

19          That's what he's talking about there.  He's

20   talking about in that paragraph 134.  I think that what is

21   trying to talk about, that claim term.  I'm not saying that

22   is what he's saying, I'm saying that is what he's referring

23   to.

24          What I'm referring to is the claim term we were

25   just looking at, at the end here.  It's actually in part 1A,

Sinko - direct

1    at the end of the claim.  Wherein the active ingredient

2    is dispersed both in the lipophilic matrix and in the

3    hydrophilic matrix.

4             What I'm saying is the opinion that active

5    ingredient is dispersed in an inner lipophilic matrix is

6    outside the scope.

7             THE COURT:  All right.  Mr. Lief?

8             MR. LIEF:  Well, two responses.  I think what

9    I read is responsive because it talks about blended

10   mesalamine.  But apart from that --

11            THE COURT:  No, no.  Say that again.  Don't go

12   apart from that.  Give it to me again.

13            MR. LIEF:  Well, what I read, although I have a

14   more poignant thing to read to you, but what I read from

15   what's paragraph 134 from his 2014 report.

16            THE COURT:  Yes.  And am I going to get to see

17   that?

18            MR. LIEF:  Oh, I apologize.  But what I also

19   want to give you is the 2012 report, but if I may?

20            THE COURT:  All right.  I would like to see what

21   you were reading from so I can see it in context.

22            (Mr. Lief handed documents to the Court.)

23            THE COURT:  And while they're getting that, what

24   is it you want to point me to in his 2012 report?

25            MR. LIEF:  Where I was reading from was

Sinko - direct

1    paragraph 134, which is on page 52, which reads -- I think

2    it covers both of these dispersed issues, candidly, but in

3    Zydus' manufacturing process, the dense granules of blended

4    mesalamine.  That's the inner product of that first

5    compaction step.

6              And so when it says blended mesalamine, you can

7    stop there.  The rest of it relates to dispersed, inner

8    dispersed and outer.  But blended mesalamine and the dense

9    granules means --

10             MR. PETERKA:  Your Honor, I'm going to object.

11   This is attorney argument characterizing Dr. Sinko's

12   opinions.

13             THE COURT:  Well, of course it's attorney

14   argument.  I've asked for attorney argument.

15             MR. PETERKA:  All right.

16             THE COURT:  You don't have to object.

17             MR. PETERKA:  All right.

18             THE COURT:  Let him finish.  I will give you a

19   shot.

20             MR. LIEF:  And so I think dense granules of

21   blended mesalamine is what we're talking about, but if you

22   want the exact word "dispersed," you know, this is a long

23   case, it has been going on for a while, and Dr. Sinko

24   submitted an earlier expert report on what was the earlier

25   batch, which as their 30(b)(6) said, all of that information

Sinko - direct

1      applies equally to the new batch.

2                   And I have that 2012 report now.  If I might

3      approach and hand you that?

4                   THE COURT:  Sure.

5                   (Mr. Lief handed documents to the Court.)

6                   THE COURT:  What do you want me to look at in

7      this one?

8                   MR. LIEF:  And in the 2012 report, we have a

9      paragraph 107, which comes under a heading, and this is on

10     page 46.  The heading is, "The Zydus ANDA product contains

11     active ingredient dispersed both in the lipophilic matrix

12     and the hydrophilic matrix."

13                  And paragraph --

14                  THE COURT:  I'm looking at 107.  I got the --

15                  MR. LIEF:  On page 46 of the new one I just

16     handed, the 2012 report.

17                  THE COURT:  Yes.  Where were you reading?

18                  MR. LIEF:  I was reading letter G above 107 is

19     the title.

20                  THE COURT:  Okay.

21                  MR. LIEF:  And then 107 says, quote, "The

22     Zydus ANDA product contains active ingredient dispersed

23     (distributed more or less evenly) in a lipophilic matrix.

24                  And it goes on to describe.  It says, "Described

25     above, magnesium stearate and colloidal silicon dioxide are

Sinko - direct

1   first blended with mesalamine in an eggshell blender."

2          This is the exact thing he's testifying about.

3   I mean, candidly, this is one of the bits of infringement

4   proof, and Dr. Sinko, I don't think we would have missed

5   this in his reports.

6          THE COURT:  Yes.  All right.

7          Mr. Peterka, your last shot.  Go ahead.

8          MR. PETERKA:  Your Honor, in the expert reports

9   from 2012, which was paragraph 107 there, you'll see that

10  Dr. Sinko does have those words, "Zydus' ANDA product

11  contains active ingredient dispersed (distributed more or

12  less equally in a lipophilic matrix).

13         Number one, that same term has subsequently

14  been construed to mean sufficiently mixed to incorporate

15  one substance into another.  That was actually an earlier

16  proposed claim construction by the plaintiffs in this

17  case, and that Your Honor did not grant them, that

18  construction.

19         And also that opinion does not appear in his

20  more recent supplemental infringement report on the current

21  batch in any sense of the claim construction.

22         THE COURT:  Yes.  Okay.  Well, I'm overruling

23  your objection.  You can make whatever hay you can make out

24  of it on cross-examination, but I think you guys are on

25  notice.  And I agree with the assertion that the 2012 report

Sinko - direct

1   is not off the table, it's part of the mix here, and what

2   you should be thinking about in terms of the reports that

3   you received.

4            MR. PETERKA:  If I could just make one more

5   point.

6            Dr. Sinko in his reports has no opinion on

7   whether that term has been satisfied under the Court's claim

8   construction.

9            THE COURT:  I will let you make -- I will let

10  you make your argument, but I'm not going to keep him from

11  testifying.  All right?  You can go ahead and make that

12  pitch to me, but I'm not ruling his opinion out of order and

13  keeping it out of the record.

14           MR. PETERKA:  Thank you, Your Honor.

15           THE COURT:  All right.  Why don't we hand these

16  back to Mr. Lief.  And you go ahead and proceed.

17           MR. LIEF:  Thank you, Your Honor.

18  BY MR. LIEF:

19  Q.    I think we were in PTX-287.44, and we were looking at

20  Step 6.3.

21           And what information does Step 6.3 provide

22  you with respect to mesalamine dispersed in the inner

23  matrix?

24  A.    Well, this is from a batch manufacturer record.  It

25  shows that first granulation step, the dry granulation and

Sinko - direct

1    roll compaction step.

2              What you are going to see where and what I

3    described before is the that mesalamine, which is part of

4    that mixture from the prior step, is compacted into the

5    inner granule.  And then if you look at 5.3.4, there they're

6    then milled or sized, and you can see the size of the

7    screen, 8.4 millimeters, and that's going to produce, or

8    allow granules of that size or smaller through as well as

9    fines.

10   Q.    All right.  Before we get to the granules and the

11   fines, the mixing steps that lead up to 6.3 and then the

12   granulation or the compacting, I should say, in the 6.3, if

13   we could go back to PDX-8.16.

14              Will that incorporate mesalamine within the

15   lipophilic matrix?

16   A.    Yes, it does.  It's in the -- it's in the first

17   granules, which, as I said, contains the lipophilic

18   matrix.

19   Q.    All right.  And to go back to the batch manufacturing

20   record, I would like to change pages and go to 287.60.

21              Now, this is, I think this is step 10.1.  Does

22   this inform your opinion in any way about mesalamine in the

23   outer matrix?

24   A.    Yes, it does.  So this, this in essence starts now

25   with, as you can see, the compacted mesalamine, which

1    includes those inner granules, but also includes the fines,

2    and the fine particles of mesalamine.  And that mixture

3    is mixed or dispersed with the carboxymethylcellulose sodium

4    and sodium starch glycolate and made into the second

5    granulation, and so therefore it disperses mesalamine in the

6    outer matrix as well.

7    Q.    All right.  Talk about fines.  I would like to go to

8    PTX-292.  And can you tell me what this document is?

9    A.    This is the manual for the roll compactor machine

10   used by Zydus in producing their ANDA product.

11   Q.    All right.  And if we look at 292, page .07, there's

12   the last sentence there that I would like you to read for us

13   and tell us what you take from it.

14   A.    The last sentence says, "The addition of binders to

15   the material being processed greatly reduces the production

16   of fines."  And what this, you know, basically reenforces

17   is that, you know, these granulation techniques, because of

18   the filter -- I mean, sorry, the sieve that's used, it

19   allows fine particles to be passed through there and be

20   produced.

21             And what this is saying is that in this

22   general manual, you could use binders to reduce the amount

23   of fine, but Zydus does not use a binder in that first

24   compaction step and so it will have a characteristic normal

25   amount of fines.

Sinko - direct

1          MR. LIEF:  All right.  If we could move PTX-292

2    into evidence.

3          MR. PETERKA:  No objection, your Honor.

4          THE COURT:  All right.  It is admitted without

5    objection.

6          (PTX-292 was admitted into evidence.)

7    BY MR. LIEF:

8    Q.    Now, again, on this issue of mesalamine being on the

9    inner compacted region and in the outer region, are you

10   aware of any other evidence that supports your opinion in

11   this regard?

12   A.    Yes.  I've also seen some testing results by Dr.

13   Davies.

14   Q.    And what do you conclude from Dr. Davies' testing

15   results?

16   A.    Well, Dr. Davies did a Raman analysis and he showed

17   that the mesalamine was, you know, dispersed throughout the

18   tablet.

19   Q.    All right.  If we could go to PDX-8.17.

20         Dr. Sinko, does the Zydus ANDA product, in your

21   opinion, literally infringe claim 1 of the '720 patent?

22   A.    Yes, it does.

23   Q.    And turning to claim 3, compositions as claimed in

24   claim 1 in the form of powder, capsules, mini tablets, does

25   the Zydus ANDA product literally infringe claim 3 of the

Sinko - direct

1    '720 patent in your opinion?

2    A.    Yes, it does.

3    Q.    And, again, if we were to assume that the melting

4    point of magnesium stearate in the Zydus product were to

5    be found to be literally not below 90 degrees C, in your

6    opinion, would the magnesium stearate be an infringing

7    equivalent?

8    A.    Yes, it would.

9                MR. LIEF:  Okay.  Thank you.  No further

10   questions.

11               THE COURT:  Mr. Peterka, cross-examination.

12               MR. PETERKA:  Give me one second, Your Honor.

13               THE COURT:  Sure.

14               (Pause while counsel conferred.)

15               MR. MILLER:  May I approach?

16               THE COURT:  Yes, you may approach.

17               While we're waiting, I'm going to ask a

18   question, too.  I will ask the last demonstrative be put up

19   on the board.

20               MR. LIEF:  The checkmarks?

21               THE COURT:  The checkmarks.

22               You probably said something about this

23   Dr. Sinko, but I'm curious to know about the 80 to

24   95 percent related total composition.  What were you

25   relying on then?

Sinko - cross

1            THE WITNESS:  This was the Zydus ANDA, and if I

2    recall, it was 81.91 percent mesalamine.

3            THE COURT:  Mesalamine.  All right.  Thanks.

4            MR. MILLER:  Approach the witness?

5            THE COURT:  Yes, please.

6            (Mr. Miller handed a notebook to the witness.)

7            MR. PETERKA:  Good afternoon, Your Honor.

8                    CROSS-EXAMINATION

9    BY MR. PETERKA:

10   Q.    Good afternoon, Dr. Sinko.

11   A.    Good afternoon.

12   Q.    Good to see you again.  For the record, Jim Peterka

13   for Zydus again.

14            Dr. Sinko, you were retained by Shire as an

15   expert witness in other cases related to generic versions of

16   Lialda; is that correct?

17   A.    That is correct.

18   Q.    And that includes a case against Watson?

19   A.    That is correct.

20   Q.    And, in fact, you just testified on behalf of Shire

21   in a recently concluded trial that took place in January; is

22   that right?

23   A.    That is correct.

24   Q.    And you were present at the Shire trial and the

25   testimony Dr. Yang?

Sinko - cross

1    A.      Dr. Yang, yes.

2    Q.      Dr. Yang.  Dr. Yang was another expert witness on

3    behalf of Shire; is that correct?

4    A.      He was.

5    Q.      And in that trial, you relied on Dr. Yung's tests, or

6    Yang's, I'm sorry, in forming your opinions in that case?

7    A.      Yes, I did.

8    Q.      And part of your opinions in that case included an

9    opinion that the granules in the Watson product exhibited

10   lipophilic characteristics; is that correct?

11   A.      That's correct.

12   Q.      The tests that were conducted by Dr. Yang, that was a

13   drop penetration test, is that right, or a water penetration

14   test?

15   A.      Yes.  Fluid penetration test.

16   Q.      And Dr. Yang conducted those tests to examine that

17   the ANDA, that the Watson ANDA product contains separate

18   volumes separated in a different capacity to resist water

19   penetration; right?

20   A.      That is correct.

21   Q.      In the Watson case, Dr. Yang tested an actual

22   cross-section of the Watson ANDA product; is that

23   correct?

24   A.      He applied, yes, his specific test to a cross-section

25   of that product.

Sinko - cross

1   Q.      So the test that Dr. Yang used in that case that you

2   relied on involved taking an actual tablet of the Watson

3   product, cutting it in half, cutting it in two halves,

4   microtoming it to get a smooth surface, using a microscope

5   to identify certain structures in that cross-section to be

6   tested, and then placing the drop of water on the selected

7   structure and measuring the water penetration rate; is that

8   right?

9   A.      Well, kind of.  I mean, what he did was, he used a

10  much smaller version of the test, so it was, instead of like

11  a catheter tube, which is bigger, microgoniometer.  You

12  could precisely place very small drops, and that's why he

13  could do it on the Watson ANDA product.

14  Q.      The microgoniometer, that's the device that's used in

15  the Hapgood reference that you cited in your most recent

16  expert report; is that correct?

17  A.      I don't recall that she used a microgoniometer.

18  Q.      She used an actual, a drop of water; is that right?

19  A.      Well, all of these tests look at some sort of water

20  or fluid, and the size of the drop, you know, could be

21  different.  And as I recall, Dr. Hapgood and I didn't

22  review that recently, but I think Dr. Hapgood did a regular

23  drop penetration test and Dr. Yang used a microgoniometer

24  so he could precisely place a microdroplet on that

25  product.

