```
 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                           - - -
    SHIRE DEVELOPMENT INC., SHIRE          :    CIVIL ACTION
 4  PHARMACEUTICAL DEVELOPMENT, INC.,      :
    COSMO TECHNOLOGIES LIMITED, and        :
 5  GIULIANI INTERNATIONAL LIMITED,        :
                                           :
 6              Plaintiffs,                 :
    v                                       :
 7                                          :
    CADILA HEALTHCARE LIMITED (d/b/a        :
 8  ZYDUS CADIL) and ZYDUS                  :
    PHARMACEUTICALS (USA) INC.,             :
 9                                          :    NO. 10-581-KAJ
                Defendants.       - - -

10
                        Wilmington, Delaware
11                      Wednesday, March 30, 2016
                        Bench Trial - Volume C
12
                             - - -
13
    BEFORE:        HONORABLE KENT A. JORDAN, U.S.C.C.J.
14
      APPEARANCES:              - - -
15
                    RICHARDS, LAYTON & FINGER, P.A.
16                  BY:  FREDERICK L. COTTRELL, III, ESQ.,
                         KELLY E. FARNAN, ESQ., and
17                       JASON J. RAWNSLEY, ESQ.

18                     -and-

19                  FROMMER LAWRENCE & HAUG, LLP
                    BY:  EDGAR H. HAUG, ESQ.,
20                       ANGUS CHEN, ESQ.,
                         JASON A. LIEF, ESQ.,
21                       DAVID A. ZWALLY, ESQ.
                         ANDREW WASSON, and
22                       ELIZABETH MURPHY, ESQ.
                         (New York, New York)
23
                             Counsel on behalf of Plaintiffs
24

25  Valerie Gunning                  Dale Hawkins
    Official Court Reporter          Hawkins Reporting Service
```

```
 1    APPEARANCES:  (Continued)

 2
                   PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.
 3                 BY:  JOHN C. PHILLIPS, JR., ESQ., and
                        DAVID A. BILSON, ESQ.
 4
                        -and-
 5
                   LOCKE LORD, LLP
 6                 BY:  MICHAEL J. GAERTNER, ESQ.,
                        KEITH D. PARR, P.C.,
 7                      JAMES T. PETERKA, ESQ.,
                        DAVID B. ABRAMOWITZ, ESQ.,
 8                      ANDY J. MILLER, ESQ.,
                        WASIM K. BLEIBEL, ESQ., and
 9                      TIMOTHY F. PETERSON, ESQ.
                        (Chicago, Illinois)
10
                        -and-
11
                   LOCKE LORD, LLP
12                 BY:  ANDREA L. WAYDA, ESQ.
                        (New York, New York)
13
                            Counsel on behalf of Defendants
14

15

16

17

18

19

20

21

22

23

24

25
```

1                          - oOo -

2                    P R O C E E D I N G S

3              (REPORTER'S NOTE:  The following bench trial

4     proceedings were held in open court, beginning at 9:00a.m.)

5

6              THE COURT:  Good morning.

7              (Counsel respond, "Good morning, Your Honor.")

8              THE COURT:  Let's be seated.  All right.

9              Mr. Gaertner?

10             MR. GAERTNER:  Good morning, Your Honor.  Mike

11    Gaertner.

12             We're going to start off the morning by playing

13    some deposition testimony, and if I could, I'd like to

14    introduce my colleague, Wasim Bleibel.

15             THE COURT:  What's the gentleman's name again?

16             MR. GAERTNER:  Wasim.

17             THE COURT:  How do you spell that.

18             MR. GAERTNER:  B-l-e-i-b-e-l.

19             THE COURT:  Bleibel.  Okay.

20             MR. GAERTNER:  Yes, sir.

21             THE COURT:  All right.

22             MR. GAERTNER:  Thank you.

23             THE COURT:  Thank you.

24             MR. BLEIBEL:  Good morning, Your Honor.

25             THE COURT:  Good morning, Mr. Bleibel.

```
 1              MR. BLEIBEL:  My name is Wasim Bleibel, and this
 2    morning we're going to play for you the deposition
 3    designations through video of Massimo Pedrani, and I can
 4    spell that, P-e-d-r-a-n-i, Luigi Moro, M-o-r-o, Srini
 5    Tenjarla, S-r-i-n-i T-e-n-j-a-r-l-a, Kiran Hothur,
 6    H-o-t-h-u-r, first name, K-i-r-a-n.
 7              And before we run the videos, the parties
 8    discussed whether or not it would be necessary to designate
 9    the portions of the testimony that identified the particular
10    30(b)(6) topics that a witness may be designated, designated
11    on, and the parties agree that it would not be necessary
12    unless there's some sort of disagreement.
13              And the witnesses we're presenting today, we do
14    not believe there are any disagreements about their
15    designation, 30(b)(6) witness on the particular topics I
16    will read to you.  And so with that, I will just, if I have
17    the Court's permission, introduce the witnesses with a brief
18    summary of who they are and what topics they're designated
19    on.
20              THE COURT:  Fine.  Are these videotape?
21              MR. GAERTNER:  These are videotape.  I also have
22    binders with the clip reports for you to follow along.  The
23    videos will have streaming text and the exhibits.
24              THE COURT:  All right.  Having the marked
25    transcript will be a help though.  Thank you.
```

1           MR. BLEIBEL:  Of course.  May I approach the

2     bench?

3           THE COURT:  Please.

4           (Binders handed to the Court.)

5           THE COURT:  You may proceed.

6           MR. BLEIBEL:  Your Honor, the first witnessed

7     that the defense calls to the stand through a video

8     designation is Massimo Pedrani.

9           Mr. Pedrani was identified as a 30(b)(6) witness

10    for Cosmo Technologies Limited on the following topics.  The

11    function of each excipient, including, but not limited to,

12    the effective, the effect of each excipient on the

13    solubility or release of mesalamine in 1.2 gram delayed

14    release mesalamine tablet.

15          THE COURT:  All right.  He's a 30(b)(6) witness

16    for what entity?

17          MR. BLEIBEL:  This would be for Cosmo

18    Technologies Limited.  And, further, he was identified as a

19    30(b)(6) witness on the function and use of magnesium

20    stearate in any pharmaceutical product manufactured or sold

21    by Cosmo.

22          THE COURT:  All right.  Thanks.

23          (The videotaped deposition of Massimo Pedrani

24    was played as follows.)

25          "Question:  Can you please state your:

Pedrani - designations

1          Question:  Mr. Pedrani, can you please state

2    your full name for the record?

3          "Answer:  My name is Massimo Pedrani.

4          "Question:  And during the period from 1997

5    through 2001, did you do any work as a consultant for Cosmo

6    pharmaceuticals?

7          "Answer:  Yes, sir.

8          "I was a consultant of the company since the

9    beginning, from the foundation of the company.

10          "Question:  Your name is shown on the face

11    page of the patents as one of the inventors, is that

12    correct?

13          "Answer:  My name is included in the inventor,

14    yes.

15          "Question:  You mentioned earlier about

16    something being old.

17          "Are matrix systems, systems that have been

18    known for a long time in the pharmaceutical industry?

19          "Answer:  I say that in the matrix system is

20    well-known in the pharmaceutical field, working to control,

21    modify or slow the release.  When I say old, well-known.

22    Better to say is well-known.

23          "Question:  Other than the magnesium stearate,

24    what other excipients are well-known to have lubricant

25    properties?

Pedrani - designations

1           "Answer:  There are other products like

2    magnesium stearate, all the stearic acid derivative, stearic

3    fumarate.

4           "Question:  Do you need a lubricant in order to

5    make an acceptable product?

6           "Answer:  Yes, to my knowledge.

7           "Question:  In order to determine which specific

8    excipient in a drug product is performing the function of

9    slowing the release or retarding the release of the active

10   ingredient in a dissolution test, would you need to conduct

11   multiple tests with different quantities of the excipient of

12   interest?

13          "Answer:  That's my recommendation, to see

14   quality of an excipient and the quantity.

15          "Of course coming back to physical properties,

16   we know that you have different cellulose, under the general

17   name of cellulose, but in the same paragraph there are

18   cellulose that can have different physical properties,

19   that's different viscosity, so the viscosity is something

20   that you can measure easily.

21          "Question:  What type of test would you do to

22   determine whether or not magnesium stearate was capable of

23   forming a matrix?

24          "Answer:  Well, we have to substitute our

25   lipophilic to put magnesium stearate in the first part of

Pedrani - designations

1    the process, together with the process in the beginning to

2    create the inert matrix to see if it is working in the way

3    as well as stearic acid or carnauba wax or together.

4         "Question:  How would you measure or what test

5    would you employ to measure whether it was working in a way

6    such as stearic acid or some other wax, what test would you

7    employ?

8         "Answer:  I think that we have to repeat the

9    formula with magnesium stearate and inside, in the matrix,

10   to see if we have the same dissolution profile controlling

11   the release as well as the carnauba wax and stearic acid did

12   together with hydrophilic matrix.

13        "Question:  How would you know it was not some

14   other excipient that was providing the change in dissolution

15   that you are observing?

16        "Answer:  Because in the last five, six years we

17   did a lot of work with different demonstrative influence

18   with inert matrix alone, with hydrophilic, without

19   hydrophilic and hydrophilic alone and we saw some difference

20   in the dissolution profile.

21        "Question:  Did you have any discussions with

22   anyone about what the '248 patent taught or described,

23   because there is a difference between, as you say it, there

24   is a difference between what's set forth in the

25   developmental report and what's actually in the patent,

Pedrani - designations

1    because the developmental report says the concept is

2    porization and the patent says the same notation of

3    canalization.

4              "Did you have any discussions with anyone about

5    that?

6              "Answer:  No, I don't remember.  I think, you

7    know, English not our mother tongue, so we some time have

8    difficulty.

9              "Question:  Does canalization allow for linear

10   release of the active ingredient of a tablet?

11             "Answer:  Canalization is a way how the API can

12   go through when the system is in contact with biological

13   fluid.

14             "Question:  Is it a linear release?

15             "Answer:  Linear release, yes.

16             "Question:  In the '248 patent, which you still

17   have I think in front of you, Defendants' Exhibit No. 109,

18   was a hydrophilic polymer mixed in the substances that

19   formed in the inert matrix?

20             "Answer:  Yes, seems to be."

21             (End of videotaped deposition.)

22             THE COURT:  Can I just interrupt to ask, the

23   reference was being made to the '248 patent.  Does somebody

24   want to, do the parties have a -- I take it that that is

25   different from the '720 patent?  What patent was that

1    about?

2                MR. PETERKA:  Good morning, Your Honor.  Jim

3    Peterka for defendant.

4                The '248 patent is actually, it's a patent

5    that's described in the background section of the '720

6    patent.  It's at column 1, starting at line 48 through 52

7    and it reads, the same note, describing a prior art

8    formulation saying, the same notion of canalization of inert

9    matrix is described in U.S. Patent No. 4,608,248, in which a

10   small amount of hydrophilic polymer is mixed with the

11   substances forming an inert matrix in a none sequential

12   penetration of different matrix materials.

13               THE COURT:  Okay.  I got it.  Thanks.

14               MR. PETERKA:  Thank you.

15               THE COURT:  All right.  Mr. Bleibel, do you have

16   any exhibits associated with this deposition that are to be

17   offered in evidence?

18               MR. BLEIBEL:  We do.  DTX-1, I believe, is

19   already in evidence as PTX-1, which is the '720 patent, so

20   the exhibit I offer into evidence at this time is DTX-156,

21   which is U.S. Patent No. 4,608,248.

22               THE COURT:  Okay.

23               MR. HAUG:  No objection, Your Honor.

24               THE COURT:  All right.  Admitted without

25   objection.

523

Moro - designations

1               (DTX-156 was admitted into evidence.)

2               THE COURT:  Your next witness?

3               MR. BLEIBEL:  Thank you, Your Honor.

4               The defense at this time now calls to the stand

5       by video deposition designation Luigi Moro, who at the time

6       of his deposition was a chief scientific officer at Cosmo

7       Pharmaceutical and Cosmo Technologies, and was identified as

8       a 30(b)(6) witness for Cosmo Technologies on the following

9       topics.  Any research, development, or manufacturing related

10      to 1.2 grams delayed relief mesalamine tablets, including

11      but not limited to the identity and role of the individuals

12      involved in the formulation, manufacturing and testing of

13      the 1.2 gram delayed release mesalamine tablet and the

14      conduct and result of all bioavailability studies of

15      1.2 gram delayed release mesalamine tablet.

16              I also have some binders for you.

17              THE COURT:  Please.

18              MR. BLEIBEL:  May I approach the bench?

19              THE COURT:  Yes.

20              (Mr. Bleibel handed binders to the Court.)

21              (The videotaped deposition of Luigi Moro was

22      played as follows.)

23              "Question:  Mr. Moro, can you state your full

24      name for the record.

25              "Answer:  My full name is Luigi Moro.

Moro - designations

1        "Question:  What is your current title or

2    position?

3        "Answer:  I am the chief scientific officer in

4    Cosmo Pharmaceutical and Cosmo Technologies.

5        "Question:  Have you ever discussed with anyone

6    in your entire career in the pharmaceutical industry the use

7    of magnesium stearate in any functional role other than as a

8    lubricant?

9    A.    I don't discuss, but I read paper when magnesium

10   stearate in some cases has been used as hydrophobic agent.

11   Q.    Have you ever used magnesium stearate as a

12   matrix-forming material?

13   A.    The answer is no.

14   Q.    How long before 1999 did you know that polymers can

15   form matrices?

16   A.    I attended a class on controlled release technologies

17   in the beginning of the year '80, I don't remember exactly

18   when.

19   Q.    What year was that?

20   A.    1980, when they were teaching, teacher taught me the

21   meaning of controlled release mechanism and structure.

22   Q.    You mentioned the word structure; what structure do

23   excipients that have controlled release capabilities or are

24   capable of controlling release, what types of structures do

25   they have?

Moro - designations

A.    What I mean structure is not referring to the single
excipient or a single component, but structure is a term
referring to the formulation.  And I told you before,
reservoir is a type of structure and matrix is another type
of structure.

Q.    I have had marked as deposition exhibit number DDX 103
a document bearing Bates stamp number COMESA 0006353 through
6384.  I would ask you if you can identify this document?

A.    Yes, it looks like a presentation of 5-ASA formulation
on the market, delivery characteristics and distribution
into the gut.

Q.    Have you seen this document before?

A.    Yes.

Q.    When did you first see this document, if you can
recall, and I realize it has been a long time?

A.    I remember that this document is a presentation that
Giancarlo Naccari, I don't remember in what kind of meeting
or symposium, and he showed me this document when he
prepared.

Q.    Do you recall approximately what year that was?

A.    I don't recall exactly, maybe two, three years ago,
but I am not sure about it.

Q.    Showing you what has been marked as Defendants'
Exhibit Number 110.  Can you identify this document for the
record, Mr. Moro?

Moro - designations

1    A.    It is a presentation that is belonging in a meeting,

2    maybe manufacturing committee, and there are represented

3    several descriptions, specs and activity done for the

4    project.

5    Q.    I would like you to turn now to page 5570 and the

6    heading of this particular document says, "Mesalamine 1,200

7    milligram MMX tablets first level change proposed formula,"

8    do you see that?

9    A.    Yes.

10   Q.    And in the description, the vertical column, there is

11   a list of ingredients, one of which is magnesium stearate.

12   Do you see that?

13   A.    Yes.

14   Q.    It says that the current formulation is 14 milligrams

15   per unit and the formula with first level change is to be 11

16   milligrams per unit.  Do you see that?

17   A.    Yes.

18   Q.    And the amount of percentage variation for that three

19   milligram reduction in magnesium stearate is .23 percent; is

20   that correct?

21   A.    That's correct.

22   Q.    And right below that it has a parenthesis that says,

23   "lim .25 percent plus or minus 3.305 milligram," do you see

24   that?

25   A.    Yes.

527

Moro - designations

```
1    Q.    Do you know what that reference is with respect to?

2    A.    The number in parentheses are the specs range,

3    specification range.

4    Q.    When you say specification range, what do you mean by

5    that?

6    A.    I mean the limit in which this variation is tolerated

7    as actual.

8              MR. PARR:  I would like to mark as DDX 111 this

9    document, which has a heading, "Guidance for industry

10   SUPAC-MR:  Modified release solid oral dosage forms."

11             First, Mr. Moro, can you identify this document

12   for the record; I identified it briefly, but if you could

13   more thoroughly identify what it is.

14   A.    It is a guidance for industry called SUPAC modified

15   release solid oral dosage form, guidance that belonged to

16   the FDA guidance, books and collection, addressing the work

17   of the people that are in control of this development field.

18   Q.    Have you seen this guidance before my showing it to

19   you?

20   A.    Sure.

21   Q.    I would like you to turn your attention to page three

22   of this guidance and under A where it says "level one

23   change," do you see that heading, first of all, A, level one

24   change?

25   A.    Yes.
```

Moro - designations

1   Q.    And actually the heading above it, over on page two,

2   Roman numeral number three, says "components and

3   composition, nonrelease controlling excipient; do you see

4   that?

5   A.    Yes.

6   Q.    Going back to page three, under the heading level one

7   change, it defines level one changes as, "Changes that are

8   unlikely to have any detectable impact on formulation

9   quality and performance."

10        Do you see that?

11  A.    Yes.

12  Q.    And performance would include dissolution or release

13  of the drug, wouldn't it?

14  A.    Sure.

15  Q.    Let's go back to the slide presentation that we were

16  looking at before, COMESA 0005570 is the specific page?

17  A.    Yes.

18  Q.    I would like again to refer you to that limit of 0.25

19  percent; is that the same limit that is shown in the FDA's

20  guidance?

21  A.    I think so.

22  Q.    Turning to page 5572 of the slide presentation, the

23  information that is shown on this page is taken directly

24  from the FDA's guidance; correct?

25  A.    Yes.

Moro - designations

```
 1              (End of videotape.)

 2              MR. BLEIBEL:  That's the conclusion of Luigi

 3    Moro's testimony.  At this time, defense would move into

 4    evidence DTX 21, DTX 22, and DTX 183.

 5              MR. HAUG:  No objection.

 6              THE COURT:  All right.  They're admitted without

 7    objection.  Next witness.

 8              MR. BLEIBEL:  Thank you, Your Honor.

 9              The next witness by video deposition designation

10    will be Srini Tenjarla.  At the time the deposition was

11    taken was senior director in the development of

12    pharmaceutical sciences as Shire Pharmaceuticals and was

13    designated as a 30(b)(6) witness for Shire Development and

14    Shire Pharmaceutical Development, Inc. on the following

15    topics:  The formulation and manufacturing process for 1.2

16    grams delayed release mesalamine tablets; the function of

17    each excipient including but not limited to the effect of

18    each excipient on the solubility and/or release of

19    mesalamine in 1.2 gram delayed release mesalamine tablets;

20    the function and use of magnesium stearate to form a matrix

21    in any pharmaceutical product manufactured and sold by

22    Shire; and any study or analysis of magnesium stearate as

23    matrix forming agent.

24              THE COURT:  Before we start, how would you offer

25    the technology part?  I just got a question for you.  Why
```

1    was Cosmo a 30(b)(6) witness?  Who wants to speak to that?

2                    MR. PETERKA:  Good morning, Your Honor.  The

3    inventors of the patent were Cosmo employees and they were

4    the patent holder.

5                    THE COURT:  Sure, I understand that the

6    inventors are the inventors, I'm talking about Cosmo as a

7    witness.

8                    MR. PETERKA:  They're the patent holder.

9                    THE COURT:  They are the assignee of the patent?

10                   MR. PETERKA:  Yes.

11                   THE COURT:  Good enough.

12                   MR. PETERKA:  Sorry I neglected that.  The

13   plaintiffs are Shire, Cosmo, it was Giuliani, now it's

14   Nogra, they were the involved entity.

15                   THE COURT:  Okay.

16                   MR. BLEIBEL:  I have some binders for you as

17   well.  May I approach the bench?

18                   THE COURT:  Yes.

19                   (Videotape deposition. )

20                   "Question:  Can you state your name for the

21   record?

22                   "Answer:  My name is Srini Tenjarla.

23                   "Question:  Who is your current employer?

24                   "Answer:  Shire Pharmaceuticals.

25                   "Question:  What is your current title?

Tenjarla - designations

1              "Answer:  I am a senior director in the

2      department of pharmaceutical sciences.

3              "Question:  When did you obtain your Ph.D.?

4              "Answer:  1989.

5              "Question:  What was your Ph.D. in?

6              "Answer:  In pharmaceutical formulations.

7              "Question:  How long were you a professor at

8      Mercer?

9              "Answer:  Approximately from 1990 to 1997.

10             "Question:  When you were a professor, generally

11     what types of courses did you teach?

12             "Answer:  Pharmaceutics.  Pharmacokinetics.

13             "Question:  You're familiar with Lialda;

14     correct?

15             "Answer:  Yes, I am.

16             "Question:  Do you understand what I mean if I

17     refer to it as SPD476?

18             "Answer:  Yes, I do.

19             "Question:  You said the terminology as far as

20     the SPD476 is concerned, we call it lipophilic.  What do you

21     call lipophilic?

22             "Answer:  The excipients, the lipophilic

23     excipients in the product.

24             "Question:  Which excipients are those?

25             "Answer:  Those would be stearic acid and the

Tenjarla - designations

1    carnauba wax.

2               "Question:  Is that it?

3               "Answer: Yes, to my knowledge.

4               "Question:  I am going to hand you what's

5    previously been marked as DDX 113.  I want you to take a

6    look at the document and just let me know if you recognize

7    it?

8               "Answer:  Yes, I do.

9               "Question:  What is this document?

10              "Answer:  It is something called the quality

11   overall summary and it's part of the NDA submitted by Shire

12   to the FDA.

13              "Question:  What was your involvement in the

14   preparation of the NDA?

15              "Answer:  I was involved in the preparation of

16   the module three and the quality overall summary.

17              "Question:  Is magnesium stearate a well-known

18   lubricant?

19              "Answer:  To my knowledge, magnesium stearate is

20   a lubricant.

21              "Question:  Does it perform any other function

22   in the SPD476 product?

23              "Answer:  In SPD476 it is used as a lubricant.

24              "Question:  It is used as a lubricant only, is

25   that right?

Tenjarla - designations

1          "Answer:  To my knowledge, yes.

2          "Question:  Do you know of any other properties

3     of magnesium stearate?

4          "Answer:  Not to the best of my knowledge, no.

5          "Question:  Are you aware of any pharmaceutical

6     formulation in which magnesium stearate is used as anything

7     other than a lubricant?

8          "Answer:  No, I do not.

9          "Question:  To your knowledge, there are no

10    products that use magnesium stearate to form a matrix; is

11    that correct?

12         "Answer:  Yes, that is correct.

13         MR. PETERKA:  I am going to ask to be marked as

14    Exhibit 161, DDX 161, this is a document, an E-mail and

15    attachment, and the whole range is PLMESA 959749 through

16    959789.

17         "Question:  And the document that's attached to

18    this E-mail, which starts at page 99752, can you describe

19    this document?

20         "Answer:  It is called a briefing document; it

21    is submitted to the FDA prior to the actual meeting.

22         "What I do not know right now is if this is

23    the final draft that was submitted or it was a previous

24    draft.

25         "Question:  Do you have any reason to doubt that

Tenjarla - designations

1    this was the final draft?

2            "Answer:  Looking at the content, I would

3    probably say it pretty close to the final draft, but I just

4    cannot say for certain.

5            "Question:  Does magnesium stearate have any

6    effect on the dissolution profile of the SPD 476 product?

7            "Answer:  To my knowledge, no.

8            "Question:  Does magnesium stearate affect the

9    release of mesalamine from the SPD 476 product?

10           "Answer:  I do not believe so.

11           "Question:  Did you draft this document that's

12   attached, DDX-118?

13           "Answer:  Yes, I believe so."

14           THE COURT:  Hold on.  Can you put up the

15   document?  If I don't have a copy of the transcript, I can't

16   look around on it, so I need you to roll back there.

17           He refers to a, I'm assuming it's a chemical

18   formulation by SPD, whatever it is.  Can somebody tell me

19   whether he identified what that thing is?  I will expect

20   somebody to pop up if they want to and make sure everybody

21   agreed on it.  I mean, I realize your lawyers' statements

22   aren't evidence, but I'm looking for some help.  What is it

23   that he refers to it as?

24           MR. BLEIBEL:  Sure.  So at page 26, line 20,

25   attorney Peterka asks:  "You're familiar with Lialda;

Tenjarla - designations

1    correct?"

2              And the answer is:  "Yes, I am."

3              "Question:  And do you understand what I mean if

4    I refer to it as SPD 476?

5              "Answer:  Yes, I do.

6              THE COURT:  All right.  Thanks.  That's all I

7    need.

8              MR. BLEIBEL:  This is an internal project code

9    that they used to identify the product.

10             THE COURT:  Good enough.  Thank you.  Thanks

11   very much.

12             Go ahead and roll it.

13             "Answer:  Yes, I believe so.

14             "Question:  If you could turn to Page 2166 of

15   this presentation, there is a table there, Asacol and

16   Mesavant.

17             "Do you see that?

18             "Answer:  Yes.

19             "Question:  And this identifies Asacol as having

20   an immediate release core, is that correct?

21             "Answer:  Yes.

22             "Question:  Is that your understanding of

23   Asacol?

24             "Answer:  Yes.

25             "Question:  I am going to show you what's been

1    previously marked as DDX-117.  It is an e-mail and

2    attachment bearing Bates numbers COMESA 3747 through 3749.

3                "Still looking at DDX-117, there is a Table 1 in

4    the attachment that says, 'Excipients contained in different

5    mesalamine formulations in the USA/EU.'

6                "Do you see that table?

7                "Answer:  Yes.

8                "Question:  This table identifies Asacol as

9    having magnesium stearate in the core.  Is that accurate?

10               "Answer:  Yes."

11               (End of videotaped deposition.)

12               MR. BLEIBEL:  That's the conclusion of

13   Mr. Tenjarla'S deposition designations.

14               THE COURT:  All right.

15               MR. BLEIBEL:  At this time defense would move

16   into evidence DTX-153, DTX-173, DTX-44, and DTX-6.

17               (Pause while counsel conferred.)

18               MR. HAUG:  No objection, Your Honor.

19               THE COURT:  Okay.  They're admitted without

20   objection.

21               (DTX-153, DTX-173, DTX-44 and DTX-6 were

22   admitted into evidence.)

23               MR. BLEIBEL:  Thank you.

24               We have one last for this morning, Your Honor,

25   and that would be Kiran Hothur.

1              He will be presented -- and at the time that

2      the deposition was taken, he was a senior scientist with

3      Zydus.

4              Mr. Hothur was designated to testify as a

5      30(b)(6) witness on the experiments and studies referenced

6      in the Zydus product development report and the

7      authentication of the lab notebook and experiments conducted

8      by defendants in the development of the proposed ANDA

9      product.

10             THE COURT:  All right.

11             MR. BLEIBEL:  I have binders.

12             THE COURT:  Thank you.

13             MR. BLEIBEL:  May I approach the bench?

14             THE COURT:  Please.

15             (Mr. Bleibel handed binders to the Court.)

16             THE COURT:  Before we -- how long is this clip

17     going to take?  Do you know?

18             MR. BLEIBEL:  There clip will run six minutes,

19     59 seconds.

20             THE COURT:  All right.

21             (The videotaped deposition of Kiran Hothur was

22     played as follows.)

23             "Question:  When did you get your Master of

24     Pharmacy?

25             "Answer:  I completed it in 2003.

1          "Question:  Did you obtain an undergraduate

2     degree?

3          "Answer:  Yes.

4          "Question:  And what was your undergraduate

5     degree?

6          "Answer:  Bachelor of Pharmacy.

7          "Question:  Do you know who drafted the PDR

8     or the Product Development Report that we marked as

9     Exhibit 8?

10          "Answer:  It was drafted by me.

11          "Mr. Walters:  Did you prepare the text that's

12     underneath 6.2 heading and continuing to the next page?

13          "Answer:  Yes.

14          "Mr. Walters:  This paragraph lists bulk density

15     of the drug substance in the drug product as a desirable

16     final product quality; is that accurate?

17          "Answer:  Yes.

18          "Mr. Walters:  Okay.  Going to the first

19     excipient that's listed here, carboxymethyl cellulose

20     sodium, do you understand that to be an excipient exhibiting

21     hydrophilic characteristics?

22          "Answer:  Yes.

23          "Mr. Walters:  And how about hypromellose, item

24     number two here, do you know whether that excipient exhibits

25     hydrophilic characteristics?

1    "Answer:  Hydrophilic, yes.

2    "Mr. Walters:  And how about magnesium stearate?

3    Do you consider magnesium stearate to be hydrophilic or

4    hydrophobic?

5    "Answer:  Hydrophobic.

6    "Mr. Walters:  What is your understanding of

7    hydrophobic?

8    "Answer:  It is water repellent.

9    "Mr. Walters:  So it resists water?

10   "Answer:  Yes.

11   "Mr. Walters:  Based on your understanding of

12   lipophilic properties, do lipophilic substances, in your

13   understanding of those substances and their mechanics

14   through your experience, do they also repel water or resist

15   water?

16   "Answer:  Yes, I think so.

17   "Question:  Does this flow chart describe in

18   general the steps in the manufacturing process that Cadila

19   uses for its compacted API that is used in 1.2 gram

20   mesalamine tablet?

21   "Answer:  Yes.

22   "Question:  Did you conduct trial batch FO27?

23   "Answer:  Yes.

24   "Question:  And based on the objective here,

25   this experiment FO27 was done to roll-compact API and use in

1    formulation to improve bulk density and achieve target fill

2    waits; is that right?

3              "Answer:  Yes.

4              "Question:  And the initial bulk density in this

5    experiment was 0.18 grams per milliliter?

6              "Answer:  Yes.

7              "Question:  In your first trial, trial number

8    one, the API was fluffy and flakes formed that were brittle

9    without any strength; is that right?

10             "Answer:  Yes.

11             "Question:  And in your second trial, the API

12   was roll-compacted again and you noticed that it improved

13   the strength of the flakes; is that right?

14             "Answer:  Yes.

15             "Question:  It appears that bulk density at this

16   trial, trial number 2, was 0.29 grams per milliliter?

17             Answer:  Yes.

18             "Question:  In your third trial, you noticed

19   that the flow improved; is that right?

20             "Answer:  Yes.

21             "Question:  For the third trial, the API was

22   roll-compacted again and you received a bulk density of

23   0.32 grams per milliliter; is that right?

24             "Answer:  Yes.

25             "Question:  And was there a fourth trial?

1                     "Answer:  Yes.

2                     "Question:  And for this fourth trial, the API

3      was roll-compacted; is that right?

4                     "Answer:  Yes.

5                     "Question:  And you noticed a bulk density of

6      0.38 grams per milliliter?

7                     "Answer:  Yes.

8                     "Question:  Then you noted here in your

9      observations that:  The API was sticking on the rollers so

10     lubricant addiction may improve the flow as well as

11     compaction process?

12                    "Answer:  Yes.

13                    "Question:  What did you mean by that,

14     compaction process?

15                    "Answer:  To make the process feasible and

16     easy.

17                    "Mr. Walters:  Okay.  Good.  Let me ask the

18     question again.  Do you know whether this experiment FO27 is

19     the first time that either you or Mr. Doss roll-compacted

20     the API in a roll-compactor?

21                    "Answer:  Myself, I think.  I think this is the

22     first time.

23                    "Question:  And is that something that you came

24     up with?

25                    "Answer:  Yes.

1          "Question:  And did you also come up with the

2    idea to roll-compact the API in a roll-compactor using

3    magnesium stearate?

4          "Answer:  Along with the colloidal silicone

5    dioxide.

6          "Question:  Okay.  And for FO27 A, you noticed:

7    'No weight variation.  No sticking or picking.  Good flow

8    properties.  Good compactability.  Target weight was

9    achieved after improved bulk density.'  Is that right?

10         "Answer:  Yes.

11         "Question:  Mr. Hothur, do you recognize what we

12   marked as Exhibit 20?

13         "Answer:  Yes.

14         "MR. WALTERS:  Okay.  Can you turn to the page

15   that is marked 212133?  Do you see that page?

16         "Answer:  Yes.

17         "MR. WALTERS:  Do you believe that Zydus'

18   mesalamine tablet 1.2 gram is formulated with only a

19   hydrophilic matrix?

20         "Answer:  Yes.

21         "MR. WALTERS:  And do you believe that Cadila's

22   mesalamine DR tablet 1.2 gram avoids lipophilic matrix

23   formers?

24         "Answer:  Yes."

25         (End of videotaped deposition.)

```
 1                    THE COURT:  All right.

 2                    MR. BLEIBEL:  That's the conclusion of Mr.

 3      Hothur.

 4                    At this time, the defense would move into

 5      evidence DTX-24, PTX-205, and PTX-215.

 6                    MR. HAUG:  No objection, Your Honor.

 7                    THE COURT:  All right.  Thank you.  Thanks very

 8      much.

 9                    MR. BLEIBEL:  Thank you, Your Honor.

10                    (DTX-24, PTX-205, and PTX-215 were admitted into

11      evidence.)

12                    THE COURT:  Mr. Gaertner and Mr. Haug, let's put

13      this on the clock on me at this point.  All right?  I will

14      ask the clerk not to charge this to Zydus.

15                    I have a couple of questions, which I probably

16      should have asked right at the beginning, but the videos

17      prompted.  You can answer now or think about how you want to

18      answer.  But I just would like to get a fix on the

19      relationship of the parties.  Okay?

20                    I understand that Cosmo is -- I should have paid

21      attention to it, I guess, the owner of the patent.  I assume

22      that they are, have assigned the patent to Shire for

23      purposes of taking advantage of it here in the United

24      States.  I would be curious to know if it's an exclusive

25      licensee in the U.S.  Who is Giuliani International Limited?
```

```
 1    Why are they a plaintiff?  What is going on with them?  Are

 2    they still active in the place?  What's the relationship

 3    between Cadila and Zydus?  They seem to be sister companies,

 4    but separate companies.

 5              Sometimes you see the Cadila name.  Sometimes

 6    you see the Zydus names.  Sometimes you see Zydus and Cadila

 7    together.

 8              You know, I'm embarrassed to be saying at the

 9    beginning of the third day of trial, I'm asking for this

10    clarification.  But does somebody want to tell me?  Like

11    give me a program so I know who the players are.

12              MR. GAERTNER:  I will let Mr. Haug do the first

13    part and I will do the second part, if you would like, Your

14    Honor.

15              THE COURT:  All right.

16              MR. HAUG:  Well, Your Honor, Cosmo is the

17    patentee.  They have exclusively licensed the patent to

18    what was Giuliani.  Right?  And is has now changed their

19    name to Nogra, N-o-g-r-a Pharma Limited, which was, as I

20    said, is the exclusive licensee of the '720 patent.  And

21    they in turn have granted an exclusive sublicense to Shire.

22              And this is all set forth in paragraph 10,

23    actually, Your Honor, of the statement of uncontroverted

24    facts.

25              THE COURT:  Okay.
```

1           MR. HAUG:  In the Pretrial Order.

2           THE COURT:  All right.

3           MR. HAUG:  So that's how Shire has the rights on

4    these patents.

5           THE COURT:  Perfect.

6           MR. HAUG:  And we represent all of those

7    parties.

8           THE COURT:  All right.  I knew it would be in

9    here someplace.  All right.

10          MR. GAERTNER:  Good morning, Your Honor.  Mike

11   Gaertner.

12          I will answer the second part with respect to

13   Cadila and Zydus.

14          Zydus Pharmaceuticals USA is the marketer of the

15   product and the holder of the ANDA for the generic

16   mesalamine 1.2 gram delayed release tablet that's at issue

17   here.  It's an affiliate of Cadila Healthcare, Incorporated,

18   I'm sorry, Limited, which is in India.  They are the

19   manufacturer of the product.

20          THE COURT:  All right.  Okay.  Perfect.  Good

21   enough.  All right.

22          Now we're off my clock and we're back on the

23   defendants' clock.

24          MR. GAERTNER:  All right.  Your Honor, the

25   defendants would like to call as the next witness Dr. Robert

Bellantone - direct

1    Bellantone.

2                THE COURT:  All right.

3                ... ROBERT A. BELLANTONE, having been duly sworn

4    as a witness, was examined and testified as follows ...

5                THE COURT:  Mr. Gaertner, do you have exhibits?

6                (Mr. Gaertner handed notebooks to the Court and

7    to the witness.)

8                THE WITNESS:  Thanks.

9                           DIRECT EXAMINATION

10   BY MR. GAERTNER:

11   Q.    Good morning, Dr. Bellantone.  Would you please state

12   your name and address for the record?

13   A.    Yes.  Robert A. Bellantone.  67 Davenport Road,

14   Yonkers, New York.

15   Q.    And what is your profession, Dr. Bellantone?

16   A.    I'm a pharmaceutical scientist, recently retired as a

17   professor from Long Island University.

18   Q.    All right.  Can we please put up slide 2.

19                Dr. Bellantone, before we get started here,

20   could you briefly describe your educational background for

21   the Court?

22   A.    Yes.  I earned a Bachelor's in pharmacy in 1976 from

23   the University of Connecticut.  Some year later I went

24   back to school to study for a Ph.D. in pharmaceutical

25   sciences.

Bellantone - direct

1          I was in that field for several years, took all

2    the courses, but some of the courses that I had taken along

3    the way involved some physics and engineering, and I was

4    very struck with those, so I changed my field of study and I

5    obtained my Ph.D. in physics in 1992.

6    Q.    And from where did you obtain your Ph.D.?

7    A.    That was also from the University of Connecticut.

8    Q.    Please describe your professional experience since

9    obtaining your Ph.D.

10   A.    Yes.  Well, for the past 20 years I've been affiliated

11   with Long Island University.  I taught one graduate course

12   as an adjunct in 1995 and I applied and received a full

13   position in the fall of 1996.

14          I went through the associate, assistant

15   associate and made a full professor, and I, as I said, I

16   retired from there very recently, at the end of the fall of

17   2015 semester.

18   Q.    Can you describe for the Court some of the courses

19   that you taught while at Long Island University?

20   A.    Yes.  Well, since 2004, most of my teaching has been

21   in the graduate program, especially Ph.D. courses.  I have

22   taught courses in drug delivery, controlled release, dosage

23   form design, physical pharmacy and physical chemistry.

24   Q.    Have you taught any courses that you believe are

25   particularly relevant to the issues that you have been asked

Bellantone - direct

1    to consider in this case?

2    A.    Yes, one of my Ph.D. courses called interfacial

3    phenomenon is a course in surface interaction and I believe

4    that's very relevant to the case.