Sinko - cross

1    Q.     And the structures that Dr. Yang identified in the

2    Watson case were granules; right?

3                MR. LIEF:  Your Honor, I guess I object.  This

4    is already now getting into details of what really is

5    another case.

6                THE COURT:  Well, I think it's going -- I think

7    it is fair cross-examination, Mr. Lief, so I'm going to

8    allow it.

9                Go ahead.

10               MR. PETERKA:  Thank you, Your Honor.

11   BY MR. PETERKA:

12   Q.     Do you remember the question?  I can repeat it.

13   A.     Yes.  Why don't you repeat it.

14   Q.     The structures that Dr. Yang identified in the Watson

15   case were granules; is that correct?

16   A.     Yes.  So first let me say, I've not gone back and

17   reviewed the whole Watson case, so my memory may not be

18   really fresh, but he identified two regions.  He defined

19   granular regions and extragranular regions, so not just

20   granular regions.  He identified two different types of

21   regions.

22   Q.     And Dr. Yang also identified cross areas in Watson's

23   tablet that were outside the granules; is that correct?

24   A.     That's what I just said.

25   Q.     All right.

Sinko - cross

1   A.      So he identified what he called Type 1 regions and

2   Type 2 regions, which I could identify as granular and extra

3   granular.

4   Q.      And you testified in that case that the test results

5   showed that the granule structures that he identified took

6   up water almost seven times more slowly than the structures

7   that were outside the granules; is that correct?

8   A.      Well, like I said, I don't recall seven, but the

9   granules definitely took up fluid more slowly.

10  Q.      And the water -- let me skip that.

11          Now, in this case, none of Shire's experts,

12  including yourself, have performed any drop penetration

13  testing on a cross-section of Zydus' ANDA product; is that

14  correct?

15  A.      Dr. Hoag did a version of the drop penetration or

16  fluid penetration test in the simulated, you know, inner

17  granule.

18  Q.      All right.  So the answer to that question is no; is

19  that right?

20  A.      No expert on Shire's side that I know took the

21  actual ANDA product and performed a similar test.  I think

22  they -- you know, Dr. Hoag performed a similar informative

23  test.

24  Q.      So no expert in this case performed a test on a

25  cross-section of the Zydus product; is that correct?

Sinko - cross

1  A.     No.

2  Q.     Okay.  And no expert in this case performed any drop

3  penetration testing on the Zydus ANDA product at all; is

4  that right?

5  A.     Well, I think as I said, they, Dr. Hoag performed a

6  test on the simulated granule, but not on the actual ANDA

7  product.

8  Q.     In that same case that we were just talking about,

9  the Shire versus Watson case, Dr. Bugay was another expert

10  retained by Shire; is that correct?

11  A.     That was a long time ago.  That was the first trial.

12  Q.     Yes.  That was in 2013; right?

13  A.     2013.

14  Q.     So do you recall him being an expert in that case?

15  A.     Absolutely.

16  Q.     And he also did testing on the Watson ANDA product

17  that you relied on in forming your opinions; is that

18  correct?

19  A.     Yes.

20  Q.     And the opinions in that case included the opinion

21  that Watson's product contained an inner lipophilic matrix

22  and an outer hydrophilic matrix; is that correct?

23  A.     You know, back in -- I've not reviewed that, and I

24  don't recall the specific details, but I do recall Dr. Bugay

25  being there and some chemical analysis and things.

Sinko - cross

1   Q.      What about more recently?  Didn't that come up in a

2   more recent trial, too, in January?  You opined that

3   Watson's product contained an inner lipophilic matrix and

4   an outer hydrophilic matrix?

5   A.      Yes, I did.

6   Q.      I think Dr. Bugay's testing came up there as well.

7   A.      It may have come up in the context of the previous

8   trial.

9   Q.      If you can turn in your binder, I think there are

10  trial transcripts in that binder.

11          Do you see, I think they're identified by Day 1,

12  Day 2, Day 3.  I think Day 1 was January 25th, 2016.

13          THE COURT:  Is it all under the tab, Sinko

14  transcript?

15          MR. PETERKA:  No, there should be a trial

16  transcript.  Oh, yes.  You're right.  It's in the binder

17  under Sinko.  Do you mind if I take a look?  Actually, I've

18  got one right here.

19          THE WITNESS:  Yes, there are two tabs.

20          MR. PETERKA:  Oh, no.  It's under --

21          THE COURT:  Do you want a copy of this?

22          MR. PETERKA:  I have a copy.  Apparently, I

23  didn't get a paper copy in the binder, but I have it on the

24  screen.  It is going to be a pretty easy point, if Your

25  Honor will indulge me for not including it in the binder.

1          THE COURT:  Well, I'll indulge you.  I'll wait

2     and see if they indulge you.

3          MR. LIEF:  That's fine, assuming that we get the

4     same courtesy on cross if we miss something in our binder.

5          THE COURT:  Yes, sure.  Go ahead.

6     BY MR. PETERKA:

7     Q.    If you could go to, it's page 222.  And then toward

8     the bottom there.

9          So this is your testimony in that trial.  If you

10    go, actually go to the first page, page 3 of the transcript.

11         Do you see direct examination of Dr. Sinko by

12    Jason Lief?  Starting on page 193.

13    A.    Yes, I do.

14    Q.    So now if we can turn -- that is 193 to the end of

15    the transcript, I'll just represent.  If you can go to page

16    222.  At the bottom paragraph there, lines 17 through 21.

17         Do see there, you reference Dr. Bugay's SEM and

18    SEM-EDX pictures?

19    A.    Yes, I do.

20    Q.    Does that refresh your recollection that you relied

21    on Dr. Bugay's testing?

22    A.    Yes, it does.

23    Q.    Now, the testing that Dr. Bugay did, he used, as it

24    says there, SEM and EDX to locate and map the excipients in

25    the cross section of the Watson ANDA product; correct?

Sinko - cross

1    A.      Yes, he did.

2    Q.      Specifically, he mapped the location of magnesium

3    stearate and sodium starch glycolate in a cross section of

4    the Watson ANDA using SEM and EDX; correct?

5    A.      Yes, I believe so.  I mean you just showed me one

6    part of it.  But, yes, I think so.

7    Q.      Okay.

8              THE COURT:  So maybe, I might have heard this

9    acronym before, but, Dr. Sinko, do you want to tell me what

10   SEM and SEM-EDX stand for?

11   A.      Yes.  So SEM is Scanning Electron Microscopy.  And

12   it's a technique that was used to look at the topography of

13   the tablet.

14             And the SEM-EDX is where they, I think it's

15   electrode dispersive x-ray, something like that.  And

16   this is where you can now, using the same machine, map the

17   chemical signal with that topography that you take a picture

18   of with just the SEM.  So it maps a chemical map on top of a

19   map of the tablet.

20             THE COURT:  Okay.  Thank you.

21             Thanks for indulging us, Mr. Peterka.

22             MR. PETERKA:  Thank you, Your Honor.

23   BY MR. PETERKA:

24   Q.      Dr. Burgay's SEM-EDX testing, which is a test you

25   were just showed, as you said, he was able to identify where

Sinko - cross

1    in the cross-section of the tablet magnesium stearate was;

2    right?

3    A.    That's correct.

4    Q.    And he was able to identify where in the

5    cross-section sodium starch glycolate was as well; right?

6    A.    Yes, they have different chemical signals.

7              MR. PETERKA:  For the court reporter, sorry,

8    sodium starch glycolate.

9              THE COURT REPORTER:  I got it.  Thank you.

10             MR. PETERKA:  So SSG if we use it again.

11   BY MR. PETERKA:

12   Q.    Now, in your opinion, Dr. Bugay's SEM-EDX in that

13   case showed that magnesium stearate was homogeneously

14   distributed throughout the volume of the granule that you

15   contended contained the inner lipophilic matrix; correct?

16   A.    That is correct.

17   Q.    And magnesium stearate was the excipient that you

18   contended formed the inner matrix in Watson; right?

19   A.    Well, it was -- magnesium stearate was, once again,

20   the potent lipophile that was distributed that would cause

21   that behavior, that lipophilic character in that matrix.

22   Q.    It was one of the things you were looking for the

23   lipophilic matrix; right?

24   A.    Yes, it was.

25   Q.    So you were actually able to see it in the

1   cross-section of the tablet in that case; right?

2   A.    Well, there is two things.  I mean, first, there was

3   the Watson process, and that was suggestive of where it was

4   located but, in addition, there was the visual evidence as

5   well as the testing that Dr. Bugay did.

6   Q.    And magnesium stearate is actually the same material

7   that -- it's a little unclear from your testimony earlier,

8   but it appears you are contending that is the lipophilic

9   matrix in Zydus's product; right?

10  A.    Are you asking me if magnesium stearate is the

11  lipophilic matrix in Zydus's product or are you going back

12  to Dr. Bugay?

13  Q.    Here in this case.

14  A.    Oh, yes.

15  Q.    So magnesium stearate is the same substance you were

16  saying is either in the lipophilic matrix or is part of the

17  lipophilic matrix, in both cases; right?

18  A.    In both situations in this case, yes.

19  Q.    What do you mean?  I'm talking about --

20  A.    Are you talking about --

21  Q.    So Watson, you said the magnesium stearate --

22  A.    Oh, that kind of cases.

23  Q.    Yes.  Oh, I'm sorry.

24  A.    Yes.  Do you want to repeat the question?

25  Q.    Yes.  So in the Watson case, there is the same

Sinko - cross

1   material, magnesium stearate that you were saying either

2   was or was part of the lipophilic matrix there; right?

3   A.     I believe that in the Watson case, they used some

4   sort of commercial grade of magnesium stearate.  I don't

5   know if it's the same manufacturer or whatever as in the

6   Zydus product, but it was magnesium stearate, meaning the

7   mixture.

8   Q.     And the Zydus product also contains sodium starch

9   glycolate; right?

10  A.     The Zydus product does, that's correct.

11  Q.     Did you know that Dr. Bugay was identified as an

12  expert in this case by Shire but never submitted a report?

13  A.     In the Zydus case?

14  Q.     Yes.

15  A.     No, I did not.

16  Q.     Now, Dr. Davies did some testing in this case; right?

17  A.     Yes, he did.  As I testified just a few minutes ago,

18  he looked at mesalamine dispersion.

19  Q.     He only looked for mesalamine; right?

20  A.     That's all I'm aware of.

21  Q.     So none of Shire's experts submitted any testing

22  in this case in which they mapped the location of any

23  non-active ingredient excipients of Zydus's ANDA product;

24  correct?

25  A.     I'm not aware that they did.  But like I said

Sinko - cross

1    earlier, based on the process, I'm not sure if it was

2    necessary.

3    Q.      And that would include magnesium stearate?

4    A.      In terms of --

5    Q.      Mapping?

6    A.      -- chemical mapping or ...

7    Q.      (Nodding yes.)

8    A.      That would include magnesium stearate.

9    Q.      That would also include sodium CMC; right?  Sorry.

10   Sodium CMC.

11   A.      It would be the same answer.  It would include sodium

12   CMC.

13   Q.      You have never performed roller compaction, have you?

14   A.      I have not personally performed roller compaction,

15   but this is something that I taught over the years in the

16   various courses as just one of the techniques of compaction.

17   I mean of granulation.  I'm sorry.

18   Q.      You never even have been in the same room as a roller

19   compactor; right?

20   A.      Well, I may have been.  I mean I don't recall.

21   Q.      If you could turn to your binder there.  I think we

22   do have these transcripts.  It's your 2014 transcript.  Page

23   36.

24   A.      Which tab?

25   Q.      It says Sinko 2014.  Sinko transcript 2014.  If you

Sinko - cross

1   go to lines 8 through 16.

2           You recall being deposed in this case; right?

3           THE COURT:  What page are we on?

4           MR. PETERKA:  We are on page 36.

5   BY THE WITNESS:

6   A.    36.

7   Q.    Yes.  Do you recall being deposed in this case,

8   Dr. Sinko?

9   A.    Yes, I do.

10  Q.    And I was there.  I asked you questions and you gave

11  answers; is that right?

12  A.    Yes, that's correct.

13  Q.    And you were under oath?

14  A.    Yes, I was under oath.

15  Q.    And do you see that, where it says:

16          "Question:  You never witnessed -- aside from

17  videos, you have never personally seen or witnessed a roller

18  compactor being run, right?

19          "Answer:  I've not been in the same room as a

20  roller compactor."

21  A.    Yes.  As I just said, you know, I could have been in

22  a room but, yeah, that is probably a fair assessment.

23  Q.    And you have never analyzed the material produced by

24  a roller compactor, have you?

25  A.    From what perspective?

Sinko - cross

1   Q.     Well, you have never personally looked at the

2   material or felt it or investigated its components or its

3   characteristics, have you?

4   A.     Well, I mean at some level, that is not true.  I mean

5   I've, you know, I've looked at papers and have studied those

6   papers and understand the processes.  I mean, otherwise, how

7   can I convey these things to different student groups that I

8   have talked about granulation techniques to?  I don't recall

9   all the specific details, but I have reviewed papers.

10  Q.     I'd like to talk to you about the matrix you

11  testified about earlier.  Right?  And I'll be honest, I'm a

12  little unclear from your direct examination.  What is it

13  in the Zydus ANDA product that you contend is the inner

14  lipophilic matrix?

15  A.     It's the distribution of magnesium stearate in those

16  inner compacted granules.

17  Q.     So now, in your opinion, those granules, the

18  compacted granules you just referenced, those are also a

19  macroscopically homogeneous structure in all their volume;

20  correct?

21  A.     I'm sorry.  Could you repeat that?

22  Q.     The granules you just referenced, right?, those

23  granules are a macroscopically homogeneous structure in all

24  their volume?

25  A.     Well, as I stated before, because of the mixing steps

Sinko - cross

1    and the compaction of locking them in, the magnesium

2    stearate would be homogeneously distributed within that

3    volume.