5    Q.    Can you explain to the Court why you believe that

6    experience is relevant?

7    A.    Yes.  Well, interactions that go on in interfaces are

8    I think particularly applicable to this case, for instance,

9    the interaction of water with excipients, or with API is

10   very important, and the nature of those interactions and the

11   strength of those interactions will have a profound affect,

12   for instance, if water is in contact with a surface, and if

13   they like each other the water will tend to spread and wet

14   the surface, but if they don't like each other then the

15   water will tend not to do that.

16   Q.    Did you teach the courses on interfacial and surface

17   chemistry to Ph.D. students at Long Island University?

18   A.    Yes, I did.  It turns out that in that course, we

19   bring up a lot of concepts from math and physics and

20   chemistry.  And these are relevant to the pharmaceutical

21   sciences, especially the origins of the interactions and so

22   on, but it also turns out that's not an isolated event

23   because a lot of things that go into pharmacy with drug

24   delivery and processes, they're affected by concepts and

25   physics and chemistry and math.

Bellantone - direct

1   Q.    Please summarize for the Court some of your areas of

2   research?

3   A.    Yes.  Most of my research has focused on applying

4   material science to pharmacy problems.  So I have done a lot

5   of work with studying drug delivery and drug release, but I

6   have also done a lot of work breaking down those things in

7   component processes, for instance, I study drug excipient

8   interactions, water interactions, water excipient

9   interactions.  I have also done a lot of modeling to explain

10  those and develop and test to either corroborate the model

11  or get data that we need.

12  Q.    I'm going to pause here because I think I started too

13  quickly and didn't give you a chance to get a glass of

14  water.

15  A.    I'm used to multitasking, so thank you.  I'm good to

16  go, thank you.

17  Q.    Have you done any consulting work, Dr. Bellantone?

18  A.    Yes, I have.

19  Q.    And for whom have you done consulting work?

20  A.    I have consulted for industry analyzing data and using

21  that data to adjust dosage form and the design of dosage

22  forms.  I have also done work for the United States Food and

23  Drug Administration and the work that I have done for the

24  FDA, we have had a couple of projects with them developing

25  new test methodologies and also exploring mechanisms by

Bellantone - direct

1    which some formulations like nanoparticulate formulations

2    work.  And the ultimate goal there is to help the agency

3    have a better understanding of generic and branded

4    formulations.

5    Q.    Can you please turn in your binder to DTX 106.  Is DTX

6    your CV?

7    A.    Yes, that's my CV.

8    Q.    Is the information contained in your CV accurate and

9    up to date?

10   A.    Yes, with the exception of maybe a couple of

11   publications, a couple of graduate students and, of course,

12   as I mentioned I retired from the University at the end of

13   the fall.

14            MR. GAERTNER:  Your Honor, we offer DTX 106 into

15   evidence.

16            MR. CHEN:  No objection, Your Honor.

17   BY MR. GAERTNER:

18   Q.    Dr. Bellantone, have you previously acted as an expert

19   in the area of pharmaceutical sciences?

20   A.    Yes, I have.

21   Q.    How many occasions?

22   A.    Six or seven.

23   Q.    Have you been accepted by a court as an expert?

24   A.    Yes, I have.

25   Q.    And by what court?

Bellantone - direct

1    A.    Actually it was here in Delaware, I testified before

2    Judge Robinson on a pharmaceutical patent infringement case

3    where I was a water excipient expert.

4    Q.    What was the name of the law firm that retained you in

5    that case?

6    A.    Frommer, Lawrence & Haug.

7              MR. GAERTNER:  Your Honor, at this time, we

8    offer Dr. Bellantone as an expert in the field of

9    pharmaceutical and material sciences, including surface and

10   interface chemistry?

11             MR. CHEN:  No objection.

12             THE COURT:  All right.  He's admitted as an

13   expert.  You may proceed.

14   BY MR. GAERTNER:

15   Q.    Dr. Bellantone, what were you asked to do in this

16   case?

17   A.    I was asked to review Dr. Hoag's report and also

18   review his test.  And I was also asked to determine whether

19   or not his test demonstrated that the so-called inner volume

20   of granules of Zydus' ANDA product exhibited lipophilic

21   properties.

22   Q.    In your opinion, Dr. Bellantone, does the mesalamine

23   blended compacted material produced by Dr. Hoag simulate the

24   inner volume of the granules of the Zydus ANDA product?

25   A.    No, it does not.

Bellantone - direct

1  Q.    If we could, let's first start with slide six if we

2  could.  Dr. Bellantone, did you have a chance to review the

3  sources of the mesalamine and excipients that Zydus uses in

4  its products and that Dr. Hoag used?

5  A.    Yes, I did.

6  Q.    Did Dr. Hoag use the same mesalamine and excipients

7  that Zydus used in its product?

8  A.    No.  As you can see he used a supplier called Chemi --

9  I'm sorry, Zydus used Chemi and Dr. Hoag obtained them from

10 AK.

11 Q.    How about magnesium stearate, were there any

12 differences there?

13 A.    Again, different supplier, in the Zydus they used

14 magnesium stearate from Lohmann and Dr. Hoag made it from

15 Spectrum.

16 Q.    With colloidal silicon dioxide, were there any

17 differences there?

18 A.    Well, it was the same supplier, but there was a

19 difference.  Evonik was the supplier for both, but Zydus' ANDA

20 they used a pharmaceutical grade colloidal silicon dioxide

21 and in Dr. Hoag's test it was a technical grade, technically

22 would not be allowed in the pharmaceutical product.

23 Q.    Can there be differences in the properties of the

24 mesalamine and excipients made by different suppliers?

25 A.    It's pretty well-known that even if you have the same

Bellantone - direct

1    compendium grade say USP which refers to more chemical

2    purity, there can be differences in physical properties,

3    such as surface morphologies, the tablets, the particle

4    sizes, shape, the surface energy of the particles and the

5    ingredients.

6    Q.    Can you have please turn to slide seven.

7    Dr. Bellantone, what do we see on slide seven?

8    A.    This is something that I excerpted from one of the

9    references in Dr. Hoag's report.  It's a paper by

10   Kayrak-Talay, et al., Quality by design for wet granulation

11   in pharmaceutical processing.  There is a little bit more to

12   the title, but it was published in Powder Technology in

13   2013.

14   Q.    What was stated in this publication?

15   A.    Well, that publication noted that excipients are often

16   derived from natural sources and a vendor can actually

17   affect the properties and I'll read in that different

18   outside vendors which can lead to variability in the

19   excipient properties.

20   Q.    And does this publication refer also to excipients

21   derived from natural sources?

22   A.    Yes, it does.

23   Q.    And these excipients can lead to variability in

24   excipient properties?

25   A.    Yes.

Bellantone - direct

1    Q.    Now, is magnesium stearate an excipient derived from

2    natural sources?

3    A.    Yes, it is.

4    Q.    In your opinion, Dr. Bellantone, should Dr. Hoag have

5    assessed and controlled for any differences in the

6    properties between the mesalamine and excipients that he

7    used as opposed to the mesalamine and excipients that Zydus

8    used in its ANDA product?

9    A.    Yes, I believe so.

10   Q.    Why is that?

11   A.    Well, Dr. Hoag is attempting to make materials that

12   he's going to test that will act as a surrogate because

13   there was no tests done directly on the ANDA product, so you

14   want to make sure that your surrogate reflects as accurately

15   as possible the end product that you're using as a

16   substitute for, knowing that there are variabilities in

17   these, you would want to either control or make sure that

18   there are no differences, and of course the easier way

19   probably to do that is to get them from the same sources.

20   Q.    Let's shift gears a little bit and talk about bulk

21   density.  Does the Zydus ANDA manufacturing process contain

22   a bulk density specification that the roller compacted

23   materials must meet to continue to be used in the Zydus

24   manufacturing process?

25   A.    It contains a bulk density specification, whether or

Bellantone - direct

1   not it's roller compacted depends on whether it's failed

2   that test.

3   Q.   Before we get too far, can you explain to the Court

4   what bulk density is about?

5   A.   Yes, bulk density is -- it's a measurement or it's a

6   test that you do, and it's a reflection of the properties of

7   the granulars or whatever it is you're trying to assess, so

8   it can reflect differences in surface energy, morphologies,

9   core volume, porosities and so on.

10  Q.   Do particle size and shape also affect it?

11  A.   Yes, they do.

12  Q.   If we could go to the next slide, please.  Can you

13  explain to the Court how bulk density is measured?

14  A.   This is actually taken from the Zydus batch

15  manufacturing record or BMR.  This is section 6.2 and they

16  give a very nice simple explanation of the protocol that's

17  followed.  You take a known weight of the powder or the

18  granules that you want to test.  You transfer that carefully

19  into what's called a graduated cylinder which is the

20  illustration to the right and you transfer the powder in.

21  You're careful to level the powder without compressing or

22  compacting.

23       And then what you do is you read the volume off of the

24  cylinder and then you do a simple calculation where you take

25  the weight of the powder that you put in divided by the

Bellantone - direct

1    volume that you measured and that is your bulk density.

2    Q.    You're referring to this section 6.2 in DTX 18?

3    A.    Yes, I am.

4              MR. GAERTNER:  Your Honor, at this time we move

5    into evidence DTX 18.

6              MR. CHEN:  No objection.

7              THE COURT:  Admitted without objection.

8    BY MR. GAERTNER:

9    Q.    Can we please go to the next slide.  Dr. Bellantone,

10   there is a lot of information on this slide so I would like

11   to walk you through the portions of it.  I would like to

12   first start in the upper left-hand corner of this slide, and

13   these also some sections from DTX 18 as well.  If you could

14   just read the section number, Dr. Bellantone.  Let's start

15   in the upper left-hand corner, what window do we see in the

16   upper left-hand corner?

17   A.    Well, in the upper left-hand corner this is -- these

18   are the results that Zydus marked in its BMR and so what

19   they -- what this shows is they took three samples out of

20   their blended mix of magnesium stearate, colloidal silicon

21   dioxide and mesalamine, they took three samples out of

22   there, they determined the bulk density for all three then

23   they took the average.

24   Q.    And when you say the blended material, is this the

25   blended material of mesalamine, colloidal silicon dioxide

Bellantone - direct

1    and magnesium stearate?

2    A.    Yes.

3    Q.    This is this the blended material before it goes into

4    the roller compaction process?

5    A.    What they do is they test the bulk density right after

6    the blending and if it meets the spec, then they don't have

7    to roller compact, but if it fails the specification of .4

8    grams per ML, then they roll it.

9    Q.    Did Dr. Hoag perform this test on material that he

10   blended?

11   A.    After the blending, Dr. Hoag determined the bulk

12   density, yes.

13   Q.    After the blending or after the roller?

14   A.    After the blending and the roller compaction, he

15   determined the bulk density, he recorded it and then he

16   moved on.

17   Q.    My question is before he roller compacted it when he

18   did his blend, did he do this test?

19   A.    No, not before.

20   Q.    Moving to the bottom left-hand corner, Dr. Bellantone,

21   what do we see there?

22   A.    This is from the Zydus BMR again.

23   Q.    You're referring to section 6.4?

24   A.    Yes, I'm sorry, this is section 6.4 and 6.4.1.  And

25   this is after the failing the bulk density test, the

Bellantone - direct

1    materials were roller compacted and then retested for the

2    bulk density and this is the result of that determination.

3    As you can see again they did three samples, took the

4    average.  And this time the average was .44 grams per ml, so

5    it was above the criteria that they had set.

6    Q.    Did the roller compacted material in batch EMM196 meet

7    the Zydus bulk density specification?

8    A.    Yes, it did.

9    Q.    You touched on this a minute ago but I want to go back

10   so we take it in order and that is Dr. Hoag's bulk density

11   test.  What do we see in the bottom right-hand corner of DDX

12   11.9?

13   A.    There are two things shown here.  Dr. Hoag blended a

14   roller compacted pure mesalamine -- I'm sorry, he didn't

15   blend, he roller compacted pure mesalamine.  He also blended

16   the colloidal silicon dioxide, the magnesium stearate and the

17   mesalamine, he roller compacted that and you see the

18   determinations of the two bulk densities.

19   Q.    After he roller compacted the material, did Dr. Hoag

20   test for the bulk density as specified in the Zydus

21   manufacturing record?

22   A.    No, he tested, he recorded it, but he didn't try to go

23   back and meet the specification.

24   Q.    When he tested it, did his material meet the Zydus

25   bulk density specification?

Bellantone - direct

1    A.    No, it was below.

2    Q.    Did Dr. Hoag go back then and roller compact the

3    material again as the Zydus specification requires?

4    A.    No.

5    Q.    Did he record in his lab notebook why he didn't go

6    back and roller compact it again?

7    A.    No.

8    Q.    Let's go to the next slide, please.  In your opinion,

9    Dr. Bellantone, is Dr. Hoag's failure to meet the Zydus bulk

10   density specification render scientifically unreliable any

11   comparison between the mesalamine blended roller compacted

12   material that he created and the Zydus product?

13   A.    Yes, I believe it does.

14   Q.    Please explain to the Court your basis?

15   A.    Well, a couple of things come out.  First of all, by

16   not meeting the spec, we have seen that the bulk density has

17   an affect, so by not meeting the specification, he's going

18   to go ahead and test something that actually never shows up

19   in the Zydus ANDA product because had it failed they would

20   have roller compacted before moving forward.

21        The other thing is, we were talking about some

22   variabilities with excipients and process and so on.  If you

23   don't meet the bulk density, that's kind of a stopping point

24   where you kind of check and look at what you have got.  If

25   you're not meeting it that should be a red flag that should

Bellantone - direct

1    make you want to stop and go back and look why is it

2    different because if I'm going to use this as a surrogate, I

3    want to make sure that I'm as close as possible.

4    Q.    Is there any indication in Dr. Hoag's lab notebook

5    that he went back and examined his excipients and process at

6    the time he failed to meet the bulk density specification?

7    A.    No.

8              THE COURT:  Mr. Gaertner, let me ask a question

9    if I might.  I understand your point that the substitute,

10   you have a substitute that's as close as possible, explain to

11   me as a matter of physical properties of these chemical

12   compounds why it makes a difference, or should make a

13   difference in testing, whether or not the Zydus ANDA spec of

14   .4 is met?  What's going on with the material that would

15   make something denser, more or less of a lipophilic

16   compound, if you understand what I'm asking.

17             THE WITNESS:  Yes.  If it's okay, I'll give a

18   relatively concise answer here because this is going to be

19   developed more fully as we go forward.

20             THE COURT:  That's fine.  If you got it worked

21   into your routine, by all means, handle it on your own.  But

22   you talk about it now, so the answer that it's different

23   doesn't really satisfy my question.  So what if it's

24   different?  That's my question.

25             THE WITNESS:  If I may just very quickly give

Bellantone - direct

1    you a very concise answer so you can see where we're going.

2    There are other properties besides lipophilicity that can

3    affect the uptake of the water, for instance the core

4    structure and things of that nature, they're going to be the

5    reflection of differences in bulk density and so on.  That's

6    why we're calling attention to these things now, but they're

7    going to be developed as part of my argument.

8                THE COURT:  Okay.  Go ahead, Mr. Gaertner, take

9    it away.

10   BY MR. GAERTNER:

11   Q.    Does bulk density have an impact on surface chemistry?

12   A.    It's -- well, okay, it's a reflection of differences,

13   it could be differences in the surface chemistry, it could

14   be differences in the pore structure, the size of the

15   particles, the shape of the particles and these as we'll see

16   can affect the water uptake.

17   Q.    Indeed that's where I was going, Your Honor.  Does

18   particle size, particle shape and pore shape, things of that

19   nature impact the interaction of materials in water?

20   A.    Yes, it interacts, it can interact with the

21   interaction, it can also affects the kinetics and the rates

22   of uptake.

23   Q.    I would like to go to the next slide, 11.11, please.

24   Now, Dr. Bellantone, we just discussed Dr. Hoag's failure to

25   meet the bulk density specification.  On 11.11, can you just

Bellantone - direct

1    illustrate for the Court what point in the Zydus

2    manufacturing process the bulk density test comes in?

3    A.    It's in the -- Zydus actually in their BMR breaks

4    things into a couple of -- they give names to processes, so

5    they have got their compaction group and the bulk density

6    determination occurs in that compaction step.  It has to be

7    met before it moves on to further steps.

8    Q.    Now, did Dr. Hoag in making his tablets that he tested

9    deviate from the Zydus ANDA process in any other way?

10   A.    Yes, I think if we move forward, what he did was he

11   roller compacted, noted the bulk density, but then he

12   deviated from the process by introducing a compression step.

13   He actually took the -- what came out of the roller

14   compactor, then he compressed it into tablets.

15   Q.    Now, did this step exist in the Zydus manufacturing

16   process?

17   A.    No.

18   Q.    Now, did doctor Hoag report in his lab notebook the

19   settings that he used to compress these tablets?

20   A.    No.

21   Q.    What is the next step in the Zydus process once the

22   roller compacted material meets the bulk density

23   specification?

24              THE COURT:  Hold on just a moment.

25              Does compression have the same or similar effect

Bellantone - direct

1   as compaction?

2           THE WITNESS:  It depends on the, the settings,

3   because when you come out of the compactor, you have the

4   granules and you sift them to get the size.  And if you

5   compress them into a tablet, among other things, what you

6   are doing is you're squeezing out a lot of the waste basis,

7   and as we'll see, that's kind of an important thing.

8           And the compression step in making the tablet

9   can also introduce some variability and reproducibility into

10  the process that he's following.

11          THE COURT:  As a generalized matter, though, do

12  compaction and compression increase bulk density?

13          THE WITNESS:  You would -- oh, yes.  Well,

14  certainly, the compression.  Compaction, you would expect

15  would increase the bulk density because you're squeezing the

16  particle closer together, so you are squeezing out some of

17  the empty space and when you compress it into a tablet,

18  again, you're squeezing out more of the empty space.  So

19  that would increase the bulk density.

20          THE COURT:  All right.  Thank you.  Thank you,

21  Mr. Gaertner.

22  BY MR. GAERTNER:

23  Q.   Can the force of compression settings also impact the

24  up take of the water into a tablet?

25  A.   Yes.

Bellantone - direct

1    Q.    And did Dr. Hoag report in his lab notebook whether

2    the compression settings he used to make his tablet at this

3    phase in any way align with the compression settings that

4    Zydus used when it ultimately makes its ANDA product?

5    A.    No.

6    Q.    Let's move along.  The last question I believe I had

7    was, what happens next after, in the Zydus process, the

8    roller compacted material comes out, meets the bulk density

9    specification.  What happens next?

10   A.    Okay.  After you go through the compaction and meet

11   the specification, then you move on to what's called the wet

12   granulation, which is actually a combination of you're

13   blending a couple of hydrophilic polymers and then you're

14   adding water to wet, that's why they call it wet

15   granulation.  So there's a significant amount of water

16   that's added into that step.  At the end of all of that

17   mixing, then you dry the materials.

18   Q.    All right.  And what's the next step then, Dr.

19   Bellantone?

20   A.    After that, then you move onto what they call the

21   lubrication step.  So they blend in some more colloidal silicon

22   dioxide, some microcrystalline cellulose, which is another

23   polymer, and then they blend in some magnesium stearate.

24   And then after they've done all of that, then they, if

25   you click one more time, then they do the tablet

Bellantone - direct

1   compression.

2   Q.    Now, I want to --

3                 THE COURT:  I'm sorry, Mr. Gaertner.  I do this

4   quite a lot.

5                 MR. GAERTNER:  No.  Please do.

6                 THE COURT:  So I've heard a lot of people

7   talking about lubrication.  What does it mean to you to say

8   lubrication in the context of a series of steps like that?

9   What's being lubricated and for what purpose?

10                THE WITNESS:  Okay.  When you are compressing

11  into tablets, you're actually putting thousands of pounds

12  per square inch to get the materials to stick together into

13  a nicely formed coherent tablet.

14                One of the problems that you can run into is

15  that after you put the pressure on and you release it, the

16  materials can stick to the, to the walls of the -- so you've

17  got to punch and die.  If it sticks to the walls when it

18  gets ejected, you can break the tablets, or you can

19  introduce like cracks, things like that.

20                So you put a lubricant so it flows out more

21  smoothly and you avoid all those types of imperfections

22  associated with ejecting it.

23                THE COURT:  Thank you.

24                Mr. Gaertner?

25  BY MR. GAERTNER:

Bellantone - direct

1   Q.    I want to focus here on the wet granulation step that

2   we talked about.

3              Do the subsequent processing steps in the Zydus

4   ANDA process, in particular, wet granulation step that Dr.

5   Hoag did not perform affect the properties of the compacted

6   materials and the Zydus ANDA product?

7   A.    Yes.  Yes, they do.

8              MR. GAERTNER:  Can we go to the next slide,

9   please.

10             Next, please.

11             THE WITNESS:  Okay.  It's pretty well-known in

12  the literature, and it has been reported that wet

13  granulation does have effects and what it -- what I have

14  here, I compared a -- an excerpt from another one of Dr.

15  Hoag's references.  This paper is by Hapgood, et al, and

16  it's called the "Drop Penetration into Porous Powder Beds."

17  It was published in the "Journal of Colloidal and Interface

18  Science" in 2002.

19             And they talk in that paper, among other

20  things, that wet granulation is complex.  Many phenomenon

21  occur simultaneously with the granule attributes and then

22  they list some things.  But among the attributes that can be

23  modified are the granule attrition, which is kind of the

24  wearing down and breakage.  So you can actually break up the

25  granules was part of that step.

Bellantone - direct

1   Q.    Dr. Bellantone, for purposes of the record, could you

2   read in the slide that you just discussed?

3   A.    Yes.  This was DDX-11.16.

4   Q.    And the reference, please?

5   A.    Yes.  It was Hapgood, et al, Drop penetration into

6   porous powder beds, published in 2002 in the "Journal of,

7   Colloidal and Interface Science."

8   Q.    And the highlighted material?

9   A.    Yes.  The wet granulation is complex.  Many phenomena

10  occur simultaneously in the granulator which will influence

11  the granule attributes.  We divide these into three groups:

12  Granule nucleation and binder distribution.  Granule

13  consolidation and growth.  And granule attrition and

14  breakage.

15  Q.    Now, Dr. Bellantone, in your opinion as an expert

16  surface and interfacial chemistry, does Dr. Hoag's failure

17  to control for the differences in the mesalamine and

18  excipients he used and his failure to follow the Zydus ANDA

19  product render scientifically unreliable any comparison

20  between the mesalamine blend roller compacted material that

21  Dr. Hoag created and the Zydus ANDA product?

22  A.    Yes.  I think there are too many unknowns, too many

23  steps that are significant that would affect the surface

24  properties and the shapes in the particles and the porosity

25  and things of that nature that we'll talk more about.  I

Bellantone - direct

1    just think that there's too much of a difference to draw any

2    comparison.

3    Q.    Now, did Dr. Hoag run his capillary method on the

4    granules that he created?

5    A.    No.  Not on the granules.  He, what he did was he

6    actually ran his test on tablets that he compressed out of

7    the granules.

8          MR. GAERTNER:  Could we please put up Dr. Hoag's

9    lab notebook, please, which I believe is DTX-117.  Is that

10   right?  We have a PTX-version up here.  PTX-577.

11   BY MR. GAERTNER:

12   Q.    That's up on your screen as well, I think, Dr.

13   Bellantone.

14   A.    Mm-hmm.

15   Q.    And this is a copy of Dr. Hoag's lab notebook.

16         And could you read for the Court what the

17   purpose of Dr., I'm sorry, the purpose recorded for the

18   experiment that Dr. Hoag created?

19   A.    Yes.  Well, it says the purpose, to make mesalamine

20   tablets by roller-compaction technique.

21   Q.    And if you could turn to page 5 of Dr. Hoag's lab

22   notebook, it's in your binder as well as on the screen.  We

23   can take it up.

24         And a page 5 at the top of the lab notebook, did

25   Dr. Hoag record the tableting procedure?

Bellantone - direct

1   A.    He recorded most of it.  He recorded the weights.  He

2   recorded that he put it into a Stokes press, but he did not

3   record the compression force.

4   Q.    And for the benefit of the Court, what's a Stokes

5   press?

6   A.    It's an apparatus used to make tablets.

7   Q.    And further down on the page of Hoag lab notebook

8   page 5, PTX-577, can you read for the Court the headings that

9   he had where he recorded the data on his test?

10  A.    Yes.  Well, it starts with tablet number and then he

11  has got the tablet weight, the tablet height, the tablet

12  diameter in centimeters, the tablet volume, and then the

13  percent porosity.

14  Q.    Now, on this page on 5 of Hoag's lab note, did Dr.

15  Hoag also describe his capillary experiment?

16  A.    Yes.  That's where he describes it.

17  Q.    And can you describe what he did for the Court?

18  A.    Yes.  He filled a capillary tube with water up to a

19  marked point and then a tablet was placed underneath the

20  capillary tube on a rising platform.  Then he, he raised it

21  until the capillary made contact with the tablet surface.

22  Then they recorded the time for the water to absorb into the

23  tablet.

24  Q.    Okay.  And did Dr. Hoag record the volume of the water

25  that he put in the capillary?

Bellantone - direct

1    A.    No, he did not.

2    Q.    Did you estimate the volume of water that's in the

3    capillary?

4    A.    Yes.  From his report and the photographs in his

5    report.  And knowing that the tablet size was 13

6    millimeters, I was able to reference everything in the

7    photographs in his report, so I was able to actually

8    calculate the height of the capillary.  I was able to

9    estimate the diameter and it corresponded very much with the

10   standard off-the-shelf capillary that you can buy for use in

11   the lab.

12          So from that procedure and knowing the height of

13   where the mark was that he put, I was able to calculate

14   pretty, pretty closely what volume of water he was

15   introducing.

16   Q.    And what did you estimate that volume of water to be?

17   A.    I estimated it to be 57 microliters.

18   Q.    Now, in the Hapgood reference, which Dr. Hoag

19   normally didn't follow, but that's a drop penetration test.

20   Does that reference describe the volume of the droplets that

21   was used in the drop penetration test in Hapgood?

22   A.    Yes.

23   Q.    And what was the range of the water droplets there?

24   A.    Yes.  There was a range, but it was from about maybe

25   six to eleven microliters.

Bellantone - direct

1          THE COURT:  Give that to me again.  What was

2     the volume that you calculated Dr. Hoag had used in his

3     test?

4          THE WITNESS:  It was 57 microliters.

5          THE COURT:  And what did you say was the drop

6     penetration volume in Hapgood's test?

7          THE WITNESS:  It varied, but it was six to

8     eleven.

9          THE COURT:  And what difference does it make

10    whether you use 57 milliliters or six or seven milliliters?

11         THE WITNESS:  Okay.  You're very good at

12    anticipating, but the actual volume, later on, I'm going to

13    compare that to the volume of the space in the tablet and

14    make the argument that it's large.

15         THE COURT:  I'm sorry.  I'm ahead of you.

16         THE WITNESS:  That's fine.

17         MR. GAERTNER:  You're reading ahead, Your Honor.

18    You're reading ahead.

19         THE COURT:  You just go ahead, Mr. Gaertner.

20         MR. GAERTNER:  I will try my best.  I will try

21    my best.

22    BY MR. GAERTNER:

23    Q.   Dr. Bellantone, did Dr. Hoag in performing his test

24    control for all the variables that you believe a reasonable

25    scientist would control for in performing a test such as he

Bellantone - direct

1    described?

2    A.    No, I don't believe so.

3             MR. GAERTNER:  Can we go to slide 11.19.  Oh,

4    let's go to the next one.  Okay.

5    BY MR. GAERTNER:

6    Q.    First of all, Dr. Bellantone, did you notice any --

7    you talked a few minutes ago -- I will start fresh.

8    Withdraw everything I said.

9             You talked a few minutes ago with the Court

10   about the impact of lubricants and things like that in

11   tablet ejection.

12            Did you notice any imperfections in the tablets

13   that Dr. Hoag made that were pure mesalamine without any

14   lubricant involved?

15   A.    Yes.  Actually, as you can see in the photograph,

16   there are some imperfections.  From this angle you can

17   really see them sort of along the bottom.  There

18   are no, no pictures taken specifically of the top, but, you

19   know, it raises the question of imperfections all over the

20   surface.

21   Q.    You are referring to now the screen shot at time 3:02

22   at PTX-581?

23   A.    Yes.  Yes.

24   Q.    Now, how can surface imperfections affect the rate of

25   water absorption into a tablet?

Bellantone - direct

1    A.    Well, it can do it actually in a couple of different

2    ways.

3            First of all, when you make the contact between

4    the capillary tube and the surface, it will make a

5    difference if you're making a contact in a smooth area, or

6    if you are, if there are -- you know, either roughness or

7    voids or cracks.

8            The other thing that it raises the question of

9    is whether there are also, in addition to on the surface, if

10   there are internal imperfections, and as we'll see later on,

11   if there are, that could affect the rate of the water up

12   take as well.

13   Q.    Let's go to the next slide.  And I may have -- I'm

14   sorry.  Let's go back.  I may have missed this when I was

15   talking to one of my colleagues here.  I will move along.

16   We will go to the next slide.

17           Dr. Bellantone, were you in the courtroom when

18   Dr. Hoag testified?

19   A.    Yes.

20   Q.    And you heard him testify that he made sure that his

21   capillary tube was vertical and that it was perpendicular to

22   the surface of the tablet?

23   A.    Yes.

24   Q.    And you also heard him testify that once the capillary

25   tube was mounted, it was not moved or altered?

Bellantone - direct

1   A.    Yes.

2   Q.    Now, in reviewing the photographs and movies of Dr.

3   Hoag's test, did you observe any indications that the

4   capillary tube that Dr. Hoag used was not perpendicular to

5   the surface and, in fact, moved during the course of his

6   test?

7   A.    Yes.  Actually, this, this picture, DDX-11.21 actually

8   shows that.  This is a side-to-side deviation from a right

9   angle, so the tube is not perpendicular with the tablet

10  surface.  And that side-to-side, if you keep in mind this is

11  a two dimensional photograph even front to back is possible,

12  but it wouldn't show up in the picture.

13  Q.    And would this irregular movement and placement of the

14  capillary affect the recording of the time for any water

15  absorption?

16  A.    Potentially, it very could, yes.

17  Q.    Did Dr. Hoag adequately control for pore radius and

18  length and pore size, shape and orientation in his test

19  between his mesalamine only tablets and his mesalamine

20  blended tablets?

21  A.    No.

22  Q.    Have you prepared any demonstratives to help

23  illustrate your opinion?

24  A.    Yes.

25  Q.    Can we go to the next slide?  We're looking now at

Bellantone - direct

1    DDX-11.22.  And could you please explain to the Court what

2    we see here?

3    A.    Yes.  This is actually getting to what we were

4    anticipating a short while ago.

5              First, what I'd like to do, explain what

6    porosity means.  If you have a tablet, the total volume of

7    the tablet, including the material and the empty space would

8    be, would be -- that's the total volume.  The porosity would

9    be the fraction of that total volume, that is the empty

10   space, so that would be the pores.

11             And so basically you take the total volume of

12   the pores, compare that to the total volume of the tablet,

13   and that's your porosity.

14             The reason controlling for porosity is not

15   sufficient to know about the pore structure and the pore

16   size is because there are any number of ways that I can have

17   pores that add up to the same volume.  And so I could have

18   more small pores or fewer large pores already, say, in terms

19   of the pore diameter or radius.  They could add up to the

20   same total volume, so they would have the same porosity, but

21   I would have very different pores.

22             If we go to the next, I kind of amplify that.

23   So on DDX-11.23.  Another consideration is the pore shape

24   and the orientation or geometry.

25             The on left you can see you can have, say, many

Bellantone - direct

1   smaller pores that could be jagged, not straight.  They

2   could branch.  They could have dead ends, things of that

3   nature, or I could have fewer pores that are, say,

4   relatively larger, and taken all together, that is going

5   to have a very profound impact on the rate of the water

6   uptake.

7   Q.    And when you refer here to pore size, radius and the

8   various terms that you used, you are now talking about the

9   pores that were in the, the tablets that Dr. Hoag made; is

10  that correct?

11  A.    In this context, yes.  I'm referring to what's in the

12  tablets.

13  Q.    And did Dr. Hoag measure or control for pore radius,

14  pore length, pore shape and orientation?

15  A.    No, he did not.

16  Q.    Now, can the differences in pore radius, in pore

17  shape and pore orientation affect the rate of water uptake

18  between the two tablets, two types of tablets, I should say,

19  that Dr. Hoag created?

20  A.    Yes.

21  Q.    Can we go to the next slide, please.

22  A.    It's, it's recognized in the literature, and it's also

23  common -- sort of intuitive that if you are trying to pull

24  something in and you are trying to force it through small

25  curves or branch, it's going to be harder, so it would be

Bellantone - direct

1    slower.

2            So I've excerpted again from the literature, and

3    this again is the Hapgood paper, drop penetration into

4    porous powder beds published in the "Journal of Colloid and

5    Interface Science" in 2002.

6            And three -- and three places in that paper,

7    they discuss this point.

8            First, I will read it.  Imbibition of a single

9    drop into a porous substrate depends on the structure of the

10   substrate:  The porosity, the size of the pores, the

11   orientation of the pores, and the surface chemistry.

12           THE COURT:  What is imbibition?

13           THE WITNESS:  Oh, yes.  Imbibing is where a

14   liquid will be drawn into capillaries or pores, and we call

15   that imbibing or imbibition.

16           THE COURT:  Thank you.

17           THE WITNESS:  Later on in the paper, the paper

18   says, changing the powder properties will alter the size

19   distribution of pores in the powder bed.  This may assist or

20   restrict motion into the bed.

21           And then elsewhere in the paper later on it

22   says, the effect of porosity on penetration time cannot be

23   evaluated without considering pore size.

24   Q.   Now, this paper deals with powder beds; is that

25   correct?  All right.  But the same considerations apply when

Bellantone - direct

1    you compress powder into a tablet as well; is that

2    correct?

3    A.    Yes.   From a scientific standpoint, you have a packed

4    powder or a compressed powder.   The concepts are the same,

5    so there's no difference in the applicability.

6    Q.    Dr. Bellantone, in light of your, in light of the

7    imperfections that we've seen in the tablets, the

8    inconsistent positioning of the capillary and the failure to

9    check for pore radios, length shape and orientation, can one

10   reach a scientifically reliable conclusion that the

11   difference in water absorption time that Dr. Hoag observed

12   is between his mesalamine only tablets and his mesalamine

13   blended tablets is due to the presence of magnesium stearate

14   in the mesalamine blended tablets?

15   A.    Well, you cannot reach any valid conclusion that the

16   magnesium stearate is causing any resistance to the water

17   uptake, so the magnesium stearate is not imparting any kind

18   of a lipophilic nature.   You can't make that conclusion at

19   all.

20   Q.    Did Dr. Hoag isolate the variables that will be

21   necessary to make that conclusion?

22   A.    No, he did not.

23   Q.    Now, Dr. Bellantone, you've listed many criticisms of

24   Dr. Hoag's methodology and application of his test, but if

25   you suspend those for the moment and put those to the side

Bellantone - direct

1    and actually credit Dr. Hoag's tests, do those tests, in

2    your opinion, establish that the so-called inner volume of

3    the granules of the Zydus ANDA product exhibit lipophilic

4    property?

5    A.    No, they don't.  And I want to be clear that, you know

6    I don't credit, but even if you did, it's not sufficient and

7    does not establish the, any lipophilic nature.

8    Q.    And did you provide a demonstrative to help explain

9    your opinion to the Court?

10   A.    Yes.  If we go to the next.  There are actually three

11   components to this argument, and I think this will get to an

12   earlier question as well.

13         First, the mesalamine blend compacts that Dr.

14   Hoag prepared, as did the pure mesalamine, they both started

15   to take up water as soon as it was introduced.  This picture

16   compared to what happens at eight seconds, and they both

17   started to take the water up immediately, and there was a

18   significant amount taken up by eight seconds.

19         Further, all of the water that was introduced

20   was taken up by both the pure mesalamine and the blended

21   mesalamine.  So it starts taking it up immediately and it

22   takes up all the water that was presented.  And if you had

23   looked at the movies and the photographs, you would have

24   every reason to expect that if more water had been

25   introduced, more water would have been taken up.

580

Bellantone - direct

1   Q.   Now, during the first eight seconds of Dr. Hoag's

2   test, did both types of his tablets absorb water at the same

3   rate?

4   A.   Comparable rates.

5          THE COURT:  What does that mean?

6          THE WITNESS:  Well, as you can see, they're

7   almost, they're almost the same.  So to me, when I say

8   comparable rates, you know, I didn't measure exactly,

9   because Dr. Hoag had measured the actual time for a complete

10  absorption, because you can see the amount of the drop

11  between, below the line was, they were consistent, without

12  getting into quantitative.

13         THE COURT:  All right.

14  BY MR. GAERTNER:

15  Q.   Now, you were in the courtroom yesterday, or the other

16  day rather when Dr. Hoag testified that his conclusion was

17  based on the statistical difference between the water

18  absorption time between his mesalamine only and mesalamine

19  blend tablets?

20  A.   Yes.

21  Q.   All right.  In your opinion, did the statistical

22  difference between the water absorption time between the two

23  samples mean that one sample is lipophilic?

24         THE COURT:  Hold on.

25         MR. CHEN:  Your Honor, I've been trying not to

Bellantone - direct

1    be disruptive, but there are several leading questions.  I

2    object to that question.

3                 MR. GAERTNER:  I asked, in your opinion.

4                 THE COURT:  Give me the question back.

5                 (The court reporter read back the question as

6    follows.)

7                 "Question:  Right.  In your opinion, did the

8    statistical difference between the water absorption time

9    between the two samples mean that one sample is lipophilic?"

10                THE COURT:  Overruled.  You can answer.

11                THE WITNESS:  Thank you.  No, I don't think that

12   I am suggesting that at all.

13   BY MR. GAERTNER:

14   Q.   Now, are there any reasons why it is your opinion that

15   Dr. Hoag's test actually established the tablets created

16   from Dr. Hoag's mesalamine blend tablets do not exhibit

17   lipophilic characteristics?

18   A.   Yes.  Well, actually, if we could go back.  Thank

19   you.

20                The second thing is that it was, as it turns

21   out, a large amount of water.  It was taken up in what I

22   consider to be a very short period of time for the blended

23   mesalamine while the water was taken up at roughly 111 to

24   139 seconds.

25                To my way of thinking, that is very rapid.  If

582

Bellantone - direct

1   you compare these results with say drop penetration tests

2   for admittedly more lipophilic compounds, those drops which

3   are smaller than this can actually take up to a couple of

4   hours to be taken up.  So, you know, one or two minutes on

5   an absolute scale is very, very rapid.