4    Q.     Right.  And I'm asking the granules themselves would

5    be, in your opinion, they would be a macroscopically

6    homogeneous structure in all their volume; right?

7    A.     Well, it's the volume in the granule.

8    Q.     I'm asking you, so you understand the Court has

9    construed the claim term "matrix" to mean "macroscopically

10   homogeneous structure in all of its volume?"

11   A.     That's correct.

12   Q.     So where is the macroscopically homogeneous structure

13   in all of its volume?

14   A.     Well, that is the distribution of magnesium stearate

15   in that volume which is in the granule.

16   Q.     Okay.  And the granule itself, in your opinion, would

17   also be a macroscopically homogeneous structure in all of

18   its volume; right?

19   A.     Well, it would contain that distribution of magnesium

20   stearate.

21   Q.     Is the granule a structure?

22   A.     You mean just in general?

23   Q.     Yes.

24   A.     Well, just in general, of course it is a structure.

25   Q.     And in your view, is that granule macroscopically

Sinko - cross

1    homogeneous in all of its structure?

2    A.     Homogeneous with respect to?

3    Q.     I'm just asking, can you say yes or no to that?

4    A.     Well, if you are going to talk about magnesium

5    stearate, the magnesium stearate is homogeneously

6    distributed at a volume because it's well mixed.  And then

7    by compacting it, it's locking it in that homogeneous

8    distribution in that volume.  That volume is in the granule.

9                THE COURT:  I'm going to ask the question, too,

10   because it is important to me.

11               THE WITNESS:  Sure.

12               THE COURT:  Is the granule itself

13   macroscopically and homogeneously distributed throughout the

14   pharmaceutical compound?  And I don't have the exact words

15   in front of me but I understand Mr. Peterka to be asking not

16   about magnesium stearate separately but about the granules

17   which they compact in.

18               If I have understood your question right.

19               THE WITNESS:  Oh.

20               THE COURT:  But even if I haven't understood

21   it, that is what I'm interested in knowing.  Are those

22   granules -- do you want to give me the wording of that?

23               Thanks.

24               Are the granules "a macroscopically homogeneous

25   structure in all its volume?"

 1            If that is not a question that can be answered

 2    yes or no, that's fine.  I'm not suggesting you have to

 3    answer it yes or no, but I would like to know whether you

 4    can answer that question are the granules, themselves, "a

 5    macroscopically homogeneous structure in all its volume?"

 6            Now, I apologize because that is the definition

 7    of "matrix" I'm working with, and that is what I'm trying to

 8    figure out.  Are those granules macroscopically homogeneous

 9    throughout?

10            Do you understand what I'm trying to get at?  It

11    is perfectly fine to say you murdered that question.  I have

12    no idea what you are saying.

13            THE WITNESS:  Yes, it is not entirely clear to

14    me.  You mean like within, are the granules distributed

15    through the volume of the tablet?

16            THE COURT:  Yes.  The matrix is defined, has

17    been defined.  The matrix itself is a macroscopically

18    homogeneous structure in all its volume.  Now I'm trying to

19    figure out, are the granules themselves distributed within

20    that matrix homogeneously throughout?

21            If you can answer that question, great.  If you

22    can't, that's okay, too.

23            THE WITNESS:  So are the granules distributed

24    through that matrix?

25            THE COURT:  That's my question, or are the

Sinko - cross

1    granules somehow themselves the matrix?  What are the

2    granules in all this?

3              I hear you two sparring over magnesium stearate,

4    but I'm interested in the granules that are in there.  Are

5    they, themselves, do you contend them to be the matrix?  Do

6    you contend them to be part of the matrix?  Are they

7    homogeneously distributed throughout the composition itself

8    so they can be considered a matrix?  I'm kind of curious

9    about that, given the back and forth.

10             THE WITNESS:  Well, I think that my point of

11   reference has been for the inner matrix.  We're talking

12   about the inner lipophilic matrix is within the granule.

13   And so I guess it would be closer to the granule than to the

14   whole tablet, if I'm understanding correctly.

15             THE COURT:  I apologize.  I hijacked your

16   examination for a moment, Mr. Peterka.

17             MR. PETERKA:  No, any time.

18   BY MR. PETERKA:

19   Q.   So as I'm hearing it, and again I'm a little

20   confused, even after all these years, it's your opinion that

21   the inner lipophilic matrix in the Zydus ANDA product is the

22   dispersion of a single excipient in the volume of the

23   granules; correct?

24   A.   Of the magnesium stearate, that's correct.

25   Q.   Correct.  Okay.  Now, in the distribution of

Sinko - cross

1    magnesium stearate that you contend is the matrix, the

2    particles of the magnesium stearate are not interconnected;

3    correct?

4    A.    Are you asking if the magnesium stearate was somehow

5    covalently bound and makes it a continuous structure?

6    Q.    If you want to use the word covalently bound, that's

7    fine.  I'm asking if they're connected in any way.

8    A.    Well, they're distributed throughout the volume but

9    they're not physically interconnected.

10   Q.    Actually, can I see DDX, the one with the flowchart.

11   DDX -- I'm sorry.  PDX-8.3.

12            Can I get a blow up of that picture on the upper

13   right, the lipophilic granules and fines?

14            Actually, back up.  I'm sorry.  Back out.

15   BY MR. PETERKA:

16   Q.    So as I understand it, your mesalamine is brown, tan.

17   And the colloidal silicon dioxide is blue, and magnesium

18   stearate is green', right?

19   A.    Yes.  I can't see that from here, but ...

20            (Chart blown up of color legend.)

21   Q.    Okay.  Am I right?

22   A.    Yes.

23            MR. PETERKA:  Okay.  Can I get a blow up of the

24   granules then?

25   BY MR. PETERKA:

Sinko - cross

1   Q.      So each of those is, am I correct in determining

2   those are all, each of the bigger circles there, those are

3   granules?

4   A.      Yes.  So the bigger circles are the roll compacted

5   granules containing those ingredients.

6   Q.      Containing the mesalamine and the magnesium stearate

7   and the colloidal silicon dioxide; right?

8   A.      That's correct.

9   Q.      And the magnesium stearate are the green dots in

10  there?

11  A.      Yes.

12  Q.      So it's those three green dots in the granule that

13  are the inner lipophilic matrix in the Zydus ANDA product in

14  your opinion; correct?

15  A.      Well, I didn't make this demonstrative to say that

16  there is three magnesium ions in there.  This was just to

17  show that the magnesium was incorporated in there.

18          As you know, this is not a physical connection.

19  We're now talking about in essence a chemical potency, and

20  so each of these can be distributed throughout the volume,

21  and they repel water because they have this region around

22  them by which they can repel that water.  It is not a

23  physical connection.

24          I'm not saying that there is three in each one.

25  Q.      So those three green dots in that image, taking one

Sinko - cross

1    granule, for instance.  If I had a laser pointer -- I don't

2    have a laser pointer, but take the one on the far right,

3    about a third of the way up on the far right, it kind of

4    sticks out.  Do you see it?

5    A.    Yes, I do.

6    Q.    Okay.  Those three green dots in that granule, those

7    three green dots in your opinion are a macroscopically

8    homogeneous structure in all its volume?

9    A.    Well, first, we're looking at -- No. 1, I'm not

10   representing that there is only three.  No. 2, this is, of

11   course, now a two-dimensional drawing.  This was not -- this

12   was meant to be a conceptual slide.  I did not make -- I did

13   not calculate, for example, how much magnesium stearate

14   would be in, and then make a simulated granule, and then

15   make a three-dimensional construction of it.  This was just

16   a concept to show that it was inside the granule.

17   Q.    So if this is a representation of the granules, is

18   that a yes or no to my question?  Those three dots, that is

19   the macroscopically homogeneous structure in your view;

20   right?

21   A.    As I said, it's not three dots.  But those three dots

22   are represented here conceptually, but it is not obviously

23   three dots or three in series.

24            THE COURT:  And I'm hijacking again.

25            And the word is "in all its volume."  What is

Sinko - cross

1    the "its?"

2              THE WITNESS:  Well, in this case, it would be

3    within the volume of the granule.

4              THE COURT:  That granule.  That is the "its"

5    there; right?  And I understand all you said about it being

6    conceptual, et cetera, et cetera; but if we were to take

7    that granule, that would be, what you saying is that the

8    magnesium stearate is homogeneously distributed throughout

9    the volume of that granule?

10              THE WITNESS:  That is correct.

11              THE COURT:  Okay.  I don't know whether that

12   helps you at all, but it helps me.  Thanks.  Go ahead.

13   BY MR. PETERKA:

14   Q.    So, in your opinion, the "its" in the construction

15   "macroscopically homogeneous structure in all its volume" is

16   the granule?

17   A.    Well, I think the point of reference here is, we're

18   talking about right here, the point of reference is the

19   granule.

20   Q.    And that is what I'm asking.  So the "its" in the

21   "macroscopically" --

22   A.    Then please clarify because I'm not following.

23   Q.    Judge Jordan just asked what is the "its?"  And I'm

24   just following up on it.  The macroscopically homogeneous --

25   forgive me if I mispronounced that.  The "homogeneous

Sinko - cross

1    structure in all its volume."  The "its" in that phrase is

2    the granule in your opinion; correct?

3    A.    Well, no.  When you ask at that level, we take the

4    structure within "its" volume, "its" volume.  It's --

5    maybe I'm not seeing it the same way.  To me, it is the

6    distribution of the magnesium stearate which creates a

7    volume and that volume is in the granule, so that is what

8    you are saying, and that is correct.

9    Q.    Well, I'm not sure that was an answer but ... Do you

10   understand how that term has been construed here?

11   A.    "Its?"

12   Q.    "Matrix."  Do you understand how the term "matrix"

13   has been construed here?

14   A.    Yes.

15   Q.    "Matrix" means a macroscopically homogeneous

16   structure in all its volume."  Correct?

17   A.    That is correct.

18   Q.    All right.  And the "its," as I'm hearing from you,

19   the "its" in your opinion, all its volume is the granule,

20   right?, in the Zydus product?

21   A.    A homogeneous structure and all its fines.  So the

22   structure is homogeneous in its volume, and that volume is

23   inside the granule.

24   Q.    What is the "its?"  Can you tell me what the "its" is

25   or no?

Sinko - cross

1   A.     The matrix, the distribution of the magnesium

2   stearate.  I mean with respect to what we were just talking

3   about.

4   Q.     So in your view, the "macroscopically homogeneous

5   structure in all its volume" is the dispersed particles of

6   magnesium stearate on their own; right?

7   A.     Yes, that is what I call three-dimensional

8   dispersion.  That creates a volume.  That volume is in a

9   granule.

10  Q.     Okay.  And where is the structure?

11  A.     The three-dimensional structure or distribution.

12  Q.     So in your view, the distribution of the magnesium

13  stearate in the granule is "a macroscopically homogeneous

14  structure in all its volume?"

15  A.     That's correct.

16  Q.     Now, the magnesium stearate particles that make up

17  the inner lipophilic matrix, those are held in place by the

18  mesalamine granule; correct?

19  A.     Well, I mean the granule is a physical structure and

20  it contains mesalamine and colloidal silicon dioxide and

21  magnesium stearate.

22  Q.     So is that a yes?

23  A.     Are you saying does it physically?

24  Q.     Does the magnesium stearate particle -- the magnesium

25  stearate particle we were just looking at the illustration

Sinko - cross

1    of, those are held, the particles are held in place by

2    mesalamine; right?

3    A.    Well, I would say that all three excipients are

4    compacted together.  So does it, is there a special bond

5    between the mesalamine and magnesium stearate?  No.  But

6    they're compacted.  They're there.  They're collocated, so

7    mesalamine is in place with the magnesium stearate and

8    vice-versa.

9    Q.    If you can go to the same deposition you were just

10   at, page 167.

11   A.    167.

12   Q.    Yes.  Lines 5 through 12.

13          "Question:  So is it your testimony that the

14   particles of magnesium stearate are held in place by

15   mesalamine that is in the granule?  Correct?

16          You said:

17          "Answer:  They have to be because mesalamine

18   makes up most of the granule.  That just happens to coincide

19   with the volume of the inner lipophilic matrix.

20   A.    What lines?

21   Q.    Five through 12.

22   A.    Well, that's what I was saying now.  Yes, actually

23   it's up there right there.

24          So there is no dispute for me that, I mean

25   the product is 80 to 95 percent mesalamine, and there is

Sinko - cross

1    mesalamine in the Zydus product, there.  Is mesalamine and

2    there is magnesium stearate, and there is colloidal silicon

3    dioxide.

4              So I don't see the issue.  I mean clearly when

5    they're compacted together, that is the entire point of

6    granulation is to bring together different particles of

7    ingredients and make a larger particle, and that is what

8    this is.  This is granules of larger particle of these three

9    ingredients in the Zydus product.

10   Q.    If you take away the mesalamine, you would no longer

11   have a three-dimensional volume of magnesium stearate;

12   correct?

13   A.    You wouldn't have granulated, you just have the

14   ingredient, one of the ingredients that you started with.

15   Q.    And if those ingredients, the magnesium stearate,

16   took away the mesalamine, the magnesium stearate would not

17   be in a three-dimensional volume; is that right?

18   A.    Well, if you only have magnesium stearate in a pile,

19   it would still be a three-dimensional volume, high level

20   magnesium stearate.

21   Q.    Okay.  And a pile of magnesium stearate is not a

22   matrix; right?

23   A.    Well, I mean, I guess if you look at the patent, I

24   guess it would be a homogeneous structure in that volume of

25   the pile.

Sinko - cross

1    Q.      The three ingredients in the granules that form the

2    compaction step in Zydus' ANDA product, mesalamine,

3    magnesium stearate and colloidal silicon dioxide, they're

4    all homogeneously distributed in granules in your opinion;

5    is that correct?

6    A.      The three ingredients, yes.

7    Q.      May I have DTX-18?  I think it's in your binder.

8    A.      The binder you gave me?

9    Q.      Yes.  I think it's labeled in DTX-18 in the binder.

10   A.      Okay.

11   Q.      I think you looked at this page earlier, but I want

12   to go to page, internal page 235660, the three ingredients

13   there for the compaction step.