6   Q.    Okay.  I am sorry.  Did you finish your answer?

7   A.    Yes.

8   Q.    I'm sorry if I got ahead of you.  Let's go onto the

9   next slide, please.

10  A.    Okay.

11  Q.    We're on slide DDX-11.27.  Can you explain to the

12  Court what we see here?

13  A.    Yes.  It's another way, an objective and valid way to

14  assess whether or not the substrate likes water.  And in

15  this, I'm actually looking at the total amount of water that

16  is being take taken up.

17          As we discussed earlier from Dr. Hoag's notebook

18  and his photographs and his data, and from nothing else,

19  that's all I needed, I was able to calculate, excuse me, the

20  total void space in his tablets.  I was also able to

21  calculate the total amount of water that was being

22  introduced, so I did a comparison.  And it turns out that

23  the water that was introduced actually filled up about

24  35 percent of the void space and it did it very rapidly.

25          And so I think I have a movie here.  I hope it

Bellantone - direct

1    works.  Okay.  It probably doesn't.  That's okay.  Oh, there

2    we go.

3              What this is indicating is that, is that the

4    water is being introduced, it's penetrating down and

5    spreading out.  And one of the calculations that I did to

6    sort of interpret the magnitude of that was I compared the

7    contact area between the capillary and the tablet to the

8    total surface area of that face of the tablet and it turns

9    out that the contact area was .71 percent, which is about

10   one over 140.

11             So the contact area was one

12   one-hundred-and-fortieth, but in about two minutes it filled

13   up about a third of the total pore space, so it had to

14   spread out in the tablet very significantly.  And as I said,

15   there was every reason, and every indication to think that

16   if more water had been introduced, that process would have

17   gone to an even higher fraction.

18             So --

19             THE COURT:  And would you tell me again how

20   you figured that 35.2 percent of the void space was

21   filled?

22             THE WITNESS:  Yes.  Dr. Hoag recorded the

23   dimensions in the volume of his tablet.  He also had

24   determined the porosity of his tablet.  That was in his

25   notebook.

Bellantone - direct

1           So by multiplying that fraction times the total,

2    I was able to get the volume of the voids.  By measuring the

3    height and diameter of the capillary, I was able to estimate

4    the volume of the water that was being introduced.

5           THE COURT:  Okay.  Thank you.

6    BY MR. GAERTNER:

7    Q.    In your answer to Judge Jordan, Dr. Bellantone, you

8    made a statement.  I want to make sure the record is

9    correct.

10          You noted that Dr. Hoag calculated porosity.  I

11   want to make sure.  Is that the same thing as pore size,

12   pore shape, pore orientation, pore radius and the

13   things that you talked about before?

14   A.    No.  Actually, that's one of the, one of the things

15   that is very important about this.  The porosity is not the

16   same as the pore size, shape, or other characteristics.

17   This analysis only uses the porosity.  It does not need any,

18   any information about the, the size or the character of the

19   pores.

20          This is just looking and saying that I've got a

21   substrate and it soaks up a very large amount of water in a

22   short amount of time, so from that standpoint.  And the

23   extent of the uptake is another objective measure of whether

24   or not something is lipophilic or hydrophilic.

25   Q.    And in conclusion, Dr. Bellantone, in your opinion,

Bellantone - direct

1    does Dr. Hoag's test establish the compacts that he created

2    in his mesalamine blend tablets exhibit lipophilic

3    characteristics?

4    A.    No.  They do not.  In my opinion, given, you know,

5    especially the, just to finish up on the extent, that

6    indicates that is not lipophilic.  That really indicates

7    that it's hydrophilic, very significantly so.

8              So his compacts are not indicating any kind of

9    lipophilic behavior and so just the mere presence of having

10   say magnesium stearate, he does not prove that just that

11   mere presence affects the, the affinity for water.

12             MR. GAERTNER:  Your Honor, at this time I'd like

13   to move into evidence PTX-577.  It might be in, but I just

14   want to make sure it's in.  And then the still shots that we

15   have in the demonstrative, which are Hoag video time 3:03,

16   PTX-581; Hoag video at 3:02, PTX-580.

17             THE COURT:  Mr. Chen.

18             MR. GAERTNER:  Your Honor --

19             THE COURT:  I think your opposing colleague

20   would like to talk to you.

21             MR. GAERTNER:  I have 577 as the lab notebook.

22             MR. CHEN:  No objection.

23             THE COURT:  Okay.

24             (Exhibits admitted into evidence.)

25             MR. GAERTNER:  And, Your Honor, just to make it

Bellantone - direct

1    clear, we will then stamp the DTX numbers on those images

2    and we'll put them in.

3              THE COURT:  All right.  They're admitted without

4    objection.

5              Now, let me -- now, I'm conscious that you all

6    are trying to keep your experts and your other Zydus'

7    experts within the bounds of what their report said and

8    everything, so sometimes as I'm asking questions, I hope I'm

9    not moving people outside where they ought to be.

10             Rather than just ask this question of Dr.

11   Bellantone straight up, I will ask more generally.  In the

12   course of his testimony, we looked at a series of slides

13   which broke down the Zydus manufacturing process by steps.

14   There was some discussion of the wet granulation phase.

15   Right?  I'm wondering whether the wet granulation phase has

16   any effect on chemical properties as opposed to just

17   physical properties, if you understand what I'm asking.  And

18   I don't know whether that is in anybody's expert report or

19   anybody has opined on that.

20             I'm not asking for attorney argument on it right

21   now, but just -- and if you've already, you know, if it has

22   come out in the course of somebody's discussion already and

23   I wasn't sufficiently attuned to the testimony to pick it

24   up, my apologies.  You could maybe point that out to me in

25   one of the dailies that you already got.  But that's a

Bellantone - direct

1    question that has come up in my mind.

2              MR. GAERTNER:  I mean, to be fair to everybody,

3    Dr. Bellantone is an expert on the interfacial and surface

4    chemistry, so he talked about the impact on the surface

5    properties.

6              THE COURT:  Right.

7              MR. GAERTNER:  And how it would absorb water.

8              THE COURT:  Right.

9              MR. GAERTNER:  So I --

10             THE COURT:  So that's why I'm not asking him.

11             MR. GAERTNER:  Yes.

12             THE COURT:  But I am wondering if anybody is

13   going to talk about that.  Maybe not.  And then that will

14   just be a question that stays out there, which is okay.

15   Some questions remain unanswered in this life.

16             All right.  Did you have any other questions for

17   Dr. Bellantone?

18             MR. GAERTNER:  No, Your Honor.

19             THE COURT:  All right.  Cross-examination.

20             MR. CHEN:  Thank you, Your Honor.

21             May we approach, Your Honor?

22             THE COURT:  Yes, you certainly may.

23             (Mr. Chen handed notebooks to the Court and to

24   the witness.)

25             MR. CHEN:  May I approach the witness?

588

Bellantone - cross

1          THE COURT:  Yes.

2                    CROSS-EXAMINATION

3    BY MR. CHEN:

4    Q.    Dr. Bellantone, we have not had a chance to meet.  My

5    name is Angus Chen.  I'm counsel for plaintiffs.

6    Apparently, I live in a town just north of you in Hastings

7    on the Hudson.

8    A.    Oh.

9    Q.    Nice to meet you.

10   A.    You are my neighbor.

11   Q.    Yes.

12   A.    Good morning.

13   Q.    Good morning.

14         I'll just start with a couple of background questions.

15   None of the controlled release formulations, oral

16   pharmaceutical formulations that you work on contain

17   mesalamine; correct?

18   A.    That's correct.

19   Q.    And none of the controlled release oral pharmaceutical

20   formulations that you worked on contain an inner lipophilic

21   matrix; correct?

22   A.    As defined here, you know, in other context perhaps,

23   but as defined here, that's correct.

24   Q.    And you have not been elected to the USP counsel of

25   experts; correct?

Bellantone - cross

1   A.    That's correct.

2           MR. CHEN:  Can we put up Dr. Bellantone's

3   demonstratives, please.  Let's start with -- let's go to his

4   last slide at the conclusion, DDX 11.28.

5   BY MR. CHEN:

6   Q.    This is the demonstrative that you just put up at the

7   end; right?

8   A.    Yes, I recognize that.

9   Q.    I'm curious, I didn't hear any opinions about the

10  third bullet.  Dr. Hoag's test has never been published in a

11  peer-reviewed journal is not the recognized drop penetration

12  test and is scientifically unreliable.  Do you see that?

13  A.    Yes.

14  Q.    Do you stand by that statement?

15  A.    I was not asked about that, but I would be happy to

16  discuss it.

17  Q.    Do you stand by it?

18  A.    Yes.

19  Q.    I received these slides last night, so I just want to

20  check because I didn't hear about it.  Okay?

21          So can we put up the picture of, from Dr. Bellantone's

22  slides of Dr. Hoag's test.  Let's go to DDX 11.26, please.

23          That's an image of Professor Hoag's test; right?

24  A.    Yes.

25  Q.    Now, what Professor Hoag did in his method of

Bellantone - cross

1    conducting the drop penetration test, he recorded the time

2    for water to drain from a filled capillary placed into

3    contact with the compressed powder surface; right?

4    A.    Yeah, he recorded the total time for it all to drain,

5    yes, that's right.

6    Q.    And so your opinion is that a capillary method for

7    conducting the drop penetration test has never been

8    published in a peer-reviewed journal; right?

9    A.    I have never seen it published in a peer-reviewed

10   journal, that's correct, I believe Dr. Hoag admitted the

11   same thing.

12   Q.    You were in the room when he testified; right?

13   A.    Yes.

14   Q.    That's your recollection, that was his admission?

15   A.    Not there, perhaps I was informed by counsel about his

16   deposition.

17             MR. GAERTNER:  We are going beyond the scope,

18   Your Honor.  Mr. Chen first chastised the scope of

19   Dr. Hoag's direct testimony, now he's --

20             THE COURT:  I disagree.  It's fair

21   cross-examination, Mr. Gaertner.

22   BY MR. CHEN:

23   Q.    Can we go to the last slide.  A minute ago I heard you

24   say that you have never seen the capillary method for drop

25   penetration published in a peer-reviewed journal; right?

Bellantone - cross

1    A.    That's correct.

2    Q.    Your slide says that test has never been published in

3    a peer-reviewed journal.  So is it just that you have never

4    seen it or it's never been published?

5    A.    That's a semantic issue.  I will say that I have never

6    seen it, and you know, I will stand by that statement, yes.

7    Q.    Okay.  So it's different statement, then; right?

8    A.    I'll give you that.

9    Q.    You have a binder in front of you.  Can I ask you to

10   turn to tab D, please.  Do you see that it's an article from

11   the Journal of Pharmacy and Pharmacology 1979?

12   A.    What tab is that, please?

13   Q.    It's called Bellantone D.

14   A.    Yes.

15   Q.    And if you turn after the first page, and I'm looking

16   at the first page of the actual publication, it's a

17   communication in the Journal of Pharmacy and Pharmacology

18   1979.  By the way, do you know if it is that's a

19   peer-reviewed journal?

20   A.    Yes, it is.

21   Q.    It's entitled, Apparent validity of the Washburn

22   equation when applied to compressed tablets by an M.J.

23   Groves and M.H. Alkan from Chelsea College, University of

24   London.  Do you see that?

25   A.    Yes.

Bellantone - cross

1    Q.    On the left-hand column, it says Groves and Alkan say

2    the micro method used consist of recording the time for the

3    liquid under examination to drain from a filled two

4    microliter capillary when placed into contact with the

5    tablet surface.  Did I read that correctly?

6    A.    Yes.

7    Q.    And a moment ago we agreed, right, that's what

8    Professor Hoag did, he recorded the time for water to drain

9    from a filled capillary when placed into contact with a

10   surface?

11   A.    I'm not seeing a picture here, but I will, you know if

12   it was the same vertical setup and so on, yes.

13   Q.    Now, let's turn to tab Bellantone F in your binder,

14   please.  Let me know when you're there.

15   A.    Okay.  I'm here.

16   Q.    Do you see this is a thesis?

17   A.    Yes.

18   Q.    Entitled a study of some physical properties of

19   compressed tablets containing drugs, a thesis by an M.H.

20   Alkan from the University of London Chelsea College.  Do you

21   see that?

22   A.    I see that.

23   Q.    If I could ask you to turn to page 112 of the thesis.

24   The page numbers are at the top of the page.

25   A.    Okay.  I'm there.

Bellantone - cross

1    Q.    Do you see there is a heading, 4.1.3, liquid

2    penetration measurement techniques?

3    A.    Yes.

4    Q.    The sentence above that says that Ganderton 1969

5    showed that magnesium stearate prevented the penetration of

6    water into tablets by virtue of its high contact angle with

7    water.  Did I read that correctly?

8    A.    Yes.

9    Q.    We have heard a lot of discussion about magnesium

10   stearate, sometimes it's used as a lubricant in the

11   pharmaceutical industry; right?

12   A.    Right.

13   Q.    Let's turn back a few pages, page 22, the same

14   document.

15   A.    Which page?

16   Q.    22, please.  Let me know when you're there, please.

17   A.    Okay.

18   Q.    All the way at the bottom of the page, the very last

19   paragraph, Alkan, Dr. Alkan states lubricants are generally

20   hydrophobic substances and they cause an increase in the

21   disintegration time by preventing water wetting and

22   penetration into the tablets.  It carries over into page 23.

23   Did I read that correctly?

24   A.    Yes.

25   Q.    A moment ago you asked for a picture to verify Dr.

Bellantone - cross

1    Grove's and Alkan's setup, do you recall that?

2    A.    I do.

3    Q.    Let me turn to page 118 now.  Please let me know when

4    you're there.

5    A.    Okay.

6    Q.    At the top of the page there is a section entitled

7    4.2.2.4, measurement of the penetration rate.  Do you see

8    that?

9    A.    Yes.

10   Q.    And in the second paragraph under the method,

11   Dr. Alkan says that the pipet was filed with the liquid

12   under investigation and placed in vertical contact with the

13   upper flat face of the tablet resting on a horizontal

14   surface (Figure 4.3).  Do you see that?

15   A.    Yes.

16   Q.    On page 119, the next page is a Figure 4.3; right?

17   A.    Yes.

18   Q.    Do you see a vertical capillary there?

19   A.    Yes, I do.

20   Q.    And that resembles what Professor Hoag did; right?

21   A.    Yes.

22   Q.    Now, turn to page 120, please, sir.  Are you there?

23   A.    Yes.

24   Q.    In the first paragraph, third sentence in, Dr. Alkan

25   states the tablet pore structure may also be assumed to be

Bellantone - cross

1   reasonably homogenous.  Did I read that correctly?

2   A.    Yes.

3   Q.    I think earlier you testified whether it's a powder

4   bed for a compact or a tablet, the same principles apply;

5   right?

6   A.    Yes, unless it's a very loose powder bed, that's

7   correct.

8   Q.    Now, turn to page 144, please.  Are you there?

9   A.    144, yes.

10  Q.    And there is a discussion, 4.4, and the first

11  paragraph under there in the third sentence, Dr. Alkan

12  explains further, since the average penetration length was

13  calculated from the volume of the penetrated liquid, the

14  tortuosity and the pore shape factors necessary for viscous

15  flow did not require to be considered.  Did I read that

16  correct?

17  A.    Yes.  That sentence, yes, you read that correctly.

18  Q.    I'm sorry, with all due respect, my question was did I

19  read that correctly?

20  A.    Yes, you did.

21            THE COURT:  Is there going to be something where

22  we get from something where we get from reading this to a

23  question?  I mean, you have been asking him to read things,

24  you have been reading them correctly, he may be wondering,

25  I'm certainly wondering where are we going?

Bellantone - cross

1          MR. CHEN:  It's simply I believe I asked him a

2     minute ago to confirm that he testified earlier that powder

3     beds and tablets, the same principles apply.

4     Q.    My question is, so isn't it possible that the same

5     principles apply here with respect to Professor Hoag's test

6     that pore size and the pore shape factors do not need to be

7     considered?

8     A.    No, I disagree with that.

9     Q.    It's not possible?

10    A.    I disagree with that.

11    Q.    I just want to briefly turn back to Bellantone D,

12    please, the Groves article.  Do you recognize that article?

13    A.    That was D.  No, I have never seen that article until

14    now.

15    Q.    Are you sure about that?

16    A.    If I have seen it, I don't recall it.

17    Q.    That's fair.  But you're fairly certain that you have

18    never seen it before?

19    A.    Well, you seem to be fairly certain that I have, and I

20    don't recall seeing it, so I'll just say I don't recall

21    seeing it before.

22    Q.    Actually I wasn't certain one way or the other, I was

23    just asking.

24          Can you turn to tab G, please.  Do you recognize this

25    document?

Bellantone - cross

1    A.    Yes, I do.

2    Q.    It's a Ph.D. thesis by an Amar Venkatarangan?

3    A.    Venkatarangan.

4    Q.    V-e-n-k-a-t-a-r-a-n-g-a-n; right?

5    A.    Yes.

6    Q.    And you were on the advisory committee for Amar V's

7    thesis; correct?

8    A.    Yes.

9    Q.    And that's your name on the front page; right?

10   A.    Yes, it is.

11   Q.    And that's your signature approving his thesis?

12   A.    Yes, it is.

13   Q.    And was Mr. Venkatarangan awarded his Ph.D.?

14   A.    Yes, he was.

15   Q.    Did you know that after he graduated he went on to

16   become a scientist at GlaxoSmithKline?

17   A.    Yes.

18   Q.    Turn to page 21, please, of Dr. Venkatarangan's

19   thesis.

20   A.    Where is that?

21   Q.    It's the page numbers on the bottom.

22   A.    I'm sorry, which tab, please?

23   Q.    We were in Bellantone G; right?

24   A.    Page 21, you said?

25   Q.    Yes, sir.

Bellantone - cross

1    A.    Okay.

2    Q.    Are you there?

3    A.    Yes.

4    Q.    You see the section 3.6, fluid dynamics and

5    capillarity in other fields?

6    A.    Yes.

7    Q.    Dr. Venkatarangan says that the liquid and fluid flow

8    dynamics were widely studied by scientists in the field of

9    capillary and soil sciences.  And he cites to reference 113,

10   among others; right?

11   A.    Yes.

12   Q.    I gather from your reaction you know where I'm going.

13   Turn to page 181, please.

14   A.    181, you said?

15   Q.    Yes.  Reference 113, it's the Groves and Alkan article

16   we were just discussing; am I correct?

17   A.    Yes.

18   Q.    Do you routinely form opinions without considering all

19   the relevant background information?

20   A.    Well, I think that's -- I think that's a bit of a

21   misphrased question.  First of all, I was on his advisory

22   committee, I was not his major advisor.  And the role of me

23   as an associate advisor is he comes to me with questions,

24   you know, we discuss various aspects, it is not for me as an

25   associate advisor to necessarily filter through every

Bellantone - cross

1    reference.  It is for me to sort of act as an advisor and

2    partially as a screener to make sure that the science

3    appears to be okay.  In that capacity, I did not read every

4    reference.  I don't have time to read every reference for

5    everything.  I think that's a standard practice.

6          So if you want to ask if I have seen that reference,

7    no.  If you want to ask if I had any opinion that I

8    expressed in his dissertation, again, the answer is no.  If

9    you want to ask if I consulted, if he consulted with me and

10   so on with questions, yes, absolutely.  But my role was not

11   the screen or check all of his references, for instance.

12   Q.    You approved his thesis without checking all of the

13   references?

14   A.    Oh, sure.  Yeah.  I thought the science was fine.

15   Q.    Let's talk about some of the criticisms that you had

16   of Professor Hoag's test.

17         Can we go to Dr. Hoag's demonstrative PDX 5.1.  You

18   were in the courtroom when Professor Hoag testified.  Do you

19   remember this demonstrative?

20   A.    Yes.

21   Q.    Now, you agree that you have no reason to doubt that

22   his control compact had a hundred percent mesalamine; right?

23   A.    Yes, that's correct.

24   Q.    And you have no reason to doubt that his test compact

25   had 99.3 percent mesalamine; right?

Bellantone - cross

1   A.    Yes.

2   Q.    And his test compact only had .33 percent magnesium

3   stearate; right?

4   A.    To be honest, I didn't bring this point up, but it was

5   in my report.  We're not sure exactly how much because when

6   you followed his procedure, in his notebook, he mixed the

7   magnesium stearate with the colloidal silicon dioxide before

8   sifting, so by virtue of the mixing, you don't know when he

9   transferred the weight, you don't know if it was the same

10  fraction.  So if it sounds like I'm hemming and hawing, they

11  were I believe known to interact, so I'll give it to you,

12  but reluctantly.

13  Q.    Roughly .3 percent magnesium stearate, you agree?

14  A.    Yes.

15  Q.    That's a really small amount of magnesium stearate,

16  isn't it?

17  A.    Yes.

18  Q.    And that's such a small amount of magnesium stearate,

19  that really shouldn't have an affect on the compound, should

20  it?

21  A.    Well, it depends on the properties that you're talking

22  about.  So I'm not sure exactly where you're going, but let

23  me just say that in terms of affecting the bulk performance,

24  say the bulk solubility of the magnesium stearate, how much

25  will dissolve in water and so on if I just let it sit there,

Bellantone - cross

1   no, you would expect it very small.

2        However, in terms if it's acting as a lubricant or

3   something like that, then in terms of his tests, the

4   imperfections that might be avoided by a lubricant could be

5   very profound when you compared a little lubrication to no

6   lubrication.

7        So I'm not trying to sort of do a dance, but it

8   depends on what you're looking at, because I think that in

9   terms of certain bulk properties, that amount is not going

10  to have an affect, but in other say collective properties

11  that are indirectly tested, so water uptake, yes, it could.

12  Q.    So there are some properties where a very small amount

13  of magnesium stearate could have a significant impact?

14  A.    Yes, if you take those caveats into consideration,

15  I'll give you that.

16  Q.    One of them you said was a lubricant property?

17  A.    Yes.

18  Q.    And a moment ago we saw in Dr. Alkan's thesis, he said

19  that lubricant imparts hydrophobicity; right?

20  A.    He said that, but I did not review that paper.

21  Q.    Let's turn to Bellantone I, please, in your binder.

22  Are you there, sir?

23  A.    Yes.

24  Q.    That's an excerpt from Zydus' ANDA, it's called

25  Quality Overall Summary.  Do you see that?

Bellantone - cross

1    A.    Yes.

2    Q.    Do you recognize it?

3    A.    Yes.

4    Q.    Because you reviewed it; right?

5    A.    Yes.

6    Q.    It was one of the materials that you considered for

7    your expert report; right?

8    A.    It was one of the materials, yes.

9    Q.    Can you turn to -- there is page numbers on the

10   bottom, sir, PTX 208.24.  Actually -- I'm sorry, before you

11   look at that page, I believe one of the criticisms that you

12   had for Professor Hoag among others was the sourcing of the

13   magnesium stearate excipient; right?

14   A.    Yes.

15   Q.    Now, on page PTX 208.24.

16   A.    Yes.

17   Q.    At the top you see there is a bullet called magnesium

18   stearate?

19   A.    Yes.

20   Q.    Am I correct that Zydus represented to the FDA that no

21   particular special grade is considered for this excipient?

22   A.    It says that.

23   Q.    That doesn't impact your opinion one way or the other?

24   A.    No, it doesn't.  And the reason that it doesn't --

25   Q.    Sorry, sir, your counsel can redirect you with all

Bellantone - cross

1    respect, I was just asking if it impacts your opinion.

2    A.    Yeah, it does not change my opinion.

3    Q.    So, with all the criticisms that you have of Professor

4    Hoag's test, you can't really say one way or the other,

5    though, whether those alleged differences make a difference

6    on the penetration time?

7    A.    Neither Dr. Hoag or I can say that it doesn't make a

8    difference, that is correct, it's a reasonable question,

9    however, that should have been considered.

10   Q.    But you can't say for sure; right?

11   A.    I will agree with that.

12   Q.    Now, with respect to magnesium stearate -- I'm sorry,

13   how long have you been working in the pharmaceutical industry

14   for?

15   A.    Well, as a pharmaceutical scientist, I started

16   graduate school in 1983, and I have been a professor or in

17   some form for twenty years.  In terms of working in

18   industry, I was never employed by industry, but I have

19   consulted extensively for industry on real products.

20   Q.    So ballpark, how many years have you been working in

21   pharmaceuticals?

22   A.    Consulting, really started probably around 2007 and

23   you know for industry.

24   Q.    And in your experience, have you ever heard of a

25   nonhydrophobic magnesium stearate?

Bellantone - cross

1   A.    No.  No.

2   Q.    And so if we have a different source of magnesium

3   stearate, I mean, at most all we're talking about are

4   degrees of hydrophobicity; right?

5   A.    No, not necessarily.

6   Q.    You have never heard of a nonhydrophobic magnesium

7   stearate?

8   A.    That really doesn't mean that -- I mean, that's not

9   directed question.  All magnesium stearate is universally

10   considered to be hydrophobic, yes.

11   Q.    Now, you yourself have never performed a drop

12   penetration test; correct?

13   A.    That's correct.

14   Q.    I assume you understand the test?

15   A.    Yes.

16   Q.    I think you have said in a deposition that you have

17   supervised others performing drop penetration tests?

18   A.    I believe that I said I thought that was more in

19   context of either a Washburn or a wicking test.  If I said

20   that, it would have been misspoken.  I believe that was in

21   the context of either a Washburn or a wicking test which is

22   the dissertation you were talking about.

23   Q.    You have never supervised anybody conducting a drop

24   penetration test?

25   A.    That's correct.

Bellantone - cross

1    Q.    But you believe you would know how to perform one if

2    you were asked; correct?

3    A.    Yes.  Yes, I do.

4    Q.    And if you had to make the compacts like Professor Hoag

5    did, you would know how to do it, I assume?

6    A.    I am not a manufacturer, so I will not represent

7    myself as having any expertise in running equipment or, you

8    know, things of that nature.  I mean, I do understand how

9    things are done.  I understand many things about the field

10   in general, but in terms of if you want to turn me into a

11   lab and have me -- I mean, certainly I can mix, but I don't

12   know how to push the buttons or do anything of that nature,

13   but I do understand the process of what's going on.

14   Q.    I just want to be clear then, if somebody asked you

15   yourself to make the compaction that Professor Hoag did, you

16   would not be able to do it?

17   A.    As a standing here or sitting here at this moment, I

18   would not be able to go in and run the equipment.

19   Q.    But you certainly know how to commission a lab to do

20   it for you if you wanted to; right?

21   A.    Sure.

22   Q.    And so my question really is, whatever criticisms you

23   have of Professor Hoag's test, source of API, source of

24   magnesium stearate, bulk density, pore size, you could have

25   commissioned a test yourself; right?

Bellantone - cross

1   A.    I could have commissioned a test myself, but I'm not

2   sure I would have commissioned that test.

3   Q.    If you wanted to reproduce Professor Hoag's test to

4   see whether or not your criticisms were legitimate, you

5   could have commissioned a test replicating Professor Hoag's

6   test; right?

7   A.    You just expanded your question.  Let me answer both

8   parts.  If I wanted to exactly reproduce Dr. Hoag's test,

9   assuming that it was exactly reproducible, I would

10  commission a lab.  However, if you could repeat the second

11  part of your question, because if I wanted to say commission

12  a test to reproduce say his results and conclusions, I would

13  not be able to do that.

14  Q.    You did not ask anyone to try to reproduce Professor

15  Hoag's test; correct?

16  A.    That was not what I was asked to do.  That was not

17  necessary for me to do to review what he did.  My function

18  was to review what he did and I don't have to go into a lab

19  and verify that he weighed things correctly and so on.  I

20  accept his raw data, so no, I did not.

21  Q.    But you didn't accept other aspects of his test,

22  right, for example, pore size?

23  A.    Well, there was no representation made of pore size.

24  And that is one of my criticisms is that you are measuring

25  one parameter, you are measuring just a time, but that time

607

Bellantone - cross

1   is by all the theory, the equations that we didn't bring up,

2   those equations say that there is one variable that you

3   measure is time is a function of more than one possible

4   cause, and he did not isolate and control the causes, and he

5   is assuming everything is going towards lipophilicity, but

6   he is not considering other aspects that are frankly even

7   more likely related to pore size and so on.

8   Q.    So my question is, you weren't curious enough to test

9   your criticisms of Professor Hoag's test?

10   A.    Well, I think that's an unfair characterization,

11   because it's not about whether or not I'm curious, it's what

12   was I asked to do.  And had I thought that would be

13   necessary to do, I might have mentioned that.  I didn't

14   think it was necessary to do to assess what Dr. Hoag had

15   done.

16        And that, by the way, that's a universal practice.

17   You don't have to reproduce somebody's results to understand

18   what they attempted to do and how they interpreted their

19   data, so no, I had no real curiosity to go and reproduce

20   anything.

21   Q.    You understand your counsel received samples; right?

22   A.    I was informed that they received samples, yes.

23   Q.    Am I correct also that actually you received some

24   samples of certain materials; right?

25   A.    That's incorrect, no.

Bellantone - cross

1    Q.    No, you didn't?

2    A.    I did not receive any samples of anything.

3    Q.    You know your counsel received samples.

4          The other case that you mentioned that you testified

5    for here in Delaware --

6    A.    Yes.

7    Q.    -- do you remember that?

8    A.    Yes.

9    Q.    You performed a test for that case, didn't you?

10   A.    Yes.  What had happened in that case --

11   Q.    I'm sorry, sir, respectfully it's yes or no.  Did you

12   perform a test in that case?

13   A.    Yes, I did.

14   Q.    So let's go to Dr. Bellantone's slide deck, DDX 11.21;

15   please.  Do you recall this slide where you were critiquing

16   Professor Hoag's placement of the capillary?

17   A.    Yes.

18   Q.    And your position is that the capillary looks like

19   it's askew; right?

20   A.    Yes.

21   Q.    You were in the courtroom, I can't remember if it was

22   yesterday, I think it was yesterday or the day before when

23   Professor Hoag testified; right?

24   A.    Yes.

25   Q.    Do you recall that he said that the angle of the

Bellantone - cross

1    camera was looking down at the tablet?

2    A.    I don't recall that particular statement.  They have

3    been looking and concentrating on that picture.

4    Q.    I'll represent to you that's what he said.

5    A.    Okay.

6    Q.    In fact, actually you can tell that because you can

7    see the top of the back of the tablet, so you can tell that

8    the camera is not at the same eye level as the tablet;

9    right?

10   A.    Well, technically the answer is you're correct, but

11   it's not exactly what I would consider an elevated enough

12   view so I could get a detailed enough look at the surface so

13   I could pick out any characteristics.

14   Q.    Have you heard of the term "parallax error,"

15   p-a-r-a-l-l-a-x?

16   A.    I know it extremely well.  I'm a physicist.

17   Q.    That word parallax is derived from a Greek word

18   parallaxy which means alteration.  Did you know that?

19   A.    Okay.  I don't speak Greek so I'll take your word for

20   that.

21   Q.    Do you know that concepts because of your physics

22   background or because you do photography, how do you know

23   that concept?

24   A.    Physics.

25   Q.    Can you turn to tab J in your binder.  Do you see

Bellantone - cross

1    there is an article here entitled How to Avoid Parallax

2    Error in Your Proofs?

3    A.    Yes.

4    Q.    Under definition of parallax, it says parallax is an

5    apparent difference or displacement in the position of an

6    object when viewed along two different line of sights.  Do

7    you see that?

8    A.    Yes.

9    Q.    Is that generally consistent with your understanding of

10   what a parallax error is?

11   A.    Yes.

12   Q.    Okay.  Let's talk about Professor Hoag's results.

13             Now, in Professor Hoag's study, you agree that

14   at least the way he conducted it, putting aside the

15   differences that you have, okay.  With respect to the data,

16   you agree that there was a statistically significant

17   difference in water penetration time between the mesalamine

18   compacts versus the mesalamine plus magnesium stearate

19   compacts; right?

20   A.    I will agree that for the two blends or the two that

21   he tested, and he did three replicates, he made, you know,

22   one roller compacted material into a tablet, another roller

23   compacted material into a tablet.  I would agree for that

24   one experiment and those replicates that the difference was

25   statistically significant, yes.

Bellantone - cross

1    Q.    Thank you.

2              Now, let's look at your demonstrative DDX-11.27,

3    please.

4    A.    All right.  Yes, I see that.

5    Q.    All right.  We just went over this a moment ago.

6    A.    Yes.

7    Q.    And you used this to illustrate that Professor Hoag's

8    tests show that the mesalamine blend compact, meaning the

9    one with magnesium stearate, is not lipophilic; is that

10   correct?

11   A.    That's correct.

12   Q.    All right.  I want to kind of do a process of

13   elimination here, so first I'm going to ask you, often when

14   you have hydrophilic polymers, they exhibit swelling in a

15   pharmaceutical context; is that right?

16   A.    When they are present, yes.

17   Q.    And I'm correct that you did not see any swellable

18   materials in Professor Hoag's compacts; is that right?

19   A.    Right.  These compacts were either pure mesalamine or

20   mesalamine, colloidal silicon dioxide and magnesium stearate.

21   No swellable components in there.

22   Q.    In either compact?

23   A.    Right.  Right.

24   Q.    Okay.  And between magnesium stearate and colloidal

25   silicon dioxide, magnesium stearate is the lipophilic

Bellantone - cross

1   component of the two; is that right?

2   A.    Yes.

3   Q.    And when we're talking about pharmaceutical

4   excipients, nothing is completely lipophilic.  Am I right?

5   A.    Yes, that's correct.

6   Q.    And, in fact, if you had something, a pharmaceutical

7   ingredient that had absolutely zero affinity for water in a

8   pharmaceutical formulation, you would question its

9   usefulness; is that right?

10  A.    Well, actually, I think you are actually -- in my

11  deposition, Mr. Saphia actually started to go down that

12  road, kind of insinuating that I said that, and that you are

13  actually quoting me, I believe.  Yes.  I never said that

14  things were completely lipophilic and then I made that

15  statement to corroborate that.  You would never see a

16  completely lipophilic excipient because it wouldn't be

17  useful.

18          So that was the context.  But, yes, I did say

19  that.

20  Q.    All right.  I just want the record to be clear.  You

21  agree that if something had absolutely zero affinity for

22  water in a pharmaceutical formulation, you would question

23  the usefulness; right?

24  A.    Yes.

25  Q.    All right.  And you agree that one possibility for the

Bellantone - cross

1    resistance to the penetration of water in Professor Hoag's

2    tests is because of the hydrophobicity of magnesium

3    stearate; is that right?

4    A.    Let me, let me give you a complete answer on that, if

5    I may.

6    Q.    Are you --

7    A.    In the interests of doing proper science --

8    Q.    I'm sorry.  I just want to know if you can answer that

9    question yes or no.

10   A.    I would prefer to put it in a context that it would

11   be, it would be one of the possible variables.  Okay?  But I

12   don't want to give a sound bite where I'm just saying yes,

13   because when you're properly doing science, you need to

14   establish all of the possible causes in which ones you

15   likely need to consider.

16          So I'm going to say, yes, that would be a

17   possible one.  Effects on compression and pore size would be

18   another possible one.  I'm not going to sit here not having

19   done tests and choose one over the other.  I'm not going to

20   say that it could only be one.  You have to look for both

21   and you have to rule them both out.  So it's possible, but

22   in my opinion, it's not the likely one.

23   Q.    Okay.  And you did not do any tests of excluding other

24   possibilities; is that right?

25   A.    Well, that's why I'm not opining one way or another,

614

Bellantone - redirect

1    because I did not, and that would be doing exactly what I'm

2    saying everybody else is -- it's kind of a confirmation bias

3    here.  People are seeing what they want to see, and I refuse

4    to opine on something that I -- that I have not tested.

5              I need to be able to objectively rule things

6    out, but I think it's an objectively valid concern, not

7    controlling or characterizing pore size, because that is a

8    very likely contributing factor.

9    Q.    So I'm sorry.  Within your answer you said you are not

10   opining one way or the other; is that right?

11   A.    That's correct.

12              MR. CHEN:  No further questions, sir.

13              THE COURT:  All right.

14              MR. CHEN:  Thank you, Your Honor.

15              THE COURT:  Redirect.

16                   REDIRECT EXAMINATION

17   BY MR. GAERTNER:

18   Q.    With me, Dr. Bellantone.  A lot of documents here that

19   are very thick and go through some of the ones that Mr. Chen

20   did with you.

21              I would like you to first turn to Bellantone D,

22   which is the Grove and Alkan article that Mr. Chen relied

23   upon.  Can you turn to that, please?

24   A.    Yes.

25   Q.    Okay.  In particular, I think Mr. Chen, and I could be

Bellantone - redirect

1    wrong, again, I was juggling a lot of things, pointed you to

2    the passage in the bottom left-hand column, where he talked

3    about the field capillary when placed into contact with a

4    tablet.

5         Do you see that?  The first page, 575 of

6    Bellantone Exhibit D.

7    A.    Yes.

8    Q.    Okay.  Can you tell the Court what the size of the

9    capillary was for that?

10   A.    Let's see.  Okay.  I've got the page.  Which --

11   Q.    It's the last line on page 575.

12   A.    Okay.  Oh, okay.  I'm sorry.  The left-hand column.

13   Right?

14   Q.    Yes.

15   A.    Yes.  It was a two microliter capillary.

16   Q.    Okay.  So is that akin to a droplet?

17   A.    Well, that would be, say, if you look at what was

18   done, say, in the Hapgood reference, that was a six to

19   eleven, so this would be even smaller than that.

20   Q.    Okay.  And, again, how much water did Dr. Hoag have in

21   his capillary?

22   A.    About almost 30 times.  It was 57 that I calculated.

23   Q.    Okay.  So does this article, Bellantone Exhibit D,

24   disclose the same method that Dr. Hoag used?

25   A.    Well, there's some, you know, there are some

Bellantone - redirect

 1  differences for sure, yes.

 2  Q.    And also if you could turn to Bellantone Exhibit E,

 3  which is the very lengthy Ph.D. thesis of Alkan.  And if you

 4  can go to page 119 of Bellantone Exhibit D.

 5  A.    Exhibit?

 6          THE COURT:  Exhibit what?

 7          MR. GAERTNER:  I'm sorry.  It's Bellantone

 8  Exhibit F.  I'm sorry, Your Honor.  Bellantone Exhibit F,

 9  which is the Ph.D. thesis.