14           Can you actually highlight the whole row?

15   A.      660?

16   Q.      Yes.  Yes, 660.

17   A.      Sure.

18   Q.      You see there, are those the three ingredients in the

19   compaction step?  Colloidal silicon dioxide is in higher

20   quantities than magnesium stearate is in the compaction

21   step; is that correct?

22   A.      Yes.  It's per tablet.  It is five versus four

23   milligrams.

24   Q.      So yes?

25   A.      Yes.

Sinko - cross

1   Q.    Now, back to the granule we were talking about.  All

2   of those, those three ingredients, the mesalamine, colloidal

3   silicon dioxide and magnesium stearate, those are all a part

4   of the structure that is the is the granule; is that

5   correct?

6   A.    As I reviewed the process before, yes, these are the

7   three ingredients in the granule.  I don't think Zydus uses

8   any binders, at least not evident here.

9   Q.    And --

10               THE COURT:  I want to make it's used in the

11  context of that sentence, the word "structure."

12               So, Dr. Sinko, is the structure that is part of

13  the agreed upon structure, the construction the parties

14  agreed on for the word matrix, macroscopically homogeneous

15  structure.  When he inserts the word structure in that

16  question and references a granule, I want to make sure I

17  understand you.

18               Is the granule the structure that you are

19  looking to when you speak about a macroscopically

20  homogeneous structure in all its volume?  Is the granule the

21  structure that's referenced in that definition matrix or

22  not, if you can answer that?

23               THE WITNESS:  Well, it's my opinion that it's

24  distribution in the granule.  Mr. Peterka before used the

25  word "structure" for the granule and I asked what the

Sinko - cross

1    context was.

2              THE COURT:  Yes.  That's why I'm trying to be

3    careful because I want to know what your opinion is about --

4    he may have something else, and I'm not suggesting he's

5    doing anything he ought not to be doing, nor am I suggesting

6    you are doing anything you ought not to be doing.

7              But the question I'm asking you:  I hear the

8    word "structure" in the context of this discussion about

9    matrix.  I'm asking myself what does structure refer to in

10   the agreed-upon construction in the word matrix?  What is

11   the structure in the phrase, a macroscopically homogeneous

12   structure in all its volume?

13             So I'm just asking you:  Is the structure in

14   that phrase as you look at the Zydus product that you have

15   been called upon to opine about, is the structure the

16   granules that you've been referring to that we've been

17   talking about that are referenced on the exhibit that you

18   helped create as a demonstrative?  That's my question.

19             THE WITNESS:  And my answer is the

20   three-dimensional distribution, lipophilic of that magnesium

21   stearate.  And it is within the granule, but it's the

22   distribution that is the structure -- I don't believe you

23   necessarily need a physically interconnected structure that

24   Mr. Peterka was talking about.  It's the distribution within

25   that structure that creates the volume.

Sinko - cross

1          THE COURT:  So you are saying the granule is not

2     the structure.  It's the existence of the magnesium stearate

3     in some --

4          THE WITNESS:  Distribution.

5          THE COURT:  -- in some chemical way that itself

6     creates a structure?  Am I hearing you right?

7          THE WITNESS:  That's correct.

8          THE COURT:  All right.  Go ahead, Mr. Peterka.

9          MR. PETERKA:  And I would just like -- if you

10    don't mind, Your Honor, I'd just like to follow up on one

11    thing you just asked.

12         THE COURT:  Yes.

13    BY MR. PETERKA:

14    Q.    You mentioned self-creates a structure, but that

15    structure you're referencing, Judge Jordan asked you if it

16    self creates a structure, and you said yes.  Right?

17         THE COURT:  I'm not sure I said that.

18         THE WITNESS:  I'm not sure.

19         THE COURT:  I think what I asked --

20         MR. PETERKA:  I honestly --

21         THE COURT:  I think you might have misheard me.

22         MR. PETERKA:  But I may have, so...

23         THE COURT:  Please don't make me try to say it

24    again.

25         MR. PETERKA:  Okay.  I won't.  I won't.

Sinko - cross

1          THE COURT:  I've asked it as best I could.  I've

2   gotten an answer.  I think I understand what he's saying.

3          MR. PETERKA:  Okay.

4          THE COURT:  It's up to you guys to persuade me

5   one way or another whether it is a good or bad answer in the

6   context of infringement, but I think I understand what he is

7   saying.

8          MR. PETERKA:  Got it.

9   BY MR. PETERKA:

10  Q.    So turning now, I guess, to the volume that you

11  contend the magnesium stearate particles make up in the

12  granule; right?  We're clear what we're talking about now?

13  A.    The volume, the distribution volume of magnesium

14  stearate?

15  Q.    Yes.

16  A.    Correct.

17  Q.    Colloidal silicon dioxide is present in that volume;

18  is that correct?

19  A.    In my opinion, it depends on how you refer to volume,

20  but if you are talking about the matrix, the matrix is the

21  magnesium stearate.  If you are talking about colloidal

22  silicon dioxide in the granule, yes, it's in a granule, but

23  it does not have an effect on the lipophilic character, and

24  so to me, it's unrelated.

25  Q.    Well, I'm asking you -- I will try it again.  I will

Sinko - cross

1    pull out the deposition if we have to.  But within that

2    volume that you contend the magnesium stearate makes up in

3    the granule, colloidal silicon dioxide is present in that

4    volume; is that correct?

5    A.    Are you asking if colloidal silicon dioxide is in the

6    matrix?

7    Q.    I think my -- was my question unclear?  No.

8    A.    Yes, it was unclear to me.

9    Q.    The volume that you contend the magnesium stearate

10   makes up in the granule, is colloidal silicon dioxide

11   present in that volume?

12   A.    Well, to me, if colloidal silicon dioxide is used to

13   be, you know, in the volume, in the matrix or not, the

14   properties are not -- the lipophilic properties won't be

15   affected, so that's why I keep saying it's unrelated.

16          To me, as a scientist, okay, as a scientist, you

17   know, magnesium stearate is a potent lipophilic, and

18   colloidal silicon dioxide is considered hydrophilic.  In

19   the context of the patent, it's very weak hydrophilic.

20   Q.    Right.

21   A.    So is it part of the volume in the matrix?  It's in

22   the granule, but it is not going to have any effect.

23   Q.    Right.  You're still not answering my question.

24   A.    All right.

25   Q.    You understand -- are you asserting that there's a

Sinko - cross

1    volume of magnesium stearate though, is that right, in the

2    granule?

3    A.     That's right.  In three-dimensional distribution,

4    magnesium stearate makes the inner matrix.

5    Q.     Within that volume, we understand what volume is; is

6    that right?  There's colloidal silicon dioxide in that

7    volume; right?

8    A.     Well, if you're -- if you are saying that the

9    colloidal silicon dioxide is in the matrix, like I

10   said --

11   Q.     I'm asking a pretty clear question, I think.  I'm

12   asking:  Is it in the volume --

13   A.     Is it in the volume of the granule?

14              THE COURT:  No.  I think what he's asking -- and

15   I do think it's pretty clear, I will ask it again, Dr.

16   Sinko.

17              THE WITNESS:  Okay.  Sure.

18              THE COURT:  You said that the magnesium

19   stearate in itself creates a volume within the granule, and

20   the volume that the magnesium stearate creates, that is

21   the matrix.  If I understand you right, that's what you've

22   said.

23              He's asking, is this other excipient within that

24   volume, that volume happens to be inside a granule or it's

25   not inside the granule, does that set of magnesium stearate

Sinko - cross

 1    molecules constitutes a matrix, is this other excipient in

 2    there, too?  I think that what he's asking.  That's what you

 3    need to answer.

 4                THE WITNESS:  Okay.  I think it's physically

 5    within the volume.  I guess I wouldn't think -- I would

 6    not -- I was not trying not to answer.  I just think I

 7    misunderstood.

 8                THE COURT:  Well, I think you keep saying, well,

 9    that's irrelevant, but that's really, with all due respect,

10    that's not your judgment to make whether it's relevant or

11    not.  He's asking a question of fact, is it in there or is

12    it not in there?  If you can answer that question, you need

13    to answer it, and then we'll let these guys argue about

14    whether it's relevant or not.  Okay?

15                THE WITNESS:  Sure.

16                THE COURT:  We'll let them battle that out.  And

17    I'm sure that Mr. Lief is going to get up and ask you some

18    questions on redirect, and you'll have a full opportunity

19    to explain why you don't think it's relevant, and your

20    explanation may be the most relevant thing of all.  But

21    please answer that question, that question about whether

22    this other excipient is in that matrix as you've defined it

23    consisting of the volume of magnesium stearate.

24                THE WITNESS:  So I would say that it is within

25    the matrix.

Sinko - cross

1            THE COURT:  Okay.  You got your question.  Let's

2     move on.

3            MR. PETERKA:  Thank you, Your Honor.

4     BY MR. PETERKA:

5     Q.    And mesalamine is also in that volume; is that

6     correct?

7     A.    And I would, based on that, I would say the same

8     thing, mesalamine would also be in that.

9     Q.    Colloidal silicon dioxide is hydrophilic; is that

10    correct?

11    A.    Well, not within the context of the patent.  As I

12    described, hydrophilic has certain properties, and actually,

13    if you recall from yesterday, Mr. Kulkarni actually said

14    that it was not, there's no hydrophilic in those first

15    compacted -- no hydrophilic excipients in the compacted

16    granules.  It's a porization element.  You know, but it does

17    not swell and have that kind of property.

18    Q.    Did you listen to the last part of Mr. Kulkarni's

19    deposition, where he corrected that testimony?

20    A.    Yes, I did.  I don't recall specifically what it was,

21    but if you want --

22    Q.    Where he said it was hydrophilic?  Did you hear

23    that?

24    A.    You mean when -- when Zydus' counsel asked the

25    question a second time?  I mean asked the question?

Sinko - cross

1   Q.     Yes.

2   A.     Yes, I did hear that, but I think his -- his first

3   answer, he says, look at the '720 patent, and you look at

4   the way they define hydrophilic.

5          Hydrophilic, it talks about viscosity increasing

6   and swelling, and it's just like microcrystalline cellulose.

7   It attracts water, but it does not swell to a much greater

8   volume.  And I think his first answer was -- well, I can't

9   give it, but it might be technically hydrophilic, but not

10  with the content of the patent.

11  Q.     So hydrophilic has been construed as having an

12  affinity for water.  You're familiar with that; is that

13  right?

14  A.     That's correct.

15  Q.     In the context of the '720 patent; right?

16  A.     That's correct.

17  Q.     So colloidal silicon dioxide is hydrophilic under

18  that definition; is that correct?

19  A.     It has an affinity for water, but it does not

20  swell.

21  Q.     Colloidal silicon dioxide gels when exposed to water;

22  correct?

23  A.     You may be able to call it gelling.  I'm not sure

24  you've ever seen it.  If you take colloidal silicon dioxide

25  and add water to it, it makes little pellets, almost like

Sinko - cross

1    Chia seeds, and you could pour them out.  So it's like a

2    very, like, low viscosity type gel, and that's why I made

3    the distinction.  But does it have an affinity for water?

4    Yes, technically, it does.

5    Q.    And it does gel, at least to some degree; is that

6    right?

7    A.    It gels to some degree, but not to the degree where

8    it would have the ability to impede water flow, which is the

9    context of the '720 patent.

10   Q.    You would agree with me that colloidal silicon

11   dioxide can act as a porization element; is that correct?

12   A.    Yes, I've seen that.

13   Q.    And the '720 patent actually talks about compositions

14   in the background of the invention section where they use

15   colloidal silicon dioxide as a porization element; is that

16   right?

17   A.    Yes.  In fact, I pointed out one of the passages.

18   Q.    Right.  Now, that passage was from the background of

19   the invention; is that right?

20   A.    Yes, it was.

21   Q.    And the way a porization element works is it

22   associates with water, which then dissolves the material

23   leaving a pore, which allows more fluid to flow through that

24   pore; is that correct?

25   A.    Well, that brings up -- actually, you bring up a key

Sinko - cross

1    distinction.  It associates with water and it dissolves

2    rapidly.  By dissolving rapidly, it creates a pore whereby

3    more fluid could flow whereas the hydrophilic compounds that

4    the patent discusses form these hydrogels that stay intact

5    and form a resistance to other water flow, because it

6    prevents water from flowing through it because it's very

7    viscous or thick, whereas the porization element, it's meant

8    to dissolve very rapidly and leave a hole, and so it would

9    not offer much resistance, and that's the distinction I've

10   been trying to make.

11   Q.    So a porization element increases the amount of fluid

12   that is able to permeate a structure in which it is present;

13   is that correct?

14   A.    Well, it creates a pore.  And depending on the

15   formulation, you know, it could do that.

16   Q.    I want to talk to you about the word "macroscopic" in

17   the construction of the claim term matrix.  You are aware

18   that term is in the construction; is that right?

19   A.    Yes, I am.

20   Q.    All right.  The macroscopically homogeneous,

21   homogeneous structure?

22   A.    Right.

23   Q.    You would agree with me that macroscopic means

24   large enough to be viewed with the naked eye; is that

25   correct?

Sinko - cross

1    A.      Well, I think that's, that's one definition.

2    Q.      Do you recall your first expert report in this case?

3    I know we looked at one of your earlier ones a little bit

4    ago, but do you recall the very first one you submitted?

5    That may have actually been that one.

6    A.      I mean, I've reviewed the report.

7    Q.      If you could go to your -- it's your ...

8            (Pause.)

9            MR. PETERKA:  Your Honor, may I approach again?

10           THE COURT:  Yes, you may.

11           (Mr. Peterka hands exhibits to the Court.)

12           MR. PETERKA:  May I approach the witness?

13           THE COURT:  Yes.

14           (Mr. Peterka handed an exhibit to the witness.)

15   BY MR. PETERKA:

16   Q.      If you could turn to, I think it's your first report.

17   Yes.  January 9th, 2012 report and I think it's the first

18   tab in that binder, that book.  Go to paragraph 57.