10          THE WITNESS:  Mm-hmm.

11  BY MR. GAERTNER:

12  Q.    And page 119.  Mr. Chen asked you to describe whether

13  or not the exhibit, I'm sorry, the example, Figure 4.3, also

14  disclosed Dr. Hoag's method.  I would like to ask you, what

15  type of instrument was used to disperse the water in Figure

16  4.3?

17  A.    Yes.  I apologize.

18  Q.    Page 119.

19  A.    Oh, okay.

20  Q.    That's okay.

21  A.    Sorry.

22  Q.    Take your time.  A lot of pages.

23  A.    Misheard.

24  Q.    All right.

25  A.    Okay.

Bellantone - redirect

1   Q.    Are you there?

2   A.    Yes.

3   Q.    All right.  Figure 4.3, does that use a capillary?

4   A.    Yes.

5   Q.    Or does it use a micropipette?

6   A.    That's correct.

7   Q.    Okay.  Does it use a micropipette?

8   A.    Yes.  In Figure 4.3, they used a micropipette.

9   Q.    A micropipette would hold a lot less water than 57

10  microliters; is that correct?

11  A.    It could hold much less, yes.  That's why, that's --

12  that's actually what it's used for.

13  Q.    Now, in that exhibit I think it's also helpful because

14  it shows a cross-section of the tablet in which the water is

15  penetrating; is that correct?

16  A.    Yes.

17  Q.    And does that illustrate the water penetrating through

18  the spaces between the granules?

19  A.    Yes.

20  Q.    Mr. Chen also asked you a number of questions about

21  pore size and things like that.  I would like you to turn to

22  the abstract of the same exhibit, Exhibit F, the Alkan

23  thesis, if you could.

24  A.    Okay.  I'm there.

25  Q.    And in the first, I'm sorry, the first sentence of the

Bellantone - redirect

1    second full paragraph, it reads:

2              "In order to provide a complete analysis of

3    factors involved, it became necessary to determine the size

4    of the voids or pores in the compact."

5              Do you see that?

6    A.    Yes, I do.

7    Q.    And Dr. Hoag did not do that; is that correct?

8    A.    That's correct.

9    Q.    And in this case the scientists actually used a low

10   pressure gas permeability technique to measure the pore

11   size; is that correct?

12   A.    That's correct.

13   Q.    Did Dr. Hoag do that?

14   A.    No, he did not.

15   Q.    To page 21 of the same reference, again, relating

16   to questions about pore size.  And I am referring to

17   Bellantone F.

18              Are you there, Dr. Bellantone?

19   A.    Yes.

20   Q.    And on page 21, under the heading 1.2.3, it's reads:

21   "Compressional force can affect the disintegration time by

22   firstly reducing the pore space and decreasing the

23   penetration of liquid into the tablet.

24              "And, secondly, by breaking down the granules

25   and causing the internal starch, which is the ingredient

Bellantone - redirect

1    there, to be more effective."

2                Do you see that?

3    A.    Yes, I do.

4    Q.    Again, you testified that Dr. Hoag did not measure the

5    compressional force that he used to compress his blended

6    tablet?

7    A.    That's correct.

8    Q.    And is that consistent with your testimony that

9    compressional force can affect pore size, shape and

10   morphology?

11   A.    Yes, it is.

12   Q.    All right.  Mr. Chen also asked you a number of

13   questions about the differences that the ingredient in

14   manufacturing process could be and could give rise to.  I

15   would like you to turn to page 24 of the same document.

16   That's Bellantone Exhibit F?

17   A.    Yes.

18   Q.    Section 1.3.  Are you there?

19   A.    Yes, I am.

20   Q.    And just under Section 1.3, the author wrote, "The

21   physical properties of compressed tablet depend mainly on

22   the properties of the components, the formulation, and the

23   manufacturing process."

24                Is that correct?

25   A.    Yes.

Bellantone - redirect

1    Q.    And at one point, Mr. Chen interrupted you when you

2    were trying to explain your answer about -- excuse me -- a

3    statement in the Zydus QOS to the effect, just quoting what

4    my notes were, so don't take this literally.  "No particular

5    special grade is considered for this excipient."

6          Do you remember that?

7    A.    Yes.

8    Q.    All right.  Could you please explain your answer?

9    A.    Well, there, they're saying there's no particular

10   grade.  However, you know, even within a grade, there can

11   be variations, and certainly, there can be differences

12   supplier to supplier within the same grade.  We had

13   discussed some of that.  So that statement does not

14   eliminate any differences or inconsistencies in the

15   materials that should have been used in Dr. Hoag's test.

16   Q.    And again is it, remains your opinion, Dr. Bellantone,

17   that Dr. Hoag did not control for the many variables that we

18   discussed this morning such that you can draw scientifically

19   reliable conclusion about the effect of magnesium stearate?

20   A.    Yes, in particular, with his penetration time, that

21   there are things that he didn't control for including the

22   pore size distribution as well as any possible lipophilicity

23   that he was trying to get at.  My point there was if you

24   don't control for those, you can't draw conclusion which is

25   actually one of the reasons I looked at the extent of the

Bellantone - redirect

1    penetration as an alternative objective measure because in

2    my opinion having that control, his penetration times really

3    don't tell you anything.

4        I think it's more likely that it's pore size given the

5    amounts of materials, but I can't say that for sure which is

6    why I turned to the extent and the amount of the water taken

7    up, because he did have enough information to make a

8    determination, that's another objective measure.

9            MR. GAERTNER:  I have got nothing further, Your

10   Honor.

11           THE COURT:  Thanks.  Mr. Bellantone, you may

12   step down.  Let me ask the court reporters how are you

13   doing?

14           Your next witness, Mr. Gaertner.

15           MR. GAERTNER:  Your Honor, before I move in,

16   I'll give a copy to the clerk and the plaintiff, I

17   designated the screen shots that are moved into evidence DTX

18   numbers.  So we have DTX 1008 is going to be the still shot

19   on DDX 11.20 which is the Hoag video at 03 -- three minutes

20   and two seconds; PTX 581 and DTX 1009 is DDX 1121, Hoag

21   video, three minutes two seconds PTX 580.  I'll pass these

22   up on the break but I just want to read these in.

23           MR. CHEN:  No objection.

24           THE COURT:  Thank you, Mr. Chen.  Those were

25   matters to be admitted or those were matters just to be.

Sacchetti - direct

1          MR. GAERTNER:  Mr. Chen had already allowed me

2   to admit them, when I said Judge, we need the still shots I

3   was going to assign the DTX.

4          THE COURT:  So it's just the number?

5          MR. GAERTNER:  Yes, sir.

6          THE COURT:  I understand.  Thank you.  Who is

7   your next witness.

8          MR. ABRAMOWITZ:  Your Honor, Dave Abramowitz for

9   Zydus.  We are going to call Dr. Mark Sacchetti, who is

10  the -- who performed the DSC and hot-stage testing for

11  Zydus.

12          ... MARK JOSEPH SACCHETTI, having first duly

13  sworn as a witness, was examined and testified as follows ...

14          MR. ABRAMOWITZ:  Your Honor, if I may approach.

15          THE COURT:  You may.

16                  DIRECT EXAMINATION

17  BY MR. ABRAMOWITZ:

18  Q.    Good morning, Dr. Sacchetti.  Can you please state

19  your full name for the record.

20  A.    Mark Joseph Sacchetti.

21  Q.    What's your current position?

22  A.    I'm scientific director of the Zeeh Pharmaceutical

23  Experimental Station.

24  Q.    Could you briefly summarize your academic background

25  for the Court since high school?

Sacchetti - direct

1    A.    I obtained a bachelors degree in chemistry with honors

2    from Temple University in 1987.  I obtained my masters and

3    Ph.D. degrees at University of Wisconsin in pharmaceutics in

4    1990 and '92.

5    Q.    After you finished your Ph.D., did you obtain some

6    professional experience?

7    A.    Yes.

8    Q.    Can you explain your professional experience for the

9    Court?

10   A.    I worked in the pharmaceutical industry for

11   approximately fourteen years, mostly at GlaxoSmithKline and

12   its predecessor companies.  My work involved evaluating

13   physical chemical properties of new drug candidates and

14   other materials.  For example, I have used techniques

15   relevant to this case such as x-ray, powder x-ray

16   diffraction, differential scanning calorimetry,

17   thermographic microscopy, other techniques that are listed

18   in my CV.  Either myself or somebody in any group was

19   responsible for developing and validating methods and

20   transferring them to manufacturing sites for cases where

21   products, which physical chemical properties were a critical

22   factor.

23         In 2007 I left and came to the University of Wisconsin

24   to my current position as the scientific director.  The

25   station is a consulting and contract lab organization, the

Sacchetti - direct

1    school of pharmacy.  We mainly work with private pharma

2    companies but also helping university professors advance

3    their drug discoveries.

4              Most of the work I do is in the area of physical

5    chemical properties, but we also do other types of

6    experiment, and I also have teaching responsibilities, in

7    particular I teach continuing education courses in drug

8    development pertaining to physical chemical property.

9    Q.   And do your duties and your composition including

10   teaching and supervising the DSC and hot-stage techniques?

11   A.   Yes.

12   Q.   If you look in your binder at DTX 101, that is a true

13   and accurate copy of your CV?

14   A.   Yes, with just some minor updates since this time.

15   Q.   And is it -- is the DTX 101 an accurate summary of

16   your academic professional achievements and experience to

17   this point?

18   A.   Yes.

19             MR. ABRAMOWITZ:  Your Honor, we offer

20   Dr. Sacchetti as an expert in solid state chemistry and

21   solid state chemical testing.

22             MR. LIEF:  That's fine, Your Honor.  I note I

23   don't think I have this in my binder.  We don't object to

24   the exhibit or him as an expert as described.

25             THE COURT:  All right.  We'll hear him as an

Sacchetti - direct

1    expert and there is a copy of the binder with the CV in it

2    if you would like to see it.

3              Go ahead, Mr. Abramowitz.

4    BY MR. ABRAMOWITZ:

5    Q.    Dr. Sacchetti, what were you asked to do in this case?

6    A.    I was asked to run DSC and hot-stage microscopy in a

7    sample of magnesium stearate.

8              MR. ABRAMOWITZ:  We offer DTX 101, the CV into

9    evidence.

10             MR. LIEF:  No objection.

11             THE COURT:  It's not objected to so it's

12   admitted without objection.

13   BY MR. ABRAMOWITZ:

14   Q.    Do you a declaration in the case that explained the

15   work that you worked in and supervise the station?

16   A.    Yes, I did.

17   Q.    Is DTX 100 a true and accurate copy of that

18   declaration?

19   A.    Yes, it is.

20   Q.    Was the magnesium stearate sample that you received on

21   batch 0908123024?

22   A.    Yes.

23   Q.    And can you explain to the Court how this testing was

24   conducted?

25   A.    DSC testing?

Sacchetti - direct

1    Q.    The DSC testing.

2    A.    Yes.  It was done by weighing a specific amount, 1.4

3    milligrams into a PSP pan which was then added into the

4    equipment.  The sample was heated at a prescribed rate, 500

5    degrees Celsius from a prescribed starting to a final

6    temperature.

7    Q.    Were you present during the DSC experiment?

8    A.    Yes, I was, other than not watching the exact weighing

9    of the sample but I looked at the sample weight record in

10   the notebook as well as what was in the software.

11   Q.    Was the experiment conducted under your supervision?

12   A.    Yes.

13   Q.    Looking at DTX 102 in your binder, are those true and

14   accurate copies of the results of your DSC experiment?

15   A.    102, yes.

16   Q.    And can you explain just briefly what the numbers on

17   DTX 102 represent?

18   A.    There is three numbers, an onset temperature which is

19   the extrapolated value of that straight line.  There is a

20   peak temperature and then there is a heat value.

21   Q.    And which one is the onset value?

22   A.    The onset is the one that's close to where you see the

23   extrapolated line, so, for example, for the first peek, the

24   73.89 Celsius, the second peak is 125.56 Celsius.

25   Q.    Which one is the peak value?

Sacchetti - direct

1    A.    The peak value is the one listed at the peak which is

2    the minimum in this case, 87.61 degrees Celsius and 127.73

3    degrees Celsius.

4    Q.    How are these values calculated?

5    A.    The person doing the analysis simply establishes the

6    range as you see there, the beginning and the end of the

7    peak and the software has an algorithm and calculates the

8    values.

9    Q.    Was the DSC machine used to conduct the experiments

10   calibrated?

11   A.    Yes, we run an Indium standard.

12          MR. ABRAMOWITZ:  Your Honor, we offer DTX 102

13   into evidence.

14          MR. LIEF:  No objection.

15          THE COURT:  It's admitted without objection.

16   BY MR. ABRAMOWITZ:

17   Q.    Now, what about your hot-stage microscopy, can you

18   explain to the Court what a hot-stage microscopy experiment

19   is?

20   A.    In hot stage a very small sample is spread on a glass

21   cover slip for the purpose of hot stage is sandwiched

22   between a second cover such that you produce a nice flat

23   specimen.  That's inserted into the hot stage unit, which

24   simply is a heating stage.  And then that whole unit is

25   placed on a microscope, and then the person doing the

628

Sacchetti - direct

1    analysis would bring the sample into focus and set the

2    program to scan up the heating rate of the hot stage.

3    Q.    Were the hot stage experiments you conducted, how

4    many -- first how many hot stage experiments did you

5    conduct?

6    A.    A total of four replicates.

7    Q.    And were they conducted in the same batch of magnesium

8    stearate as the DSC?

9    A.    Yes.

10   Q.    Could you explain to the Court what exactly went on in

11   the hot stage experiment for the setup and process?

12   A.    I think we have a demonstrative.

13   Q.    Do you want me to put up the demonstratives to help

14   with that?

15   A.    Yes.  So this slide is showing 30 to 80 degrees

16   Celsius for one of the samples.

17              THE COURT:  Get on the record what slide we're

18   looking at.

19   Q.    DDX 5.3 and go through 5.4 and 5.5.

20   A.    Okay.  So these images just capture what the sample

21   looked like over the temperature range and there is no

22   observed changes.  Moved on to the next one.  Likewise from

23   the temperature range on DDX 5.4 we have no change in

24   appearance from 88 to 93 degrees Celsius.

25   Q.    Next slide, please.

Sacchetti - direct

1    A.    And on the next slide, DDX 5.5, where we start to see

2    some changes, and most notably they occur starting at about

3    130 degrees Celsius where the samples appear to brighten and

4    some changes in some shape and features.

5    Q.    Now, are DTX 103 and 104 true and accurate copies of

6    the still photographs you took of the thermoscopy

7    experiments?

8    A.    Yes.

9              MR. ABRAMOWITZ:  We move DTX 103 and 104 into

10   evidence.

11             THE COURT:  Which are you moving into evidence?

12             MR. BLEIBEL:  DTX 103 which is appendix 2 from

13   Dr. Sacchetti's declaration and DTX 104 which is a separate

14   binder we handed you, which is a big set, essentially a

15   hundred images.

16             MR. LIEF:  No objection.

17             THE COURT:  Admitted without objection.

18   BY MR. ABRAMOWITZ:

19   Q.    In setting up your hot stage experiments, did you also

20   use video to record your results?

21   A.    Yes, two of the samples a video was captured.

22   Q.    Could we see DDX 5.6.  Can you explain to the Court

23   what's going on in DTX 5.6?

24   A.    This is an image of a second sample, and the

25   thermometer on the left is illustrating the rise in

Sacchetti - direct

1    temperature.  You can see occasionally the sample is sliding

2    a bit, and there is an occasional refocusing that is done

3    and it's very typical for this measurement, it's hard to

4    keep it steady.

5           Overall the main feature are no changes are observed

6    in this video, even up to the point which is about a hundred

7    degrees Celsius.  You start to notice them when the

8    temperature gets up to about 130 or so, you start to see the

9    brightening, and ultimately you'll see at some higher

10   temperature the presence of liquid.

11   Q.   And the video that we played is DTX 105; is that

12   correct?

13   A.   I don't actually have in my copy an actual picture,

14   but if that's what it says on the slide, yes.

15               MR. ABRAMOWITZ:  We admit DTX 105 into evidence.

16               MR. LIEF:  No objection.

17               THE COURT:  Admitted without objection.

18   BY MR. ABRAMOWITZ:

19   Q.   Can you explain a little more for the Court why the

20   camera sort of moves a little bit while the sample is being

21   tested?

22   A.   Well, the cover slip is being heated and it's very

23   difficult to keep it totally steady, you have to bear in

24   mind that the sliding that we're seeing is only on the order

25   of ten or so microns, about the width of a human hair, so

Sacchetti - direct

1    it's difficult to really keep it steadier than that.

2    Q.    Did you run any standards to assess whether your hot

3    stage microscope was calibrated?

4    A.    Yes, we do a benzoic acid melt.

5    Q.    What was the result of that testing?

6    A.    That was, I think we saw a range that's in my

7    declaration of 122 to 123.5, and the value is 122.43

8    Celsius.

9    Q.    Were you asked to analyze the results of your DSC and

10   hot stage testing any further?

11   A.    No.

12            MR. ABRAMOWITZ:  No further questions.

13            THE COURT:  Okay.  Cross-examination, Mr. Lief.

14   You may proceed.

15                    CROSS-EXAMINATION

16   BY MR. LIEF:

17   Q.    Good morning, Dr. Sacchetti.

18   A.    Good morning.

19   Q.    Am I correct that your Ph.D. was not about melting?

20   A.    That's correct.

21   Q.    And am I also correct that you have never published on

22   the melting of magnesium stearate?

23   A.    That's correct.

24   Q.    You have never published on the melting of a hydrate,

25   either; is that correct?

Sacchetti - cross

1    A.    Possible, I can't say that for sure without looking at

2    my publications.

3    Q.    You have never observed the melting of a hydrate in

4    your career; correct?

5    A.    Yeah, I think it's -- well, I have seen it in at least

6    one or two literature publications the melting of a hydrate,

7    but I haven't actually observed that with any hydrate that I

8    have worked with.

9    Q.    You have never personally observed that in the lab?

10   A.    That's correct.

11   Q.    And in terms of the experiments you did, am I correct

12   that you followed written protocols that were given to you

13   by your lawyers; is that correct?

14   A.    Correct.

15   Q.    And in terms of experiments that you didn't do, in

16   your direct I believe you mentioned you're familiar with

17   XRPD, x-ray powder diffraction experiments, you know how to

18   do that; correct?

19   A.    Yes.

20   Q.    You didn't do those experiments on this sample;

21   correct?

22   A.    No.

23   Q.    Am I correct that you undertook no study of anisotropy

24   of this sample?

25   A.    No.

633

Sacchetti - cross

1    Q.    Otherwise known as birefringence, no birefringence

2    studies; correct?

3    A.    Correct.

4    Q.    That's normally done on a setup that's a microscope

5    like that?

6    A.    I wouldn't say normally done, but it can be done.

7    Q.    Can be done.  You didn't do a thermogravimetric analysis

8    here, either; is that correct?

9    A.    No.

10   Q.    When you tested your sample, you ramped the temperature

11   up, am I correct that you never went up and down, up and

12   down with the temperature?

13   A.    That's correct.

14   Q.    You never cooled the sample, in other words?

15   A.    That's correct.

16   Q.    You agree that liquids do not show anisotropy?

17             MR. ABRAMOWITZ:  Objection, Your Honor.  This is

18   beyond the scope.  Dr. Sacchetti simply reported the results

19   of his testing.

20             THE COURT:  I'm not sure how that goes to

21   anything he testified about.

22             MR. LIEF:  Withdrawn.

23   BY MR. LIEF:

24   Q.    Am I also correct that your experiments don't

25   establish one way or another whether the Zydus magnesium

Sacchetti - cross

1   stearate product is a channel hydrate?

2           MR. ABRAMOWITZ:  Objection.  The doctor

3   testified he didn't do any --

4           THE COURT:  That's not outside the scope, he's

5   just asking whether he did it or not.  I'll let him answer

6   that question, if I understood the question properly.

7           THE WITNESS:  Could you ask it again.

8   BY MR. LIEF:

9   Q.    Your experiments did not establish or determine one

10  way or another whether the Zydus magnesium stearate is a

11  channel hydrate; correct?

12  A.    There is no experiment other than what I have

13  reported, DSC and hot stage.

14  Q.    The visual method of determining melting point, would

15  you agree with me that that is the old fashioned method of

16  doing it; isn't that right?

17  A.    No.

18  Q.    You don't agree with that?

19  A.    No.

20  Q.    In your cross-examination binder, I believe it is Tab

21  12, you have a deposition -- you have your deposition from

22  2012, do you see that?

23  A.    Did you say Tab 12?

24          THE COURT:  It's a little out of order, Doctor,

25  if yours is like mine, it goes from 10 to 17 and then

Sacchetti - cross

1    descends to 12.

2                    MR. LIEF:  Sorry about that.

3                    THE COURT:  Then maybe it's in there upside

4    down.  Maybe I have got the binder upside down.  I don't

5    know.

6                    THE WITNESS:  So in Tab 10 I see, I see a trend,

7    in Tab 10.

8    BY MR. LIEF:

9    Q.    In Tab 10 you have your 2012 deposition?

10   A.    I'm sorry, no, this is for someone else, so it's not

11   testimony.

12                   THE COURT:  At Tab 12 I have the videotape

13   deposition of Thomas V. O'Halloran.

14                   THE WITNESS:  I do as well.  We have been given

15   someone else's.

16                   MR. LIEF:  Actually my mistake.  I apologize.

17   This is O'Halloran's 2012 deposition.  Tab 12.  Do you have

18   that?

19                   THE WITNESS:  That is what I'm supposed to have

20   okay.

21   Q.    All right.  I apologize.

22   A.    Oh, it's not tab 12.  I think it's tab 10 then.

23                   THE COURT:  There's also one at tab 12.  The one

24   at tab 10 is 114.

25                   MR. ABRAMOWITZ:  Objection, Your Honor.

Sacchetti - cross

1    He can't be cross-examination him on someone else's

2    deposition.

3                 THE COURT:  I am a little curious we're you're

4    going with this, Mr. Lief.  What is in Mr. or Dr.

5    O'Halloran's deposition that is going to be relevant

6    cross-examination here?

7                 MR. LIEF:  You know, it is the concept that this

8    is an old-fashioned test, but we can --

9                 THE COURT:  So you can ask him questions about

10   that and he'll give you his answer, but I'm not sure where

11   you go with somebody else's deposition.

12                MR. LIEF:  All right.  Let me move on.

13   BY MR. LIEF:

14   Q.    In your experimentation -- let me ask you a more

15   general question.

16                Would you agree with me that in the general way,

17   that there are things that we know exist in the world that

18   we cannot see?

19   A.    That's a very general question.

20   Q.    It is.

21   A.    I'm not really sure what to make of that.

22   Q.    Well --

23   A.    Can you be more specific?

24   Q.    As you and I look at each other right here across

25   the courtroom, would you agree with me that there are

Sacchetti - cross

1    infrared beams bouncing around in front of us that we can't

2    see?

3              MR. ABRAMOWITZ:  Objection, Your Honor.  I don't

4    know where this is going.

5              THE COURT:  I don't know where it's going

6    either, Mr. Abramowitz, but I'm prepared to let him go for a

7    while.

8              It's not like cross-examining with somebody else

9    else's deposition.  Give him some leeway.  You can sit down

10   and he can talk and we'll see where it goes.

11             Go ahead.

12             THE WITNESS:  Well, I think it's such a general

13   question that I can't say anything other than there are

14   certain, like electromagnetic radiation, as you point

15   out, and atoms and molecules that we can't see by eye,

16   correct.

17   BY MR. LIEF:

18   Q.   And in terms of the experiment you did, am I correct

19   that, in your view -- you watched the experiment you did

20   with your own eyes; is that correct?

21   A.   The hot stage is watched through a magnifying glass,

22   so it's not just with my own eyes.

23   Q.   Well, but you personally witnessed it; is that

24   correct?

25   A.   That's correct.

Sacchetti - cross

1    Q.    All right.  And am I correct that having witnessed it,

2    your observations, you did see at some point in that

3    experiment magnesium stearate turn to liquid; is that

4    correct?

5    A.    Correct.

6    Q.    And when you saw it turn to liquid, am I correct you

7    saw it as a viscous material; correct?

8    A.    Yes.  It -- it certainly demonstrates that -- so what

9    we first see, and as I put in my deposition, there's

10   evidence that some liquid is forming as low as about

11   130 degrees Celsius, but that the gross appearance of a

12   liquid does not occur until that much higher temperature of

13   145 or 150 degrees Celsius, which is indicative it's a

14   fairly viscous material.

15   Q.    It's a viscous material when it melts and it's

16   difficult to see; is that correct?

17   A.    It's difficult to see.  We can see it at the

18   130 degrees Celsius, you can see the first evidence for it.

19   Q.    But -- well, let me talk to you about that, because I

20   think that's a very interesting number, 130.

21            If we look at your DSC experiment -- can we look

22   at that?  That is in your report.  I believe it is -- I'm

23   hoping my tabs are right.  Tab 1 in your report, in your

24   book.

25   A.    Oh.

Sacchetti - cross

1    Q.    No, not tab 1.  I'm sorry.  Tab 2.  And if we could

2    look at page 6 of your report.  This is your DSC, correct,

3    on page 6?

4              Do you see that?

5    A.    Yes.

6    Q.    And the onset that you report for the second peak is

7    at 125; is that correct?

8    A.    Yes.

9    Q.    Okay.  And am I correct that onset is representative

10   of melting in DSC; is that correct?

11   A.    Well, it's representative of an onset of what's

12   occurring, whether it's melting or not.

13   Q.    And you understand there's a melt going on at 120 or

14   above; is that correct?

15              MR. ABRAMOWITZ:  Objection, Your Honor.

16              Dr. Sacchetti was not asked to analyze the DSC

17   results.  Mr. Lief is asking him to analyze materials for

18   which he has not provided materials on either in his

19   declaration or during his direct.

20              THE COURT:  Let me have the question again.

21   BY MR. LIEF:

22   Q.    You understand that there was a formation --

23              THE COURT:  Hold on.  Mr. Lief, I'm sorry.  I

24   wasn't clear.  When I said let me have the question again, I

25   mean from the court reporter.  I apologize.

Sacchetti - cross

1                    (The court reporter read back the question as

2       follows:

3                    "Question:  And you understand there's a

4            melt going on at 120 or above; is that correct?")

5                    THE COURT:  All right.  Removing your objection.

6       He has already talked about what he saw, called it a melt.

7       Go ahead.

8       BY MR. LIEF:

9       Q.    All right.  If you could answer that.

10      A.    The question is?  Just what was read?

11                   What -- the DSC in itself doesn't tell us that

12      it's melting.  The hot stage microscopy result is where I'm

13      saying it's about 130 degrees Celsius is the first evidence

14      for melting.

15      Q.    The DSC shows an onset earlier than that; is that

16      correct?

17      A.    It -- the event that we're looking at in DSC is

18      occurring over a fairly broad range, as you can see.

19      Q.    You think the first, you think the second peak is a

20      fairly broad range.  Is that your testimony?

21      A.    No.  I'm referring to the whole range that is

22      highlighted there with the beginning marking and end

23      marking.

24      Q.    So you're saying from 70 something up to

25      130-something?

Sacchetti - cross

1    A.    No.  My apologies.  The second peak right there

2    (indicating).  All right.  This is the DSC event.  What

3    we're actually seeing in the hot stage microscopy is just

4    towards around the maximum of that event.  That's where

5    we're actually starting to see some particle changes that

6    are indicative of the beginning of melting.

7    Q.    All right.  The DSC shows an onset around 125; is that

8    correct?  That second peak?

9    A.    Yes.

10   Q.    Okay.  And if we could look at, I believe it's tab 6

11   in your book, the 125 picture or run 2, which I believe you

12   showed.

13              This is 30.  If we could look at 125.  Am I

14   correct that here, there's no liquid visible; is that

15   correct?

16   A.    If you -- if you tab -- that's correct.  If you

17   tab --

18   Q.    Thank you.  That was the answer.

19   A.    Oh.

20   Q.    Thank you.

21              Now, I believe you also said that you saw no

22   changes from 30 up to maybe 130, was that your testimony, in

23   visual inspection?

24   A.    Yes.  I would say even maybe more like 30 to

25   120 degrees Celsius.  I think there are -- there's some

Sacchetti - cross

1    evidence of some brightening that occurs starting as early

2    as 120 to 130.

3    Q.    Now, is it correct, Dr. Sacchetti, at 85 to 86 degrees

4    in your visual inspection, there was a loss of focus in the

5    picture?  Yes or no?

6    A.    I'd have to look at that.

7    Q.    Why don't we take a look at your deposition, which I

8    believe is tab 1, at page 112.  And at line 6, there's a

9    question:

10           "Question:  Okay.  Similarly, if you can take a

11   look at Exhibit 3, which was run number 1 (sic) and if you

12   look at the 85-degree picture and the 86-degree picture.

13           "Answer:  I'd say it looks like a point where

14   refocusing may have been done.  If you look at it,

15   especially from 30, it was in pretty good focus, but as it

16   was heating it looks like, you know, it lost some focus, and

17   so at that point it looks like the focusing mechanism was

18   moved a bit to put -- try to improve the image.

19           "I mean, the idea is to get the best image

20   possible, and if it's losing focus, we'll adjust the

21   focus."

22           Were you asked those questions and did you give

23   those answers under oath?

24   A.    That's correct.

25   Q.    Okay.  Thank you.

Sacchetti - cross

1   A.    So --

2                THE COURT:  Let me just make one correction.  I

3   think you misread and said run number one.  It's run number

4   two according to the transcript.

5                MR. LIEF:  I apologize.  I thought I said run

6   number two.

7                THE COURT:  Go ahead.

8   BY MR. LIEF:

9   Q.    And am I correct that you did not consider why it

10  was that you lost focus at 85 to 86 degrees; is that

11  correct?

12  A.    We lose focus from time to time throughout, some

13  samples more than others.  It's a fairly random event.  It

14  quite literally could have been a door closing, and this

15  always occurs with every sample that I've ever done in

16  microscopy, and the fact that, at whatever temperature I

17  just attribute that to it does happen.  We need to actually

18  refocus it from time to time.

19  Q.    The fact of the matter is, you did not consider why

20  you lost focus at that temperature, is that correct, when it

21  was being heated?

22  A.    I didn't, because --

23  Q.    Thank you.

24                And you have no idea why during heating at 85 to

25  86, you would have lost focus; isn't that right?

Sacchetti - cross

1   A.     For the very same reason I have no idea at other

2   temperatures.

3   Q.     Okay.  But you saw it lost the focus -- coming up from

4   30, you saw it at 85 to 86?

5   A.     And we see it at other temperatures as well.

6   Q.     But you did not see it from 30 to 85; right?  That was

7   your testimony?

8   A.     I think if you look at that, we may actually see, if

9   we go through it carefully, there's a gradual loss of focus

10  an it's not something that occurs very abruptly.

11  Q.     Okay.

12  A.     It was 85 to 86 that the focus was changed, because at

13  that point, it had gone out of focus sufficiently.  It

14  seemed necessary to change it.

15  Q.     Did you take, undertake any investigation of why at 85

16  to 86, in particular, you needed to refocus because it had

17  lost focus?

18  A.     There's nothing special about 85 to 86.  It was just

19  gradually losing focus.

20  Q.     All right.  Am I also correct that 85 to 86 is after

21  the first onset of the first endotherm in the DSC; is that

22  correct?

23  A.     I think that's correct in terms of where the endotherm

24  is located.

25  Q.     And it's, in fact, within that endotherm; is that

Sacchetti - cross

1    right?

2    A.    If we can pull up the DSC.

3              MR. LIEF:  If we could look at that.

4    BY MR. LIEF:

5    Q.    85 to 86 is within that first endotherm; correct?  And

6    it is after the onset; is that correct?

7    A.    Yes.

8    Q.    Thank you.

9              Now, amongst the things you also did not see in

10   that first endotherm and that first temperature range:  did

11   you see any water leave the sample?

12   A.    No.

13   Q.    Okay.  Now, do you rule out the possibility that there

14   was a melt in this first endotherm in your opinion?

15   A.    Well, I have not looked at the literature, and I've not

16   been asked to look at the, any of the evidence and so forth

17   for this case, but I did have, as I said in my deposition,

18   general knowledge of an interpretation of that, that first

19   endotherm and the scientific literature.

20   Q.    All right.

21   A.    And from what I've seen, that first endotherm is only

22   referred to as dehydration.  I have not ever seen any of

23   the literature, and I think I've said it here, that

24   said there was a melt involved in that.

25   Q.    You are unaware of that literature?

Sacchetti - cross

1    A.    That's correct.  Well, the literature that I know.

2    Q.    Okay.  Thank you.

3    A.    I never --

4              MR. ABRAMOWITZ:  Objection, your Honor.  Dr.

5    Sacchetti is not being offered as an expert.

6              MR. LIEF:  That's fine.

7              THE COURT:  Wait a second, Mr. Lief.  I've got

8    an objection and I'm thinking about it for a second, and I

9    guess what I hear you saying is you're moving on.  You are

10   not going to ask any more about it.

11             MR. LIEF:  I think that's -- he said he's not,

12   he's not addressing it and he hasn't seen that literature.

13   I think that was the answer.

14             THE COURT:  All right.  Okay.

15   BY MR. LIEF:

16   Q.    All right.  And, again, with respect to DSC, you do

17   agree that when you take a DSC, the most common report for

18   the melting point from a DSC is the onset; is that correct?

19   A.    I think that's probably right.  If we go off and see

20   both the onset and peak, it is probably emphasized, the

21   onset.

22   Q.    It is correct that the onset is considered the most

23   representative for melting; is that correct?

24   A.    I'm not sure I've actually given any real thought to

25   that, if that should be correct or not, to say that's the

Sacchetti - cross

1    most representative.  The reason I say that is the onset

2    also reflects the presence of, for example, chemical

3    impurity and can be lowered by chemical impurity, so there

4    could be -- certainly, there are cases where the onset may

5    not be the best temperature to actually represent the

6    melting of a pure material.

7    Q.    If you could look at your deposition again, which is

8    tab 1, at page 46, at line 3, through about line 20.

9              "Question:  And to your understanding, would the

10   onset point in DSC be the point at which for melting

11   purposes, liquefaction begins?"

12             There was an objection.  And you answered:

13             "You know, again, this is just general knowledge

14   of -- of DSC, but the idea is that melting begins earlier on

15   in -- in that phase, and that the onset is considered more

16   representative melting for that reason."

17             MR. ABRAMOWITZ:  Objection, Your Honor.  I don't

18   this is impeachment.  His question was about melting point,

19   not about a fact dispute.  Your claim construction separates

20   out those two particular aspects of the process.

21             THE COURT:  Well, I'm not sure at all,

22   Mr. Abramowitz, what the claim construction has to do with

23   this exchange.  I understand your objection at the time, but

24   if your objection is that the claim construction obviates

25   this question and answer, that is overruled.

Sacchetti - cross

1           MR. ABRAMOWITZ:  I assumed the original question

2      was about melting point.  This is about liquefaction.  It's

3      outside the scope of his direct testimony, and this is

4      asking for an opinion on melting point.

5           THE COURT:  Well, that objection I will sustain.

6      It was good at the time of the deposition.  I think it's

7      probably still good now, Mr. Lief.

8      BY MR. LIEF:

9      Q.   Would you agree in terms of a visual analysis of hot

10     stage, that a localized melt is difficult to see?

11     A.   Localized melt?  I guess I'm not quite sure what that

12     means other than you're referring to just maybe the

13     beginning of melting?

14     Q.   Not the beginning of melting.  I'm talking about the

15     presence of a small amount of liquid in a small local area.

16     That's difficult to see, isn't it?

17     A.   Well, it certainly depends on the -- it depends on the

18     material.  If you had a -- if you had a, let's say a larger

19     crystal, you might be able to see that quite readily.

20     Q.   Crystals you examine, were they big crystals or

21     little?

22     A.   I'm just saying --

23     Q.   Well, my question is, were they big or little?

24     A.   For magnesium stearate that we're looking at, they're

25     small.

1    Q.    Thank you.

2          Now, do you agree or do you not agree that small

3    localized melts are difficult to see visually?

4    A.    If it's beyond, if it's a small particle and beyond

5    the limit of your magnification, sure, then you wouldn't be

6    able to see it.

7    Q.    And would you also agree that if there's a rapid

8    recrystallization of a liquid taking place, then the

9    presence of the liquid to be seen visually could be

10   fleeting?

11         MR. ABRAMOWITZ:  Objection once again.  Outside

12   the scope of the report.

13         THE COURT:  Overruled.

14         MR. ABRAMOWITZ:  And asked.

15         THE WITNESS:  If the recrystallization involves

16   a change or appearance of new particles that have grown out

17   of that, then that could be seen.

18   BY MR. LIEF:

19   Q.    Well, I'm talking about seeing the liquid.  If you

20   have a liquid that forms and then rapidly recrystallizes,

21   that could be something that is fleeting and difficult to

22   see; right?

23   A.    But I'm saying if it recrystallizes, you could end up

24   seeing the appearance of a tiny crystal.

25   Q.    That is not my question, although we may come to

Sacchetti - cross

1    that.

2              THE COURT:  Don't interrupt him.  Let him

3    finish, and then if you think he's not answer answering it,

4    go ahead.

5              But go ahead, Doctor.

6              THE WITNESS:  You're saying if it's a little bit

7    of liquid form and it recrystallizes, you may not see the

8    liquid, but you'll see the crystal reform.

9    BY MR. LIEF:

10   Q.   And you agree that the liquid itself, the appearance

11   of the liquid could be fleeting?

12   A.   Sure.  I mean, it could be a fast thing.

13   Q.   Again, you've talked about 130 is where you started to

14   see visually evidence of liquid; is that correct?

15   A.   Yes.

16   Q.   Now, someone else actually ran the experiment.  You

17   were present, but there was a technician who ran the

18   experiment; is that correct?

19   A.   I was right there sitting beside them.

20   Q.   And the lab notebooks, did you write the lab notebooks

21   up or did your technician write them?

22   A.   Technician person.

23   Q.   All right.  And am I correct that in the lab

24   notebooks, even at 130, there was no written statement of

25   melt or liquid?

Sacchetti - cross

1   A.   Can I -- can I see that?  I think we have the lab

2   notebook.

3   Q.   Why don't we look at your deposition at page 135.

4   This is tab 1.

5   A.   Well, I just thought that there is, there is a

6   statement made in the lab notebook and we should look at

7   that.

8          MR. ABRAMOWITZ:  Objection, Your Honor.  If he

9   was provided the lab notebook at his deposition.  If it's

10  for impeachment, it's unfair.

11         THE COURT:  I don't think it's unfair,

12  Mr. Abramowitz, and you can, you can redirect him if you

13  want.