19           Do you see there, you say, "I also reviewed

20   dictionaries to confirm my understanding of the meaning of

21   the words 'macroscopic' and 'homogeneous'"?

22   A.      Yes, I do.

23   Q.      And you say, "According to the Merriam-Webster's

24   Dictionary, macroscopic means large enough to be observed

25   by the naked eye and involves large units or elements."

Sinko - cross

1    A.    Yes, I see that.

2    Q.    Do you disagree with that definition of macroscopic?

3    A.    No.  I mean, that's a -- that's a definition that I

4    state here.

5    Q.    That's a definition you stated in this section of

6    your report opining on how these terms should be construed;

7    is that right?

8    A.    Yes.

9    Q.    So back to my earlier question:  You would agree with

10   me that macroscopic means large enough to be viewed with the

11   naked eye; is that correct?

12   A.    Macroscopic is, you can view it with a naked eye, but

13   it does not mean -- you have to -- I think we've had the

14   discussion during depositions.  It depends on what you're

15   looking at; right?

16              I could be looking at a tablet.  I could be

17   looking at a picture of a piece of a tablet and I think, you

18   know, that it could be used in a variety of ways, but, yes,

19   it's using your eye.  You're looking at something, and

20   depending on how you focused, you may have to focus just

21   with just your eyes, or you may be able to focus with the

22   aid of something else, where you can zoom in on an area and

23   look with some sort of, you know -- you've seen sort of

24   pictures or something.  But it's with respect to what you

25   observe with your eyes.  That's correct.

Sinko - cross

1    Q.     So like with a microscope?

2    A.     Well, if you, if you're -- if you're looking through

3    a microscope, you are still, you're still seeing, you are

4    still seeing a view of the area, and, you know, I have used

5    the word "macroscopic" with -- in, you know, my thesis

6    research, for example.  Macroscopic mass balance approach.

7           It's the -- it's the view, whatever frame you're

8    taking being, like I said, you know, a tablet or zooming out

9    of a tablet, or my other case -- sorry, case.  But in the

10   situation I'm talking about with the thesis, I was looking

11   at the intestine or part of the intestine, and so it's how

12   you look at that and look at that, that area or zone that

13   you're, that you're focusing on.

14   Q.     So it's your testimony that macroscopic includes

15   viewing things in a microscope?  Is that your testimony?

16   A.     Well, my testimony is that you, you're looking at

17   something, right, and when you are -- and, you know, if --

18   if it's large enough to be observed by the naked eye.

19          So, I mean, if I'm looking at a zoomed-in

20   picture, it's large enough for me to observe by the naked

21   eye.  If I'm looking at -- well, even if I look at a

22   cross-section of a tablet, I may have to take out a

23   magnifying glass to look at it, but I could still with my

24   eyes determine that.  Right?  I mean, tablets are quite

25   small.  I could zoom in even further and look at a picture

Sinko - cross

1    as part of the tablet.

2    Q.    All right.  So just to be clear, I want to make sure

3    I understand.  You're now departing from your view that was

4    expressed in paragraph 57 of your initial expert report, and

5    you are saying viewed by the naked eye means viewed by the

6    naked eye with the assistance of a magnifying glass or a

7    microscope.  Is that what you are saying?

8    A.    I'm saying it's large enough to be observed by the

9    naked eye.

10   Q.    So can you answer my question?  If you need a

11   microscope or a magnifying glass to view something, are you

12   viewing it with your naked eye?

13   A.    That's the way I -- that's the way I use it, because

14   if I can view it with my eye, that's the -- I think during

15   our depositions, I've talked about point of reference,

16   zooming and zooming out.  If I can view it with my eye and I

17   can determine it, then, yes.

18   Q.    You never observed with your naked eye whether the

19   ingredients in the Zydus compacted API -- let me strike

20   that, back up.

21         You never observed with your naked eye whether

22   the ingredients in the Zydus compacted mesalamine granules

23   that you contend are there, whether those ingredients are

24   homogeneous, did you?

25   A.    I've never handled that tablet.  I've just been --

Sinko - cross

1    pictures that we've saw yesterday of the, of the intact

2    tablet.

3    Q.    Okay.  So as far as you're aware, none of the experts

4    for Shire have observed with the naked eye whether the

5    ingredients in the Zydus compacted mesalamine granules are

6    homogeneous; is that correct?

7    A.    Well, Dr. Davies did do mesalamine chemical imaging,

8    and so, you know, that would be homogeneous, and that would

9    be -- that would include the two matrices.

10   Q.    Now, Dr. Davies only looked for mesalamine though;

11   right?

12   A.    Well, that's true, but you asked about homogeneous,

13   and I'm just trying to say, I mean, that's one indication.

14   And like I said before during my direct, you know, the

15   mixing steps, you know, would show that, you know, that

16   these processes are resulting in a homogeneous mixture.

17   Otherwise, you would have an unreliable product and you

18   would not submit that to the FDA.

19   Q.    So the answer to the question I'm hearing is, no,

20   none of Shire's experts have observed with the naked eye

21   whether the three ingredients in the Zydus compacted

22   mesalamine granules, which would be mesalamine, colloidal

23   silicon dioxide and magnesium stearate, whether those three

24   ingredients are homogeneous; right?

25   A.    I think I answered the question that Dr. Davies

Sinko - cross

1    showed mesalamine being homogeneous, and since the tablet is

2    made up of a vast majority of mesalamine in those granules,

3    it would be.

4    Q.    So only mesalamine, that's the only thing you were

5    looking for?

6    A.    As far as I know, Dr. Davies only looked for

7    mesalamine.

8    Q.    Even if you tried, you probably couldn't observe

9    distribution -- let me strike that.

10         Even if you tried, you couldn't observe the

11   distribution of those three ingredients in the Zydus

12   compacted granules with your naked eye, could you?

13   A.    So I mean, I didn't try to do that.  You know,

14   different ingredients, you know, do have different, you

15   know, shades of color.  That might be possible.  But I

16   didn't try to do that.

17   Q.    And as far as you're aware, none of the other experts

18   in the case did either; right?

19   A.    Well, as I said, Dr. Davies did with mesalamine.  But

20   I'm not aware of any of the others.

21   Q.    I want to talk to you -- well, actually, let me go

22   somewhere else here.

23         On the topic of Dr. Davies' testimony or his, I

24   guess his testimony here, Dr. Davies' testing did not show

25   the location of any excipients in the area to be analyzed;

Sinko - cross

1    is that right?

2    A.    That's different than the question you just asked me.

3    I think he only looked at mesalamine.

4    Q.    And he did not show mesalamine was associated with

5    magnesium stearate in a particular region of the, of the

6    cross-section; is that correct?

7    A.    I think he just looked at mesalamine.

8    Q.    And he did not show if mesalamine was associated

9    with any other excipients anywhere in the tablet; is that

10   right?

11   A.    I think he just looked at mesalamine.

12   Q.    In your original expert report in this case, your

13   opinion was that the Zydus ANDA product satisfied the are

14   requirement -- let me back up.  Let me just put this in

15   context.

16                  I'm going to talk to you a little bit about

17   that requirement that the API, the mesalamine, be dispersed

18   both in an inner lipophilic matrix and in an outer

19   hydrophilic matrix.  Okay?

20   A.    Okay.

21   Q.    I think we looked at that term a little earlier.  In

22   your original expert report in this case --

23             MR. PETERKA:  Actually, can I get the patent?

24   Just DTX-1.  Go to the claims.  It is the very end of

25   claim 1.  There we go.

Sinko - cross

1    BY MR. PETERKA:

2    Q.    "Wherein the active is dispersed both in the

3    lipophilic and the hydrophilic."  Just so we're all clear,

4    that's what we're talking about.

5    A.    Okay.

6    Q.    In your original expert report in this case you

7    opined, your opinion was that the Zydus ANDA product

8    satisfied the requirement that API be dispersed in both

9    matrices because API, or mesalamine, was dispersed in an

10   inner lipophilic matrix which was in turn dispersed within

11   an outer hydrophilic matrix.

12             Is that correct?

13   A.    Can you just point me to that section?

14   Q.    Sure.  Well, you know, why don't we go to the

15   deposition.  It's a little easier.

16             MR. PETERKA:  May I have the 2014 deposition?

17   If you go to page 283.

18             THE WITNESS:  So which one?

19   BY MR. PETERKA:

20   Q.    The 2014 deposition.  Go to page 283, lines 14

21   through 23.

22   A.    That is the 1/12 Sinko transcript?

23   Q.    Yes.

24   A.    What page?

25             THE COURT:  283.

Sinko - cross

1   BY MR. PETERKA:

2   Q.    283.  If you go to lines 14 through 23, I asked:

3              In your original report, your opinion was

4   that there was -- the Zydus ANDA product satisfied the

5   requirement that mesalamine be dispersed in both the inner

6   matrix and the outer matrix.

7              You said that was satisfied because

8   mesalamine was dispersed in an inner lipophilic matrix,

9   which was in turn dispersed within a hydrophilic matrix;

10  correct?

11             And you answered, correct.

12             Did I read that correctly?

13  A.    Yes, you did.

14  Q.    And in your original expert report in this case, you

15  did not include any mesalamine -- strike that.  In your

16  original report, you did not include any opinions that it

17  was mesalamine separate from what had already been

18  incorporated into an inner lipophilic matrix that was

19  subsequently incorporated into an outer hydrophilic matrix;

20  is that correct?

21  A.    Yes, I think so.

22  Q.    And, in fact, in your first deposition after you

23  submitted that report, you testified that you had no

24  evidence that there was any mesalamine in the final ANDA

25  product that was not part of the alleged inner lipophilic

Sinko - cross

1    matrix; is that correct?

2    A.    Can you please repeat that question?

3    Q.    At your first deposition in this case, which was

4    in 2012, after you submitted your very first report or

5    your very first series of reports, you testified that you

6    had no evidence at that time --- let me strike that.  Back

7    up.

8              At your first deposition after you submitted --

9    after the first round of expert reports in this case, you

10   testified that you had no evidence that there was any

11   mesalamine in the final ANDA product that was not part of

12   the alleged inner lipophilic matrix; is that correct?

13   A.    Once again, can you just point me to that -- to that

14   part?

15   Q.    Yes.  I can take --

16             MR. PETERKA:  Can we go to the 2012 deposition,

17   which is -- it's the first Sinko transcript in there at page

18   10 and lines 14 all the way to the bottom.  Actually, all

19   the way over to 311.  Actually, wait.  To 311, 3.  The 310,

20   14, to 311, 3.

21   BY MR. PETERKA:

22   Q.    I said that you don't know -- are you there?  Are you

23   there?

24   A.    Yes.  You mean in the line 14 and on page 310

25   spanning?

Sinko - cross

1    Q.      Yes.  Over to the top of page 311.

2                      I said:  But you don't know for a fact that

3    there is API that is not within that inner lipophilic matrix

4    that's also put into the -- that ends up in the outer

5    hydrophilic matrix; right?

6                      You said, well, what I just said is, I will skip

7    that.  The intent is to make the inner lipophilic matrix, I

8    have to assume that's what they did.  If there's a small

9    amount that did not get in there, I can't tell you that.

10                     Did I read that correctly?

11                     THE COURT:  Well, not entirely, because you

12   substituted the word "did" for "made."

13                     MR. PETERKA:  I'm sorry.

14                     THE COURT:  I don't know that you have to read

15   it again.  He has it in front of him.  If you want to ask

16   him whether that's his testimony?

17                     MR. PETERKA:  Yes.

18   BY MR. PETERKA:

19   Q.      Okay.  Was that your testimony?  Do you want me to

20   reread it?

21   A.      Well, I mean, this is what I said.

22   Q.      Okay.  You said, if there's -- the essence was that

23   there's a small amount of mesalamine that did not get into

24   the inner lipophilic matrix that you said was there.  If

25   there was a small amount of that did not get into that inner

Sinko - cross

1    lipophilic matrix, you couldn't tell me that; right?

2    A.    And at the time of this deposition, you know, I had

3    not contemplated that, but, of course, this had been going

4    on for quite awhile and as I kept thinking about the

5    processes, you know, my thinking, you know, got more in

6    depth, and so at this point, you know, I just said I had not

7    contemplated that.

8    Q.    At the time you submitted the report that we were

9    discussing at that deposition, you were aware of the

10   manufacturing process for the Zydus ANDA product; is that

11   correct?

12   A.    Yes, I was.

13   Q.    And you were aware of the type of equipment that was

14   used in that process?

15   A.    Yes, I was.

16   Q.    Including the fact that roller compaction was used?

17   A.    Yes.  Roller compaction is a smaller --

18   Q.    You were aware that Zydus was using roller compaction

19   in its process?

20   A.    That's correct.

21   Q.    And you were aware of the ingredients going into that

22   roller compaction?

23   A.    Yes.  I reviewed the ANDA.

24   Q.    And you were aware that fines could be generated by

25   roller compaction at the time you submitted your first

Sinko - cross

1    report; right?

2    A.    That's correct.

3    Q.    There's no reason you couldn't have included that

4    opinion in your first report, is there?

5    A.    No.  At the time, I didn't.

6    Q.    I'd just like to talk to you a little bit about your

7    opinion on the fines that you have come up with since that

8    time.

9            Fines are just small particles that can be

10   generated during the manufacturing process; is that correct?

11   A.    Fines are -- fine particles are produced during the

12   manufacturing process, as I stated in my direct.  And, in

13   particular, fines, you know, are produced from the different

14   granulations, and they're an important part of the

15   formulation typically in making a cohesive tablet.

16   Q.    And maybe I -- so the fines were just smaller

17   particles that are generated, not processed, right, in the

18   manufacturing process?

19   A.    Fines are small particles below a certain size.

20   Q.    All right.  And fines can be thick -- sorry.

21            Fines can be smaller versions of granules;

22   is that correct?

23   A.    I think it's fair to say that fines are, could be

24   fine particles of the excipients, of the active ingredient,

25   and a small granule.  It's going to be some mixture.

Sinko - cross

1   Q.      You don't know the percentage of fines that are

2   generated in the Zydus manufacturing process, do you?