14         He can ask him questions from the deposition.

15  If you want to show him the lab notebook on redirect, do it.

16  Mr. Lief has got the podium.  Go ahead.

17  BY MR. LIEF:

18  Q.   If we look at 135 of your deposition at around lines

19  15 through 21, the question, "Am I correct that she does not

20  report in that sentence that she visually saw liquid form

21  between 120 and 130; correct?

22         "Answer:  The words certainly don't -- well, the

23  words say "melt," and -- I think as I discussed earlier, you

24  don't necessarily see a bulk liquid forming at the melt if

25  it's a very viscous material."

Sacchetti - redirect

1              Did I read that correctly.

2   A.    Yes, you did.

3   Q.    And that was your testimony; correct?

4   A.    Yes.

5   Q.    And again, magnesium stearate when it -- to the extent

6   it forms a liquid, it forms a very viscous material; right?

7   A.    It appears to be the case at this temperature, yes.

8   Q.    And those viscous materials are difficult to see; correct?

9   A.    Well, we did see it.

10  Q.    Eventually you did?

11  A.    We saw it at 130.  And the person didn't use the word

12  melt.

13  Q.    You didn't see it at 125; right?

14  A.    I think the very first images are just higher than

15  that, it's very close to the peak, peak value of the 127 or

16  128 value.

17  Q.    Can we take a look at the 130 picture for a moment.

18  First of all, it's a little blurry there, isn't it?

19  A.    It's a difficult material to image, yeah.

20  Q.    Difficult material to image.  Thank you.

21              MR. LIEF:  No further questions.

22              THE COURT:  No question pending, Doctor.  Your

23  redirect.

24                   REDIRECT EXAMINATION

25  BY MR. ABRAMOWITZ:

1   Q.   Dr. Sacchetti, counsel just cut you off.  Can you

2   finish your answer to his question?

3   A.   What we need to do is look at the images in series

4   starting from about 125 through 130 or so and you will see

5   that the images change and there is evidence that the

6   particles are starting to undergo some change in that range.

7   If you have the other one --

8             THE COURT:  Hold on a second.  It's kind of

9   structured formally.  You have to wait until he ask the

10  question and then you can respond.

11  BY MR. ABRAMOWITZ:

12  Q.   Dr. Sacchetti, could you walk the Court through what

13  happened from 125 to 130 using the images in DTX 104?

14  A.   If one scans through the images and see them as one

15  after the other, you can start to see some of the changes.

16  Here you go.

17  Q.   And what --

18            THE COURT:  Hold on just a second because I want

19  the record to reflect.  When you say there you go, at what

20  point in that scan did that happen?

21  Q.   At the 127 slide when you said there you go, what did

22  you see?

23  A.   You can see some movement of the particles and change

24  in the image, and that was at 127; correct?

25  Q.   Yes.

Sacchetti - redirect

1          Now, during cross, Mr. Lief discussed refocusing at 85

2    to 86 and you didn't really complete your answer about why

3    it may have refocused on 85 to 86.  Can you explain to the

4    Court what happens in refocusing?

5    A.    As I said, overall as the sample was heated, it was

6    losing focus.  The fact that it fell -- that we refocused it

7    at 85 to 86 it was a gradual process leading up to that, it

8    didn't reflect any event that occurred at that point.

9    Q.    I believe you testified earlier you ran multiple

10   replicates of these tests; is that correct?

11   A.    That's correct.

12   Q.    If we look at DTX 104 run one at the two images at 85

13   and 86, did you see a refocus?

14   A.    We can look at it.  As I said, it's more of a random

15   thing.

16   Q.    We're looking at the 85 which is DTX 104, and can we

17   see 86.  Was there a refocus there?

18   A.    No.

19   Q.    So when slides go out of focus due to any number of

20   things.  Is that a random occurrence?

21   A.    Yes.

22   Q.    So you wouldn't attribute any particular import or not

23   to the fact that the slide went out of focus, or was

24   refocused at between 85 and 86 in run two?

25          MR. LIEF:  Objection.  Leading.

Sacchetti - redirect

1        MR. ABRAMOWITZ:  I'll withdraw.

2        THE COURT:  Yes.  And he said it and I have

3   heard it, so I believe the point that you're endeavoring to

4   make has been made, so you can go ahead.

5        MR. ABRAMOWITZ:  Okay.

6   BY MR. ABRAMOWITZ:

7   Q.    If we could go back to run two and start at about 75

8   mil, 75 degrees C, I believe Mr. Lief cut you off.  You were

9   testifying earlier about how during the loss of focus it

10  happens gradually.  Could you walk the Court through from 75

11  to 85 and show what happens?

12  A.    Okay.  The images are advanced.

13  Q.    Look at 75.  Now 76.  Now 77.  What's happened at 77?

14  A.    There is just some slight movement of the particles

15  that occurs.

16  Q.    78, 79?

17  A.    Right.

18  Q.    80.  81.  82.  83.  84.  85.  Now 86, in looking in

19  that series, did you see any change to the particles?

20  A.    No.

21  Q.    Was the only change -- what change did you see?

22  A.    Other than at 86, it was judged that it was time to

23  refocus, so that's what happened.

24        MR. ABRAMOWITZ:  I have no further questions.

25        THE COURT:  Thank you.  Doctor, you may step

Hollingsworth - direct

1   down.  Thank you very much.

2              All right.  We'll go ahead and take our lunch

3   break right now.  I'll see you back here at 1:30.  Okay.

4   Thanks.

5              (Witness excused.)

6              (A luncheon recess was taken.)

7              Afternoon Session, 1:30 p.m.

8              THE COURT:  Thanks.  Please be seated.

9              MR. ABRAMOWITZ:  Your Honor, we're going to call

10  our next witness.  This is Zydus' melting point expert

11  actually.

12             THE COURT:  All right.

13             MR. ABRAMOWITZ:  Dr. Mark Hollingsworth.

14             THE COURT:  All right.

15             ... MARK DAVID HOLLINGSWORTH, having been duly

16  sworn as a witness, was examined and testified as follows ...

17             MR. ABRAMOWITZ:  Your Honor, if I may approach

18  with some binders?

19             THE COURT:  You may.  Thank you.

20             (Mr. Abramowitz handed binders to the Court.)

21             THE COURT:  Please proceed.

22                    DIRECT EXAMINATION

23  BY MR. ABRAMOWITZ:

24  Q.    Good afternoon, Dr. Hollingsworth.

25  A.    Good afternoon.

Hollingsworth - direct

1    Q.    Could you please state your full name for the record?

2    A.    Mark David Hollingsworth.

3    Q.    Could you provide the Court with your current

4    position?

5    A.    Yes.  I'm an associate professor of chemistry at

6    Kansas State University.

7    Q.    And before you became an associate professor at Kansas

8    State University, can you give the Court sort of a brief

9    summary of your academic experience after high school?

10   A.    Yes.  I got -- had my B.A. in chemistry from Carlton

11   College and then I went on to do my Ph.D. in chemistry at

12   Yale University.  After that, I was a NATO post-doctoral

13   fellow at the University of Cambridge in the U.K.

14   Q.    What was the subject of your Ph.D. dissertation?

15   A.    My Ph.D. dissertation focused on reactions in organic

16   crystals.

17   Q.    And did you receive any awards or honors for your

18   Ph.D. dissertation?

19   A.    Yes.  The two main ones were the Nobel Laureate

20   Signature Award for Graduate Education in Chemistry from the

21   American Chemical Society, so that honors the most

22   distinguished dissertations in chemistry in the United

23   States in 1987.

24        I also received the distinguished dissertation

25   award from the Northeastern Association of Graduate Schools,

Hollingsworth - direct

1    which was a consortium of about 60 graduate schools in the

2    Northeast United States.  So that was for all fields of

3    physical sciences and engineering from the period from 1983

4    to 1987.

5    Q.    Could you summarize for the Court your professional

6    experience after your post-doctoral research?

7    A.    Yes.  So I have held faculty positions at the

8    University of Alberta, Indiana University, and Kansas State

9    University.

10   Q.    And have you been a visiting professor?

11   A.    Yes.  Sorry.

12   Q.    Anywhere?

13   A.    Yes.  I've also been a visiting professor at the

14   university of Rennes in France, ten different occasions

15   since 2001, and I was a visiting professor in the chemistry

16   department, University of Bordeaux, in 2006.  So in Rennes,

17   it was in the department of physics.

18   Q.    And at a very high level, could you briefly summarize

19   for the Court the focus of your research during that your

20   academic career?

21   A.    Yes.  So throughout my academic career, we focused on

22   properties of crystals, including chemical and physical

23   properties of crystals.  We've had particular interest in

24   the optics of crystals and diffraction properties.  We've

25   studied phase transitions, the mechanism of crystal growth,

Hollingsworth - direct

1    the mechanism of phase transitions and other physical

2    transformations, and we've used all sorts of different types

3    of spectroscopy and microscopy studies.

4    Q.    Have you published in peer-reviewed journals and books

5    on the subject of organic chemistry?

6    A.    Yes.  I have approximately 45 publications, seven of

7    which have appeared in either science or nature, so this

8    includes two book chapters.  Also given presentations at

9    national and international meetings.  Virtually, all of

10   these had to do with solid state organic chemistry and the

11   property of crystals.  So much of our work lately is focused

12   on phase transitions and solids.

13   Q.    Have you served as appear reviewer for scientific

14   journals?

15   A.    Yes, I have.  So I've been a reviewer for Science and

16   Nature, Journal of American Chemical Society, Chemistry

17   Materials, Molecular Crystals and Liquid Crystals, Journal

18   of Pharmaceutical Sciences, and I could go on.  There are

19   quite a few.

20   Q.    At Farber Research, have you gained expertise in

21   thermal analysis and other variable temperature methods?

22   A.    Yes.  So we've had a DSC in our laboratories since

23   1995, and temperatures are a variable we use throughout our

24   research.  We're interested in phase transitions, so we use

25   variable temperature, X-ray diffraction, nuclear magnetic

Hollingsworth - direct

1    resonance, spectroscopy, microscopy, as well as different

2    types of thermal methods.

3    Q.    And the thermal methods you described, what do they

4    have to do with melting points?

5    A.    Well, sometimes we use the thermal methods to measure

6    melting points.

7    Q.    Have you previously been recognized as an expert on

8    solid state chemistry issues for organic pharmaceutical

9    compounds at trial?

10   A.    Yes.  I've been recognized twice.

11   Q.    Can you please open your binder to DTX-77?

12   A.    My screen -- yes.

13   Q.    And what is DTX-77?

14   A.    That's my C.V.

15   Q.    And is this a true and accurate copy of your C.V. up

16   to the point you've provided it?

17   A.    Yes, it is.

18   Q.    And is it an accurate summary of your educational and

19   professional achievements at this point?

20   A.    Yes.

21            MR. ABRAMOWITZ:  Your Honor, we would offer

22   DTX-77 into evidence.

23            MR. LIEF:  No objection.

24            MR. ABRAMOWITZ:  Your Honor --

25            THE COURT:  It's admitted.

Hollingsworth - direct

1              (DTX-77 Exhibit was admitted into evidence.)

2              MR. ABRAMOWITZ:  Your Honor, we tender Dr.

3    Hollingsworth as an expert in the field of solid state

4    chemistry and the thermal analysis of organic and

5    pharmaceutical compounds.

6              MR. LIEF:  With those topics as described, no

7    objection.

8              THE COURT:  All right.  He's admitted as an

9    expert.

10   BY MR. ABRAMOWITZ:

11   Q.    Dr. Hollingsworth, have you prepared some

12   demonstratives to help with your testimony today?

13   A.    Yes, I have.

14             MR. ABRAMOWITZ:  Could we go to the

15   demonstrative?

16   BY MR. ABRAMOWITZ:

17   Q.    First, could you explain to the Court what you were

18   asked to do in this case?

19   A.    Yes.  So I was asked to evaluate testing on Zydus'

20   magnesium stearate as well as to look into the literature of

21   magnesium stearate and its thermal properties.

22   Q.    Could you provide some background?  You talked about

23   magnesium stearate.  Could you provide some background as a

24   chemist on the chemical nature of magnesium stearate?

25   A.    Yes.  So magnesium stearate is a magnesium salt of

Hollingsworth - direct

1   stearic acid.  This is a long chain fatty acid that contains

2   18 carbons.

3              In the commercial, magnesium stearate is mixed

4   with magnesium palmitate, which is another long chain fatty

5   acid salt that contains 16 carbons.  And so both of these

6   mixtures can exist either as hydrated phases, that is

7   contained in water, in particular, dihydrate, trihydrate

8   phases as well as anhydrous forms.

9   Q.    Has the thermal behavior of magnesium stearate been

10  published in the literature?

11  A.    Yes.  There's a wealth of publications on the behavior

12  of magnesium stearate.

13  Q.    Can we see the next slide, DDX-6.4.  Have you reviewed

14  this literature?

15  A.    Yes, I have.  I looked carefully at it, and the

16  literature is consistent in that the authors all agree that

17  magnesium stearate undergoes a dehydration in a solid state

18  with a solid phase transition to an anhydrous form beginning

19  at or below a hundred degrees Centigrade.  You can also do

20  this by evacuation of the material at room temperature or

21  other temperatures above that.

22              And so --

23              THE COURT:  What do you mean by evacuation,

24  Doctor?

25              THE WITNESS:  I mean that you can remove the

Hollingsworth - direct

1    water by applying a vacuum to the sample.  And so the

2    literature also is consistent in reporting that the

3    anhydrous form melts in a separate endothermic event at or

4    above 105 degrees Centigrade.

5                   So many different analytical techniques

6    have been used to examine this transformation.

7    Q.    Have you reviewed any testing on Zydus' actual samples

8    of magnesium stearate?

9    A.    Yes, I have.

10   Q.    And what types of testing did you review?

11   A.    Well, I reviewed hot stage microscopy provided by

12   defendants.  I reviewed DSC provide by both plaintiffs and

13   defendants and TGA from plaintiff.

14   Q.    Have you prepared some demonstrative slides to help

15   the Court understand what is actually taking place in the

16   magnesium stearate samples?

17   A.    I think we need some background.  The next slide talks

18   about the classification of different types of solids.

19   Basically, there are three different types of solids.  There

20   are crystalline solids, mesophases and amorphous solids.

21                   And crystalline solids exhibit long range orders

22   in three dimensions.  That is their distinguishing feature.

23   Mesophase, on the other hand, exhibit long range order

24   extending in one or two dimensions.  And amorphous glass

25   have short range order only.

Hollingsworth - direct

1    Q.      What are the unit cells?

2    A.      So a unit cell is a -- a typical unit cell is shown on

3    the next slide.

4            This case is fundamental building block of a

5    crystal.  It's basically a box of a certain size and

6    shape that contains molecules or atoms in specific

7    arrangements.

8            And so as you can see on the next slide --

9    Q.      And the slide you're looking at currently, Dr.

10   Hollingsworth, is DDX-6.7?

11   A.      I am sorry.  Yes.  I'm sorry.  I didn't hear your

12   question.

13   Q.      And are you looking at DDX-6.7 currently?

14   A.      That's correct.

15   Q.      And can we go to DDX-6.8.

16   A.      Yes.  So the next slide just shows that crystals are

17   built up from unit cells that repeat in all three

18   dimensions.  That's what I've shown in this, in this slide.

19   Q.      Do solid state chemists and scientists have some form

20   of shorthand to explain how crystals are arranged?

21   A.      Yes.  So the next slide is a graphic showing

22   different, the seven different main symmetry classes for

23   crystals, and this is important in the present case, because

24   there's some confusion over these terms.

25           And so isotropic crystals -- well, cubic

Hollingsworth - direct

1    crystals are isotropic.  In cubic crystals, the length

2    of the unit cell are equal.  That is all three lengths

3    are equal, and the angle between those unit cells is

4    90 degrees.

5            And so cubic crystals are said to be isotropic.

6    Their properties are the same in all directions.

7            The next class is made of uniaxial materials.

8    These are hexagonal, tetragonal and trigonal.  The thing

9    that distinguishes them, they have one axis, that is the

10   vertical axis called the C in these diagrams.  Okay.  That's

11   a certain length.  And then the other two axes, A and B,

12   which are perpendicular to C, that have equal lengths.  And

13   so that makes A and B equivalent.  And the properties of

14   uniaxial crystals are equivalent in the AB plane.  So that's

15   why they're called uniaxial.  They're said to be isotropic

16   when viewed along the unique axis, which is the vertical

17   axis in this diagram.

18           Then there are low symmetry crystals, which are

19   anisotropic in all directions.  Those are orthorhombic and

20   monoclinic and triclinic.  Here there are no restrictions on

21   the length of the sizes in the cells.  Orthorhombic and

22   monoclinic cells have some restrictions on the angle between

23   those spaces.

24   Q.    Looking here at DDX 6.9, were you here yesterday to

25   hear Dr. Pinal testify?

1   A.    Yes.  I think Dr. Pinal had a basic misunderstanding

2   of what the literature is meaning when it talks about loss

3   of isotropic in experiments in the literature, and certainly

4   in the videos I have seen we're looking down the unique axis

5   of these crystals, as we see when I talk when that a little

6   bit later.  The crystals when they are uniaxial look to be

7   isotropic in that AV plane.

8   Q.    Now, you may have heard Dr. Pinal talk about cross

9   polar as an anisotropic.  Have you prepared a demonstrative

10  to show that?

11  A.    Yes, I have.

12  Q.    Can we turn to DDX 6.10.  What's going on in DDX 6.10?

13  A.    This next slide is a set of photographs from research.

14  Notice that the background color is purple instead of black.

15  In many cases we use cross polar that will give a black

16  background.  Here.  We have a compensated plate that gives a

17  purplish color to the diagrams or to photographs.  And so in

18  this, in this series of photographs, if the system is

19  purple, then it would appear black between the cross polars.

20  This is a phase transition that takes you from a trigonal

21  high temperature form which is isotropic in the plane of

22  plate face just like the glasses to a low temperature

23  orthorhombic form in which you can have light passing

24  through the crystal and see different interference colors

25  when viewed through this plane.  Then so that happens at

Hollingsworth - direct

1    around minus 175 or so.

2              As you warm the crystal up from the low

3    temperature orthorhombic phase to the trigonal phase, it now

4    becomes isotropic in the plane in that magenta and has the

5    same color as the background.

6              What we're doing is changing the

7    symmetry of this crystal at very lot temperatures, we go

8    from a high symmetry crystal to a low symmetry crystal in a

9    solid-solid phase transition going back to other way, we

10   have essentially recrystallized this sample to give a

11   high symmetry crystal again.

12   Q.   Doctor, does this recrystallization here involve a

13   melt?

14   A.   No.

15             MR. LIEF:  Your Honor, if I might, I do not

16   recall this in his report.  I don't believe this is a part

17   of what's been exposed --

18             THE COURT:  When you say this, what is the

19   "this?"

20             MR. LIEF:  This entire discussion, the prior

21   answer and this question as well.

22             MR. ABRAMOWITZ:  Well, respectfully --

23             THE COURT:  You've got to talk to me, not him.

24             MR. ABRAMOWITZ:  Your Honor, in paragraph 42,

25   61 through 63 of Dr. Hollingsworth's report which I can

Hollingsworth - direct

1    provided, Dr. Hollingsworth talks at length about

2    anisotropic, and during Mr. Lief's deposition.

3            He talked about phase transitions just this way

4    and using cross polars in his laboratory, very low low

5    temperatures to elicit the difference between looking

6    through the plate phase and seeing nothing and looking

7    through the plate phase and seeing colors or antitrophic.

8    This is a demonstrative illustrating his testimony.

9            MR. LIEF:  I didn't hear anything in that answer

10   that in his report there is a discussion of that

11   decanedione/urea ferroelastic phase transition, I didn't

12   hear it.  I think this is brand-new.

13           MR. ABRAMOWITZ:  We agree the molecules is a

14   demonstrative.

15           THE COURT:  If you received the demonstratives

16   and had a chance -- let's put it this way.  I'm overruling

17   the objection assuming his report contains what I just heard

18   Mr. Abramowitz say.  They take this to be an illustrative of

19   the anisotropic and isotropic nature of the material that is

20   heated or goes through a transition.  All right?

21           So you'll have a chance to cross-examine him on

22   it if you'd like.

23           If you're going to tell me hey, he never talked

24   about the isotropic and anisotropic changes in his report,

25   that's one thing, but if you're saying he never pointed to

Hollingsworth - direct

1    urea ferroelastic phase transition and that's what's

2    bothering you, then I'm not worried about that because I

3    take it that this is illustrative of something that's been

4    gone over at length with your witness and which I expect,

5    unless again, Mr. Abramowitz represented to me is covered in

6    this man's report.

7                MR. LIEF:  Again, I don't believe that this

8    whole discussion with trigonal and orthorhombic, these are

9    remarkable I think details that I don't recall from this.

10               THE COURT:  All right.  Well, why don't we move

11   forward because unless I'm badly missing my bet, I've just

12   gotten some background information about phase transitions

13   here.

14               Okay.  Go ahead.

15   BY MR. ABRAMOWITZ:

16   Q.   We've heard Dr. Pinal talk about solvates and

17   hydrates.  What are solvates and hydrates?

18   A.   The next slide, the demonstrative shows that.  The

19   solvates and hydrates are physical forms that contain

20   solvent on molecules in their three-dimensional structure.

21   So one class of solvates are hydrates.  They include water.

22   They're very different types of hydrates and oftentimes

23   they're characterized by the geometry of water.   In

24   monohydrate, they have a one-to-one ratio.  Dihydrates have

25   two-to-one.  Trihydrates have three-to-one.  You can have

Hollingsworth - direct

1    anhydrates that are crystalline forms that are not solvates.

2    Q.    Dr. Hollingsworth, what's a liquid?

3    A.    The next slide is a demonstrative that tells us about

4    that.  So we all know from common experience that liquids

5    flow and they fill up the volumes of their containers, but

6    the important thing here is liquids are isotropic, they have

7    properties of the same and in all direction.

8             So another further constraint on a definition of

9    liquid is a geometric ordering/correlations disappear after

10   only a few molecules.  If you look at the x-ray diffraction

11   pattern of a liquid, we get broad bands with radial

12   symmetry, and this represents the most common distances

13   between molecules as it turns out.

14   Q.    Dr. Hollingsworth, how are solvents and liquids

15   related?

16   A.    Yes.  So they're related to phase transition.  So the

17   next slide shows an example of phase transitions.  So if you

18   heat a solid, you can melt it.  That's a phase transition,

19   takes you to a liquid.

20            You can evaporate a liquid and a phase

21   transition takes it to a gas.  A gas can be condensed,

22   that's the reverse of that evaporation phase transition,

23   that gives a liquid and you can freeze crystalize, a liquid,

24   to get a solid.

25            So on the top of this diagram.  I have separated

1    these in terms of which way the heat flows, so going to the

2    right, you have an endothermic transition when you go from

3    a solid to a liquid or a liquid to a gas that absorbs heat.

4    Going from the left, condensation or freezing, it's heat

5    releasing or exothermic.

6    Q.    Here, Dr. Hollingsworth, are you looking at DDX 6.13?

7    A.    That's correct.

8    Q.    Are there any other types of phase transitions?

9    A.    Yes.  So you can have all sorts of different types of

10   phase transition.  I have separated these in terms of

11   whether or not they're endothermic or exothermic.  We have

12   heard melting or boiling which is endothermic.

13          We have the last transition which takes you to a

14   molting state, amorphous.  You can also have solid-solid

15   phase transitions that are either endothermic or exothermic.

16          One type of solid-solid phase transition takes

17   you from a crystal to another or crystal to mesophase.

18   That's always going to be endothermic.  And desolvation or

19   dehydration which is loss of bound solvent/water that's

20   going to be endothermic.

21           On the exothermic side, we have freezing

22   including crystallization from a melt, condensation which we

23   just saw, going from amorphous to a crystalline phase is

24   exothermic, hydration and solvation is exothermic.  Like I

25   said, solid-solid phase transitions can be either exothermic

1    or endothermic.

2    Q.    There is some highlighting on DDX 6.41.  Why are these

3    highlighted?

4    A.    I have highlighted the ones that are relevant to this

5    case.  That's melting, solid-solid phase transitions, including

6    crystals and mesophase and desolvation/dehydration.  Those

7    are all endothermic on the right side.  Exothermic transitions

8    of relevance can include freezing including crystallization

9    from a melt.

10   Q.    What types of solids melt?

11   A.    So either a crystalline solid or mesophases can melt.

12   Q.    Can you provide the Court with a definition of melting

13   point?

14   A.    I have got a demonstrative for that.

15         So the Court's definition is widely accepted and the

16   correct one, that's the temperature at which a solid and

17   liquid phase of a compound are at equilibrium.

18              This diagram is from Maria Kuhnert-Brandstatter's

19   book, Thermal Methods -- now I have forgotten the name of

20   the book, but it's her book on Thermal Microscopy of

21   Pharmaceutical Compounds show a very nice example of an

22   equilibrium melting point.

23              Here, she's adjusting the temperature of this

24   sample, so first to raise the temperature, so this

25   particular crystallite starts to melt and then she's

Hollingsworth - direct

1    reversed the sequence and lower the temperature just a tiny

2    bit to make the crystallite reappear again.  So she is --

3              THE COURT:  So I may come back and read this, so

4    I got to make sure we're talking about this in the way that

5    will be reflected on the record, Dr. Hollingsworth.

6              You're looking at DDX 6.15, and when you say

7    here she is raising the temperature, you pointed in the

8    upper left-hand corner and moved to the upper right-hand

9    corner.  Did I get that correct?

10             THE WITNESS:  Yes.  Sorry.  So you start at a

11   somewhat lower temperature or maybe a particular temperature

12   and at that temperature the crystallites start to melt.  You

13   see, you watch it melting up in the upper two frames at a

14   particular temperature, then the temperature is lowered very

15   slightly, maybe only by a few tenths of a degree, and the

16   crystallites starts to regrow, and even larger as it remains

17   at that temperature or possibly a slightly lower

18   temperature.  This is a way of homing in to the equilibrium

19   melting point of a solid.

20             THE COURT:  And the recrystallization is

21   represented in the bottom two photographs moving from the

22   left to the right; correct?

23             THE WITNESS:  Going from the upper right you can

24   see the particle is smallest there.  I think it probably

25   gets a little bit thicker as you go from the lower left, and

1    then it certainly is larger in the lower right frame.

2                THE COURT:  Thank you.

3    Q.    And Dr. Hollingsworth, is Professor

4    Kuhnert-Brandstatter a well-known authority on microscopy?

5    A.    She is wildly recognized an authority in the field.

6    Q.    Is her work a well-known treatise that's used as both

7    a teaching and learned text?

8    A.    Yes.

9                MR. ABRAMOWITZ:  Your Honor, we move in figure

10   six from DTX 89.

11               MR. LIEF:  No objection.

12               THE COURT:  Admitted without objection.

13   BY MR. ABRAMOWITZ:

14   Q.    Have you looked at any articles or text to explain

15   what is met by an equilibrium melting point?

16   A.    There are many, several of which are included as

17   exhibits in my report.  So this is a chapter by David Grant

18   in Brittain's book on polymorphism and pharmaceutical, in

19   this chapter he has a diagram called the energy versus

20   temperature diagram.  This is a general diagram, it's G1 and

21   G2 could represent the parameters either for two different

22   crystal forms or G1 could represent a solid and G2 could

23   represent a liquid.

24               And so the point about this is that this gives

25   the definition of a graphical meaning to the definition of a

Hollingsworth - direct

1    melting point.

2            The melting point is defined as the temperature

3    at which these two curves cross, that is the free energy of

4    the solid and the free energy liquid each have a

5    characteristic free energy at different temperatures, so the

6    temperature at which they cross, the free energy difference

7    between solids and liquids is zero, they're equal to each

8    other.

9    Q.   Dr. Hollingsworth, are you looking at Figure 10 from

10   DTX 81 on DDX 6.16?

11   A.   That's correct.  The point is that at the melting

12   point the equilibrium melting point as been defined by this

13   Court the difference in free energy is zero.

14   Q.   And Professor Grant who wrote this chapter, was he a

15   well-known solid state expert?

16   A.   Yes, he was a editor of the Journal of Pharmaceutical

17   Science for many years.

18   Q.   And the book the theory of polymorphism, Harry

19   Brittain's book, is that a well-known treatise in the area

20   of solid state pharmaceutics?

21   A.   I think the name is polymorphism, it's a well-known

22   and well-regarded treatise.

23            MR. ABRAMOWITZ:  Your Honor, we move in figure

24   10 of DTX 81.

25            MR. LIEF:  No objection.

1        THE COURT:  Admitted without objection.

2    BY MR. ABRAMOWITZ:

3    Q.    Have you prepared any other demonstratives helping to

4    claim how the melting point works in?

5    A.    That last slide is a little busy slide, I have

6    simplified it so we can see what's going on here.  Here

7    again we have a free energy versus temperature diagram.

8    Q.    We're looking at DDX 6.17?

9    A.    That's correct.  And so this is a free energy versus

10   temperature diagram for a liquid and a solid, so you can see

11   the point where the two curves cross, that's the temperature

12   at which the solid, the free energy and the solid and the

13   liquid are equal to each other.  This is how a melting point

14   is defined.

15   Q.    Does this phase diagram have any, on DDX 6.17, have

16   any reference to Dr. Pinal's opinion about the onset melt in

17   the DSC thermograms?

18   A.    In the demonstrative that Dr. Pinal showed yesterday,

19   he showed a position that would correspond, or the onset of

20   which is a position on this graphic corresponds to something

21   to the left of equilibrium point.

22        There at those temperatures there is a bias in favor

23   of the solid over the liquid.  So it's not the thermodynamic

24   of a melting point.  It's far from it.

25   Q.    Is there a position on this graph that corresponds to

1    the equilibrium melting point of the DSC?

2    A.    Well, I think the best position is the one that

3    corresponds to the peak maximum for the endotherm, that's

4    probably the closest you can get to the actual melting

5    point.

6    Q.    Can you describe the phase condition from the crystal

7    from mesophase?

8    A.    The next slide, the graphic that shows that, just as

9    de Genne stated on the first page of the book, that's DTX

10   78, often times instead of going directly from a crystal to

11   a liquid, you go through a mesophase or a series of

12   mesophases, instead of having three-dimensional long range

13   order, they have one or two dimensional long range order of

14   their lattice, they're still anisotropic.  And finally the

15   mesophase can melt to give a liquid which is isotropic.

16   Q.    We're looking at DDX 6.18 which contains some

17   information which contains information from the de Gennes

18   78.  Was Professor De Gennes an important person in the

19   world of mesophases?

20   A.    He won the Nobel Prize in physics for his study of

21   liquid crystals.

22   Q.    And have you prepared any other slides concerning how

23   mesophases work in transitions between crystals and liquids?

24   A.    As I said, on the first page of de Genne's book, he

25   talks about the fact that many materials go from a crystal

Hollingsworth - direct

1    through a series of different mesophases to a liquid, so

2    they pass through a series of different phase transitions

3    that take you from one mesophase to another and then finally

4    give a liquid.

5    Q.    Given this background and these slides you presented,

6    Dr. Hollingsworth, can you kind of give the Court an

7    explanation of what and analytical methods were used to

8    study the actual samples of Zydus's mesalamine?

9    A.    So the three methods that were used to study

10   mesalamine samples were hot stage microscopy, differential

11   scanning calorimetry, DSC, and thermogravimetric analysis.

12   Q.    What is hot-stage microscopy?

13   A.    Hot-stage microscopy is a method that utilizes a

14   microscope and hot stage heating elements and temperature

15   controller and it's nowadays always used in conjunction with

16   a video camera and/or a photographic camera to record

17   the event.

18   Q.    How does a hot-stage microscopy experiment typically

19   work.

20   A.    Typically the temperature is ramped up at a constant

21   rate or down at a constant rate and the changes in the

22   sample are viewed through the microscope and with these

23   devices.

24   Q.    Have you prepared a demonstrative to show the Court

25   what typically happens under the microscope when a

Hollingsworth - direct

1   crystalline compound melts?

2   A.    The next slide shows a very nice example from Walter

3   McCrone's book.  It's called Fusion Methods in Chemical

4   Microscopy.  It's DDX 87.  Here he shows melting of highly

5   pure azobenzene.  In this slide the temperature is up in the

6   upper left, 68 degrees, upper right, 68.2, lower left 68.4

7   and lower right 68.5.  In this diagram I have highlighted

8   certain regions so you can focus on those.  Those are in the

9   blue boxes.  You can see that this lower left crystallite

10  starts to deform a little bit around 68.2, but then it

11  doesn't disappear until you go from 68.4 degrees to 68.5

12  degrees.  And other particles show slight changes in shape

13  during this temperature range.

14            I think according to the definition of a

15  melting point the melting point of this particular sample is

16  somewhere between 68.4 and 68.5 degrees.

17  Q.    And Dr. Hollingsworth, who is Professor McCrone?

18  A.    So he was one of the most widely recognized experts in

19  thermal microscopy.

20  Q.    Is his book an authoritative text on the method of

21  thermoscopy?

22  A.    Yes, it is.

23            MR. ABRAMOWITZ:  Your Honor, we move in figure

24  22 from DTX 87, the McCrone book into evidence.

25            MR. LIEF:  No objection.

Hollingsworth - direct

1          THE COURT:  Admitted without objection.

2    BY MR. ABRAMOWITZ:

3    Q.    Dr. Hollingsworth, have you prepared some

4    demonstratives showing the hot-stage microscopy experiments

5    conducted on Zydus samples?

6    A.    Yes, I have.  So there are actually two sets here.

7    The first is actually a video that Dr. Sacchetti and his

8    colleagues performed on one sample.  You can actually see

9    that the temperature is already going up here.  And we'll

10   get to the second one in a second which is just an animation

11   based on a set of photographic stills.

12          But the point is that as the temperature is

13   raised from 70 through 90 degrees, there are no apparent

14   changes in the crystallites that you observed in the sample.

15   And so the temperature continues to rise and again there are

16   no apparent changes.  We can keep going up, there was a

17   refocus there.

18          Until finally you can start to see some

19   changes appearing I think right around 130 or so, and

20   certainly above 140, you can see that there is a very clear

21   melting process going on.

22          THE COURT:  You may have said it, but I didn't

23   hear it.  DDX 6.24 is what we have been talking about;

24   right?

25          THE WITNESS:  Yes.

1  Q.     And the video you were referring to, was that DTX 105?

2  A.     That's correct.

3  Q.     Could we move on to DDX 6.25 with DTX 104.  What are

4  you showing in DTX 104 here?

5  A.     This is an animation made from a sequence of

6  photographic stills and here the temperature is going up.

7  There we passed 90 degrees without any apparent changes in

8  the sample as you can see.  If the temperature keeps going

9  up, you'll finally see changes at much higher temperature.

10 So nothing at a hundred, there is a refocus there, 120,

11 finally you can see things happening close to 130 degrees.

12 And you can see visible melting at higher temperature.

13 Q.     Dr. Hollingsworth, have you reviewed any additional

14 evidence in the literature that relates to the hot-stage

15 microscopy results seen on Zydus' mesalamine samples?

16 A.     I think the nicest example from the literature is this

17 series of photo micrographs from the paper of Miller and

18 York that is DTX 82.  Here in this upper left frame we can

19 see that it's taken at 88 degrees, the middle one in the

20 upper part is 96, and then 101 in the upper right, 121 the

21 lower left, 126 in the center one in the bottom, and 130 in

22 the bottom right.

23        Let's focus for just a minute on the large

24 crystallite that they have identified in the very first

25 frame.  So one thing you see is that it looks like a nice

1    single crystal that's overlapped with some other crystals.

2    You can also so it's very thin plate and we're looking right

3    down through the plate face of this crystal.

4               And so that's important because the

5    molecules, the long chain molecules are actually lying

6    side-by-side each other in that plane.

7               As you warm the crystal, you can -- from 88

8    to 96 degrees, there is really very little or no change in

9    the shape of the crystal.  You can start to see some

10   striation and the authors note that and these become more

11   apparent at 101 degrees.  Finally at 121 degrees you can see

12   some deformation in the edges of the crystal.  At 126 you

13   can start to see melting and at 130 you can also see

14   melting.

15              But the other thing that the authors note is

16   that at 96 degrees, the crystal looks anisotropic, this is

17   an important point to this case.  The question is what did

18   they mean by that.  They're looking right down through the

19   plate face of this crystal.  And when the crystal undergoes

20   a solid-solid dehydration, it goes to a higher symmetry

21   form, or what appears to be a higher symmetry form just like

22   those hexagonal crystals or the hexagonal crystals that I

23   showed you or trigonal crystals that I showed you earlier in

24   that demonstrative.

25              From the point of view of a scientist, this

Hollingsworth - direct

1   crystal looks anisotropic in that plane, that's what they're

2   observing.

3                   Your Honor, your question was right on the

4   money, the question was whether or not a loss of anisotropy

5   has anything to do with what the scientists are seeing or

6   overall whether it becomes isotrophic.  Overall in the

7   literature, it's consistent that these crystals lose their

8   anisotropy.  If you lie down flat and when you look at them

9   with a microscope, you're looking through the plate face.

10  As you'll see, this process takes you to a mesophase that

11  has higher symmetry than the anhydrate -- I'm sorry, than a

12  hydrated phase that was its precursor.

13  Q.   Dr. Hollingsworth, you have been looking at figure

14  five, DTX 82, PTX 504 on DTX 6.27?

15  A.   That's correct.

16                   MR. ABRAMOWITZ:  Your Honor, I think figure five

17  is already in evidence, PTX 504, but we would renew offering

18  figure five of PTX 504 into evidence.

19                   THE COURT:  If it's in, it's in.

20  BY MR. ABRAMOWITZ:

21  Q.   Dr. Hollingsworth, what's DSC or differential scanning

22  calorimetry?

23  A.   This is an analytical technique that uses the thermal

24  characteristics of samples to study phase transitions and

25  look to distinguish between the different materials.

Hollingsworth - direct

1   Q.    And how does DSC work?

2   A.    DSC there are basically two wells, one contains a

3   sample, the other one contains a reference.  And in the

4   experiment you heat the sample and reference and supply

5   enough power or energy, thermal energy to the sample and

6   reference to keep them exactly the same temperature during

7   heating or cooling.

8   Q.    What type of data does DSC generate?

9   A.    DSC generates what's called a thermogram.  This is a

10  plot of heat flow as a function of temperature, in this

11  particular diagram, endothermic transitions and exothermic

12  transitions point downward.

13              THE COURT:  That's a flip of what we have been

14  seeing on the DSC diagrams that have been created by the

15  experiments we have seen so far; is that right?