3   A.      I couldn't find an exact number, but typically, you

4   know, with the granulation process, it's in the neighborhood

5   of 15 percent, plus or minus.

6   Q.      So you don't know what that amount is, the amount of

7   fines that is generated in the Zydus process; right?

8   A.      I don't recall seeing that.

9   Q.      And you also don't know what amount of those -- let's

10  talk about the fines that you -- take a step back here.

11              I want to talk a little bit about the fines

12  that you think are there, but you can't really tell me how

13  many are there.  I want to talk about what those fines might

14  be.  Okay?

15  A.      Sure, but I don't agree with your characterization.

16  Like I said, I mean, from the process, I know there are

17  fines.  Typically, it's in the range of 15 percent.  Zydus

18  did not use a binder, so it's could be in the higher range

19  of 15, 20 percent.  Like I said, I did not see a specific

20  number.

21  Q.      So of those alleged fines, you don't know -- you

22  don't know the amount of those fines in the Zydus

23  manufacturing process that are pure mesalamine, do you?

24  A.      It is going to be some distribution.  I -- I did not

25  see the analysis of fines.  But the product is, you know, is

Sinko - cross

1    a very high fraction of the mesalamine, so it's likely that,

2    you know, the majority of the plain particles would be

3    mesalamine in my opinion.

4    Q.    You weren't provided with any data that would allow

5    you to determine the percentage of fines that are pure API,

6    pure mesalamine; right?

7    A.    Well, I think as, as I've stated, I don't recall

8    seeing data of fines, an analysis of it, but understanding

9    the process, you know, it would suggest to me that the fine

10   particles probably would be mostly mesalamine, mostly

11   mesalamine, you know, in the product.

12   Q.    And, in fact, you would be guessing if you tried to

13   tell me the amount of fine in the Zydus manufacturing

14   process that are pure mesalamine; is that correct?

15   A.    Well, I think you have to go -- you have to go back

16   to what is a, what is a granule.  Right?  A granule, you

17   aggregate material together, and so when you get to a

18   certain, you know, particle size, you're going to have this,

19   you know, free mesalamine particle.

20              So is it a guess?  I guess it's an educated

21   guess based on my experience and understanding the way these

22   processes work.

23   Q.    So it's a guess?

24   A.    I think it's a, it's -- it's an educated estimate, if

25   you want to put a time point on it.

Sinko - cross

1          MR. PETERKA:  Can we go back to the 2014

2     deposition?  And this is at page 292 to 293.  I have 292,

3     22, through 293, 17.

4     BY MR. PETERKA:

5     Q.    Mr. Kulkarni's deposition testimony is the only

6     support you have for your opinion that there are some fines

7     in the manufacturing process that appear to the eye?  He

8     said, no, I disagree.  I also looked at the roller

9     compaction process.

10          And it would just, once again, make sense if

11    you're looking at probability, what's probable, what's

12    likely, it's likely that you're going to have some pure API,

13    some smaller granules.  I'm not provided any data to make

14    that assessment, so I wouldn't want to guess.  Like I said,

15    it could be 50/50, it could be something else.  It would be

16    a guess.

17          Did I read that correctly?

18    A.    Yes, and I think that, you know, is consistent with

19    what I just said.  I said, you know, it's an estimate.

20    It's -- you know, you have to -- you know, you asked me if I

21    knew.  I had not seen any data.  That's where we started.

22    Right?  But this is not -- I mean, to me, this is not any

23    different.  I mean, there's going to be free mesalamine fine

24    particles in there, and it could be 50/50, but the point is

25    it's free mesalamine particles.  And if you are talking

Sinko - cross

1    about 15 or so percent of the total blend, you know, it's

2    still a significant amount.

3    Q.    You did not do any analysis of the fines that you

4    contend are in the Zydus product to determine their

5    composition, did you?

6    A.    I did not have access to any raw materials or

7    intermediate materials or the final tablet.  I just have

8    gone by, you know, my experience and my understanding of

9    these processes and how they work.

10   Q.    And none of Shire's other experts, as far as you're

11   aware, did any analysis of the fines that you contend are in

12   the Zydus ANDA product to determine their composition, did they?

13   A.    Not that I'm aware of.

14   Q.    I want to talk a little bit about Dr. Hoag's tests

15   that you referred to earlier today.

16          Did Dr. Hoag use the same -- do you know if Dr.

17   Hoag used the same materials that are used in the Zydus

18   compaction step?

19   A.    Yes, I think he used mesalamine, magnesium stearate

20   and colloidal silicon dioxide.

21   Q.    Did he use the same grades of mesalamine, magnesium

22   stearate and colloidal silicon dioxide that are in the

23   compaction test?

24   A.    You know, I'm -- I am generally aware there was some

25   issue, but I don't recall specifically.  But at the time I

Sinko - cross

1    saw it, it did not strike me as necessarily significant, but

2    if you would like to review it, sure.

3    Q.    So he may have used different grades of material;

4    right?

5    A.    He may have.

6    Q.    If we could go to Dr. Hoag's report, I think it is in

7    your binder.  It's at paragraph 37.

8    A.    Sorry.

9    Q.    Sorry.

10   A.    Which tab?

11              THE COURT:  After the transcripts.

12              MR. PETERKA:  The very last.

13              THE WITNESS:  Okay.

14   BY MR. PETERKA:

15   Q.    Could you go to paragraph 37 in Dr. Hoag's report.

16   He has got a table there with a blue heading.

17              Do you see that?

18   A.    In paragraph -- the top of page 9?

19   Q.    Yes, the top of page 9?

20   A.    Yes, I see it.

21   Q.    These are the bulk densities for the granules of

22   colloidal silicon dioxide and magnesium stearate and the

23   bulk densities of pure mesalamine granules?

24              Do you see that?

25   A.    Yes, I do.

Sinko - cross

1  Q.    Well, the bulk density, he made three of each, and

2  for the blended, the one with colloidal silicon dioxide and

3  magnesium stearate, the first one was .297 grams per

4  millimeter, the second one was .308, and the last one was

5  .3; right?

6  A.    Yes.  With an average of .302.

7  Q.    All right.  And if you could go back to DTX-18, which

8  is the Zydus batch record.  And if you could go to page

9  235700.

10       And actually, the next page, 235701.  Do you see

11 there's a bulk density determination in the batch record?

12 A.    235700.

13 Q.    701.

14 A.    Yes, I do.

15 Q.    And do you see there that it says bulk density

16 determination, and it has some instructions there.  At the

17 very bottom it says, if the average bulk density is less

18 than 0.40 grams per milliliter, repeat cycles of step 6.3.1

19 to 6.4.1 till desired bulk density is achieved and then stop

20 the process.

21       Do you see that?

22 A.    Yes, I do.

23 Q.    And then 6.3.1 is on the previous page.  That's

24 the -- that's the raw compaction or sizing process; is that

25 correct?

                            Sinko - cross

1    A.      Yes, it is.

2    Q.      All right.  So the batch record says that if the bulk

3    density of the compacted mesalamine with the colloidal

4    silicon and magnesium stearate, if the bulk density is less

5    than four, you're supposed to roll compact it again until

6    you get to .4; is that right?

7    A.      For the Zydus ANDA product, your specification has to

8    be less than .4.  That's correct.

9    Q.      Less than -- okay.

10               THE COURT:  I'm not --

11               MR. PETERKA:  No.  It's greater than .4.

12               THE WITNESS:  I'm sorry.  Greater than 4.

13   BY MR. PETERKA:

14   Q.      Right?

15   A.      Sorry.  Yes.

16   Q.      So if it's less than .4, you compact the granule --

17   strike that.  I'm sorry.

18               If you compact the API and the colloidal silica

19   and the magnesium stearate and you get a bulk density that

20   is less than .4 it would tell you to go back and do it

21   again?

22   A.      For the Zydus ANDA product, that's correct.

23   Q.      So Dr. Hoag, his granules with colloidal silicon

24   dioxide and magnesium stearate that have an average bulk

25   density of .302, they could not be used in the ANDA product;

Sinko - cross

1    is that correct?

2    A.    So at least I think that you're missing an important

3    part or point to this test.  He's comparing in his test the

4    pure mesalamine versus the ingredients that are in the inner

5    granule, and you see the bulk density is very similar, and

6    so he's just looking at the relative penetration.  You have

7    to hold, you know, all of the other parameters constant, and

8    he held the bulk density constant here, you know.

9              Could he have held it, you know, at, you

10   know, greater than .4?  He could have.  You have ask him,

11   but the point is that these parameters are constant, and so

12   you're -- you're testing, you know, something that's equal.

13   Q.    So you did not answer my question then.  So with a

14   material that had a bulk density of .3, right, all right,

15   you couldn't, you couldn't use that -- he couldn't go

16   forward in the Zydus batch record if he had a bulk density

17   of .3.  You would have to go back and lower compact it

18   again; right?

19   A.    If you're, if you're making the Zydus ANDA product,

20   that would be true, but that's different than the test he

21   is showing he's trying -- he's holding parameters constant.

22   And so he's -- I guess the word would be he used control for

23   that.

24   Q.    And you would agree with me that at no point in the

25   manufacturing of the Zydus ANDA product does Zydus compress

Sinko - cross

1   its roll compacted mesalamine into a compact; right?

2   A.     Well, the step is called compaction.

3   Q.     But at no point does Zydus take the material that

4   comes out of that compaction step and compress it into like

5   a, whatever shape of the material Dr. Hoag, that he called,

6   when I'm talking about compact -- I'm referring to what Dr.

7   Hoag referred to as compact.  There are images of them in

8   here in his report on page 12.

9   A.     Sure.  Well, what comes out of the compaction process

10  of Zydus, that first granulation step, are these certain,

11  certain size, and they're -- they're also, you know,

12  compacted versions of the ingredients.  These are just

13  compacted into a version that looks like a, you know, a

14  disk, or maybe a small tablet.

15  Q.     And then at no point within the manufacture of the

16  Zydus ANDA product does Zydus take the material that comes

17  out the roller compactor and make it into a shape like this;

18  right?

19  A.     No, they don't make it into the shape.  They size

20  them into a certain size granule so they can make a second

21  granulation.

22  Q.     In forming your opinions in this case, you reviewed

23  the conclusions of Dr. Hoag in his expert report; correct?

24            THE COURT:  Hold on just a second.

25            Let me ask a question or two for a minute.

Sinko - cross

1          MR. PETERKA:  Certainly.

2          THE COURT:  Will the difference in bulk density,

3     if you know -- you know what?  I apologize.  You go ahead,

4     Mr. Peterka.

5          THE WITNESS:  I can answer that question.

6          THE COURT:  I think you know where that is

7     going.  I'm sure Mr. Lief will ask it.

8          THE WITNESS:  Okay.

9     BY MR. PETERKA:

10    Q.     In forming your opinions in this case, you reviewed

11    the conclusions of Dr. Hoag in his expert report; correct?

12    A.     Yes, I did.

13    Q.     And in his expert report, Dr. Hoag concluded that the

14    granule that he created simulate the inner volume of the

15    granules, sorry, of the Zydus ANDA product; is that right?

16    A.     Yes, I think compositionally they simulate the inner

17    granules of Zydus's ANDA product.

18    Q.     And based on Dr. Hoag's report, you also concluded

19    in your report that the blended mesalamine compacts are

20    representative of the products from the Zydus dry

21    granulation step; right?

22    A.     Yes.  And, you know, I believe that.  I think that

23    Dr. Hoag did a great test.  He held primers constant and he

24    looked at the critical variables that were different.

25    Q.     You were present yesterday when Dr. Hoag testified;

Sinko - cross

1    right?

2    A.      Yes, I was.

3    Q.      And you heard Dr. Hoag testify that he was not

4    offering an opinion that the granules he created simulate

5    the inner volume of the Zydus ANDA product; correct?

6    A.      Yes, I heard him say that.

7    Q.      So that although Dr. Hoag, the person who made the

8    granules, has abandoned his opinion that the granules he

9    created simulated the inner volume of the Zydus ANDA

10   product, you are still sticking with that opinion?

11   A.      So you say he abandoned the opinion saying he changed

12   his mind?

13   Q.      He testified yesterday he was not offering an opinion

14   that the granules he created simulated the inner volume of

15   the Zydus ANDA product.

16   A.      Right.  So how did he abandon the opinion?

17   Q.      Well, that was an opinion he had in his original

18   report?

19   A.      Okay.

20   Q.      In his report, he said, he concluded that the

21   granules he created simulated the inner volume of the Zydus

22   ANDA product.  And then yesterday, when he was asked if

23   they did that, he said he was not offering that opinion.

24   Right?

25   A.      I heard him.  I heard him say that yesterday.

Sinko - cross

1    Q.    So although he, Dr. Hoag, who made those granules, is

2    abandoning that opinion that they simulate the inner volume

3    of the Zydus ANDA product, you're still onboard with that?

4    A.    I'm still, I'm still onboard because it has the

5    materials and the same amounts.  They're compressed.

6    And for a drug like mesalamine which is reasonably high

7    solubility, the compaction, that density is not really

8    relevant.

9          If it was a low solubility drug, then the

10   difference in that bulk density may concern me but not for

11   mesalamine.  He held the primer constant.  Mesalamine is a

12   reasonably high solubility drug.  I wouldn't expect that

13   bulk density measurement to make a significant impact.  And

14   so I think it does simulate.

15   Q.    I want to talk a little bit about your

16   function-way-result test that we talked about earlier for

17   the, I think it was for the magnesium stearate.  Right?

18   A.    Okay.  I don't recall discussing it with you, but ...

19   Q.    That's fair.  We did not discuss it.  You discussed

20   it with your attorney.

21   A.    Okay.

22   Q.    I think you identified the function of the, I think

23   you were comparing it to stearic acid; is that right?

24   A.    I was comparing magnesium stearate to stearic acid.

25   Q.    I think you identified the function of stearic acid

Sinko - cross

1    in the patent claims as controlling release?

2    A.    Can we have just put up my slide?

3    Q.    Sure.  Yes, sure.  I think it's PDX-8.11.

4          So the function in the function-way-result is

5    controlling release; right?