16              THE WITNESS:  That's correct.

17              THE COURT:  Can I ask you, why would you have a

18  -- you would have a sample you said and a reference.  What

19  would the reference be?  What's the point of having some

20  other material?

21              THE WITNESS:  So we go back a slide.  It turns

22  out the reference is just the sample pans themselves, they

23  have a certain heat capacity of their own.  And these sample

24  pans are made to variate exactly to standard, so this allows

25  you to compare the reference and the sample to the

685

Hollingsworth - direct

1    difference between those wells, but the heat characteristics

2    of the sample itself.

3              THE COURT:  So the reference doesn't contain

4    material in the container.

5              What's the heat doing to the container, so that

6    you can sort of separate that out from what's happening to

7    the sample?

8              THE WITNESS:  So in both sides you have the

9    container.  And the containers are meant to match each other

10   in size and shape and volume and heat capacity.  So the

11   difference between the reference which has the container and

12   the sample that has the container containing the sample is

13   the sample.  So you try to match the two wells as close as

14   possible so you can actually look at what's happening to the

15   sample.

16             THE COURT:  At the sample by subtracting what's

17   happening to the sample?

18             THE WITNESS:  You look at the differential heat

19   flow between the sample and the reference.  That's why it's

20   called differential scanning calorimetry.

21             THE COURT:  Thank you.

22   BY MR. ABRAMOWITZ:

23   Q.    Can we go back to DDX 6.30?

24   A.    This actually shows representative transitions, an

25   endotherm, a desolvation endotherm for melting and an

Hollingsworth - direct

1    endotherm for a solid-solid phase transition, which could

2    have been either endothermic or exothermic.

3    Recrystallization is always exothermic.

4    Q.    Do you have some exemplary traces of real world

5    compounds that you can explain to the Court?

6    A.    This slide is an article by Giron, DTX 98.  This is a

7    review on thermal properties of pharmaceutical compounds.

8    This first one, figure 12, is an exemplary trace of

9    dehydration followed by melting for two separate samples so

10   substance A and B here, each of those shows an endotherm

11   from dehydration followed by a melt.  One of higher

12   temperature and the other at low temperature.  So Giron

13   classifies these sort of endotherms as indicative of what's

14   called type one process, in which is the dehydration occurs

15   in a solid-solid phase transition without melting.  So

16   that's the first one.

17   Q.    And Dr. Hollingsworth, before I move on, we're looking

18   at figure 12 from DTX 98, PTX 496, the Giron reference.  If

19   you see there are two sharper melting endotherms and the

20   dehydration.  I know you heard Dr. Pinal discuss that to

21   some extent, what is the significance of that?

22   A.    Well, those endotherms are actually for a different

23   material, so the dehydration process occurs for the hydrated

24   material, that's a completely different material than what

25   we have at higher temperatures.  So the melting here is the

Hollingsworth - direct

1   melting of the anhydrate, not of the hydrate.

2   Q.   Is there a special meaning to the sharpness of these

3   two peaks in the meltings?

4   A.   I think the sharpness depends on lots of things,

5   especially the chemical purity and the mechanism by which

6   the sample melts.  It doesn't necessarily represent anything

7   about a crystallographic purity as Dr. Pinal was stating.

8        It really has more to do with the mechanism of melting

9   because there are lots of different cooperative interactions

10  going on during this process, and the chemical purity of the

11  sample.

12  Q.   And in figure 12, the endotherms we're discussing are

13  the features labeled dehydration and melting endotherm; is

14  that right?

15  A.   That's correct.

16  Q.   Do you have some further demonstratives concerning the

17  dehydration process and DSC traces?

18  A.   So figure 13 is another figure from Giron's article.

19  So Giron calls this, the next one a type two dehydration

20  process.  You can see very clearly that dehydration here

21  occurs with melt.  How do you tell that?  Well, there is

22  right after the dehydration and melting endotherm, there is

23  a recrystallization exotherm, so you can tell that sample

24  melted when it dehydrated, then it recrystallized in an

25  exothermic transition to give a melting endotherm for the

Hollingsworth - direct

1    anhydrous form.  In this particular plot you also see a TG

2    trace that shows loss of mass that corresponds to the

3    dehydration event.

4    Q.    And just so the record is clear, the endotherms you're

5    discussing, figure 13 of DTX 98, PTX 496, Giron, the

6    features labeled fusion and loss of water?

7    A.    Yes.

8    Q.    Which one is the exotherm?

9    A.    Yes, so there is a point of peak labeled liquid with

10   an arrow to anhydrous form, that's the recrystallization

11   exotherm in this diagram.

12   Q.    You just pointed to a TGA.  What is a thermographic

13   analysis of TGA?

14   A.    That's in the next slide.  This is an analytical -- I

15   guess it's not.

16   Q.    Could we go forward to DDX 6.34 real fast.  6.35.

17   Next slide.  One more.  There we go.  What is TGA?

18   A.    So TGA is just another analytical method that's used

19   to measure mass loss, a sample as a loss of function of

20   temperature, basically a heating element, a microbalance.  A

21   sample is heated at a constant rate.  This is used to

22   compliment DSC information, used to characterize desolvation

23   and decomposition transition in solid.

24   Q.    Can we go took back to DDX --

25               THE COURT:  Hold on just a moment.  In what

Hollingsworth - direct

1    sense is it used to compliment DSC?

2              THE WITNESS:  It can help you understand what

3    the particular features of the DSC mean, so in particular

4    if you have a dehydration or a desolvation process, the

5    temperature of the TGA loss matches that of the DSC

6    endotherm that we observed, then those two are correlated by

7    this TGA measurement.

8              THE COURT:  Does one tell you anything about --

9    does the TGA tell you anything about whether what's

10   happening with an endotherm is a dehydration or a melt?

11             THE WITNESS:  It gives you information about the

12   dehydration process and not about a melting, possible

13   melting, a melting process and recrystallization.

14             THE COURT:  But TGA in terms of whether

15   something is in a dehydration form?

16             THE WITNESS:  That's correct.  And sometimes

17   from the features of the TGA we can interpret what we're

18   seeing in the DSC, but in general it's used to document

19   whether or not you have a mass loss which corresponds to the

20   solvation or dehydration.

21             THE COURT:  And does a hydrated form of a

22   chemical compound have to go through a dehydration process

23   before it can melt as a general matter or can the hydrated

24   form go directly to a melt?

25             THE WITNESS:  Well, this depends on what kind of

Hollingsworth - direct

1   sample you have, what the crystal structure is.  We'll get

2   to that.

3                THE COURT:  It depends on a lot of stuff.

4                THE WITNESS:  That is correct.

5   BY MR. GAERTNER:

6   Q.    If we go back to DDX-6.33.  Could you explain what's

7   going on in the DSC that Dr. Hanton conducted?

8   A.    Yes.  So this is Dr. Hanton's DSC of magnesium

9   stearate and he was heating it at a rate of ten degrees per

10  minute.  The point is he observed endotherms for dehydration

11  and something that appears to be a melting endotherm.  The

12  point about this then, also Sacchetti's results, there's

13  absolutely no evidence for a recrystallization exotherm in

14  this DSC plot.

15                So the next slide actually shows you what

16  happens with Dr. Sacchetti's DSC.  Here he slowed down the

17  heating rate to five degrees per minute.  That improves your

18  chances of seeing events that are overlapped, but still he

19  saw no evidence whatsoever for a recrystallization exotherm.

20  The only features that you see in the DSC trace are

21  endotherms for dehydration and for melting.

22  Q.    Doctor, did you look at any DSCs in the academic or

23  scientific literature that helped you to understand the

24  DSC's that were performed by Dr. Hanton and Dr. Sacchetti?

25  A.    Yes, I did.  One of them is shown on the next slide.

Hollingsworth - direct

1    This one is from a paper by Miller and York.  Earlier we saw

2    crystal microscopy of the same samples.

3                  THE COURT:  The next slide.  We're looking at

4    DDX-6.35.  Right?

5                  THE WITNESS:  That's correct.

6                  THE COURT:  Go ahead.

7                  THE WITNESS:  This is from DDX-82.  This is from

8    a paper by Miller and York.

9                  Notice that they're heating at two degrees per

10   minute and so on the top, you have magnesium stearate, two

11   different samples, and the bottom you have magnesium

12   palmitate.  Powder A in the upper left is the trihydrate.

13   You see an extra endotherm for dehydration in that

14   particular material and powder B on the upper right is the

15   dihydrate.  So that actually shows a single endotherm for

16   dehydration and then a melting endotherm.

17                  The same goes for palmitate.  You can see

18   endotherms only.  None of these DSC traces have any

19   recrystallization exotherms that are evident.

20   Q.    Looking here, Dr. Hollingsworth, at Figure 2 of

21   DTX-82, PTX-504, is there any significance to the heating

22   rate that was used?

23   A.    Yes.  Once again, if you slow down the heating rate,

24   you increase your chances of distinguishing overlapping

25   events in the DSC, such as recrystallization exotherm that

Hollingsworth - direct

1   overlaps with the dehydration endotherm.

2   Q.    And what heating rate did Miller and York use in

3   DTX-504?

4   A.    They used a heating rate of two degrees per minute.

5   Dr. Hanton used ten.  Dr. Sacchetti used five.

6   Q.    Now, if we could go to DDX-6.37, we see Dr. Hanton's

7   TGA.  Could you explain what's going on here?

8   A.    So here we have the TGA for Zydus' magnesium stearate

9   and basically what you see is a mass loss.  I think losing

10  about 3.6 or so percentage of its mass.  This is because of

11  the dehydration.  So the documents, the temperatures over

12  which the dehydration occurs, and that matches pretty

13  closely to the large endotherm that you see in the DSC at

14  lower temperature.

15          THE COURT:  And can a TGA curve like that be

16  attributed to anything other than dehydration, the loss of

17  hydrate?

18          THE WITNESS:  Well, this is what you are

19  measuring with the TGA, so the TGA only tells you about what

20  is happening.

21          THE COURT:  Right.  My question is:  This shows

22  you, if I'm correct, this shows you a loss of mass?

23          THE WITNESS:  That's correct.

24          THE COURT:  Okay.  And my question is:  Can the

25  loss of mass be attributed to anything other than the loss

1    of a hydrate?

2              THE WITNESS:  Yes.  Sometimes if you have a

3    decomposition of the molecule, if the carboxylate were to

4    lose carbon dioxide, for example, you might lose some, but

5    chemically, that does not make sense in this particular

6    case.  There's certainly no evidence that this is anything

7    except water leaving the crystal.

8              THE COURT:  Thank you.

9    BY MR. ABRAMOWITZ:

10   Q.    And, Dr. Hollingsworth, were you talking here on

11   DDX-6.37 about PTX-552?

12   A.    That's correct.

13   Q.    Did you see any evidence in the literature that

14   discusses TGAs of magnesium stearate samples similar to that

15   seen in Zydus' sample?

16   A.    Yes.  So many of the papers show TGA traces including

17   the one by Miller and work we've seen before, DTX-82.  So

18   Figure 2 of Miller and York shows dehydration of magnesium

19   stearate and magnesium palmitate.

20             As I said, the diagram on the upper left again

21   is for the trihydrate.  Powder B on the upper right is for

22   the dihydrate.  And you can see a single -- I'm sorry, a

23   mass loss right around 100 degrees or so in that, in that

24   TGA at any rate.

25   Q.    And, Dr. Hollingsworth, you're using your laser

1   pointer to point out a Figure 4.  Is that Figure 4 from

2   PTX-504 of the Miller article?

3   A.    That's correct.

4        MR. ABRAMOWITZ:  Your Honor, we move in Figure

5   4 of the Miller article into evidence.

6        MR. HAUG:  No objection.

7        THE COURT:  Admitted without objection.

8        (PTX-504 was admitted into evidence.)

9   BY MR. ABRAMOWITZ:

10  Q.    To sum up, Dr. Hollingsworth, are these testing

11  results that Zydus has made on samples consistent with what

12  you have seen in the literature regarding magnesium

13  stearate?

14  A.    Yes.  They are completely consistent with numerous

15  papers on this topic.

16  Q.    What's shown on this demonstrative?

17  A.    This is just a summary of the different articles that

18  I reviewed from the literature.  It tells you what kinds of

19  magnesium stearate the authors were looking at and at least

20  some of the analytical tests that were used to study these,

21  these materials.

22  Q.    And starting with the Miller and York articles,

23  DTX-504, what type of magnesium stearate did they study?

24  A.    They were studying purified magnesium stearate.

25  Q.    And what kind of analytical tests were they using?

Hollingsworth - direct

1    A.    So they used, among other things, DSC, TGA, hot stage

2    microscopy and powder X-ray diffraction.

3                THE COURT:  What does the word "purified" mean

4    in this context?

5                THE WITNESS:  So the commercial grade magnesium

6    stearate contains magnesium palmitate, so instead they

7    actually purchased magnesium, pure magnesium stearate, and

8    then -- I'm sorry.  Purchased stearic acid and then

9    converted that into magnesium stearate.

10               I'm not sure exactly what purification

11   techniques they used, but it was primarily just simply

12   magnesium stearate instead of magnesium stearate mixed with

13   magnesium palmitate.

14               THE COURT:  Thank you.

15               MR. ABRAMOWITZ:  Could we go to PTX-504,

16   internal page 62.  And if we could look at -- let's look at

17   the last paragraph.

18               First, let's look at the second full paragraph,

19   the one starting, the first two endotherms.

20   BY MR. ABRAMOWITZ:

21   Q.    Is there something in this paragraph that you found

22   important in rendering your opinion, Dr. Hollingsworth?

23   A.    Yes.  The first sentence says that the first two

24   endotherms of samples A and C, and the first of B and D are

25   due the loss of bound moisture.

Hollingsworth - direct

1          So A and C are magnesium stearate and B and D

2     are magnesium palmitate.  They say evidence for this is the

3     absence of these endotherms and dried samples and the weight

4     losses observed, using TGA for untried samples at

5     temperatures corresponding to these endotherms, Figure 4.

6     Q.    And if we go down to the bottom of 62 and the text

7     that continues on page 64, in the last paragraph, was there

8     something reported by Miller and York that you found

9     particularly interesting here?

10    A.    Yes.  So they, they looked carefully at this by doing

11    not only DSC and TGA, but also hot stage microscopy.  Those

12    are actually the images we looked earlier.

13          It says it was possible by hot stage microscopy

14    for the effects moisture loss on polymer and particle

15    morphology and refractive behavior.  They say this appeared

16    to be more pronounced for regular plate like samples B and

17    D.  They say the loss of moisture in these cases was

18    accompanied by the appearance of diagonal striations on the

19    particles, shown occurring for magnesium stearate B at

20    96 degrees, Figure 5.  The particles also lose anisotropic

21    property at this temperature.

22          And then they go on to say the smaller irregular

23    particles of powders A and C did not show anisotropic

24    behavior.  Only slight particle changes are visible over

25    the two temperature ranges where these powders lose

Hollingsworth - direct

1    moisture.

2    Q.    And if we go onto the first full paragraph on page 64,

3    was there anything there that you reviewed that help

4    contribute to your understanding of magnesium stearate?

5    A.    Yes.  So they distinguished those first comments on

6    the dehydration event from the remaining event.  They say,

7    the remaining events, not due to the loss of bound moisture

8    from the powders, are associated with melting.

9    Q.    If we go back to DDX-6.39, you also mentioned the

10   Rajala and Laine articles, PTX-498.  What kind of magnesium

11   stearate did Rajala and Laine study?

12   A.    They studied both commercial magnesium stearate which

13   contains magnesium palmitate and also purified magnesium

14   stearate.

15   Q.    And what types of techniques did they use to study

16   these magnesium stearate samples?

17   A.    Again, they used DSC, TGA, hot stage microscopy and

18   powder X-ray diffraction.

19   Q.    If we were to look at PTX-498, can you bring up

20   Figure 1.

21         What is Figure 1, Dr. Hollingsworth?

22   A.    So Figure 1 shows the powder X-ray diffractograms for

23   the commercial magnesium stearate Batch A and Batch B.

24   Q.    And do these X-ray diffractograms show that the

25   powders were solid?

Hollingsworth - direct

1   A.    Yes.  They have clear diffractions that are

2   characteristic of solid.  We'll talk about the details

3   later.

4   Q.    And so if we go to Figures 3 and 4.  Dr.

5   Hollingsworth, what does Figure 3 of Rajala and Laine,

6   PTX-498, show?

7   A.    These are DSC profiles of two commercial grade

8   magnesium stearates and one pure magnesium stearate.

9   Q.    And let's look at Figure 4.  What does Figure 4

10  show?

11  A.    Yes.  So Figure 4 shows DSC profiles of the dihydrate

12  of magnesium stearate and the anhydrate of magnesium

13  stearate.

14  Q.    All right.

15  A.    This is pure grade magnesium stearate.

16  Q.    Why don't we move on to Figures 5 through 7.  If we

17  could overlay them just quickly.  What did you learn from

18  Figures 5 through 7?

19  A.    So this is just to show that Rajala and Laine actually

20  did TGA on their samples and so they observed a mass loss

21  right around the temperatures where they observed endotherms

22  in their DSCs at lower temperatures.

23  Q.    And, finally, why don't we look at Figures 8 and 9.

24        Is there something in Figure 8 that particularly

25  peaked your interest?

Hollingsworth - direct

1    A.    Say it again.

2    Q.    Is there something in Figure 8 and Rajala and Laine,

3    PTX-498, that in particular peaked your interest?

4    A.    Yes.  So what we'll do a little bit later is explore

5    this band right around 21 degrees, and so as we see from

6    Braconni's words, that band is indicative of so called

7    rotator phase or mesophase.

8              There are also other peaks, depending on

9    the hydration state, that appear that show that these

10   samples can have three-dimensional crystal order as it

11   turns out.

12   Q.    Okay.  Can we look at Figure 9.  And what does Figure

13   9 show?

14   A.    Yes.  So this is, again, magnesium stearate, Batch B,

15   that's under -- been held under different conditions.  So

16   the one in the front is after drying and the one further

17   back in the diagram has to do with magnesium stearate held

18   under different humidity conditions.

19   Q.    And just to keep the record clear, which batches in

20   PTX-498 were the commercial batches?

21   A.    Batches A and B were commercial batches.  Batch C was

22   the purified magnesium stearate.

23   Q.    And can we go to page 181 of PTX-498.  Could you

24   highlight the second full paragraph?

25              Were there any helpful comments by Rajala and

Hollingsworth - direct

1    Laine that you reviewed in forming your opinion?  And on

2    page 181?

3    A.    Yes.  So, in particular, they are talking first about

4    Batch A of magnesium stearate, or about in the middle of the

5    paragraph, they were -- let me just find it.

6              They say, previous workers have assigned the low

7    temperature endotherms to the loss of bound water from the

8    crystals and the high temperature endotherm to a melting

9    phenomenon.  References 10, 11, 16.  Hence, the first two

10   endotherms of the Sample A and the first two endotherms of

11   sample B and C were due to the loss of bound moisture.  The

12   evidence of this was the mass losses observed using TG for

13   undried samples at temperatures corresponding to these

14   endotherms.  That's Figure 5.  They say, the remaining

15   thermal events are associated with melting.

16   Q.    The last paragraph of page 183 that goes over to page

17   184.

18             Dr. Hollingsworth, is there any information

19   in this paragraph from 183 to 184 that informed your view

20   of what happened to magnesium stearate during thermal

21   heating?

22   A.    Yes.  So Rajala and Laine's observations parallel

23   those of Miller and York.  They say, the effective moisture

24   loss on powder particle morphology and refractive behavior

25   was studied by hot stage microscopy.  This appeared to be

Hollingsworth - direct

1    most pronounced for regular plates such as sample C.  The

2    loss of moisture from the sample was accompanied by the

3    appearance of diagonal striations in the particles at about

4    95 degrees Centigrade.

5            The loss of moisture resulted also in darkening

6    of the appearance of the crystals when used under crossed

7    polarized light, indicating a loss of their anisotropic

8    property, as has been described previously.  That's

9    Reference 10.

10           And they say the plate-shaped appearance of the

11   original dihydrate was retained until melting at about

12   125 degrees.  They say, the smaller, irregular particles of

13   powders A and B did not show anisotropic behavior.  And that

14   only slight particle changes were visible over the

15   temperature range where those powders lost moisture.

16   Q.    Now, Dr. Hollingsworth, the Rajala and Laine articles

17   appeared in the Journal "Thermochimica Acta."  Is that a

18   well-known and appreciated journal?

19   A.    Yes.

20   Q.    And what type of reactions did "Thermochimica Acta"

21   normally discuss?

22   A.    They discuss thermal events often in solids, but in

23   other faces as well.

24           MR. ABRAMOWITZ:  Your Honor, we offer into

25   evidence Figures 1, 3, 4, 5, 6, 7, 8 and 9 of PTX-498, the

1    Rajala article.

2                  MR. HAUG:  No objection.

3                  THE COURT:  Admitted without objection.

4                  (Figures 1, 3, 4, 5, 6, 7, 8 and 9 of PTX-498

5    were admitted into evidence.)

6    BY MR. ABRAMOWITZ:

7    Q.    If we can go back to DDX-6.39.  Let's talk about for a

8    moment about the Ertel and Carstensen article.

9                  Dr. Pinal talked about the article yesterday; is

10   that right?

11   A.    That's right.

12   Q.    And what does Ertel and Carstensen say?

13   A.    They were looking at purified magnesium stearate.

14   Q.    And what type of analytical test did they use?

15   A.    They used the DSC, TGA and hot stage microscopy among

16   other technique.

17                 MR. ABRAMOWITZ:  Let's pull up Figure 5 of

18   DTX-498.  I'm sorry.  499.  Excuse me.  PTX-499.

19   BY MR. ABRAMOWITZ:

20   Q.    What does Figure 5 of PTX-499 show?

21   A.    This is the TGA for one of their samples.  They name

22   it as Form A.

23   Q.    And could you also pull up Figure 7 of Ertel and

24   Carstensen.  And what does Figure 7 show?

25   A.    Figure 7 is the DSC for the same sample, Form A,

Hollingsworth - direct

1    which is the magnesium stearate dihydrate, and you can see

2    that the heating rate is two degrees per minute, and still

3    they saw no evidence for a recrystallization exotherm in

4    this DSC trace.

5    Q.    And is there a -- and go to page 176 in the right

6    column.

7            Is there some information here in this right

8    column that you found particularly helpful in understanding

9    the mesophase aspect of the dehydration?

10   A.    Yes.  So in addition to DSC and TGA, Ertel and

11   Carstensen also used powder X-ray diffraction, and they say

12   of particular interest is the region near two theta equals

13   21 degrees.

14           They say the diffractogram of the dihydrate

15   exhibited several distinct peaks in this region, while in

16   the case of the anhydrate, these peaks were replaced by a

17   single broad peak.  This type of peak is known as a halo,

18   and is indicative of a structure in which the magnesium

19   atoms of magnesium stearate are arranged in irregularly

20   spaced parallel plains.  The three-dimensional structure of

21   the crystal lattice has been disrupted.  And they cite Vold,

22   1949.

23           MR. ABRAMOWITZ:  Your Honor, we offer into

24   evidence Figures 5 and 7 of PTX-499, the Ertel article.

25           MR. HAUG:  No objection.

1          THE COURT:  Admitted without objection.

2          (Figures 5 and 7 of PTX-499 were admitted into

3    evidence.)

4          MR. ABRAMOWITZ:  If we go back to the summary

5    slide.

6    BY MR. ABRAMOWITZ:

7    Q.    Did you also review the Sharpe, et al article,

8    PTX-497?

9    A.    Yes, I did.

10   Q.    What were they studying?

11   A.    They were studying purified magnesium stearate.

12   Q.    And what type of analytical test did they do?

13   A.    So among other things, they used DSC, TGA and powder

14   X-ray diffraction.

15         MR. ABRAMOWITZ:  Can you pull up the title page

16   from PTX-497?  Thank you.

17   BY MR. ABRAMOWITZ:

18   Q.    Now, you may have heard Dr. Pinal speak about the

19   Sharpe article yesterday.  Are any of the authors of

20   the article noticed in the solid state pharmaceutical

21   field?

22   A.    I would say Harry Brittain is the most well-known

23   author.  He authored this article.  Ann Newman is also a

24   well-known pharmaceutical scientist in her own right.

25   Q.    If we could look at Figures 1 and 2 quickly.

1           What does Figure 1 of Sharpe PTX-497 show?

2    A.    So this shows both TGA and DSC traces for the

3    anhydrate phase of magnesium stearate.

4    Q.    And what does Figure 2 show?

5    A.    Figure 2 shows the TGA and DSC traces for the

6    dihydrate phase of magnesium stearate.

7    Q.    And are Figures 1 and 2 of Sharpe consistent with the

8    results that were seen by Miller and York and Rajala?

9    A.    Yes, they are.  They are all consistent.

10   Q.    Why don't we look at Figure 7.

11          So Figure 7 looks somewhat different from the

12   figures we looked at.  Can you explain to the Court what

13   Figure 7 of Sharpe 497 is?

14   A.    Yes.  So in this figure, Sharpe and co-workers are

15   giving a schematic view of the structure of magnesium

16   stearate dihydrate and trihydrate, and what they show here

17   is that they only show parts of the long chain stearate

18   chain, but the most important thing is that the water

19   molecules in the dihydrate and trihydrate are located in the

20   interlayer spacing between these long chains.  So the

21   implication is that this is actually a layered hydrate.

22          MR. ABRAMOWITZ:  Put up Figure 8.

23   BY MR. ABRAMOWITZ:

24   Q.    Is there something notable about Figure 8, the XRPD

25   work that Sharpe, et al did?

Hollingsworth - direct

1    A.    Yes.  So Sharpe and co-workers as well as others show

2    that there are differences in the X-ray diffraction pattern

3    between the trihydrate, the dihydrate and the anhydrate.

4         In the anhydrate, and we'll discuss this in just

5    a few minutes, there's this band which Bracconi

6    characterizes as a so-called rotator band, which is from a

7    mesophase.  There are also sharp peaks at lower angles that

8    correspond to the very long spacing of the long chain

9    molecule.

10   Q.    Okay.  If we look at page 80 of Sharpe, DTX-497.8 in

11   the right column, the last paragraph before the heading,

12   does this paragraph provide you some information about the

13   actual structure in magnesium stearate hydrates?

14   A.    The first part of this states that the magnitude of

15   the long crystal spacing associated with the anhydrate and

16   dihydrated phases were comparable, 48.7 and 48.1 angstroms,

17   respectively, but the long crystal spacing obtained for the

18   trihydrate face was slightly larger.  These data would

19   permit the deduction that dehydration of the dihydrate phase

20   to the anhydrate phase is accompanied by a slight expansion

21   of the lattice, and that the rehydration of the anhydrate

22   phase to the trihydrate phase is accompanied by a further

23   expansion.

24        This trend supports the conclusions of Müller,

25   et al, who deduced that the water contained in magnesium

Hollingsworth - direct

1    stearate was not present between the intermolecular planes,

2    and was not an integral part of the crystal.

3    Q.    I want to make sure.  Was not present or was present?

4    A.    I'm sorry.  Was present between the intermolecular

5    planes and was not an integral part of the crystal lattice.

6    Sorry about that.

7              THE COURT:  Okay.  Do you want to explain to me

8    what the word "lattice" means in this context?

9              THE WITNESS:  Yes.  So the word "lattice" is

10   sometimes misused to mean crystal structure, so a

11   three-dimension medical structure, a lattice is just a

12   series of points, and a structure is a set of atomic

13   positions that are placed on those different points that go

14   in three dimensions.

15             And so it's actually a mathematical construct,

16   but it's often used interchangeably with crystal structure,

17   which actually means the structure of the solid itself.

18             THE COURT:  All right.

19             THE WITNESS:  Basically, they are saying that

20   the water molecules are not an integral part of the

21   structure, I think here.  That is, they're contained in the

22   plains between these long chain molecules.

23             THE COURT:  All right.

24             THE WITNESS:  And that when you dehydrate the

25   sample, you only see minimal change in the overall

Hollingsworth - direct

1    structure.  So that's what they are talking about here with

2    the long spacing being 48.7 and 48.1 angstroms,

3    respectively, for the anhydrate and dihydrate phases.

4    BY MR. ABRAMOWITZ:

5    Q.    And later on, shortly, have you prepared some

6    demonstratives that will help explain what Sharpe, et al,

7    are talking about?

8    A.    Yes.

9              MR. ABRAMOWITZ:  Your Honor, we offer into

10   evidence Figures 1, 2, 7 and 8 of Sharpe, PTX-497.

11             MR. LIEF:  No objection.

12             THE COURT:  Thank you, Mr. Lief.  They're

13   admitted without objection.

14             (Figures 1, 2, 7 and 8 of PTX-497 were admitted

15   into evidence.)

16   BY MR. ABRAMOWITZ:

17   Q.    Finally, can we talk about Bracconi?  What is Bracconi

18   citing?

19   A.    Bracconi studied a commercial grade magnesium

20   stearate.

21   Q.    And Bracconi used sort of a different type of test

22   than everything else that we've talked about today?

23   A.    Yes.

24   Q.    What did Bracconi used?

25   A.    He used variable temperature powder X-ray diffraction.

Hollingsworth - direct

1    Q.    If we go to Figure 4 of PTX-493 of Bracconi.  What's

2    going on in Figure 4, Dr. Hollingsworth?

3    A.    Yes.  So this is sort of a busy slide, but it's, these

4    are diffractograms, powder X-ray diffractograms as the

5    function of treatment of the sample at different

6    temperatures.  And so the very top trace shows the powder

7    X-ray diffractogram of as received sample.  This was the

8    sample labeled BG by the author.  So fairly highly

9    crystalline material.

10            And so the important thing is that you can see

11   these peaks 5A, 5B, and 5C that change their shape and

12   intensity as the sample is warm.  So the second trace shows

13   what happens after the sample is held at 50 degrees

14   Centigrade.  The third one after it was held at 55 degrees

15   Centigrade.  And the last one, the fourth one, shows what

16   happens after the sample is held at 69 degrees Centigrade.

17            So peak 5A represents the trihydrate, so they

18   can tell that from the D spacing or diffractogram spacing.

19   Peak 5B is the dihydrate.

20            And peak 5C is the anhydrate.  And so what they

21   show is that as you hold the sample at different

22   temperatures, 50, 55, 69 degrees, the trihydrate disappears.

23   That's starting to happen at 50 degrees.  It's replaced by

24   dihydrate and anhydrate.

25            And then by the time you get to 55 degrees,

Hollingsworth - direct

1    there's very little dihydrate left.  That's the peak 5B.

2    And it's almost all anhydrate.  By the time you get to

3    69 degrees, it's virtually all anhydrate.

4              And so this, in this diagram, they also show on

5    the lower right the so-called rotator band, which we'll be

6    focusing on in just a few minutes.  That's characteristic of

7    this mesophase that's generated by evacuating or removing

8    water from the sample.

9              MR. ABRAMOWITZ:  If you could look at figures 5

10   and 6 on internal page 117.

11   BY MR. ABRAMOWITZ:

12   Q.   Dr. Hollingsworth, have you prepared some

13   demonstratives that you are going to talk about later that

14   deal with figures 5 and 6 in some great detail that helps

15   inform about the dehydration process of magnesium stearate?

16   A.   Yes, I have, so we'll get to those in due course.

17   Q.   Okay.  And why don't we look just real fast at Figure

18   7 for a couple minutes.

19              What does Figure 7 have to do with the melting

20   of magnesium stearate?

21   A.   So Figure 7, a series of powder X-ray diffractograms

22   for samples held at four different temperatures, 105, 113,

23   123, and I think that's 128 degrees Centigrade.

24              You can see in the lower two traces, especially

25   the lowest one at 1005 degrees, that there's this very

Hollingsworth - direct

1    strong brand, 3.34 angstroms.  I will explain what the 3.34

2    means in a little bit.  That's characteristic of the

3    so-called rotator phase or mesophase that's generated by

4    dehydration.  There's a little bit of that left at

5    113 degrees and then by the time you get to 123 and

6    128 degrees, the rotator band for the mesophase is

7    essentially gone.

8    Q.    So Dr. Hollingsworth, having reviewed these five

9    articles, have you formulated any of your own opinions about

10   how dehydration is achieved with magnesium stearate?

11   A.    Yes, I have.

12   Q.    Have you prepared some demonstratives to explain that?

13   A.    So, the literature is very consistent in its

14   description of what's going on, so basically we know from

15   different crystal graphic data that the water molecules are

16   held in the interlayer spaces between the long chain

17   molecules of magnesium stearate, so it's a layer hydrate.

18   So upon heating, the water molecules exit the crystal from

19   these interlayer spaces.  This results in a small change in

20   the spacing between the planes without disturbing the solid

21   state structure.  The molecules are staying in place as the

22   water molecules leave.

23                   So, hot stage microscopy, there is an absence

24   of a change in crystal shape and that really unambiguously

25   demonstrates this is a solid-solid phase transformation

Hollingsworth - direct

1   without melt.  This is actually not as Dr. Pinal described

2   as a violent event, it's actually a very gradual event that

3   occurs from this layered hydrate with the water molecules

4   coming out of the crystal.

5           MR. ABRAMOWITZ:  And before I forget, we offer

6   into evidence the figures four, five, six and seven Bracconi

7   that we just looked at PTX 493.

8           MR. LIEF:  No objection.

9           THE COURT:  Admitted without objection.

10  BY MR. ABRAMOWITZ:

11  Q.   Can you explain exactly how dehydration works in

12  crystals?

13  A.   Yes.  So we got a slide for that.  This is from a

14  chapter by Harry Brittain in his book on polymorphism of

15  compounds, here is a summary of the different sorts of

16  dehydration mechanisms that accepted and well-known in the

17  literature.

18           His classification scheme comes from a paper

19  by Galwey.  We'll see more of that in just a second.  From

20  DTX 93 we see that there are several different mechanisms

21  for dehydration that have been considered and reported in

22  the literature.  The first four of these, I won't enumerate

23  them all, are solid-solid phase transitions without any

24  melting of the material going on.  The last two involve some

25  melting or comprehensive melting of the solid.

Hollingsworth - direct

1    Q.    And is the Brittain book DTX 93?  Dr. Hollingsworth is

2    the Brittain chapter DTX 93?

3    A.    Yes, it is.

4    Q.    Do you have any further demonstratives?

5    A.    Hang on just one more second, I just want to say that

6    I have highlighted the third one of these, this is a

7    solid-solid phase transition because this is the one that's

8    relevant in this particular case, this has to do with the

9    interface advance and nucleation and growth or contracting

10   envelope that occurs in the solid-solid phase transition,

11   that's the mechanism that appears to be going on --

12              THE COURT:  Hold on, you got to let him finish

13   all the way before you start talking.

14              THE WITNESS:  I said that's the mechanism that

15   appears to be going on in this particular case, with the

16   magnesium stearate.

17   Q.    Sorry.  And how do you know what's going on?  Do you

18   have a demonstrative that helps explain that?

19   A.    Yes.  Let's talk a little more detail about these

20   mechanisms.  This is a paper by Galwey, DTX 92.  So Galwey

21   classified these dehydration mechanisms according to their

22   water evolution type or WET mechanism.  The first four of

23   these on this slide are solid phase dehydration processes.

24   The one of interest is number -- is step C, this is the

25   so-called Wet 3 process.

Hollingsworth - direct

1          What we saw in the Miller and York paper was

2    that the crystal retained its shape during the dehydration

3    process from 88 to 96 degrees, there was no noticeable

4    change in the shape of the crystal.  That's what Galwey

5    means when he says topotactic reaction.  That means there is

6    a correspondence between the initial crystal phase and the

7    orientation of the final phase that's generated in the

8    dehydration.

9          So the other thing that was noticed by Miller and

10   York was there is some cracking.  This has to do with strain

11   that develops in the sample because the lattice spaces in

12   the sample after dehydration do not quite match the lattice

13   spaces beforehand.

14         There are other more perfect examples up above

15   where you have either no crystal spacing change or something

16   that's topotactic with no cracking.  What we're observing in

17   this particular case is a case of cracking just because the

18   unit itself, the parameters have changed enough so you can

19   see some strain in the crystal.  This is a solid state

20   mechanism.

21   Q.   Did Galwey explain what happens when a dehydration

22   involves a melt?

23   A.   So the next slide shows that, so the very last

24   so-called WET mechanisms, five and six involve melting.

25   Here they say melting may be accompanied by reactions other

Hollingsworth - direct

1    than dehydration.  But there you make a melted product

2    during the dehydration.  That's not what's going on here

3    though.

4              MR. ABRAMOWITZ:  Your Honor, we offer into

5    evidence figure one of DTX 92, the Galwey article.

6              MR. LIEF:  No objection.

7              THE COURT:  Admitted without objection.

8    BY MR. ABRAMOWITZ:

9    Q.    Do you have any examples of crystalline solids that

10   dehydrate while melting?

11   A.    Sure, I do.  So one nice example is Lidocaine

12   hydrochloride monohydrate.  So what you can see here are

13   these red circles, those correspond to water molecules in

14   the crystal structure so the thing about these water

15   molecules is not only are they held tightly by hydrogen

16   bonding and electrostatic forces, they're buried within the

17   crystal, there is no easy escape route for these molecules.

18   In order for the solid to dehydrate, it has to melt before

19   the water molecules can come out of the crystal.  This is

20   characteristic of the type of compound that undergoes

21   hydration with melting.  Very different from the magnesium

22   stearate which is a layered hydrate.

23   Q.    Have you prepared a demonstratives to show what it

24   looks under the microscope when a crystalline compound

25   melts, dehydrates, and recrystallizes?

Hollingsworth - direct

1    A.    This is a two images from the paper by Lin on this

2    pharmaceutical called metrochloric, on the left we see a

3    differential scanning calorimetry trace, on the right we

4    have photomicrographs taken during hot stage microscopy.  On

5    the left you can see DSC and TGA traces.  The DSC shows a

6    nice endotherm that corresponds to melting and dehydration.

7    You can tell it's melting and dehydration because this is

8    immediately followed by an exotherm that correspond to

9    recrystallization.  At much higher temperatures the

10   anhydrates form that's generated melts.

11          On the right, Lin showed on the right we have

12   frames from Lin's figure two which showed what happens when

13   you have a melting and dehydration followed by

14   recrystallization.  You can see here at 69 degrees

15   centigrade the crystals are impacted, we dehydrate with

16   melting here, so this is shown at 88 degrees in the

17   upper right.

18          THE COURT:  Just a moment.  We're on DDX 6.45.

19   You're pointing at the figures from DTX 99 and you said here

20   and here.  You were pointing first at the upper left hand

21   box, then at the upper right-hand box which have the 69

22   degree and 86 degrees centigrade numbers in the lower

23   left-hand corner of each of those pictures.  Maybe that's

24   88.