6    A.    Controlling release as an inner lipophilic matrix,

7    that's correct.

8    Q.    Now, if you could go to, in your binder there, or I'm

9    sorry, in the spiral bound thing with your reports, if you

10   go to your February 3rd, 2012 report, at paragraph 12.  It's

11   on page 6.

12   A.    Paragraph 12?

13   Q.    Yes, paragraph 12.

14   A.    Yes, I see it.

15   Q.    And about four lines down, it says it says the

16   '720 patent specification never suggests that the inner

17   lipophilic matrix should be defined to "control the release

18   of the active ingredient from the dosage form."

19         Is that right?

20   A.    Let me just read it.

21         So if I recall correctly, I mean at this point

22   in time, I mean this situation, and I'm not a patent

23   attorney, but the situation was different.  I'm not sure if

24   everything was defined at this point in time.  And this is,

25   yes, this is one of the earlier reports.  But that is what

Sinko - redirect

1    I state.  I mean at this snapshot in time.

2    Q.    Okay.  So that function that you say, the '720 --

3    actually, strike that.

4              THE COURT:  Mr. Peterka?

5              MR. PETERKA:  I think that is it.  Yes, that's

6    all I have.

7              THE COURT:  All right.

8              MR. PETERKA:  Thanks.  Thanks, Dr. Sinko.

9              THE COURT:  Dr. Sinko, we'll see if Mr. Lief has

10   any questions.

                    REDIRECT EXAMINATION

11

12   BY MR. LIEF:

13   Q.    Dr. Sinko, with respect to Dr. Hoag's test, in your

14   opinion, are the two things that he compared, do they have

15   similar bulk densities?

16   A.    Yes.  As I stated earlier, that's one of the

17   factors that was kept constant between the two.  And so

18   those two parameters were kept constant and therefore

19   they're similar.

20   Q.    And in your opinion, would any difference as between

21   the Zydus bulk density and the bulk densities of those two

22   materials tested in Dr. Hoag's test have any substantial or

23   any affect on the lipophilicity?

24   A.    No.  And, once again, as I stated here at the end of

25   Mr. Peterka's cross-examination, you know, I would, on a

Sinko - redirect

1    drug like mesalamine, I would not expect that.  It was a low

2    solubility drug.  There is some literature evidence about

3    that, but I would not expect that from this.

4    Q.    And the results of Dr. Hoag's test showing that the

5    material containing the magnesium stearate took water in

6    slower than the pure mesalamine, are those results

7    consistent or inconsistent with the other evidence that you

8    discussed on direct regarding magnesium stearate slowing the

9    release of mesalamine from various formulations that Zydus

10   had tried?

11   A.    They are consistent.

12   Q.    Is there anything that you heard in Mr. Peterka's

13   cross-examination of you that would lead you to change

14   your opinion that the inner lipophilic matrix is indeed

15   lipophilic in character?

16   A.    No.

17   Q.    There was some discussion of the word "macroscopic."

18   I don't want to do a legal analysis with you, but I'd like

19   to look, if we could, at PDX-8.4.

20         And the agreed upon construction of "matrix" is

21   "a macroscopically homogeneous structure in all its volume."

22         Now, "its."  There was discussion about "its."

23   A.    Yes.

24   Q.    Now, I want you to assume for this question that the

25   "its" is a very small volume, a volume that cannot be seen

Sinko - redirect

1  by the naked eye.  "A homogeneous structure in all its

2  volume."  Let's say we had a very small granule, for

3  instance.  Would that change your view of "macroscopically

4  homogeneous?"

5  A.     No, it would not.

6  Q.     And if you assumed that a legal definition were

7  imposed on you that "macroscopically" means "throughout that

8  volume," okay?  Take that assumption for the product we've

9  been talking about.

10          MR. PETERKA:  I'm going to be object.  This is

11  outside the scope of the direct and the cross.

12          THE COURT:  Well --

13          MR. PETERKA:  I don't see what legal definition

14  he is talking about.

15          THE COURT:  He is talking about this, and I

16  don't think he has to assume.  That is the definition we're

17  working off of.  Your objection is overruled.  You can go

18  ahead and ask the question.  Let's go ahead and get it done.

19  BY MR. LIEF:

20  Q.     All right.  Assuming that legally "macroscopically"

21  would mean "throughout."  Is the magnesium stearate in the

22  inner region of the Zydus granule macroscopically -- well,

23  forget macroscopically.  Is it homogeneous throughout that

24  granule?

25  A.     Yes, it is.

Sinko - redirect

1   Q.     And in terms of all three chemicals that are in

2   there, the mesalamine, the magnesium stearate, and the

3   colloidal silicon dioxide, are all of them, taken together,

4   homogeneous throughout that region?

5   A.     Yes, they are.

6             THE COURT:  Now I'll ask a question, Mr. Lief.

7             What does the word "macroscopically" add to that

8   definition?  You're a scientist.  What meaning does it have

9   in there to you?

10            THE WITNESS:  So as a scientist, "macroscopic"

11  to me means you're looking at a -- it's the word "structure"

12  now.  But you are looking at something.  You are focusing in

13  on an item and you are looking at it throughout that, in

14  this case, that volume or whatever it may be.  And

15  "macroscopically" means when you examine it, you are looking

16  at, you consider it.  You are considering the entire, I call

17  it, zone before the entire item, entire volume.

18            THE COURT:  Okay.  Thanks.  Go ahead, Mr. Lief.

19  BY MR. LIEF:

20  Q.     There was some discussion about your earlier report

21  and maybe your earlier deposition in 2012 in the four rounds

22  and whether you had discussed the presence of mesalamine in

23  the outer matrix.  Do you recall that during cross-examination?

24  A.     Yes, I do.

25  Q.     Now, I'd like to show you, if we can, Mr. Kulkarni's

Sinko - redirect

1    deposition of 2014.

2              Can we bring that up?  And if we could look at

3    pages 150 to 151.

4              MR. PETERKA:  Can you give me one second just so

5    I can catch up?

6              THE COURT:  It's your clock, Mr. Peterka.

7              (Counsel confer.)

8              MR. PETERKA:  Is this designated?

9              MR. LIEF:  It is designated, but candidly I

10   don't think it would matter.

11             MR. MILLER:  What page and line?

12             MR. LIEF:  I'm going to direct him to page 150,

13   line 19 through 151, line 2.

14             THE COURT:  Why don't you take it off the screen

15   until we got this worked out.  Thanks.

16             (Pause until Mr. Gaertner nods assent.)

17             THE COURT:  Okay.  Go ahead, Mr. Lief.

18   BY MR. LIEF:

19   Q.    If we could put that back up.  And I will read you

20   the questions and answers.  I believe this was played

21   yesterday, if memory serves.  But the question at line 19:

22             "Question:  At the end of the Zydus process, in

23   the compaction process where you do the roll compactor and

24   the oscillating granulator, do you get particles of

25   different sizes?

1          "Answer:  Yes.

2          "Question:  And do you get, amongst those

3   particles sizes, what would be called, 'fines?'"

4          Going over to the next page.

5          "Answer:  Yes."

6          Now, Dr. Sinko, at the time, this is a 2014

7   deposition.  I think this is a fairly obvious question but

8   at the time of your 2012 report, your 2012 deposition, I

9   take it you didn't have this 2014 testimony in front of you

10  from the formulator at Zydus commenting on his process?

11  A.     No, I did not.

12  Q.     Okay.  And at the time of those 2012 reports and

13  depositions, did you have Dr. Davies' Raman test showing

14  the mesalamine as he showed it in his Raman pictures?

15  A.     In 2012?

16  Q.     Right.

17  A.     Yes, I think so.  I don't remember.  I didn't realize

18  it.

19  Q.     That's fine.

20  A.     So the answer is yes.

21  Q.     The record will reflect what it does about the timing

22  of Dr. Davies.

23  A.     Yes.

24  Q.     The question is whether you know the amount of

25  mesalamine that is in the fines, the percent of the fines

1    that are mesalamine and whether or not, and how much of it

2    would be in the outer.

3                If we could look back at the claim for a minute,

4    the PDX we had up earlier.

5                In the discussion here, at the bottom:  Wherein

6    the active ingredient is dispersed both in the lipophilic

7    matrix and in the hydrophilic matrix.

8                Is there any mention in that claim of how much

9    of the mesalamine should be dispersed?

10   A.    No, there is not.

11   Q.    Based upon anything you heard during cross-examination,

12   do you have any reason to change your view as expressed

13   during direct that mesalamine is present in both the inner

14   matrix and the outer matrix?

15   A.    No, I do not.

16   Q.    I talked to you a little bit about colloidal silicon

17   dioxide.  If you look at element 1(b) in the various

18   categories, the chemicals listed there, colloidal silicon

19   dioxide, does it fall into any of the categories in 1(b)?

20   A.    No, it does not.

21   Q.    And, again, I think you answered this question

22   before, but if the inner matrix were to be for some legal

23   reason deemed to be inclusive of the colloidal silicon

24   dioxide, in your view, would that inner matrix be lipophilic

25   or not lipophilic in property?

Sinko - redirect

1   A.      It would still be lipophilic in property.

2   Q.      Okay.  And would the presence of that colloidal

3   silicon dioxide in your view be related or unrelated to that

4   lipophilic property?

5   A.      Well, since it is lipophilic, I would say it would be

6   unrelated.

7                MR. LIEF:  Nothing further.

8                THE COURT:  All right.  Thank you, Mr. Lief.

9                Thank you, Dr. Sinko, for your testimony.  You

10  may step down, sir.

11               Mr. Haug.

12               MR. HAUG:  Plaintiffs have no further witnesses.

13  So subject only to making sure.

14               We have the right exhibits all in, I think we

15  have been trying to do that but we would rest our case at

16  that point.

17               THE COURT:  All right then.

18               Subject to their confirming that the exhibits

19  are in, I understand now plaintiffs rest.  Do I have any

20  applications?

21               MR. GAERTNER:  Yes, Your Honor.  It's Mike

22  Gaertner on behalf of Zydus, the defendants.

23               The defendants at this time move for judgment as

24  a matter of law pursuant to Federal Rule of Civil Procedure

25  52(c) because the plaintiffs have not presented a legally

1    sufficient evidentiary basis for a reasonable fact finder to

2    find defendants liable for infringement, and I will list a

3    few of those bases for Your Honor.

4           The first is we believe that the plaintiffs have

5    not presented evidence of a macroscopically homogeneous

6    structure in all its volume consisting of magnesium stearate.

7           In particular, we point to the testimony of

8    Dr.  Davies who has been able to locate any excipients in

9    connection with mesalamine such that there is no scientific

10   evidence to suggest that there is, assuming that magnesium

11   stearate forms a matrix, that it is collocated with mesalamine

12   such that you can show an analysis that the matrix exists.

13          The second thing is I think that you just heard

14   on direct from Dr. Sinko that the dispersion, the theory

15   that there is a dispersion of mesalamine within, I'm sorry,

16   magnesium stearate within some greater volume, that

17   dispersion not being continuous.  That is not a structure.

18   That is not a lipophilic structure such that mesalamine is

19   then dispersed into this dispersion, which I don't quite

20   understand is their theory, but I think it is pretty clear

21   that that theory doesn't satisfy the Court's claim

22   constructions in this case.

23          The next item we have, Your Honor, is that we

24   believe that there is no evidence of an inner lipofillic

25   matrix.  You have already heard testimony that the granule

1    contains both lipophilic and hydrophilic excipients.  The

2    Federal Circuit was clear that you cannot have that.  You

3    cannot have a mixed matrix.

4            The second point is that the Hoag test does not

5    establish that the granule, the alleged granule of the Zydus

6    ANDA product has a lipophilic character.  Dr. Hoag conceded

7    that the test that he performed has never been published in

8    a peer-reviewed article.  Dr. Hoag does not offer an opinion

9    that the material that he made simulates actually the Zydus

10   ANDA product at all.

11           Dr. Hoag did not perform a drop penetration

12   test, he admitted, as that test is recognized in the

13   literature.  Dr. Hoag can point to no other report where his

14   test has ever been performed at all.

15           As he pointed out in the Mylan case, he

16   performed different tests in connection with that.

17           Finally, Judge, we think there has been no

18   evidence that mesalamine is sufficiently mixed to incorporate

19   it with the inner lipophilic and the outer hydrophilic matrix,

20   again, touching back to what we just heard from Dr. Sinko.

21           This dispersion of magnesium stearate in some

22   greater volume, there is no testimony that is reasonable that

23   one could conclude that those unconnected magnesium stearate

24   particles that are in some undefined volume actually form a

25   structure such that mesalamine has been dispersed within it.

```
1              THE COURT:  Okay.  Thank you, Mr. Gaertner.

2              Mr. Haug, do you want to respond?

3              MR. HAUG:  My first response would be that as

4    far as all the testimony that Your Honor has heard from the

5    many experts, clearly, that becomes a question of fact, goes

6    to the weight of the evidence.  Your Honor will determine

7    credibility as necessary and also give due weight or not to

8    the testimony.

9              As far as the specific points that Mr. Gaertner

10   had raised, whether -- I think he was saying that there is

11   no evidence of a macroscopically homogeneous structure in

12   all its volume.  Clearly, there is.  We have the

13   manufacturing process.  We have the fact that through that

14   manufacturing process, mesalamine is mixed with magnesium

15   stearate.  It's mixed with colloidal silicon dioxide,

16   sodium -- colloidal silicon dioxide.  And we have testimony

17   from Mr. Kulkarni, 30(b)(6) admissions, really, saying that

18   the result of that process is to give a uniform mixture of

19   magnesium stearate within that granule that is formed.

20             He said granules were formed.  It was a uniform

21   mixture of mesalamine, magnesium stearate, and as I said,

22   sodium colloidal silicon dioxide.

23             And there's also testimony, fact testimony,

24   binding testimony that none of that magnesium stearate leaks

25   or leaves that granule.
```

1              We then have -- so Dr. Sinko just testified that

2    the inner lipophilic matrix really is the magnesium

3    stearate, which consists of a three-dimensional,

4    three-dimensional distribution of magnesium stearate

5    molecules within the granule.  So you have to kind of close

6    your eyes or not, but picture a three-dimensional structure

7    within the granule, and it's homogeneous based on the

8    testimony I just referred to by Mr. Kulkarni and also the

9    expert testimony of Dr. Little, when he went through the

10   process, saying what he thinks will result from that process

11   and does result from that process.