25          THE WITNESS:  It's 88.

Hollingsworth - direct

1       THE COURT:  Okay.  Again, just helps for

2  purposes of having to go back and read this.  Go ahead.

3       THE WITNESS:  Sorry about that.  Let me be

4  clear.  So you can see dehydration with melting in the upper

5  right-hand image that was taken at 88 degrees.  In the lower

6  left-hand image which was taken at 120 degrees, you can

7  see what happens after this melted material recrystallizes.

8  These crystals in the lower left-hand frame look very

9  different from the crystals in the upper left-hand frame.

10  That's because each of one of them has nucleated and

11  grown from an isotropic liquid you get very different shapes

12  in this particular phase than you do if you just have a

13  solid-solid phase transformation.  Finally that anhydrate

14  form melts and the last frame is at 184 degrees, that's the

15  lower left image.

16  Q.    Dr. Hollingsworth what we're looking at the DDX 6.45

17  which displace figures, excerpts from figure two and figure

18  three of the Lin article, DTX 99; am I right?

19  A.    I think that's correct.

20       MR. ABRAMOWITZ:  Your Honor, we offer into

21  evidence figures two and three of DTX 99.

22       MR. LIEF:  No objection.

23       THE COURT:  Admitted without objection.

24  BY MR. ABRAMOWITZ:

25  Q.    Now, Dr. Hollingsworth, looking at all this

Hollingsworth - direct

1   dehydration mechanism literature, does this mean that you

2   disagree with Dr. Pinal's conclusion that a melt and

3   recrystallization occurred during rehydration?

4   A.    I disagree with that assessment.

5   Q.    Have you prepared demonstratives to show what happens

6   with the crystalline structure?

7   A.    Let's look at the next demonstrative here.  This is

8   just a schematic diagram showing the structure of the

9   hydrate before and after loss of water.  The loss of water

10  can occur at different temperatures either by heating the

11  sample or by evacuation of the sample to remove the water,

12  for instance, you have a layered hydrate, and the chains are

13  ordered in the low temperature dihydrate form, that is the

14  chains next to each other are arranged in particular

15  directions relative to each -- they have orientational

16  order.

17          The molecules of water are removed from the

18  interlayer spacing between these long chains, that's the

19  dehydration event.  In doing so you make a rotator phase.

20  This is a type of mesophase in which the long chain

21  molecules are rotating rapidly along their long axis.  This

22  material has two-dimensional order, it's not a

23  three-dimensional crystal anymore, you'll see that in the

24  next few slides.

25  Q.    We have been looking here at DDX 6.46.  Looking at the

Hollingsworth - direct

1    dihydrate here on the left side and the rotator phase on the

2    right side, looking at the dihydrate, Dr. Hollingsworth, is

3    this structure the same as the structure presented in Dr.

4    Pinal's demonstratives for hydrate?

5    A.    I think one big difference is that in Dr. Pinal's

6    demonstrative, he's got molecules of water in two separate

7    planes, but in this magnesium stearate dihydrate the water

8    molecules are in one plane and one plane only.  He's also

9    gotten vertical rectangles, vertically oriented rectangles

10   with water molecules in between them, but there is very

11   little chance that there is much water in between these long

12   hydrophobic chains of magnesium stearate.

13   Q.    Are there any analytical tools you can use to

14   determine whether a solid is a crystal or a mesophase?

15   A.    The most important is this powder x-ray diffraction.

16   I got a slide that shows the instrument here.  This a powder

17   x-ray diffractor.

18   Q.    You're looking at DDX 6.47?

19   A.    That's correct.  The diffractometer is an x-ray source

20   and a detector and the sample is usually held in a fixed

21   position in the center here and in the diffractor experiment

22   you change the angles of the source and detecting, you raise

23   them both gradually and measure intensity of the diffracted

24   x-rays that emanate from the sample.  So at each -- so that,

25   the angle of the diffraction is called the input angle and

1    the output angle, that's the two phase angle, as it turns

2    out at different angles you get constructive interference of

3    the diffractive ways and you can see a peak in the

4    diffraction pattern.

5    Q.    Moving on to 6.48, what sort of data or results did

6    powder x-ray diffractogram generate?

7    A.    So they generate what are called diffractograms

8    showing the intensity as a functioning of the scattering of

9    the data.

10   Q.    Have you provided a demonstrative in DDX 6.49 which

11   explains what the data in these diffractograms actually

12   means?

13   A.    Yes, I have.  So notice that there are several peaks

14   in this diffractogram, each peak in the diffractogram

15   actually corresponds from the fraction from a series of

16   planes that slice through the unit cell of the sample of

17   interest.  So there is actually a do correspondence between

18   the two theta, the scattering angle and the spacing between

19   these planes which is called the despacing, here at 3.404

20   angstrom, they interconverts between those two.  If you have

21   a sharp peak in the x-ray diffraction pattern it means that

22   you have a series of planes that exhibit long range order

23   in that particular direction in the sample at hand.

24   Q.    And you did prepare a demonstrative to show how this

25   data is used to differentiate the type of solids?

Hollingsworth - direct

1    A.    Yes, I have.  The important thing here is if you get a

2    sharp x-ray diffraction peak, that means long range order in

3    a particular direction.  So these diffraction peaks as I

4    said give you information about the spacing between these

5    planes and, therefore, the size and shape of the unit itself

6    and also about the orientation of certain molecules in the

7    solid.

8              So remember there were three different classes

9    of solids, there are crystals, mesophases and amorphous

10   materials.  So crystals show sharp peaks that exhibit

11   long-range order in three dimensions.  Mesophases have sharp

12   peaks that correspond to long range order in either one or

13   two dimensions.  And two dimensional version is the one

14   we're interested in here, amorphous materials give only

15   broad features on the nearest neighbor distances.

16   Q.    We said earlier we would come back to figures five and

17   six of PTX 493, Braconni.

18         DTX 6.51, what information did figure 5 of PTX 493 is

19   important to your opinion?

20   A.    This is a diffractogram that Bracconi collected,

21   actually two, and normally the scale is intensity versus two

22   theta into the D spaces, you can read right after the graph

23   what the D space is.  For example he's focused much of his

24   paper on the so-called rotator band.  That rotator band

25   actually tells you about the spacing between the long chains

Hollingsworth - direct

1    of the stearate molecules in the layers.  So at 55 degrees

2    you can see that the spacing is about 4.2 angstroms.  At a

3    hundred degrees, the spacing is closer to 4.3 angstroms,

4    between those long chains.  This is what happens when you

5    warm up the material with the spacing between the chain gets

6    larger.

7            The other thing about this though is the peak

8    width is much smaller at a hundred degrees than it is at 55

9    degrees.  So 55, at 55 degrees, you have a number of

10   differently oriented chains in the sample, and the distances

11   between these different chains is variable.  You have got

12   some that are close, some that are a little bit further

13   apart, so you get a broader peak than you do at a hundred

14   degrees.

15           At a hundred degrees the spacing between these

16   chains evens out and so you have one characteristic distance

17   between the chains which is longer, this shows that you have

18   higher symmetry.  We'll get to that.  And you have long

19   range order of these evenly spaced chains over long

20   distances in that direction in the material.

21   Q.   Does figure six of Bracconi, PTX 493 on DDX 6.52

22   provide additional information about what happens to the

23   rotator phase during heating of the sample?

24   A.   Yes.  So this is a plot generated from those sort of

25   diffractograms that we just saw.  So the plot of D spacing

1    as a function of temperature.  The bottom line is actually

2    just from the two diffractograms we just looked at.  I'm

3    pretty sure that's true.  And the other two lines are

4    similar measurements but without the internal sodium

5    chloride standard, so they're slightly displaced.

6              But the important thing is the slope of these

7    lines is all about the same, and they're also straight lines

8    which shows that when you evacuate these samples, or heat

9    the samples as in this case, you're removing water, and at

10   different temperatures the spacing between these chains

11   changes gradually and continuously the function temperature,

12   basically the separation between the chains increases

13   gradually and linearly as you increase the temperature.

14             This is a solid-solid process that does not

15   involve something like melting and recrystallization.  This

16   is indicative of a smooth process and you have got several

17   data points along the way to show that it's a gradual

18   process.

19             THE COURT:  Would you identify this slide?

20             MR. ABRAMOWITZ:  This is figure 6 of PTX 493 on

21   DDX 6.52.

22             THE COURT:  Okay.  Thank you.

23   BY MR. ABRAMOWITZ:

24   Q.   If we move to DDX 6.53, have you provided sort of a

25   summary of how this mesophase or rotator phase relates to

Hollingsworth - direct

1    the dehydration process?

2    A.    So during dehydration, you're generating a mesophase

3    to a solid-solid phase transformation.  I should say that

4    the dehydration can occur either through heating or through

5    desiccation by evacuating the sample or putting next to some

6    drying agent.  You go directly from the hydrated crystalline

7    phase to a anhydrous mesophase which Bracconi identifies as

8    a rotator phase.  That's how he identifies this is through

9    the rotator diffraction band.

10          The point about this, the molecules are rotating

11   around their long axis while staying in position, that's why

12   the shape of the solid that you get after dehydration looks

13   the same as the shape of the solid before dehydration.  We

14   saw that in the Miller and York, very nice photomicrographs.

15   You have long range potential ordering gives you sharp

16   diffraction peaks, but you also get fewer diffraction peaks

17   because the symmetry of the rotator phase is higher, at

18   least apparently higher than the low temperature or I should

19   say hydrated phase, the dehydrated phase.

20          THE COURT:  I think this would be a good time to

21   take five or ten minutes.

22          MR. ABRAMOWITZ:  We have two slides.

23          THE COURT:  You have two slides to go?

24          MR. ABRAMOWITZ:  Yes.

25          THE COURT:  Okay.  Go ahead.

Hollingsworth - direct

1    MR. ABRAMOWITZ:  I'll be two minutes.

2  BY MR. ABRAMOWITZ:

3  Q.    Demonstrative DDX 6.54, have you provided a difference

4  between the dihydrate and anhydrate phases of magnesium

5  stearate?

6  A.    Yes.  These are shown on the left and the right.  On

7  the left we have a column showing the characteristics of the

8  low-symmetry hydrate phase, on the right we have a column

9  showing the characteristic of the high-symmetry anhydrate

10  phase.  Both of these exhibit long range positional order of

11  the chain.

12    One of the main differences is that in the

13  low-symmetry hydrate phrase, the molecules are not rotating

14  rapidly about their long axis.  You have so-called long

15  range orientational order of the chains.  In the

16  high-symmetry phase of the anhydrate, the molecules that we

17  saw are rotating very rapidly, so you only have short range

18  orientation order of the chains.  So that shows up in the

19  diffraction pattern in the following way.

20    So in the low-symmetry hydrate phase you have a

21  variable spacing between the chains, that gives rise to

22  numerous diffraction peaks and this diffraction pattern.  In

23  the high-symmetry phrase of the anhydrate, you got an even

24  spacing between the chains and that gives you the single

25  rotator band.

1          THE COURT:  What do you mean by long range and

2     short range in this context?

3          THE WITNESS:  So typically by long range I mean

4     that if you know the position of a chain, say a starting

5     point of a chain, if you have long range you can redirect

6     the position of the chain, let's say maybe even several

7     hundred angstroms away from that initial chain if you just

8     know the spacing of the structure.  Okay?

9          As you lose correlations between either

10    positions or orientational, orientations, then you lose

11    those correlations between nearby molecules, they only

12    extend over shorter distances, that has a profound effect on

13    the diffraction pattern.

14         It also has a profound effect on the optical

15    property.  This is an important thing here.  So when we look

16    through the plate phase of these crystals, the low symmetry

17    hydrate phase appears to be isotropic, the chains are

18    oriented in certain ways so the speed of light goes through

19    the crystals, speed of light is different in different

20    directions, that's what we mean by isotropic.

21         When you dehydrate this material, the optical

22    properties are actually isotropic within the plane, the

23    spacing between the chains is even and it appears to be

24    hexagonal, that's one of those uniaxial crystal classes or

25    classes of materials in which the refractive index is the

1    same in all directions in the plane, so the materials appear

2    to be isotropic in the plane.

3         And so I think Dr. Pinal's reading of Ertel &

4    Carstensen and other documents is way off base because it

5    doesn't appear that he considers that what they're talking

6    about is what they're looking at is they look through the

7    plane of the plate phase of these materials.  It looks like

8    it's isotropic, but in fact it's overall and isotropic

9    because the third dimension and you're just not looking in

10   that direction at the crystal.

11   Q.   Dr. Hollingsworth, you were here to hear Dr. Pinal's

12   opinions about the sharp melting point and the DSCs of Dr.

13   Hampton indicating recrystallized solid.  Can a high

14   symmetry anhydrate rotator phase have a sharp melting phase?

15   A.   Certainly.

16   Q.   Based on all this information, the testing, the

17   literature, have you come to any final opinions concerning

18   the melting point of Zydus's magnesium stearate samples?

19   A.   Yes, I have.  I see this as actually a very

20   straightforward case.  All the literature shows and testing

21   of the Zydus material shows that magnesium stearate does not

22   melt at or below a temperature of 90 degrees.  Instead it

23   undergoes a solid state dehydration, if you have a solid

24   mesophase, you got two dimensional order, not three

25   dimensional order, do the anhydrous form melts at a much

Hollingsworth - cross

1    higher temperature above 120 degrees, it does not melt at 90

2    degrees.

3                    MR. ABRAMOWITZ:  We have nothing further, Your

4    Honor.

5                    THE COURT:  All right.  Before we start the

6    cross-examination we'll take a ten-minute break.

7                        (A brief recess was taken.)

8                              -  -  -

9                    (Proceedings resumed after the break.)

10                   THE COURT:  Thanks.  Please be seated.  Doctor,

11   you are still under oath, of course.

12                   Mr. Lief, cross-examination.

13                   MR. LIEF:  If we could approach with several

14   binders?

15                   THE COURT:  Yes.  Yes, please.

16                   (Binders handed to the Court and to the

17   witness.)

18                        CROSS-EXAMINATION

19   BY MR. LIEF:

20   Q.    Good afternoon, Dr. Hollingsworth.

21   A.    Good afternoon.

22   Q.    With respect to your background, would it be fair to

23   say that the focus of your research as between solid to

24   solid transitions and interactions versus solid to liquid

25   transitions, the focus of your research is solid to solid

Hollingsworth - cross

1    chemistry?

2    A.    Much of it has been, but we've also looked at solid to

3    liquid transitions.

4    Q.    Would it be fair to say that you primarily focused on

5    solid to solid phase transition?

6    A.    I'd say that's a fair statement.  Right.  We focus

7    mostly on solid to solid phase transition.

8    Q.    And when you talk about, in fact, exactly what you,

9    quote, do for a living, isn't it the case that you would say

10   you are in the business of single crystal X-ray diffraction?

11   A.    Well, that's one of the things I do.

12   Q.    You do a lot of single crystal X-ray diffraction; is

13   that correct?

14   A.    That's right.  Many of the samples are akin to the

15   mesophase as we've been talking about, so I don't

16   necessarily think that all of them are three-dimensional

17   crystals.  But, yes, we do a lot of single crystal X-ray

18   diffraction.

19   Q.    And am I correct that you have not done any research

20   on magnesium stearate prior to this case?

21   A.    That's correct.

22   Q.    And you have never studied magnesium stearate in your

23   academic work?

24   A.    Oh, that's correct.

25   Q.    And you've never opined before in any litigation about

1   the melting point of magnesium stearate; is that correct?

2   A.    That's certainly correct.

3   Q.    And you've never published on magnesium stearate?

4   A.    No.  That's all correct.

5   Q.    As a subcategory, I take it you've never published on

6   a melting point of magnesium stearate?

7   A.    That is also correct.

8   Q.    And you've never published on the crystal structure of

9   magnesium stearate; is that correct?

10  A.    There is no crystal structure of magnesium stearate,

11  so you're correct.

12  Q.    Is it your, is it your position that magnesium

13  stearate is never a crystal, ever?

14  A.    Oh, no, it is a crystal, but you asked about the

15  crystal structure, and there is no crystal structure.  We do

16  not have atomic coordinates for all of the atoms in the

17  crystal, the magnesium stearate.

18  Q.    And no one has divined that structure.  Is that what

19  you are saying?

20  A.    Not exactly.  That's correct.  So we know a lot about

21  these crystals, but not the complete structure.

22  Q.    And you've never published on a differential scanning

23  calorimetry of magnesium stearate; is that correct?

24  A.    That's correct.

25  Q.    Or an XRPD, X-ray powder diffraction of magnesium

Hollingsworth - cross

1   stearate.  Never published on that?

2   A.    That's correct.  We've not published on magnesium

3   stearate.

4   Q.    You have never personally witnessed magnesium stearate

5   melt; is that correct?

6   A.    I've seen videos that Dr. Sacchetti collected, and

7   so I've seen what appears to be melting of magnesium

8   stearate from those videos but I've not done this

9   personally.

10  Q.    Thank you.

11        And you have no personal knowledge one way or

12  the other as to whether magnesium stearate is viscous when

13  it melts?

14  A.    I only have information that I gleaned from the videos

15  that Dr. Sacchetti took and from my experience with soapy

16  materials.

17  Q.    Now, you don't know how viscous magnesium stearate is

18  when it melts; is that correct?

19  A.    No, I don't in particular know how viscous it is, no.

20  Q.    Thank you.

21        You've never published on what an appropriate

22  methodology is for determining a melting point; is that

23  correct?

24  A.    Well, we use appropriate methodologies in our own

25  work, but I've never had a publication that specifies for

Hollingsworth - cross

1   say a class of compounds that this particular method is the

2   most appropriate method.  But we choose the most appropriate

3   method when we do our own research.

4   Q.    You've never published on what the appropriate

5   methodology is in determining the melting point of anything;

6   is that correct?

7   A.    Well, not specifically that thing.  But as I said, we

8   choose the most appropriate method for measuring the melting

9   point of whatever it is we're melting, and then we report

10  that melting point using that method.  So, in fact, we

11  choose a method that we think is the most appropriate.  We

12  don't say specifically, this is the method that one should

13  use for a particular melting point.

14  Q.    Well, there are articles, am I not correct, and books

15  even on how to do melting points; is that correct?

16  A.    That's correct.  I talked about McCrone's book and

17  Brandstatter's book today.

18  Q.    Thank you.

19          Am I correct that outside of litigation, you

20  have never consulted with the pharmaceutical industry?

21  A.    That's not correct.

22  Q.    That's not correct.

23  A.    I've worked with Transform Pharmaceuticals and I think

24  that came up in my deposition, so I advised them on certain

25  things that had nothing to do with litigation.  So I call

Hollingsworth - cross

1    them part of the pharmaceutical industry.  They're not a

2    pharmaceutical company, but they dealt with pharmaceutical

3    compounds.

4    Q.    All right.  Am I correct that you have never consulted

5    with the pharmaceutical industry on how to perform a melting

6    point?

7    A.    That is correct.

8    Q.    And you've never worked in the pharmaceutical industry

9    at all; is that correct?

10   A.    That's correct.

11   Q.    In coming to your opinions in this case, am I correct

12   that you did no search of doctoral theses?

13   A.    I'm not sure what I looked for.  I think I mentioned

14   in my deposition that I had looked for some NMR results and

15   that there was a doctoral dissertation that had something to

16   do with that, but the search did not go anywhere.

17   Q.    If we could take a look --

18                THE COURT:  I will need to know what the acronym

19   is.

20                THE WITNESS:  Oh, sorry.  NMR is nuclear

21   magnetic resonance spectroscopy.

22                THE COURT:  Thank you.  Sorry to interrupt, Mr.

23   Lief.  Go ahead.

24                MR. LIEF:  That's all right.

25   BY MR. LIEF:

Hollingsworth - cross

1  Q.    If we could look at your deposition, which is tab 1 in

2  the first volume.

3  A.    Sorry.  I'm just going to have to move these.

4  Q.    I would like to take you to page 66.

5  A.    Okay.

6  Q.    And if we could look at --

7            THE COURT:  Page 66?

8            MR. LIEF:  If we could look at lines 12 through

9  15, and it continues on, and we'll read that.

10           THE COURT:  Hold on a minute.  What tab are we

11  at?

12           MR. LIEF:  Tab 1, his deposition.

13           THE COURT:  Tab 1?  Thank you.  Go ahead.

14           MR. LIEF:  All right.

15  BY MR. LIEF:

16  Q.    And page 66, starting at line 12, the question is:

17  And did you do a search of any doctoral theses or anything

18  like that?

19           And the answer is:  I did not do a search of

20  doctoral theses.

21           And you went on and you said, I think that -- I

22  think on Google Scholar a doctoral dissertation came up and

23  at least the reference to it.  I don't think I ever saw

24  the dissertation itself.  I think it had to do with solid

25  state NMR studies of -- I don't know if it was magnesium

Hollingsworth - cross

1    stearate or other related compounds, but I never followed

2    that up.

3    A.    That's what I was trying to tell you.  Right.

4    Q.    So --

5    A.    But it did come up, but I didn't follow it up.

6    Q.    If you did not explicitly -- I don't know if that's

7    the word, you did not specifically look for doctoral theses

8    and do a search; is that correct?

9    A.    No, I did not.  I looked on Google Scholar and

10   sometimes a doctoral dissertation appears on that search.

11   Q.    In terms of the testimony and the work we saw and the

12   prior witness, Dr. Sacchetti, you did not design those

13   studies; is that correct?

14   A.    That's correct.

15   Q.    And I believe we're going to hear from another witness

16   after you, Dr. O'Halloran.  At the time you issued your

17   opinions, you were not familiar with the work of doctor owe

18   Hal ran at all; is that correct?

19   A.    I don't remember about doctor owe Hal ran.  I don't

20   know if I had heard of him or not, but that was not part of

21   my report, as far as I recall.

22   Q.    All right.  There was some testimony on direct that

23   you had been admitted in other cases as an expert; is that

24   correct?

25   A.    That's correct.

1   Q.    And I think you've been admitted at least twice in two

2   cases in Delaware; is that correct?

3   A.    That's correct.

4   Q.    At least one of those cases was a case relating to

5   melting point, wasn't it?

6   A.    There was some discussion of melting point in the

7   Cephalon versus -- well, several defendants, a case on

8   Armodafinil.

9   Q.    The Armodafinil case, yes.  And, in fact, in that

10  case, am I correct that Judge Sleet rejected your opinion?

11  A.    I don't know that that is true.  What I do know is

12  that that case went up for appeal and that it was settled

13  because the appellate judge disagreed with Judge Sleet on

14  many different points.  So I don't know what he said about

15  my testimony regarding melting points.

16  Q.    If we could take a look at tab 29 in your book.  Do

17  you see this says on the front, In Re:  Armodafinil, Patent

18  Litigation, Incorporate?

19              Do you see that?

20  A.    I see that.

21  Q.    If you could turn on the bottom, there's page numbers

22  usually in the right-hand corner.  Page 25, the bottom

23  right-hand column.

24              Can I read to you, quote, the Court further

25  notes that it reaches this conclusion despite doctor's

Hollingsworth - cross

1    Hollingsworth's assertion that various polymorphic form of

2    armodafinil produced from preparation one could have

3    converted to form one during testing on a Kofler hot bar.

4    See transcript, and it has pages.

5              And then it says, specifically, the Court finds

6    that this contention is refuted by the fact that the

7    instantaneous melting points of form two and the mixtures

8    involving Form 2 and 4 could be discretely measured and

9    recorded as data points.

10             Moreover, Dr. Hollingsworth's conclusion is

11   further undermined by his own testimony that he has never

12   used or seen a Kofler hot bar, and it goes on.

13             Did I read that correctly?

14   A.    You read it correctly into the record.  I'm just

15   trying to figure out what else it says here.

16   Q.    Is that correct, that when this opinion came out in

17   2013, you were testifying in this case about this Kofler hot

18   bar equipment, but you had never seen it or used it?

19   A.    No.  As I said then, this is a museum piece.  It's

20   very difficult to get your hands on one.  I've actually

21   looked for one because I was interested in obtaining one,

22   but it cost almost 2,000 pounds, so I was not going to go

23   there.

24   Q.    All right.  And am I correct that in another case in

25   Delaware, Judge Stark also rejected your opinion?

Hollingsworth - cross

1   A.    I'm not sure what part, or if he rejected my opinion,

2   but he disagreed with defendants in that case.

3   Q.    All right.  If we could look at tab 26 in your book.

4         Do you recall testifying in Bristol-Myers Squibb

5   company versus Mylan?

6   A.    Yes, I do.

7   Q.    All right.  And if we could look in this opinion on

8   page 11, the bottom sort of left-hand column of page 11.

9         Do you see the paragraph there, beginning

10  Mylan's expert?

11  A.    I see that.

12  Q.    And it reads, Mylan's expert, Dr. Hollingsworth,

13  testified that there is a "conflict" quote as to which of

14  the DSC patterns -- the one in the 729 patent, showing a

15  peak at 118 C, or the one in the '372 patent, showing a peak

16  at about 108 to 110 C is correct.  The transcript cite.  Dr.

17  Hollingsworth opined that because the '372 patent was filed

18  after the '729 patent, one of ordinary skill in the art

19  would expect the '372 patent to be correct.  This is not

20  persuasive.

21        Did I read that correctly?

22  A.    You did, and I think it is persuasive.  But he

23  disagreed.

24  Q.    You disagree with Judge Stark on that?

25  A.    I actually do.

Hollingsworth - cross

1  Q.    Okay.  To come to something else you said in your

2  direct examination, am I correct that, in fact, the material

3  that melts above 120 degrees C is not -- one, it's not a

4  hydrated material; is that correct?

5  A.    As far as I can tell, it's not a hydrated material.

6  That's correct.

7  Q.    All right.  And I believe you said during your direct,

8  words to the effect of, it's a completely different

9  material, or completely different substance than the

10  hydrated material you started with; is that correct?

11  A.    Yes.  It's no longer a hydrate, so the first endotherm

12  had to do with dehydration, and so I think my point was

13  about the width of that peak.  Dr. Pinal had testified about

14  the narrow width of the peak.  I think he said several times

15  that it's the same material.  And so my point was it's

16  actually not the same material.  It's a very different

17  substance.  The hydrate and dehydrate are very different

18  substances.  One has water and that first endotherm has to

19  do with loss of water.  The second has to do with melting of

20  the anhydrate.  So those are different substances.

21  Q.    And you wanted to point out that you disagreed with

22  Dr. Pinal about that?

23  A.    That was the point.  Right.

24  Q.    All right.  And would you agree with me that the

25  substance that goes into Zydus' product is the hydrated

Hollingsworth - cross

1   material?

2   A.   That's correct.

3   Q.   Thank you.

4        Now, you had a discussion of several papers and

5   talked about x-ray powder diffraction of samples and

6   magnesium stearate; correct?

7   A.   That's correct.

8   Q.   Did you hear Dr. Sacchetti's testimony that magnesium

9   stearate that he studied was very small, very small

10  particles of material?

11  A.   Yes, I did.

12  Q.   And would you agree with me that when you take an

13  x-ray diffraction of a powder as opposed to a formed

14  crystal, a single crystal, you get much less information

15  from that; correct?

16  A.   Yes, you do.

17  Q.   Thank you.

18       Now, you had some discussion about the Bracconi

19  paper; correct?

20  A.   That's correct.

21  Q.   If we could take a look at Braconni, I believe it's

22  tab 24 in your book.

23       This is the Bracconi paper you were discussing;

24  correct?

25                    THE COURT:   What tab?

Hollingsworth - cross

1            MR. LIEF:  Tab 24.

2            THE COURT:  24.

3            THE WITNESS:  That's correct.

4    BY MR. LIEF:

5    Q.    Now, for instance, if we could turn to internal page

6    116 of this.

7    A.    Okay.

8    Q.    These x-ray diffractograms that were taken, am I

9    correct these are not pictures in real time as you are

10   ramping the temperature up; correct?

11   A.    Let me just look.  Yes, it says that the set of

12   diffractograms, so if you go to the text right here.

13   Q.    Yes.  Left-hand side under 3.2?

14   A.    It says figure four shows a set of diffractograms

15   obtained by analyzing a VG sample sequentially at increasing

16   temperature.

17        I think the sample was held for an hour at each

18   temperature before they started diffractogram.

19   Q.    So they kept it at a single temperature for an hour

20   and then took an x-ray of it; right?

21   A.    That's correct.

22   Q.    Now, if you had a process that was taking place, let's

23   hypothesize, if you had a process taking place, a

24   dehydration and a melt and a recrystallization taking place

25   in four, five minutes, let's say, if you waited an hour, you

Hollingsworth - cross

1  wouldn't see the liquid that had formed in the intermediate

2  time period; correct?

3  A.    Well, I reject the hypothesis because we're at very

4  low temperatures, but if all that happens in a short period

5  of time, then you would see the effect after any process

6  occurred.

7  Q.    You would see the end result which would be the

8  recrystallized solid at the end; right?

9  A.    If that's what you were looking at, that's what you

10  would see.  But my point is that that's not what we're

11  looking at.

12  Q.    I understand that conclusion, it presumes the earlier

13  part of it.  But if you assume, or were open to the

14  hypothesis that there is a dehydration forming a melt which

15  forms a liquid but then it recrystallizes, in this Bracconi

16  paper, if you wait an hour to take the x-ray, you won't get

17  an x-ray of the liquid in the middle; right?

18  A.    Well, liquids don't show a peak in the diffraction

19  pattern, what you're seeing is the material that's either a

20  mesophase or a crystal that gives you diffraction peaks.

21  But if there are other events happening in the meantime,

22  certainly you don't see them, but that's not what's

23  happening here.

24  Q.    In terms of both Dr. Hanton and Dr. Sacchetti's DSC

25  experiments, as you go through that first endotherm, what

1    was the ramp rate for Dr. Hanton?

2    A.    Ten degrees per minute.

3    Q.    And for Dr. Sacchetti?

4    A.    He was running his five degrees per minute.

5    Q.    To go from 70 degrees C to let's say 90 degrees C

6    through that area of that first endotherm, for Dr. Hanton

7    that would take two minutes?

8    A.    That's correct.

9    Q.    And for Dr. Sacchetti's DSC that would take four

10   minutes?

11   A.    That's correct.

12   Q.    If you waited another hour, there was some liquid in

13   the middle there, you're not going to see it on the x-ray;

14   right?

15   A.    You only see liquid on the x-ray as far as I can tell

16   at very high temperatures.  But no, you wouldn't see it.

17   It's nice to have some evidence when you make a hypothesis

18   so this is the point here that there is no evidence so there

19   is no point in making that hypothesis or you can entertain

20   it, but the point is if there is no evidence, then it goes

21   nowhere.

22   Q.    In Bracconi, this is not sort of a paper that gives a

23   final conclusion on the events that are taking place;

24   correct?

25   A.    It gives several conclusions.  I don't know what you

 1   mean by a final conclusion.

 2   Q.    Well, it leaves open the possibility of further

 3   interpretation and further work to understand what's going

 4   on; correct?

 5   A.    I think there is always further work to be done, but

 6   this has a lot of information that -- in it, and one can

 7   draw many conclusions from it.

 8   Q.    If you go to page 121 of the Bracconi article, sort of

 9   in the right-hand column, maybe starting several lines down,

10   you see where it begins the x-ray investigation?

11   A.    I do.

12   Q.    It goes on, "The x-ray investigation of the product

13   obtained by cooling and solidification of the melted sample

14   (figure 9) has no counterpart in the literature.  Apart

15   from the three weak diffraction lines already appearing on

16   heating in figure 3 and that remain present, the

17   diffractogram seems to reveal two crystalized faces.

18   Additional experiments and specific literature review would

19   be needed to develop an interpretation, but the presented

20   data has the merit of further emphasizing the

21   physical-chemical complexity of the system of concern and

22   possibly raising interest for its investigation."

23         Did I read that correctly?

24   A.    You did, and I think he's right.  So after you take

25   this to a very high temperature and then cool it back down,

Hollingsworth - cross

1    that's shown in figure 9, you get a diffractogram that seems

2    to be more than one thing, I think that's what he's saying.

3    Q.    The two things he talks about sort of above and below

4    the melting are both crystals; right, he uses the word

5    crystal, he says reveals two crystallized phases; right?

6    A.    Right.  So in figure nine --

7    Q.    Thank you.  That was the answer.

8          Did you look at any of Bracconi's subsequent

9    papers?

10   A.    I have looked briefly at a subsequent paper of his.

11   Q.    And you're aware that Bracconi takes the view that

12   even in the subsequent papers, there were limits on the

13   present understanding of the hydration and dehydration

14   process of magnesium stearate, are you aware of that?

15   A.    You'll have to show that to me.  I haven't read those

16   papers carefully.

17   Q.    You didn't look at that carefully in coming to your

18   opinion?

19   A.    I looked at the paper from 2003 carefully.  The paper

20   from 2005 I think was not part of my report or my opinion so

21   I have not looked at that paper carefully.

22   Q.    You're aware that it was 2005, and you did see that

23   paper, sir?

24   A.    I am aware that there is a paper, but as I have said,

25   I have not studied it recently, the most interest and

Hollingsworth - cross

1    relevant part of this work had to do with the x-ray

2    diffraction because that's very clearly what's going on as

3    you dehydrate this material.

4    Q.    The 2005 paper really wasn't about x-ray diffraction,

5    was it?

6    A.    That's correct.

7    Q.    It was about thermal analysis; correct?

8    A.    That's correct.

9    Q.    If we could take a look at that, it's tab 113 in your

10   book.  Do you have that?

11   A.    I do.

12   Q.    If we could look towards the end of the paper in the

13   conclusion section which is on page 50.  And if you look at

14   the last paragraph, I can read that to you.  "Commercial

15   magnesium stearate appears as more complex material than

16   currently believed, and the present paper has not succeeded

17   in fully clarifying the relation between its thermal and

18   structural properties.  A systematic comparison of accurate

19   new experimental data with values extracted from the

20   literature has revealed the limits of our present

21   understanding of the hydration-dehydration process of

22   magnesium stearate."

23           Did I read that correctly?

24   A.    Yes, you read that part of the paragraph correctly.

25   That's the way science works.

Hollingsworth - cross

1   Q.    You agree with that?

2   A.    Well, that there are always limits to what we can

3   understand from any work.

4   Q.    Now, there was some discussion about the visual

5   evidence in the case.  Do you disagree with Dr. Sacchetti's

6   testimony that it's a viscous melt and it's hard to see?

7   A.    What do you mean it's hard to see?

8   Q.    Difficult to spot liquid with the eye when it's a

9   viscous melt like magnesium stearate?

10  A.    At higher temperatures right around 130 I think it's

11  probably true that, it's a viscous melt, and it's hard to

12  tell exactly when the melting occurs in that case.  I think

13  Miller and York reported the same sort of thing.

14  Q.    I want you to look a little bit at Miller and York,

15  because you were not present when Miller and York did their

16  experiments, take it?

17  A.    Of course not.

18  Q.    And I take it you don't know exactly the physical

19  setup of their study of anisotropy?

20  A.    I know a lot about it.

21  Q.    You were there?

22  A.    I didn't say that, I said I wasn't there, but I said I

23  know a lot about it, because they describe it.

24  Q.    And you looked at the pictures that they did pick;

25  correct?

Hollingsworth - cross

1    A.    That's correct, and I read the text.

2    Q.    And in fact, even in those pictures, even with that

3    viscous melting liquid, am I right that there was some

4    changes between 88 degrees and 96 degrees?

5    A.    I don't know what you mean by with that viscous

6    melting liquid because that's not what was happening between

7    88 and 96 degrees.  I think you're misleading the Court if

8    you say that.

9    Q.    I don't want to mislead anyone.  Let's take that out

10   of the question, but I don't think so.

11   A.    Could we go to the images.

12   Q.    We're going.  Between 88 and 96 degrees, there was

13   some changes, I think you even said it on direct, there were

14   some changes in what those crystals looked like?

15   A.    Yeah, there were some striations in the crystals that

16   you could see at 96 degrees.  The dehydration occurs with

17   the water leaving from the edges of the crystals, so the

18   edges were straight, but there was strain that developed

19   along the edges and I think you can see the striations

20   developing along the edges of the crystals as well.  But the

21   edges were straight, so it's very clear that the material

22   retained its shape during this process.

23   Q.    Did you look at the pictures really closely?

24   A.    I did.

25   Q.    And it's your testimony that there weren't at least a

Hollingsworth - cross

1    few features that just disappeared as you went from 88 to

2    96?

3    A.    I think you need to show it to me because --

4    Q.    Why don't we take a look.  It's tab 28 in your book.

5    We have blown up some of the sections of these pictures and

6    we have zoomed in on a little shape there.  Can you see --

7    A.    Sorry.  Hang on.

8    Q.    I'm sorry.

9    A.    Which tab?  26?

10   Q.    All right.  What this is, tab 28, is from Miller and

11   York, and it's from the same figure that you were looking at

12   with the pictures of the various temperatures.  Do you

13   recall these pictures during your direct?

14   A.    Yeah, those were the first two frames that I looked at

15   and that we showed in my direct.  I'm sorry, I got the wrong

16   binder here.

17         Give me one second.  You have a lot of stuff up here.

18              THE COURT:  It's in two of three.  It's in

19   number two of three.

20              THE WITNESS:  Right.

21   Q.    Can you see that.  Do you have it?

22   A.    I see it.

23   Q.    And am I correct that on the left-hand side we have a

24   blue arrow that's pointing to what I'll describe as the

25   corner of a crystal, and in the right-hand side at 96

1    degrees the corner of that crystal has disappeared?

2    A.    I don't know if we're looking at the corner of a

3    crystal or a ledge on that crystal, but it's not really

4    clear to me what exactly that represents.  But there is a

5    difference in appearance between those two frames.

6    Q.    Thank you.

7           When you say it's not clear what it represents,

8    that's because it's difficult to look at these visual images

9    and know what you're looking at; right?

10   A.    I think they do contain a lot of information.  I don't

11   know about difficult to look at them and know what you're

12   looking at.  You can very clearly see that the edges of this

13   material are straight, and that's where the water is leaving

14   the crystal.

15   Q.    Can you see the water leaving the crystal in these

16   pictures?

17   A.    Of course not.

18   Q.    But I think you would agree with me that somewhere

19   around 88, 90 degrees, I think we all agree, there is

20   certainly a dehydration occurring?

21   A.    That's right.

22   Q.    But you can't see it, can you?

23   A.    Sorry?

24   Q.    You can't see it?

25   A.    I wasn't finished.  I started to say that the water

Hollingsworth - cross

1    molecules leave the crystals from the layers and so the

2    layers open up on to the top and right and left edges of the

3    crystal.  The water is not going to be coming through the

4    plate phase because it would have to travel through these

5    long chain.