12             In any event, you have this magnesium stearate

13   which forms a macroscopically homogeneous structure.  That's

14   the three-dimensional distribution of magnesium stearate in

15   all its volume.  The volume, the testimony, the volume is

16   the volume of the granule.  The structure is the

17   three-dimensional magnesium stearate distribution of

18   molecules.  That's the structure.  That structure is in its

19   volume.  The volume is the granule.  That's where it's

20   captured, through the manufacturing process.

21             So, and the macroscopically homogeneous.  I

22   think it was a little confusing, but macroscopically, as is

23   part of the agreed-upon term, I think a good example is, if

24   you -- and if you look at your backyard and you look at the

25   grass that you had planted in your backyard and you have

1    bare spots in it, is it homogeneous?  Is it homogeneous from

2    the standpoint of how you planted the grass?

3              Well, if you go to the bare spot, you say, well,

4    it's not homogeneous there.  If you go up into an airplane

5    and look down in your backyard, it's going to look very

6    homogeneous.  It's macroscopically homogeneous because you

7    aren't going to be able to see those bare spots.

8              The point here is, we're talking about many,

9    many granules, like maybe a million.  I don't know how many.

10   There's no testimony on how many granules actually are in a

11   tablet, but I think a major dispute here is, are we looking

12   at the whole tablet, or are we looking at a granule or

13   multiple granules within the tablet?

14             Clearly, our position is you look at, based on

15   how the product is made, in this case, the Zydus case, you

16   look at the granule, the granule.  The granules are not a

17   macroscopically homogeneous structure of anything.  There

18   are just many, many, many granules throughout this tablet.

19   And when you take a macroscopic picture of this tablet,

20   you'll see all of these granules, and that's what you saw

21   from the Dr. Davies' test.  And he picked out specific

22   granules.

23             Now, the inner lipophilic matrix is within

24   that granule, within the volume of that granule.  It's

25   the magnesium stearate.  I think it's a question of fact

1    for this Court as to whether or not you find that it's

2    just magnesium stearate, or it's magnesium stearate and

3    anything else that is in that volume.  The only other thing

4    in the volume is mesalamine and the colloidal silicon

5    dioxide.

6              The testimony we just heard is if, if you find

7    that silicon dioxide is also part of the lipophilic matrix,

8    it's unrelated to the lipophilic characteristic that is

9    created by that inner lipophilic matrix.

10             Pursuant to, pursuant to the appropriate claim

11   construction --

12             THE COURT:  Hold on, Mr. Haug, and let me just

13   make sure I understand.

14             MR. HAUG:  Yes.

15             THE COURT:  You are saying that the structure

16   is the magnesium stearate on a three-dimensional form

17   captured within, and that if in the agreed-upon definition

18   is a reference to something other than that set of magnesium

19   stearate molecules?

20             MR. HAUG:  No.  I think that is the edge.  The

21   structure of the magnesium distribution, the

22   three-dimensional magnesium distribution.

23             THE COURT:  Then help me understand what

24   macroscopically means.

25             MR. HAUG:  It means when you are looking --

1    first of all, we're looking at a pharmaceutical formulation,

2    the whole tablet; right?  So the -- the invention here is

3    that you have a dual matrix, two matrices, inner lipophilic

4    and outer; right?

5                    THE COURT:  Yes.

6                    MR. HAUG:  Macroscopically, if you now go to

7    each granule and you look at the whole tablet, you will find

8    that there's just millions of these granules and the

9    magnesium stearate is throughout.  It's uniformly

10   distributed, dispersed throughout the whole formulation, the

11   whole mesalamine formulation.  Okay?

12                   And so it's a macroscopically homogeneous

13   distribution that's really -- but it's -- all the granules,

14   you have to look at all of the granules, yes.

15                   THE COURT:  All right.

16                   MR. HAUG:  That's how we've understood it.

17                   And the question about the inner lipophilic

18   matrix, Mr. Gaertner said the hydrophilic excipient, it

19   can't be an inner lipophilic matrix because is has the

20   hydrophilic excipient, number one.

21                   I think there is a factual question as to

22   whether or not the colloidal silicon dioxide is hydrophilic

23   or not.  I think there's one time Mr. Kulkarni said it

24   wasn't.  At the end he was shown a corporate brochure and

25   then he said, yes, it is.

1            And we also have the testimony from Dr. Sinko

2      that says within the context of the patent, it's not

3      hydrophilic, but I think that is a factual finding.  How-

4      ever, we also have the testimony that even if, even if

5      it were found to be hydrophilic in any way, it would be

6      unrelated to the lipophilic property, if you will, of the

7      inner lipophilic matrix.  I think that goes now to the legal

8      question of consisting of language, which is a whole other

9      legal argument.

10            And I think there are cases that clearly --

11      well, actually, the claim construction that we have in this

12      case does exclude excipients which are unrelated to that

13      element.

14            THE COURT:  So what's your testimony relating to

15      outer hydrophilic matrix?  What's your evidence?

16            MR. HAUG:  The outer hydrophilic matrix is,

17      again, through the manufacturing process, which goes from

18      the compaction step, which creates the inner lipophilic

19      nature, the granules, the first granules.  That then goes to

20      the next step, the wet granulation step, where it is mixed

21      with the sodium starch glycolate, the SSG, and also the

22      sodium CMC, carboxy methylcellulose.  Those are both

23      hydrophilic and they are combined, if you will.

24            They go on top of, was the testimony from

25      Mr. Kulkarni.  They go on top of all the granules that are

1    coming into that wet granulation.

2           And so you have an inner lipophilic matrix,

3    which is the granule.  You then have this outer hydrophilic

4    matrix that also combines with fines that are there in the

5    formulation.  And that's the -- you saw the demonstrative

6    that shows the granules going from the compaction step.  As

7    they go through the wet granulation step, they become

8    bigger.  That's because of the outer hydrophilic matrix that

9    is encapsulating, if you will, or encasing, or on top of, is

10   the testimony of the inner lipophilic matrix.

11          And then, of course, you have all the evidence

12   of the dissolution of the tablet itself in the photographs

13   that we have from Vivian Gray.  And we had that together

14   with the testimony from Dr. Little about the dissolution

15   showing that through those images, that you have an inner

16   lipophilic matrix that creates these granules that, you

17   know, are there, and then they are controlling release of

18   the mesalamine together with the swelling and then the

19   eroding of the hydrophilic, or the outer hydrophilic

20   matrix.

21          And so that is the key evidence I think, or some

22   of the key evidence about not only the presence of an outer

23   hydrophilic matrix, but also the fact that that outer

24   hydrophilic matrix has hydrophilic properties.

25          And I think the Hoag test, again, I think it

1    will be a question of fact for the Court to determine, but

2    the Hoag test was never intended -- it's not a test of the

3    Zydus tablet.  It's a test of the simulation of the Zydus

4    tablet specifically looking at comparing the dissolute or

5    the water penetration, if you will, or the rate of

6    penetration of water if you just have mesalamine versus

7    mesalamine with what we said is in the inner lipophilic

8    matrix, the magnesium stearate.  And they also included, he

9    also included the colloidal sodium silicon dioxide.

10              I also believe that there's testimony from

11   Mr. Kulkarni, again, in his 30(b)(6) deposition, where he

12   admitted that they have a hydrophilic matrix on the outside

13   that was -- did not quite say it that way.  I don't want to

14   misstate his testimony.

15              He clearly admitted they have a matrix, and that

16   the matrix is hydrophilic.  And, clearly, I think the

17   testimony also that they're separate.

18              Again, the manufacturing process itself together

19   with the Kulkarni testimony together with the expert

20   testimony of Dr. Little, also by Dr. Sinko, that they do

21   result in separate matrices.  I think when you have those

22   elements, inner lipophilic matrix exhibiting lipophilic

23   properties, outer hydrophilic matrix exhibiting hydrophilic

24   properties, and they are separate, that satisfies this

25   Court's claim construction.

1           On the dispersion issue, whether there's a

2   structure or not is a question of fact.  I think on

3   dispersion, clearly, it's -- when we had the claim

4   construction in this case, Zydus argument that, they argued

5   for a claim construction that you have to add mesalamine

6   into each matrix separately, and that was rejected.  That

7   was not accepted by the Court.  That's not part of the

8   claim construction.

9           Clearly, when you have mesalamine -- and, again,

10  we have 85 or more percent mesalamine in this formulation.

11  When you add mesalamine and you have it in the inner

12  lipophilic matrix, that then gets -- again, put the outer

13  hydrophilic matrix around it.  It is dispersed in both the

14  lipophilic matrix at that point and the outer hydrophilic

15  matrix, plus you have the fines of the mesalamine in the

16  formulation, which also becomes part of the outer hydrophilic

17  matrix.

18          There's no quantitative requirement in this

19  claim anywhere about how much mesalamine needs to be there

20  at all.  And so the whole line of inquiry about how much,

21  you did not quantify how many fines there are, so on and so

22  forth, I don't think are relevant to the -- legally relevant

23  to the question of infringement.

24          Testing.  A lot of, a lot of questions here

25  about the testing that wasn't done not to mention the

1      testing that was done and trying to critique that.  But

2      there's no legal requirement, number one, that we have to

3      test anything to show infringement.  It really goes to the,

4      goes to the burden of preponderance of the evidence, and we

5      did do some testing.

6           I go back to where we were in my opening, which

7      is, the evidence of infringement here, number one, is the

8      Zydus process itself.  It's testimony here from Dr. Sinko as

9      well as also from Dr. Little that the manufacturing process

10     alone is sufficient evidence for a finding of infringement.

11     However, in addition to that, we do have testing, some

12     testing.  We have pictures that, images that Dr. Davies

13     took, which shows mesalamine everywhere, everywhere in the

14     granules, outside the granules.  It's everywhere.  It's 80

15     to 95 percent.

16          Your Honor asked the question, what's the basis

17     for the percentage, but that's an agreed-upon, undisputed

18     fact in this case.  Zydus has agreed that they have more

19     than 80 percent, so it's really not even a disputed

20     question.

21          And I think that last point also goes to the

22     point I think I heard Mr. Gaertner say about the mesalamine

23     not being mixed.  It is mixed.  You can see that from the

24     pictures.  At least that's a question of fact that Your

25     Honor will have to resolve as to what you do see in those

1    pictures.  But, clearly, the pictures based on how Dr.

2    Davies interprets what is seen as well as Dr. Sinko does

3    show mesalamine being dispersed throughout the formulation,

4    both the inner and the outer.

5             I think that's it unless Your Honor has anything

6    else.

7             THE COURT:  Thank you very much, Mr. Haug.

8             Mr. Gaertner, you have the last word.

9             MR. GAERTNER:  A dispersion isn't a structure.

10   I think it's a matter of law it's well within the Court's

11   rights to say that the independent floating particles, that

12   it's admitted by Dr. Sinko, are not connected to one another

13   somehow form a structure on your own.  If you were to pull

14   the mesalamine out of that granule that they allege exists

15   and that structure is in there, they would drop to the ground.

16   That's not a structure under any reasonable interpretation

17   of the patent.

18            And I think as a matter of law there's no

19   question that after hearing that testimony, Your Honor, you

20   can decide that that is not a structure.  The patent

21   requires a structure.  The matrix must be a structure and it

22   does not satisfy that requirement.

23            The second item, colloidal silicon dioxide.

24   Dr. Sinko just said it was hydrophilic, and I know we heard

25   a lot about Mr. Kulkarni's confusion in his fact deposition,

1   but he cleared it up at the end, and we have plaintiffs' own

2   expert conceding that it hydrophilic.  But one real point I

3   want to make there is to make sure we're specific.  And that

4   is that the consisting of language, it must be unrelated to

5   said element.  Said element there is the matrix, not the

6   lipophilic properties of the matrix.  It's the matrix

7   itself.  And Dr. Sinko just testified that it's hydrophilic

8   colloidal silicon dioxide within the matrix.  Okay.

9           And it's a pore former that increases the amount

10  of water that penetrates into the matrix.  So it can't be

11  unrelated to the matrix, and it's certainly not an impurity.

12  Those are the only two limitations that are on that

13  construction of consisting of.

14          But I want to focus on the structure alone,

15  because I think that is dispositive in terms of the Court's

16  ability to rule as a matter of law that those floating

17  particles, whatever they may be, do not form a structure in

18  which mesalamine is dispersed.

19          THE COURT:  All right.  Thank you, Mr. Gaertner.

20          Well, it's a well argued motion, and in the end

21  there may be aspects of it that ultimately persuade me, but

22  I'm not persuaded at this point, and I will deny it without

23  prejudice.

24          And we'll begin with your case tomorrow morning.

25  Do you have your witnesses teed up?

1           MR. GAERTNER:  Yes, Your Honor.

2           THE COURT:  All right.  Is there anything

3   else we need to talk about this evening before we recess?

4           MR. GAERTNER:  I believe Mr. Peterka needs to

5   move in DTX-8.  We'll clean that up tomorrow morning.  You

6   don't have to wait.

7           THE COURT:  All right.  Do please take a moment

8   to make sure you check on the time distribution and the

9   exhibits all being in.  It's good to check that stuff day to

10   day.

11           And I will look forward to being with you all

12   tomorrow morning, 9:00 o'clock.  Thank you very much.  And

13   thanks for making allowances for a little bit longer lunch

14   break today.  I appreciate it.

15           (Counsel respond, "Thank you, Your Honor.")

16           (Court adjourned at 4:58 p.m.)

17

18     I hereby certify the foregoing is a true and accurate
transcript from my stenographic notes in the proceeding.

19

20                 /s/ Brian P. Gaffigan
                  Official Court Reporter
21                  U.S. District Court

22

23

24

25