6    Q.    Wherever it's coming from, do you see little bubbles

7    of water anywhere?

8    A.    No, you would have to put the crystal under silicone

9    oil to see bubbles of water coming off.

10   Q.    So this doesn't show something that despite the fact

11   that it doesn't show it, you know it's occurring; isn't that

12   right?

13   A.    Well, certainly I think that at this temperature water

14   has a very high vapor pressure and it's probably gone as

15   soon as it leaves the crystal.

16   Q.    Now, magnesium stearate, to use sort of a very general

17   chemical term, is a fatty substance; right?

18   A.    I think that's a fair assessment of what it is.

19   Q.    All right.

20   A.    Yes.

21   Q.    With that in mind, you spoke about McCrone.  McCrone

22   is an authoritative author; is that correct?

23   A.    I would say so, that's right.

24   Q.    And you would respect his views of things; is that

25   correct?

Hollingsworth - cross

1    A.    Yes.  We talked about this very thing at my

2    deposition, as I recall.

3    Q.    All right.  If we could look at McCrone, I think we

4    have it in your book at tab 39.

5              This is one of the references that you rely on;

6    is that correct?

7    A.    That's correct.

8    Q.    And if we could go to page 53 in McCrone.  At the

9    bottom there's a paragraph that begins, occasionally.

10              Do you see that?

11   A.    I see that.

12   Q.    And it reads, from McCrone, occasionally, it is

13   necessary to observe melting points on complex mixtures,

14   such as waxes, fats, and oils.  Such materials melt over a

15   wide range as successively higher melting eutectics become

16   liquid.  Subtle polymorphic transformations often also take

17   place.  Because the eye is not particularly sensitive to

18   subtle changes taking place slowly over a period of several

19   minutes, it is advisable in many of these cases to replace

20   visual observation, it goes onto the next page, to replace

21   visual observation with an instrumental means of recording

22   such changes.

23              Did I read that correctly?

24   A.    Yes, and that's what Dr. Sacchetti did.  His

25   instrumental method was a video camera.

Hollingsworth - cross

1   Q.   Well, when McCrone wrote this, there weren't iPhones

2   with video cameras on them; right?

3   A.   Well, he used a photocell.

4   Q.   DSC is an instrumental method; right?

5   A.   Sure, it is.

6   Q.   Okay.  And you don't disagree with McCrone, or maybe

7   you do, that these kinds of fats are difficult to observe

8   melting?

9   A.   Yes, and so temperatures run 130 degrees.  I think

10  it's difficult to tell exactly where the melting point is.

11  Q.   But -- strike that.

12       To kind of take on a different point, if we

13  could -- you would refer to pictures from a microscope,

14  pictures from a microscope as showing macroscopic shape; is

15  that correct?

16  A.   Sure.  I think that's probably fair.

17  Q.   And, in fact, you did that in your expert report; is

18  that right?

19  A.   Did what?

20  Q.   You referred to microscope pictures as showing a

21  macroscopic shape?

22  A.   Yes.  I would say that macroscopic means having to do

23  with large ensembles of molecules.  We have not defined the

24  exact limits between microscopic and macroscopic, but I

25  think that's fair.

Hollingsworth - cross

1    Q.    All right.  Turn to a different topic.

2               Liquids, I think you would agree with me,

3    liquids simply do not have anisotropy at all; is that right?

4    A.    Liquids are isotropic.

5    Q.    All right?

6    A.    That's correct.  That's part of the definition of a

7    liquid.

8    Q.    All right.  And crystals are anisotropic; is that

9    correct?

10   A.    Most are.  Cubic crystals are not.

11   Q.    Cubic crystals are not.  Magnesium stearate isn't a

12   cubic crystal?

13   A.    No.  At high temperature it appears to be a hexagonal

14   mesophase which exhibits anisotropic in certain directions,

15   but not others.

16   Q.    Well, Dr. Hollingsworth, let's go through it.  The

17   hydrated form of magnesium stearate is not a cubic crystal;

18   is that correct?

19   A.    Certainly correct.

20   Q.    It's not a uniaxial crystal; is that correct?

21   A.    As far as I can tell, that's true.

22   Q.    And it's not anything you would call an isotropic

23   crystal; is that correct?

24   A.    That's correct.

25   Q.    Okay.  And with respect to the dehydrated form of

Hollingsworth - cross

1    magnesium stearate, the truth is that the symmetry of that

2    phase is still not known; is that correct?

3    A.    That's correct.

4    Q.    Thank you.

5    A.    But the optical properties of that crystal appear to

6    approximate that of a hexagonal or uniaxial phase.

7    Q.    What were your words?  Appear to approximate?

8    A.    Appear to approximate --

9    Q.    Thank you.

10   A.    -- that of a uniaxial or hexagonal phase.

11   Q.    Now, those words -- strike that.

12         With respect to the Miller and York article, the

13   Ertel and Carstensen article and also the Rajala-Lane

14   article that you spoke about, am I correct that every one of

15   those articles reports the loss of anisotropy in association

16   with dehydration; is that correct?

17   A.    They all do so, and the only interpretation of that

18   that I can see that's viable is because they are looking at

19   the plate face of these samples, the samples appear to be

20   isotropic because they are uniaxial.

21   Q.    That's your interpretation; is that correct?

22   A.    That's not just my interpretation.  It has to do with

23   the interpretation of Bracconi who looked at the powder

24   X-ray diffraction pattern of these materials and discusses

25   at length that they appear to be at least close to

Hollingsworth - cross

1    hexagonal.  He cites earlier literature.

2              Ertel and Carstensen actually cite Vold when

3    they state that the material appears to -- well, loses

4    anisotropy or loses three-dimensional lattice structure.

5              And so this all makes sense if you understand

6    that uniaxial materials look isotropic when you look down

7    unique axis, which is what we're doing, certainly in Miller

8    and York's experiments.  That's that photomicrograph that we

9    have.

10   Q.   Is it your testimony that when these three authors

11   said there's a loss of anisotropy, somehow they missed it

12   and the anisotropy was still there?

13   A.   Oh, they are looking down through the layer and, yes,

14   that is my testimony, that they are missing anisotropy

15   because they're looking along the unique axis of a hexagonal

16   or what appears to be at least close to a hexagonal

17   mesophase.

18             There's just no question about it in my mind.

19   This is exactly the sort of thing that we saw at minus

20   175 degrees in the crystals.  As you raise the temperature

21   to the stage transition, it goes from a low symmetry crystal

22   to a high symmetry form and it loses anisotropy in the

23   plane, the AB plane of the material.  This is a common

24   occurrence that goes throughout the literature.

25   Q.   That statement does not appear anywhere in those three

1    articles, Miller-York, Ertel-Carstensen or Rajala and Lane;

2    is that correct?  That's your statement, not theirs?

3    A.    But they never say that the crystals regain

4    anisotropy.  They say it loses anisotropy.  And what we know

5    from Bracconi and other papers is that the crystal turns

6    into a two-dimensional mesophase that has high symmetry.

7            This all makes sense if you understand that.

8    And I think that Dr. Pinal just simply did not understand

9    that.  He couldn't tell the Court what the optical

10   properties of a hexagonal crystal were.  But these people

11   knew that.

12   Q.    Dr. Hollingsworth, the answer to my question is, that

13   for all of those articles, what they say is there was a loss

14   of anisotropy.  They don't say in one direction as to

15   another.  They just say a loss of anisotropy; right?

16   A.    They are telling you what they observed.

17   Q.    Thank you.

18           Now, to turn to a different subject, there has

19   been some discussion about the onset and whether that is,

20   you know, what that means in terms of melting.

21           Do you know what kind of differential scanning

22   calorimetry machine Dr. Sacchetti used?

23   A.    I'm not sure.  I didn't look at the brand.

24   Q.    Okay.  I take it you also did not look at the

25   manufacturer's guidance on how to use the machine?

Hollingsworth - cross

1    A.    I -- I don't know if I have seen that or not.  I think

2    it depends on the instrument manufacturer.  I've seen lots

3    of those sorts of things.

4    Q.    Okay.  If we could take a look at, I think it's tab 13

5    in your book, which I believe is Dr. Sacchetti's report.

6    And I'd like to look at page 4, paragraph 14.

7    A.    Sorry.  Tab 13?

8    Q.    You can see it on the screen.

9    A.    Well --

10   Q.    This is not a long issue.

11             Do you see in his section on DSC testing, he

12   says he uses a TA Instruments Q2000 DSC?

13             Do you see that?

14   A.    I see that.

15   Q.    All right.  And did you know about that at one point

16   in time?

17   A.    Know about what?

18   Q.    That this was the machine he used.

19   A.    I've seen his report, so I certainly have read that,

20   but I didn't remember exactly.

21   Q.    All right.  And I take it though you did not look at

22   TA Instruments' manual on how to use the machine in coming

23   to your opinions here?

24   A.    No.  I might have seen that manual before, but it's

25   certainly not incumbent in my opinion.

Hollingsworth - cross

1   Q.    All right.  If we could look at it, it is -- I believe

2   it is tab 79 in your book.

3              Have you ever seen this?

4   A.    I don't know if I have or not.  I've seen lots of

5   manuals.

6   Q.    All right.  And if we could take a look maybe at page

7   50.  And you see there, this is the section on temperature

8   calibration.

9   A.    Okay.

10  Q.    Do you see that?

11  A.    Right.

12  Q.    And it reads in the second sentence there, the

13  extrapolated onset of the recorded melting point of this

14  standard is compared to the known melting point, and it goes

15  on.

16             Did I read that correctly?

17  A.    Yes, and so they are talking about indium and, in

18  fact, that's what you do when you study indium.

19  Q.    That's how you calibrate the machine; right?

20  A.    That's right.  The temperature that you use for indium

21  is widely regarded as the onset temperature, so that's what

22  people use, and so you calibrate accordingly.

23  Q.    All right.  And the fact of the matter is, many, many

24  scientists view that onset temperature as the equilibrium

25  temperature; is that correct?

Hollingsworth - cross

1    A.    I'm not sure that that is the case.

2    Q.    Have you looked into that in the literature?

3    A.    Are you talking about indium or in general?

4    Q.    In general.  Beyond indium.

5    A.    Well, as I said in my deposition, I think this depends

6    on the sample.  So in some cases, it works.  In other cases,

7    it doesn't.  And in some cases, you look at the maximum.  In

8    other cases, you look at the onset.  It all depends on how

9    sharp the melting point is.  And so there's a wide

10    literature on that.  And, yes, I have looked into that.

11    Q.    Okay.  And I take it you're aware that there are

12    articles that talk about the extrapolated onset as being

13    pretty good measure of the equilibrium melting temperature;

14    is that correct?

15    A.    I think there are lots of caveats that you would have

16    to place on that and that depends on the heating rate and

17    all sorts of other things, and especially the type of

18    material.  In certain materials, it's a pretty good

19    approximation.  In many others, it's not.  I think it

20    depends on the type of material.

21    Q.    So, for instance, if we could take a look at tab 103

22    in your book.  And you see this is an article in the

23    "Journal of Thermal Analysis and Calorimetry," Volume 78,

24    from 2004, pages 7 to 31.

25            Do you see that?

Hollingsworth - cross

1   A.    Okay.  I see that.

2   Q.    All right.  And it's published by someone named

3   Bernard Wunderlich?

4             Do you see that?

5   A.    I see that.

6   Q.    If we could turn to page 15 in this article.  Towards

7   the bottom of the first full paragraph, about three lines up

8   from the bottom, do you see there's a sentence that reads,

9   the extrapolated onset of melting is a good approximation of

10  the equilibrium melting temperature?

11            Do you see that?

12  A.    Well, it says that, but this figure refers to DSC

13  trace sharply melting standard, so I think we have to take

14  this into context.

15            As I said, different materials.  With different

16  materials, you use different information.  I think the USP

17  tries to push you towards getting agreement between hot

18  stage microscopy and DSC, and the most appropriate melting

19  point is the one that coincides most closely with hot stage

20  microscopy.  That is in the 1995 USP.

21  Q.    And the USP also says that instrument methods have

22  largely supplanted visual methods; is that correct?

23  A.    I don't remember that statement exactly.  I think that

24  you are probably right that it says that, but I'm talking

25  about the part of the USP that states that neither the onset

Hollingsworth - cross

1  nor the maximum is necessary as a melting point, and that

2  you should seek correspondence with the hot stage microscopy

3  experiments.

4  Q.   All right.  Move to a different topic.

5       Dr. Hollingsworth, am I correct that it is a

6  known phenomenon that you can have a melt of material

7  followed by a fast recrystallization of that melt.  There

8  are materials that do that; is that correct?

9  A.   There are some materials that do that.  That's

10  true.

11  Q.   Okay.  And so, for instance, if we could quickly take

12  a look at tab 104 in your book.  If we could quickly take a

13  look at tab 104 in your book, and you see this is an article

14  from the journal polymer?

15  A.   Okay.  I see that.

16  Q.   And it's by an author Androsch, volume 55, 2014, page

17  4932, do you see that?

18  A.   Yes.

19  Q.   If we could turn to page 4940, in the conclusion

20  section, do you see there in the third paragraph down,

21  left-hand side that begins reorganization?

22  A.   Okay.  I see that.

23  Q.   And it reads, reorganization of alpha prime crystals

24  follows a qualitatively different pathway at temperatures

25  higher than 145 degrees C.  At temperatures near the zero

Hollingsworth - cross

1    entropy production melting temperature of the initially

2    formed alpha prime crystals, stabilization/perfection of

3    alpha prime crystals does not proceed via solid-solid

4    crystal reorganization, but complete melting within few

5    hundreds of milliseconds followed by fast recrystallization

6    of the melt at the same temperature.

7            Did I read that correctly?

8            THE COURT:  Actually not.  You said solid-solid

9    instead of solid state, Mr. Lief.

10           MR. LIEF:  I apologize.

11           THE COURT:  Don't feel like you have to read the

12   whole thing again.

13           MR. LIEF:  That's fine.

14   BY MR. LIEF:

15   Q.   Other than that, solid state, did I read that

16   correctly?

17   A.   Yes, it looks like the authors used very rapid DSC and

18   other techniques to look for this and evidently they found

19   some very fast recrystallization.

20   Q.   It's possible for something to melt and then

21   recrystallize in milliseconds; right?

22   A.   Yes.  And it's possible to have a solid phase

23   transformation that happens in milliseconds or even faster.

24   Q.   All right.

25   A.   That doesn't mean it's happening here, it's just a

1    possibility.  There is no evidence in this case that this is

2    happening.

3    Q.    You spoke about -- you spoke about exotherms not being

4    present; right?

5    A.    I think I showed you several DSCs where there was

6    absolute no evidence for an exotherm, that is correct.

7    Q.    It is a known phenomenon that when you have multiple

8    events taking place around the same temperature, you can get

9    an exotherm buried in an endotherm; correct?

10   A.    It is possible, but no one has ever found that in

11   particular instance.  It certainly would have been possible

12   for plaintiffs to look for that by using modulated DSC or

13   very slow warming rates, but they didn't try.

14   Q.    All right.  Now, it is possible to have that exotherm

15   buried in an endotherm; correct?

16   A.    Yeah, there are all sorts of events that happened

17   under these endotherms.

18   Q.    If we could have you quickly take a look at tab 32 in

19   your book.  You see this is from a book called liquid

20   crystals two, it's have a book called recent developments in

21   polymer research, Anthony V. Hopper, do you see that?

22   A.    Yes, I see that.

23   Q.    All right.  And if you look in the segment we have,

24   it's have chapter three, multiple melting behavior, do you

25   see that?

Hollingsworth - cross

1   A.     Right, I see that.

2   Q.     All right.  I would like to take you to page 63, the

3   top.  Do you see the sentence that begins when endothermic

4   and exothermic events?

5   A.     I see that, yeah.

6   Q.     And it reads, "When endothermic and exothermic events

7   take place simultaneously, standard DSC reveals only the net

8   excess heat flow rate, i.e., in figure one, the

9   recrystallization exotherms in correspondence of peaks one,

10  two and four are hidden by the simultaneous more intense

11  melting."

12           Did I read that correctly?

13  A.     You did as far as I can tell, and that's why I think

14  the plaintiffs could have used modulated DSC which is the

15  technique that these authors used to uncover that, they

16  wanted to know what was going on, they could have tried

17  that.

18  Q.     There's a phenomenon that does occur with an exotherm

19  for a recrystallization buried in a melting endotherm,

20  right?

21  A.     Certainly it is possible, I have never seen any

22  evidence in this particular case that it's happened with

23  magnesium stearate.

24  Q.     And, in fact, Giron, one of the authors, Giron, one of

25  the authors that you referred to in a different article from

Hollingsworth - cross

1   which you referred, to describes this same phenomenon;

2   right?

3   A.    I think I have seen that article in which he shows

4   that by using different heating rates that you can uncover

5   processes that are all folded into one endotherm peak.

6   Q.    Now, it's your position that there is no

7   recrystallization occurring from magnesium stearate anywhere

8   around that first dehydration endotherm?

9   A.    That's correct.  This is not the kind of compound that

10  would do that.  I showed you some examples of compounds

11  where that sort of thing happens.

12  Q.    And no reasonable scientist would say a thing like

13  that; right?

14  A.    Say what?

15  Q.    No reasonable scientist would say there is

16  recrystallization occurring associated with that first

17  endotherm for magnesium stearate?

18  A.    As I said at my deposition, no reasonable scientist

19  would make that conclusion without any evidence to support

20  that conclusion.

21  Q.    And you cited to the Sharpe paper, that's a -- he's a

22  reasonable scientist that you're willing to cite to his

23  paper; correct?

24  A.    Yeah, I think that there are reasonable -- certainly

25  Brittain and Newman I know.  I don't know Sharpe.

1   Q.     And Brittain is a reasonable scientist in your view?

2   A.     As far as I can tell.

3   Q.     Were you aware that the Sharpe paper, in fact, was a

4   piece of work that came out of Stefan Sharpe's Ph.D. thesis,

5   were you aware of that?

6   A.     No, I wasn't.

7   Q.     I take it you didn't look at his thesis?

8   A.     No.

9   Q.     Were you aware that Dr. Harry Brittain approved his

10  thesis?

11  A.     No, I have no information about that whatsoever.

12  Q.     Why don't we take a look at tab 61 in your book.  If

13  we could look at the second page in, do you see that this is

14  titled physical and chemical properties of the pseudo

15  polymorphs of magnesium stearate and magnesium palmitate

16  related to their lubricant efficacy by Stefan Sharpe, do you

17  see that?

18  A.     I see that.

19  Q.     If you look at the signatures of people who approved

20  this at Rutgers University, do you see the third signature

21  is Harry Brittain?

22  A.     Yes, I see that.

23  Q.     I would like to take you to page 85 of the thesis and

24  if you look at the bottom of the page, do you see the last

25  sentence there, it reads, do you see it, it reads, "The

Hollingsworth - cross

1    equivalence of this temperature with that observed for the

2    anhydrate phase indicates that the dihydrate phase

3    recrystallizes to the anhydrate phase upon dehydration."

4            Did I read that correctly?

5    A.    You read it correctly, but I certainly disagree.

6    Q.    Thank you.  You disagree with Dr. Sharpe now?

7    A.    I disagree that this recrystallization, you don't make

8    a crystal at high temperature, it's mesophase, it's not a

9    crystal, it's mesophase.

10   Q.    Dr. Sharpe said it was a recrystallization?

11   A.    He's wrong about that.

12   Q.    Page 87, if we could go to that, at the top, same kind

13   of statement again, second line in.  "The equivalents of

14   this temperature with that observed for the anhydrate phase

15   indicates that the dihydrate phase recrystallizes to the

16   anhydrate phase upon dehydration."

17           Did I read that correctly?

18   A.    Yes.  I'm just say that Brittain's chapter in his own

19   book talks about the different methods, I'm sorry, different

20   mechanisms of dehydration.  Several of those involve solid

21   to solid conversions that are described as

22   recrystallizations, even though a melt never occurs, so

23   those are Galwey's mechanisms of one through four or so, and

24   so recrystallized does not necessarily mean that you go

25   through a melt or a solution phase, you can go from one

1    crystal form to another just as I showed at minus 175

2    degrees when you go from an orthorhombic phase crystal

3    sample to a single trig, that's a recrystallization if ever

4    there was one.  He's wrong about this recrystallizing, it

5    doesn't make a crystal, it makes a mesophase, but I'm not

6    going to read into that that he means that this goes through

7    a melt, it does not.

8    Q.    Well, the classic definition of crystallization and

9    recrystallization is, in fact, going either through a melt

10   or a solution; correct?

11   A.    I don't think that's accurate.

12   Q.    You don't think that's accurate?

13   A.    That's one way that people -- that's a common way of

14   making crystals through -- from a melt or from a solution,

15   but in fact modern literature shows very clearly that during

16   phase transitions that are solid-solid, solid-solid phase

17   transitions you can get what is effectively a

18   recrystallization, and you see that in my photomicrographs.

19   Q.    If we could look at tab 30 in your book.  Chambers

20   Science and Technology Dictionary, you have heard of that?

21   A.    I have heard of it, yes.

22   Q.    All right.  And if you look at page, the first page

23   in, right-hand column there, it's page 216, there is a

24   definition of crystallization, do you see that?  It says,

25   "Slow formation of a crystal from melt or solution."  Did I

Hollingsworth - cross

1    read that correctly?

2    A.    You have read it correctly, but I don't think that's

3    the comprehensive definition that I would accept.

4    Q.    You don't accept that either?

5    A.    Pardon.

6    Q.    You don't accept that?

7    A.    No, you can crystalize something from another solid

8    such as amorphous phases, amorphous phases are solid, they

9    can crystallize.

10   Q.    In preparing your opinion in this case, you found no

11   literature, am I correct, and you know of no literature that

12   describes the dehydration of magnesium stearate as causing a

13   melt; is that right?

14   A.    That's correct, as far as I can tell.

15   Q.    And so that didn't form any part of your opinion

16   because you didn't see any literature like that; right?

17   A.    I saw lots of literature that indicate that this is a

18   solid-solid phase transformation, so yeah, I didn't see any

19   credible evidence that there is a melt involved.

20   Q.    If you take a look at tab 59 of your book, do you see

21   that this is an article from Pharmaceutical Development and

22   Technology from volume ten, page 423 in the year 2005.  Do

23   you see that?

24   A.    I see that.

25   Q.    You have heard of the Journal of Pharmaceutical

Hollingsworth - cross

1    Development and Technology?

2    A.    Probably, yeah.

3    Q.    And the title is Impact of Solid State Properties on

4    Lubrication Efficacy of Magnesium Stearate, do you see that?

5    A.    I see that.

6    Q.    The first author is Rao, R-A-O?

7    A.    I see that.

8    Q.    I would like to turn you to page 433.  Left-hand

9    column.

10                MR. ABRAMOWITZ:  What tab are you on?

11                MR. LIEF:  This is tab 59.

12   BY MR. LIEF:

13   Q.    Tab 59.  Left-hand column about halfway into the first

14   paragraph, do you see where it says the prominent peak in

15   sample three?

16   A.    Where are we?

17   Q.    We're highlighting for you.  It says, "The prominent

18   peak in sample three shows both dehydration and melting.  A

19   close observation of this peak, (figure 6C) revealed that it

20   starts with a small hump indicating the dehydration of

21   tightly bound water at 82 degrees C followed by simultaneous

22   dehydration and melting.  Single broad endotherm in sample

23   four (figure 6D) indicated merging of dehydration and

24   melting events."

25                Did I read that correctly?

Hollingsworth - cross

1   A.    Yeah.  When you look at figure 6C --

2   Q.    Thank you, Dr. Hollingsworth.

3              Now, Dr. Hollingsworth, am I correct that in

4   some respects in your testimony, you have exhibited a bias

5   for finding solid to solid transitions where in fact there

6   is a recrystallization from a melt, you have done that in

7   court, haven't you?

8              MR. ABRAMOWITZ:  Objection.

9   Argumentative.

10             THE WITNESS:  I'm not sure what you're talking

11  about.

12             THE COURT:  You got to let me rule.

13                 Overruled.  Go ahead.

14             THE WITNESS:  As I said, I'm not sure what

15  you're talking about.

16  Q.    Did you give testimony in Canada in a patent case

17  involving Abbott Laboratories and Pharmascience, Inc.?

18  A.    I think that's true, yes.

19  Q.    And you were on behalf of Pharmascience, Inc.; isn't

20  that right?

21  A.    That's correct.

22  Q.    And if you could turn to what is tab 21 in your book,

23  this is the report from the Canadian case.  Do you see on

24  page 15 it list you as one of the experts, Dr. Mark V.

25  Hollingsworth, an associate professor of chemistry at Kansas

Hollingsworth - cross

1   State University?

2   A.    I see that.

3   Q.    And if you go to page 27 of the reported case, do you

4   see at the bottom of page 27, it summarizes your opinion in

5   that case, and it says Dr. Hollingsworth summarizes his

6   opinion in the following terms.  Abbott's process for the

7   preparation of form two clarithromycin requires

8   recrystallization of clarithromycin to provide form two.

9   And then going on to the next page underneath the

10  furthermore in that paragraph, A, you state according to my

11  own experimental studies that process involves a solid-solid

12  transformation from form zero to form two and that is

13  facilitated by water.  Do you see that?

14  A.    That's correct.

15  Q.    And your testimony there was that there is a solid to

16  solid transformation; correct?

17  A.    That's correct, and I have shown that sequence of

18  images to many, many people.

19  Q.    If we go to page 50, the court's conclusion, at the

20  bottom, last paragraph, "While much was made by counsel for

21  Pharmascience of evidence presented by one of its experts as

22  to testing that he had carried out in an effort to

23  demonstrate the solid state or solid to solid transformation

24  theory, I am satisfied that the responsive evidence relating

25  to that testing, the cross-examination of Pharmascience's

Hollingsworth - cross

1    expert with regard to that testing and the responsive

2    testing of Dr. Chyall are sufficient to support the

3    conclusion that the alleged solid state or solid to solid

4    transformation is much more likely to be a solution mediated

5    crystallization or recrystallization." Did I read that

6    correctly?

7    A.    You read it and I absolutely disagreed with that

8    finding.

9    Q.    You disagreed with that court?

10   A.    Completely.

11   Q.    One last thing.  You're aware that this very issue of

12   the melting point of magnesium stearate was tried in the

13   Southern District of Florida?

14   A.    I am.

15   Q.    And you're aware that actually Dr. Pinal, our expert,

16   testified on behalf of us that it melts below 90 degrees?

17   A.    Yes, I understand there is a different claim

18   construction for melting in that particular case.

19   Q.    And, in fact, Dr. Harry Brittain testified on the

20   other side; isn't that right?

21   A.    That's my understanding.

22   Q.    And you understand that the court found that -- well,

23   why don't we look at it.  Can we bring up the Florida

24   opinion from 2013.  If we could look at page 20 of Judge

25   Middlebrook's opinion?

Hollingsworth - cross

1    A.    Can we tell me --

2    Q.    I'm afraid this we don't have in the book, I

3    apologize.  If we look, have you looked at this in coming to

4    your opinions, did you look at the opinion from Judge

5    Middlebrook?

6    A.    Not that I know of, no.

7    Q.    All right.  And it concludes there saying, Considering

8    the different expert opinions and the evidence presented, I

9    find that plaintiffs have proven by a preponderance of the

10   evidence that magnesium stearate dihydrate -- the substance

11   used in the Watson ANDA        product -- melts below

12   90 degrees C.  In making this determination, I found Dr.

13   Pinal's analysis very credible.

14             Did I read that correctly?

15   A.    You read it correctly.  That's correct.

16             MR. LIEF:  No further questions.

17             MR. ABRAMOWITZ:  Do you have a copy of that

18   opinion?  Has that been provided to us?

19             THE COURT:  Hold on.  If you want to confer with

20   him off the record, that's fine, but you can't have counsel

21   to counsel conversation on the record.  All right, Mr.

22   Abramowitz?  Either speak through me, or if you want to have

23   a moment to confer with him off the record, I will let you

24   do that.

25             MR. ABRAMOWITZ:  Your Honor, we move to strike.

776

Hollingsworth - redirect

1    They did not provide the Court nor us with a copy of that

2    opinion.

3              THE COURT:  Yes.  Well, I'm not striking the

4    testimony.  You've got access to that opinion.  If you want

5    to redirect him, it would have been the better practice to

6    have it available, but it's not worthy of striking the

7    testimony.

8              Go ahead.  Get on with your redirect, please.

9    Actually, let me ask you a question:  How long do you

10   believe you'll be taking?

11             MR. ABRAMOWITZ:  Ten minutes.

12             THE COURT:  Okay.  Let's go for ten minutes.

13                     REDIRECT EXAMINATION

14   BY MR. ABRAMOWITZ:

15   Q.   Dr. Hollingsworth, Mr. Lief has talked to you about a

16   number of cases where you've testified in Delaware and other

17   places.  Have you ever been excluded on Daubert or similar

18   grounds?

19   A.   No.

20   Q.   To the extent you're aware, have you ever been found

21   not credible?

22   A.   No.

23   Q.   If we go to Exhibit 121 in the cross binders, the

24   other Bracconi paper.  It should be 113.

25   A.   Say it again.

Hollingsworth - redirect

1    Q.    I believe it's 113.

2    A.    Okay.

3    Q.    Do you recall being cut off by Mr. Lief when you were

4    trying to answer with respect to your understanding of

5    Figure 9?

6    A.    Sorry.  Are we on the right page?  You said tab 113?

7    I think there's, the original Bracconi paper must be at a

8    different tab.  You've got me at a 2005 paper.

9    Q.    Why don't we look -- if you look at page 44, and in

10   the left-hand column, starting with the sentence that starts

11   with "at increasing" in the first paragraph says, Bracconi,

12   et al provides some opinions regarding the hydrating and

13   melting theory?

14   A.    Yes.  They say that at increasing temperature under

15   dry gas flow, all investigative materials, one or more

16   several successive exothermic weight losses up to

17   approximately 100 to 210 degrees Centigrade and one then one

18   of four thermal events.  That must be a typo because they

19   mean endothermic there.

20   Q.    If you could go to Exhibit 59, the Rao paper.  Excuse

21   me.  Mr. Lief cut you off when you were testifying about, on

22   page 431, about the samples known as Sample 3 of magnesium

23   stearate, and Figure B.

24           Could you provide the rest of your testimony on

25   Figure B?

Hollingsworth - redirect

1   A.    I'm sorry.  I thought we were talking about Figure 6C.

2   Q.    Oh, sorry.  Excuse me.  6C.  Yes.

3   A.    Yes.  So the thing about that endotherm is that

4   there's just one single endotherm for this particular

5   sample.  There are no separate endotherms for dehydration of

6   melting, and so they're talking about merging of melting and

7   dehydration in that particular case because there's only one

8   endotherm in the DSC.  It's clearly shown here.

9   Q.    And --

10  A.    And both happened because they can see it melting and

11  it also loses water.

12  Q.    And if we look at Figure 6B, they provide another

13  theory that talks about the overlap of melting and

14  dehydration.

15        Do you see that?

16  A.    That's right.  Those two endotherms are overlapped in

17  that DSC trace.

18  Q.    But the first endotherm is the dehydration endotherm.

19  A.    It looks like --

20        MR. LIEF:  Objection.  Leading.

21  BY MR. ABRAMOWITZ:

22  Q.    What's your understanding of the first one?

23  A.    Yes.  So they label it as loss of water, and then

24  there's a point right between these where they say, overlap

25  of melting and dehydration, and it looks like it's followed

Hollingsworth - redirect

1   by a melting endotherm.

2   Q.    So is the melting and dehydration in the second

3   endotherm of the process?

4   A.    Well, they say that melt and dehydration are

5   overlapped.  It looks like the second endotherm is a melting

6   endotherm and the first endotherm is a dehydration

7   endotherm, but they overlap in this particular sample.

8   There's no separation between them as in the DSC that we've

9   seen in the present case.

10  Q.    Earlier you were shown a Sharpe thesis.  Do you recall

11  that?

12  A.    That's right.

13  Q.    And there were some conclusions about

14  recrystallization.

15          Do you recall that?

16  A.    That's correct.

17  Q.    Did these conclusions make it into the peer-reviewed

18  publication that Sharpe offered?

19  A.    Not that I know of.  Actually, I'm pretty sure they

20  did not.

21  Q.    Going to the Sharpe thesis, which is tab 61, can

22  you read into the record Dr. Sharpe's conclusions on page

23  87 about the DSC results for the commercial magnesium

24  stearate?

25  A.    So at the bottom of the page under that head, it says,

Hollingsworth - redirect

1    the commercial lots from Mallinckrodt SLC 50, SLC 51 and

2    SLC 52 all exhibited comparable thermal behavior, Table 4.4.

3    And so see two thermal events:  A lower one that occurred at

4    106 to 112 degrees Centigrade, then along with the TG

5    findings may be indicative of dehydration of a material and

6    a higher thermal event that occurred at 122 to 123 degrees

7    Centigrade, which seems to represent the melt of the

8    anhydrate phase of the materials.

9    Q.    And if you look at the next two paragraphs, is that --

10   are those conclusions repeated?  There are two batches of

11   commercial material.

12   A.    Yes.  On the next paragraph, they talk about a lower

13   endotherm that occurred at 79 to 83 along with TG may be

14   indicative of dehydration and a higher thermal event at 141

15   to 142, which also seemed to represent the melt of the

16   anhydrate phase.

17         And down below they talked about similar

18   things.  They say, these thermal events occurred at

19   comparable temperatures for all three lots and range from

20   68 to 142.  So, yes.  It looks like they're just saying the

21   same thing.

22   Q.    And the recrystallization question that Mr. Lief

23   asked you, were those recrystallization questions all

24   describing phenomena in the purified form of magnesium

25   stearate?

Hollingsworth - redirect

1          MR. LIEF:  Objection.  Leading.

2          THE COURT:  Overruled.  Answer if you can.

3          THE WITNESS:  I'm not sure exactly which samples

4    he was referring to when he talked about recrystallization.

5    If you take me to the page, we can look into it more

6    carefully.  There was one on page 87.

7    BY MR. ABRAMOWITZ:

8    Q.    That's correct.

9    A.    Wait.  That might not be the one, because that's about

10   magnesium palmitate.

11   Q.    And to correct, on page 87 and 86, that

12   recrystallization, is it describing magnesium stearate or

13   magnesium palmitate?

14   A.    It's describing, describing magnesium palmitate

15   dihydrate there.

16          MR. ABRAMOWITZ:  We have no further questions.

17          THE COURT:  All right.  Thanks very much, Dr.

18   Hollingsworth.

19          THE WITNESS:  Sure.

20          THE COURT:  You may step down.  Thank you, sir.

21          (Witness excused.)

22          THE COURT:  Let's take a moment to talk about

23   where we stand logistically here.  What's your plan for

24   tomorrow?  Mr. Gaertner?

25          MR. GAERTNER:  We expect to wrap up the

1    infringement case, Your Honor, and defendants will not be

2    presenting any invalidity defense, so we expect to close

3    tomorrow.

4              THE COURT:  All right.  So you'll be -- so you

5    do not expect to be presenting invalidity you said and you

6    will be finishing up tomorrow?

7              MR. GAERTNER:  Yes, Your Honor.

8              THE COURT:  All right.  Good.

9              I don't want to say you may if you really feel

10   like you want to make closing arguments, but this is a bench

11   trial and there's going to be a lot of opportunity for

12   preparing proposed findings of fact and conclusions of law.

13   Right?

14             MR. GAERTNER:  I would agree.

15             THE COURT:  So I would prefer to have you submit

16   your findings and conclusions and have -- and I will also

17   give you some briefing in which you can make argument

18   associated with those findings and conclusions.

19             Do you feel like you're going to need -- I hear

20   Mr. Gaertner he does not feel like he needs a closing

21   argument.  Do you need something, Mr. Haug?

22             MR. HAUG:  No, Your Honor.  Well, I think

23   whether we have a closing argument is entirely up to Your

24   Honor, if that would be helpful.  I'm fine with doing

25   post-trial findings, brief, and if you think it would be

1    helpful to the Court, I would be happy to do that.

2              THE COURT:  I just think the most helpful thing

3    is going to be for you folks to put it on paper and give it

4    to me.  Right?

5              MR. HAUG:  Correct.

6              THE COURT:  Because I'm going to have to prepare

7    my own decision.  I will have to look at what you all say.

8    By the time you get the written materials to me, I expect

9    some time will have passed.  So the impact of the eloquence

10   I'm sure I would hear on both sides will have been lost by

11   then.

12             It's probably going to be -- and I'm not trying

13   to be a wise guy, I'm sure you'll both do a wonderful job in

14   closing.  I just don't think it would be particularly

15   helpful because I am going to want written submissions.  I

16   think the written paper will be more effective.

17             So I would plan that what we'll do is, we'll

18   hear the rest of the defense case on infringement.  We'll

19   have some rebuttal case or not from you, Mr. Haug?

20             MR. HAUG:  If we do, it won't be all that much,

21   and I don't think we have a lot of time left either.

22             MR. GAERTNER:  And --

23             MR. HAUG:  We'll certainly finish tomorrow I'm

24   pretty sure.

25             MR. GAERTNER:  I do have an issue about that,

1    because Mr. Haug did suggest that he was going to put on two

2    witnesses for rebuttal, Dr. Pinal and Dr. Sinko --

3                MR. HAUG:  Are you finished?

4                MR. GAERTNER:  Okay.

5                MR. HAUG:  I was obligated to tell the other

6    side whether we would call anyone, so that's what we did

7    according to our procedure.  But your case isn't finished,

8    and I just heard now that they are not even putting in an

9    invalidity case.  I was not aware of that.

10                THE COURT:  So now you've heard they're not

11   doing an invalidity case.  That may change what you do.  If

12   you think you need to put somebody on the stand, you know, I

13   will let you two work it out.  If you feel like there's

14   something more or in addition that needs to be said from

15   witnesses that are here and available, you guys figure it

16   out.  Okay?

17                But what I'm hearing is, we're wrapping up

18   tomorrow.  I think that's great.  And I look forward to

19   seeing everybody here tomorrow morning at 9:00 a.m.  Thanks

20   very much.

21                (Counsel respond, "Thank you, your Honor.")

22                (Court adjourned at 4:54 p.m.)

23

24       I hereby certify the foregoing is a true and accurate
     transcript from the court reporters' stenographic notes in
25   the proceeding.

1

2              /s/ Brian P. Gaffigan
           Official Court Reporter
3            U.S. District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25